**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Philip McFadden and John P. DeFranza, individually and on behalf of all others similarly situated,
v.
Fenix International Limited and Fenix Internet, LLC

Case Number: 1:23-cv-6151

An appearance is hereby filed by the undersigned as attorney for:

Philip McFadden and John P. DeFranza

Attorney name (type or print): Andrea R. Gold

Firm: Tycko & Zavareei LLP

Street address: 2000 Pennsylvania Ave NW, Suite 1010

City/State/Zip: Washington, DC 20006

Bar ID Number: 6282969
(See item 3 in instructions)

Telephone Number: 202-973-0900

Email Address: agold@tzlegal.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No
Are you a member of the court's general bar? ☑ Yes ☐ No
Are you a member of the court's trial bar? ☐ Yes ☑ No
Are you appearing *pro hac vice*? ☐ Yes ☑ No
If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/25/2023

Attorney signature: S/ *Andrea Gold*

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023