

## LEGAL LANGUAGE

*A Division of ALS International, Inc.*
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone  (913) 341-3167
Toll Free    (800) 755-5775
Telefax      (913) 341-3168
www.legallanguage.com

October 3, 2023

Ms. Stephanie Ricker, Legal Assistant
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Ste. 1010
Washington, DC 20006

*Re:*    ***Philip McFadden, et al. vs. Fenix Internet, LLC, et al.***
        ***Service upon: Fenix International Limited***

Dear Ms. Ricker:

Please find enclosed the original Proof of Service in the above-mentioned matter, as returned to us by our Agent in the United Kingdom.

Please note that the entire packet of documents is normally submitted to the court as proof of service.

If you have any questions, please do not hesitate to telephone me at (913) 341-3167, or to contact me by email at vportuguez@legallanguage.com.

Sincerely,

LEGAL LANGUAGE SERVICES
*A Division of ALS International Inc.*

Vicki Portuguez, Manager
International Litigation Support

MVP/dr

Enclosure

*In addition to international service of process, Legal Language Services
provides expert translation, transcription, and interpreting.
Please contact LLS at 800-755-5775 for assistance.
We look forward to working with you again soon.*

KF 2023 - 006609

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformement a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):

   **Wednesday 20 September 2023**

   at (place, street, number):
   a (localite, rue, numero):

   **107 Cheapside, London, EC2V 6DN, England**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:

      **Served upon Fenix International Limited at the direction of the Senior Master of the King's Bench Division
      of the Senior Courts of England and Wales by the agent for the purpose of Graham Henry Bridgman, a
      Solicitor of the Senior Courts of England and Wales, by a method prescribed by the internal law of England
      and Wales for the service of documents upon persons who are within its territory. The documents, as
      more fully described in the witness statement of John Frederick Talbot dated 20 September 2023 ("the
      Talbot w/s", a certificated copy of which is annexed hereto), were served as described in that witness
      statement with a deemed date of service as above under English court rules.**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):

      **Robert Menson**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:

      **As described in the Talbot w/s**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

   ~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses~~
   ~~detailed in the attached statement~~
   ~~conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais~~
   ~~dont le detail figure au memoire ci joint~~

| | |
|---|---|
| Annexes | Done at **London** |
| Documents returned | Fait a |
| Pieces renvoyees | |
| in appropriate cases, documents establishing the service | the (date):   _26 September 2023_ |
| le cas echeant, les documents justicatifs de l'execution | le: |
| | |
| | Signature and/or stamp: |
| | Signature et/ou cachet: |

SENIOR COURTS OF ENGLAND AND WALES
2 6 SEP 2023
FOREIGN PROCESS SECTION

**Roger Eastman**
Master of the Queen's Bench
Division,
Room E116, Royal Courts of
Justice,
London WC2A 2LL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

PHILIP McFADDEN and JOHN P.
DeFRANZA, individually and on behalf of all
others similarly situated,

                            Plaintiffs,

vs.

FENIX INTERNET, LLC and
FENIX INTERNATIONAL LIMITED,

                            Defendants.

Case No.: 1:23-cv-06151

I hereby certify that this is a true
copy of the original

Signature...........................
G H Bridgman LLB Solicitor

Date 21 September 2023

---

**Witness Statement of Service in accordance with sub paragraph (b)
of the first paragraph of article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

---

I, **JOHN FREDERICK TALBOT**, Process Server, and Proprietor of Across The
Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as
follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a
   Solicitor of the Senior Courts of England and Wales who was in turn acting at the
   direction of the Central Authority of England and Wales.

2. In this witness statement I refer to the following documents as "the Service
   Documents":

   a.  Summons in a Civil Case;

   b.  Class Action Complaint with Exhibit A; and

   c.  the Hague Service Convention Summary of the Document to be Served
       and the Hague Service Convention Notice (together "the Hague
       Documents").

3. Exhibited hereto marked 'A' are copies of the Hague Documents.

4. On Monday the 18th day of September 2023 at 12:15 pm I served FENIX
   INTERNATIONAL LIMITED, one of the Defendants herein, with the Service
   Documents by delivering them to and leaving them at 107 Cheapside, London,
   EC2V 6DN, England, the Registered Office of Fenix International Limited being
   the 9th floor at the said 107 Cheapside, which is a method of service in accordance
   with English Court rules. Under those rules, the deemed date of service is
   Wednesday the 20th day of September 2023.

5. Having arrived at the said 107 Cheapside to effect service, I was refused access to
   the 9th floor. Occupying the 9th floor is a law firm entitled Orrick, Herrington and
   Sutcliffe, and that firm operates OHS Secretaries Limited, which company is

I hereby certify that this is a true
copy of the original

Signature _____
C. H. Lindquist Dep. Solicitor

Date _____

Fenix International Limited's Company Secretary. Despite my best attempts to be allowed to complete this service on the 9th floor, I was refused access by both the building reception staff and also over the internal phone to an Orrington receptionist named Dom (Dominic).

6. I therefore effected service in the building's loading bay, at the rear of the building, in an area where the building's mail was being sorted. The Service Documents were accepted on behalf of Fenix International Limited by one Robert Menson, loading bay security officer for the building. He placed the bundle of Service Documents in a particular mail tray.

7. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Dated:      20 September 2023

Signed:

**JOHN FREDERICK TALBOT**

I hereby certify that this is a true copy of the original

Signature

G H Bridgman LLB Solicitor

Date 21 September 2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PHILIP McFADDEN and JOHN P. DeFRANZA, individually and on behalf of all others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1:23-cv-06151 |
| | : | |
| vs. | : | |
| | : | |
| FENIX INTERNET, LLC and FENIX INTERNATIONAL LIMITED, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**Exhibit A to the Witness Statement of JOHN FREDERICK TALBOT**

---

This is the exhibit marked "A" to my witness statement dated today.

Dated:     20 September 2023

Signed:     _____

**JOHN FREDERICK TALBOT**

Case No.: 1:23-cv-06151

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | Karyn Lopez, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

**Particulars of the parties*:**
*Identité des parties :*      PHILIP McFADDEN and JOHN P. DeFRANZA, individually and on behalf of all others similarly situated, *Plaintiffs*

FENIX INTERNET, LLC and FENIX INTERNATIONAL LIMITED, *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*      To give notice to the Defendant of the commencement of a civil claim against it
and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*      A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*      Defendant is summoned and required to serve upon Plaintiff's Attorney (Tycko & Zavareei, LLP; Timoney
Knox, LLP; Shub Law Firm, LLC; Frederick Law Group PLLC and Ferris & Charville, LLC) an Answer to the attached Complaint within
twenty-one (21) days after service of the Summons, exclusive of the day of service. Defendant must also file its Answer with the Clerk of the
United States District Court, Northern District of Illinois, Eastern Division located at: 219 South Dearborn Street, Chicago, Illinois 60604,
U.S.A. within a reasonable period of time after service.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*      N/A

**Date of judgment**:**
*Date de la décision :*      N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*      Defendant is summoned and required to serve upon Plaintiff's Attorney (Tycko & Zavareei, LLP;
Timoney Knox, LLP; Shub Law Firm, LLC; Frederick Law Group PLLC and Ferris & Charville, LLC) an Answer to the attached Complaint
within twenty-one (21) days after service of the Summons, exclusive of the day of service. If Defendant fails to do so, Judgment by default
will be taken against it for the relief demanded in the Complaint. Defendant must also file its Answer with the Clerk of the Court within a
reasonable period of time after service.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*      N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*      N/A

---

\*   If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*  Delete if inappropriate.
*Rayer les mentions inutiles.*

3

*U.S. Government Printing Office: 1990-262-211/15202*

Case No.: 1:23-cv-06151

## NOTICE
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

FENIX INTERNATIONAL LIMITED
(Company number: 10354575)
9th Floor 107 Cheapside
London EC2V 6DN
UNITED KINGDOM
– OR –
wherever defendant may be found in the United Kingdom

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Legal Aid Chicago
120 S. LaSalle Street, Suite 900
Chicago, Illinois 60603
U.S.A.
Tel. 1.312.341.1070

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Aid Chicago
120 S. LaSalle Street, Suite 900
Chicago, Illinois 60603
U.S.A.
Tel. 1.312.341.1070

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Philip McFadden and John P. DeFranza, individually and on behalf of all others similarly situated,

V.

Fenix Internet, LLC

and

Fenix International Limited

CASE NUMBER: 1:23-cv-06151

ASSIGNED JUDGE: Hon. John F. Kness

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey T. Gilbert

TO: (Name and address of Defendant)

**Fenix International Limited**
Fourth Floor, Imperial House
8 Kean Street
London WC2B 4AS
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrea R. Gold
Shana Khader
**TYCKO & ZAVAREEI, LLP**
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, DC 20006

Keith T. Vernon
**TIMONEY KNOX, LLP**
1717 K Street NW, Suite 900
Washington, DC 20006

Andrew W. Knox
Chloe Mullen-Wilson
**TIMONEY KNOX, LLP**
400 Maryland Drive
Fort Washington, PA  19034

Jonathan Shub
**SHUB LAW FIRM, LLC**
134 Kings Highway East, 2nd Floor
Haddonfield, NJ  08033

Troy M. Frederick
Beth A. Frederick
**FREDERICK LAW GROUP PLLC**
836 Philadelphia Street
Indiana, Pennsylvania 15701

David M. Ferris
Brian R. Charville
**FERRIS & CHARVILLE, LLC**
118 Turnpike Road, Suite 300
Southborough, MA 01772

an answer to the complaint which is herewith served upon you, _____ 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Maureen Kennedy*

(By) DEPUTY CLERK

August 28, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
              Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Philip McFadden and John P. DeFranza,** individually and on behalf of all others similarly situated, : | | |
| **Plaintiffs,** : | **Case No.** 1:23-cv-06151 | |
| : | | |
| **vs.** : | **CLASS ACTION COMPLAINT** | |
| : | | |
| **Fenix Internet, LLC** 2598 E. Sunrise Blvd, Suite 2104 Fort Lauderdale, FL 33304, : | **JURY TRIAL DEMANDED** | |
| **and** : | | |
| **Fenix International Limited** Fourth Floor, Imperial House 8 Kean Street London WC2B 4AS United Kingdom, : | | |
| **Defendants.** : | | |

Plaintiffs Phillip McFadden and John P. DeFranza, ("Plaintiffs"), on behalf of themselves and all others similarly situated, bring this Class Action Complaint against Fenix International Limited ("OnlyFans") and Fenix Internet, LLC (collectively, "Defendants"), and allege as follows upon personal knowledge as to themselves and their own acts and experiences and, as to all other matters, upon information and belief.

## INTRODUCTION

1.     Founded in 2016, OnlyFans runs a subscription-based social media platform that has grown exponentially in recent years. OnlyFans claims that it is centered around "authentic relationships," and sets itself apart from other social media platforms and content-based websites

on this basis. In stating its mission, for example, OnlyFans has touted itself as "the social platform revolutionizing creator and fan connections," and claims that it "allows [artists and content creators] to monetize their content while developing authentic relationships with their fanbase."[1]

2.     To further this mission, OnlyFans invites users to create an OnlyFans account, subscribe to creators' accounts, and pay to access exclusive content through those subscriptions, including paying to directly message ("DM") with creators.

3.     OnlyFans, whose popularity has mushroomed since 2020, recently claimed to have 150 million registered users and to pay out over $5 billion dollars annually to its content creators.[2] While the site's growth and reputation has been fueled largely by its adult content, OnlyFans also hosts, and profits from, a variety of creators and their content.

4.     Since launching, OnlyFans has earned a reputation as a reliable source of income for many of its 1.5 million creators who choose OnlyFans as the venue to monetize their content, particularly for women – ranging from supplemental income to highly lucrative income, depending on the creator's output and popularity.

5.     OnlyFans retains 20% of the revenue that fans pay to access creators' content, including payments for subscriptions, exclusive content, and monetary tips sent by users in order to access direct messages or other content.[3] OnlyFans's revenue is directly proportional to the volume of creator-specific subscriptions and exclusive content that users purchase.

6.     Unbeknownst to fans, though, many of the interactions that they pay to have on OnlyFans with some of the top revenue producing creators are not "authentic" at all.

---

[1]   ONLYFANS, *Our Team and Goals* (May 15, 2023), https://onlyfans.com/about [https://web.archive.org/web/20230515105720/https://onlyfans.com/about.html].
[2] *Id.*
[3] ONLYFANS, *Help: Payout Percentages*, https://onlyfans.com/help/3/16/59 (last visited July 24, 2023).

7.      Instead, as has recently come to light, many of the highest-earning creators deceptively outsource the job of interacting with users to third-party agencies and/or management companies.

8.      According to "[i]ndustry insiders," "OnlyFans-focused management companies" sometimes "hire account managers to pretend to be the models — including when sexting fans."[4] For instance, the Unruly Agency "has a hidden army of 'account managers' who spend much of their days ghostwriting responses to messages that fans pay to send some influencers."[5] Two "former Unruly staffers allege[d] that fans divulge their 'deepest and innermost personal secrets including sexual fantasies and fetishes' thinking they are chatting with the influencers."[6]

9.      Thus, while OnlyFans promises on its website that "[s]ubscribing to a Creator gives you . . . access to be able to communicate with them directly via the direct messages interface (DM),"[7] many users who pay to receive personal messages from creators in fact receive messages from third-party companies – strangers – *posing* as the Creators.

10.     It is hereby believed and therefore averred that OnlyFans knows about these arrangements between creators and third-party companies.

11.     Instead of curtailing these practices, OnlyFans facilitates the continued deception of the fans that use its site. Not only are fans harmed by this deception, but creators are, too. Since OnlyFans holds its platform out as a place for authentic relationships, those creators that do in fact use the platform as promised face a potential harm as fans may begin to shy away from the site as

---

[4] Amanda Perelli, *The Secret Lives of OnlyFans Ghostwriters, Who Say Their Job Includes Catfishing Paying Fans*, BUSINESS INSIDER (Jan. 4, 2023), https://www.businessinsider.com/inside-secret-lives-onlyfans-ghostwriters-catfish-fans-2021-12
[5] *Id.*
[6] *Id.*
[7] ONLYFANS, *Help: Why Subscribe?*, https://onlyfans.com/help/2/12/104 (last visited July 24, 2023).

the practice becomes better known, uncertain as to whether, on OnlyFans, they are actually able to engage in the authentic communications they contracted to receive.

12.     Meanwhile, OnlyFans knows or has reason to know that its highest-earning creators engage third-party companies to interact with fans, but deceptively continues to hold itself out to users as a platform for building "authentic relationships," duping users into believing that they are interacting with the creators themselves. As one creator put it, "My fans aren't paying for porn. They're paying to have a personal experience, one-on-one[.]"[8]

13.     OnlyFans profits from these deceptive arrangements with third-party companies by promoting direct messages, pay-per-view messages, and the "tip" feature it makes available on its platform, and taking its 20% cut. It induces users to pay for creators' exclusive content by selling the illusion of intimacy and the false promise that the actual creator may become aware of and be interested in the actual fan.

14.     As OnlyFans previously explained to creators on its website, "[t]he more you interact with your fans on a personal level through messaging, the more likely they are to show their appreciation by tipping you."[9] Indeed, OnlyFans explained that "[y]ou may be surprised at how many fans will pay just to interact with you."[10]

15.     Similarly, as to pay-per-view ("PPV") content, OnlyFans previously explained: "A paid message contains content hidden behind a paywall that your fans pay to unlock. This feature

---

[8] Sirin Kale, *OnlyFans: a day in the life of a top(less) creator*, THE ECONOMIST: 1843 MAGAZINE (Jan. 6, 2020), https://www.1843magazine.com/people/onlyfans-a-day-in-the-life-of-a-topless-creator (last visited Feb. 22, 2023) (internal quotation marks omitted).
[9] ONLYFANS, *Using Messages on OnlyFans* (Apr. 22, 2022), https://blog.onlyfans.com/using-messages-on-onlyfans/. [https://web.archive.org/web/20220422181918/https://blog.onlyfans.com/using-messages-on-onlyfans/]
[10] *Id.*

is one of the most popular ways to make money on OnlyFans and is available for all accounts on the platform – free or paid."[11]

16.     OnlyFans instructs creators to sell the illusion of intimacy. For example, in an article on its website directed to creators about how to maximize PPV earnings, OnlyFans previously explained: "As long as your fans feel like you're offering a sincere invitation to connect with you and your most exclusive content over PPV, they'll feel your PPVs were money well spent."[12]

17.     OnlyFans further promotes the illusion of intimacy through select creators it features on its website. For example, one creator featured on the OnlyFans blog explained: "[t]he best part is connecting with people from all over the world on a more intimate level, rather than just commenting on an Instagram post."[13]

18.     Another creator that OnlyFans featured similarly explained, "OnlyFans has given me the ability to really get to know my fans one on one. I chat with them every day, and it's something I truly enjoy."[14] As another creator puts it "The fans are what makes this platform go round and I love that I can engage and connect with my fans. We all crave human connection and I think it's important to interact with each other."[15]

---

[11] *Id.*

[12] ONLYFANS, *How to Use PPVs Like a Pro* (Apr. 22, 2022), https://blog.onlyfans.com/using-messages-on-onlyfans [https://web.archive.org/web/20221002061728/https://blog.onlyfans.com/how-to-use-ppvs-like-a-pro/].

[13] ONLYFANS, *There's More to Harry Jowsey* (Dec. 19, 2022), https://blog.onlyfans.com/theres-more-to-harry-jowsey/ (last visited July 24, 2023).

[14] ONLYFANS, *How Sophie Kasaei Approaches OnlyFans* (Mar. 20, 2023), https://blog.onlyfans.com/sophie-kasaei-approaches-onlyfans/.

[15] ONLYFANS, *Jamie Colleen Miller is Unstoppable* (Mar. 1, 2023), https://blog.onlyfans.com/jamie-colleen-miller/.

19.     OnlyFans promotes the idea of direct communication and relationships beyond the adult themed content. As yet another featured creator puts it: "the way that OnlyFans brings fans and athletes closer together is amazing too."[16]

20.     Despite this, when it comes to its highest-earning creators, OnlyFans does not honor its user-facing mission of fostering "authentic relationships" in practice. Instead, it continues to promote itself as a platform for direct relationships between creators and users while simultaneously facilitating and profiting from the deception of its customers through third-party companies posing as creators.

21.     In fact, while the OnlyFans Terms of Service require that creators accurately describe their content,[17] OnlyFans does not enforce this requirement when it comes to the core feature of OnlyFans's site: that it purportedly allows fans to interact directly with the creators that they follow, and not third parties posing as those creators. Indeed, the Terms of Service contain provisions that would allow OnlyFans to withhold creator earnings and return them to fans based on serious or repeat breach of its terms,[18] but OnlyFans chooses not to employ this provision to protect its fans from deceptive conduct.

22.     In sum, though OnlyFans outwardly sells authenticity, and promises its users "very robust content moderation,"[19] behind the curtains it aids its highest-earning creators in defrauding

---

[16] ONLYFANS, *Stefan Garlicki Finds Freedom on OnlyFans* (Mar. 15, 2023), https://blog.onlyfans.com/stefan-garlicki-finds-freedom/.
[17] Terms of Service: Terms of Use for Creators, § 9(b)(v)(3), *available at* https://onlyfans.com/terms (last visited July 24, 2023).
[18] *Id.* § 13(a) (last visited July 24, 2023).
[19] Raisa Bruner, *OnlyFans CEO Ami Gan Wants to Dispel Misconceptions About the Company*, TIME: THE LEADERSHIP BRIEF (July 31, 2022), https://time.com/6202306/onlyfans-ceo-ami-gan-interview/.

users, amasses significant profits in doing so, and fails to implement any controls against this misconduct. OnlyFans lines its pockets by allowing the misconduct of its most successful creators.

## JURISDICTION

23.     This Court has subject matter jurisdiction over this action based on the parties' diversity of citizenship under the Class Action Fairness Act, 28 U.S.C. § 1332(d), because this is a class action involving more than one hundred (100) putative Class Members, the amount in controversy exceeds $5 million dollars, exclusive of interests and costs, and at least one Class Member is a citizen of a different state than Defendants' state.

24.     This Court has personal jurisdiction over Defendants because (i) Defendants regularly conduct business or solicit business, engage in other persistent courses of conduct and/or derive substantial revenue from products and/or services provided to individuals in the District and in this State; and (ii) Defendants have purposefully established substantial, systematic, and continuous contacts with this District and expect or reasonably should expect to be hauled into court here. Thus, Defendants have sufficient minimum contacts with this District, and this Court's exercise of jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice. Exercise of jurisdiction by this Court is just and proper because Defendants, through their business operations, intentionally availed themselves of the markets within this District.

## VENUE

25.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendants regularly do business in this District and are subject to personal jurisdiction in this District.

26.     Venue is not proper in England or Wales, and English law should not apply, notwithstanding OnlyFans's Terms of Service ("TOS"). The TOS is attached hereto as **Exhibit A**.

7

27.     Plaintiffs' claims arise primarily out of Defendants' misleading, unlawful conduct, alleged herein. In addition, the TOS is an adhesive contract between Plaintiffs and OnlyFans.

28.     Plaintiffs had no opportunity to negotiate with OnlyFans regarding its terms. Further, in any negotiation with OnlyFans regarding its terms, Plaintiffs would have had unequal bargaining power because OnlyFans is a wealthy corporate entity with no incentive to amend its terms at Plaintiffs' request.

29.     Defendants conduct substantial business in the United States. As discussed below, all OnlyFans transactions are processed by U.S.-based payment processor Fenix Internet. Furthermore, approximately 70% of OnlyFans's revenue originates from U.S. markets. Finally, Plaintiffs bring this case on behalf of U.S.-based individuals only.  Thus, Plaintiffs' claims and injuries arise from Defendants' conduct occurring primarily, if not entirely, in the United States.

30.     England would not provide an adequate substantive remedy or class action vehicle to vindicate Plaintiffs' claims on behalf of the putative class.

**PARTIES**

31.     Plaintiff Phillip McFadden ("McFadden") is a natural person and a citizen of the State of Illinois and a resident of DuPage County.

32.     Plaintiff John P. DeFranza ("DeFranza") is a natural person and a citizen of the State of New Jersey and a resident of Middlesex County.

33.     Plaintiffs each obtained an account on the OnlyFans platform and conducted monetary transactions pursuant to the TOS. *See* **Exhibit A**.

34.     Defendant Fenix International Limited (also referred to herein as "OnlyFans") is a Limited Company registered in England whose principal address is Fourth Floor, Imperial House, 8 Kean Street, London WC2B 4AS, United Kingdom.

8

35. Defendant Fenix International Limited owns and operates the OnlyFans website.

36. Defendant Fenix International Limited describes itself as "multifaceted technology company with a focus on staying ahead of the curve."[20]

37. Defendant Fenix Internet, LLC is a Delaware registered limited liability corporation whose principal address is 2598 E. Sunrise Blvd, Suite 2104, Fort Lauderdale, FL 33304.

38. Defendant Fenix Internet, LLC has a registered office located at 345 North Canal Street, Chicago, IL 60606.

39. Defendant Fenix Internet, LLC is a wholly owned subsidiary of Defendant Fenix International Limited.

40. Defendant Fenix International Limited is the sole member of Defendant Fenix Internet LLC.

41. Defendant Fenix Internet, LLC also describes itself as a "multifaceted technology company with a focus on staying ahead of the curve."[21]

42. It is believed and therefore averred that Fenix Internet, LLC conducts and transacts all monetary transactions on the website OnlyFans.com.

43. For example, it is believed and therefore averred that Fenix Internet LLC processes all payments by users on OnlyFans.com to OnlyFans, and processes all payments from OnlyFans to creators on OnlyFans.com.

44. All of the transactions made involving Fans and Creators through the OnlyFans website are transacted in U.S. Dollars.

---

[20] FENIX INTERNATIONAL, *Who We Are*, https://fenixinternational.com/ (last visited July 24, 2023).
[21] FENIX INTERNET, *About Us*, http://www.fenixinternet.net/ (last visited July 24, 2023).

## FACTS

**OnlyFans and Fenix Internet do Billions of Dollars' Worth of Business in the U.S.**

45.     OnlyFans has experienced exponential growth since its founding in 2016, fueled by the societal impacts of the COVID-19 pandemic which began in 2020.

46.     On its website, OnlyFans recently claimed to have over 150 million registered users including both individuals who join the site to access content ("Fans") and over 1.5 million content creators ("Creators" or "Content Creators").[22]

47.     A recent report indicates that OnlyFans has over 188 million registered Fans and over 2.1 million Content Creators.[23]

48.     In 2021, OnlyFans Content Creators earned $3.86 billion dollars.[24]

49.     OnlyFans recently claimed to pay out over $5 billion dollars annually to its Content Creators.[25]

50.     Approximately 70 percent of revenue generated by OnlyFans originated from United States markets.[26]

51.     OnlyFans is owned by Leonid Radvinsky who is a resident of the State of Florida.

---

[22] ONLYFANS, *Our Team and Goals*, n.1, *supra.*

[23] Jim Waterson, *OnlyFans Profits Boom as Users Spent $4.8bn on Platform Last Year* (Sept. 1, 2022), THE GUARDIAN: BUSINESS, https://www.theguardian.com/business/2022/sep/01/onlyfans-profits-boom-as-users-spent-48bn-on-platform-last-year.

[24] Todd Spangler, *OnlyFans Creators Earned $3.9 Billion in 2021, Swelling 115% Year Over Year* (Sept. 1, 2022), VARIETY, https://variety.com/2022/digital/news/onlyfans-financials-earnings-creators-1235357264/

[25] ONLYFANS, *Company*, Our *Team and Goals*, n.1, *supra.*

[26] FENIX INTERNATIONAL LIMITED ANNUAL REPORT AND FINANCIAL STATEMENTS FOR THE YEAR ENDED 30 NOV. 2021, *2* (Nov. 30, 2021), available at https://find-and-update.companyinformation.service.gov.uk/company/10354575/filing-history

52.    Defendant Fenix Internet is wholly owned by and entirely controlled by OnlyFans.[27]

53.    Defendant Fenix Internet, at OnlyFans's direction, collects payments made by Fans from third-party processors and distributes money it collects through other third-party processors to Content Creators.

54.    As the primary conductor of monetary transactions for the OnlyFans website, Fenix Internet directs and sends payments to Content Creators directly to their back accounts, including many United States-based financial institutions.

### OnlyFans Claims to Offer Users Real, Human Connections

***OnlyFans Invites Users to Create Accounts, Accept its Terms, and Upload a Payment Card to Access the Platform's Unique Features***

55.    To use OnlyFans as a Content Creator or Fan, an individual must register and create an account on www.onlyfans.com.

56.    Before Fans can make any payments on OnlyFans, they must provide Defendant Fenix Internet with their billing information, including the details of their credit card, debit card, or third-party payment account.

57.    As part of the account-creation process, the Content Creator or Fan must agree to OnlyFans's TOS.[28]

58.    The TOS, to which all Fans must indicate their assent, includes Terms of Use for all Users, Terms of Use for Fans, Terms of Use for Creators, Acceptable Use Policy, and Privacy Policy, amongst other policies.[29]

---

[27] *Id.*
[28] *See generally* OnlyFans Terms of Service, https://onlyfans.com/terms (last visited July 24, 2023), attached hereto as Ex. A.
[29] *See* Terms of Use: Terms of Use for All Users § 2(k), available at https://onlyfans.com/terms and attached hereto as Ex. A.

59.     The Terms of Use for Fans states that Fans accept and agree to abide by the full TOS, acknowledge the potential for exposure to adult material, and agree to accept OnlyFans's subscription and purchasing policies.

60.     The Terms of Use for Creators states that Content Creators accept and agree to terms set by OnlyFans including how the Creator will receive payouts, determination of how to set a subscription price, restrictions on content, legal responsibility of the Creator, advertising rules, payout rules, and obligations to provide paid-for content.

61.     Before participating in any transaction, OnlyFans requires Fans to add a payment card to their account. Further, Content Creators must link their OnlyFans accounts to a bank account in order to receive earnings payments.[30]

62.     Fans can then subscribe to (or follow) Creator accounts of their choosing.

63.     OnlyFans allows Content Creators to set the monthly subscription fee for their accounts at between $0 to $50 per month.[31] After subscribing to a Creator's account, OnlyFans allows Fans to access the Creator's content.

64.     OnlyFans also tells Fans that they can interact with the Content Creator directly through direct messages and pay-per-view messages. OnlyFans tells Fans that by adding a monetary tip to a direct message, their message will appear at the top of the Creator's inbox, and Creators often invite Fans to send a tip with a message in order to get a faster reply from the Creator.

65.     In addition, OnlyFans allows Creators to maintain both standard pages and "VIP" pages in order to drive Fan visits, purchases, and tips. Standard pages usually entail free

---

[30] ONLYFANS, *Help: How do I start earning on OnlyFans?*, https://onlyfans.com/help/3/16/57 (last visited July 24, 2023).
[31] *See id.*

subscriptions and limited Creator content, but they actively lead Fans to VIP pages that require paid monthly subscriptions, offer access to preexisting content, and often promise faster replies to DMs and other Fan communications – usually for a tip.

66.     Like the other fees paid by Fans, tip transactions are conducted by Fenix Internet, and OnlyFans collects 20% of the tips.

### *OnlyFans Sells Fans on Communicating Directly with the Content Creators Themselves*

67.     To attract Fans to join OnlyFans and engage in these transactions, OnlyFans promotes itself as a social platform that allows Creators and users to develop personal, "authentic relationships."[32] This promotion scheme pervades OnlyFans' general advertising, the account creation process, and its platform that is exclusively accessible to OnlyFans users.

68.     OnlyFans has stated that its mission is: "OnlyFans is the social platform revolutionizing creator and fan connections. The site is inclusive of artists and content creators from all genres and allows them to monetize their content while developing *authentic relationships* with their fanbase."[33]

69.     OnlyFans specifically states on its "Why subscribe" page: "Subscribing to a Creator gives you exclusive access to private content being posted by that Creator and *gives you access to be able to communicate with them directly* via the direct messages interface (DM)."[34]

70.     OnlyFans represents to Fans that it monitors and controls use of its website, including the identities of those that post there.

---

[32] *See* ONLYFANS, *Our Team and Goals*, n.1, *supra* (OnlyFans describing itself as a platform through which "creators . . . monetize their content while developing authentic relationships with their fanbase").

[33] *Id.* (emphasis added).

[34] ONLYFANS, *Help: Why Subscribe?*, n.7, *supra.*

71.     Current CEO and former Chief Strategy and Operations Officer, Keily Blair has reinforced the importance of OnlyFans as a safe and trusted community where intimate communications are shared via authentic two-way dialogue between Fans and Creators.[35] Blair further confirms that Fan-Creator contact is at the heart of the business model - a community where Fans are assured that OnlyFans is delivering on its promises – safe, direct, intimate, authentic communications between a Fan and a Creator.[36]

72.     OnlyFans' former CEO Ami Gan promotes tight controls as a key to OnlyFans business model, stating "Safety is ultimately the foundation of our entire business . . . . For example, we have no anonymity on the platform; we know who everyone is."[37]

73.     OnlyFans touts its safety and control measures as a benefit to Fans and Creators, including multi-point Creator verification measures. OnlyFans promises that its vast personnel team moderates every single message and communication between Fan and Creator and commits to remove bad actors from the site.

74.     OnlyFans emphasizes the critical importance of no anonymity of user and Creator on the OnlyFans platform which is at the heart of the OnlyFans platform, thus reassuring users that they know who they are communicating with.[38]

---

[35] https://www.youtube.com/watch?v=45bKq_deC-g (last visited August 20, 2023)
[36] *Id.*
[37] Bruner, *supra* n. 19.
[38] https://www.youtube.com/watch?v=45bKq_deC-g (last visited August 20, 2023)

14

75.     CEO Blair has stated publicly on social media that OnlyFans messaging is critical to its business.[39] Yet, OnlyFans' top Creators hire marketing agencies who tout the use of third party chatters for Fan messaging.[40] OnlyFans is well aware of these agencies.[41]

76.     OnlyFans's TOS, to which all users must agree in order to create an account and use OnlyFans, also contains numerous provisions that indicate that interactions on OnlyFans are between Fans and Content Creators.

77.     For example, the TOS prohibits "shar[ing] your account or any Content obtained from your use of OnlyFans to or with anyone else."[42]

78.     The TOS specifies that "Only individuals can be Creators."[43]

79.     The TOS prohibits fraudulent content, and further prohibits using OnlyFans to "engage in misleading or deceptive conduct, or conduct that is likely to mislead or deceive any other User."[44]

---

[39] *See* https://twitter.com/KeilyBlair/status/1552183744949354497 ("We don't like bots on @OnlyFans. All creators & fans are verified we don't have any. When an OF creator says they have x number of fans they are talking about *verified* fans. Before a creator posts a single post of @OnlyFans they are *verified*.").(last visited August 20, 2023).

[40] *See, e.g.*, SEO Bounty, OnlyFans Account Management, https://seobounty.com/account-management-and-growth/ (last visited July 24, 2023); The Bunny Agency, OnlyFans Marketing and Management at the Highest Level, https://bunny-agency.com/ (last visited July 24, 2023).; GhostChatters, Why Have Chatters, https://www.ghostchatters.com/why-have-chatters (last visited July 24, 2023); The Bunny Agency, NSFW Chatter for Only Fans, https://www.ghostchatters.com/why-have-chatters; https://bunny-agency.com/job/nsfw-chatter-for-onlyfans/ (last visited July 24, 2023). https://www.ofagency.co/services (last visited June 23, 2023).

[41] https://www.youtube.com/watch?v=fgOsTxLVpzM (last visited August 20, 2023)

[42] Terms of Service: Acceptable Use Policy § 1, available at https://onlyfans.com/terms and attached hereto as Ex. A.

[43] *Id.* § 7.

[44] *Id.* § 8.

80.     The TOS prohibits posting content "which has the effect of artificially increasing

any Creator's views or interactions, or which is otherwise inauthentic, repetitive, misleading or

low quality."[45]

81.     The TOS, in the Terms of Use for all Users, require both Content Creators and Fans

to agree to the following terms:

> 7. **Your commitments to us:** When you register with and use OnlyFans, you
> make the following commitments to us:
>
> > a.  You will make sure that all information which you
> > submit to us is truthful, accurate and complete.
>
> > . . . .
>
> > e.  You will keep your account/login details confidential
> > and secure, including your user details, passwords and
> > any other piece of information that forms part of our
> > security procedures, and you will not disclose these to
> > anyone else.
>
> > f.  You are responsible for all activity on your account even
> > if, contrary to the Terms of Service, someone else uses
> > your account.

82.     The TOS defines "Fan/Creator Transaction" as an interaction between the user and

the actual Content Creator, who must be an individual:

> any transaction between a Fan and a Creator on OnlyFans by which
> access is granted to the Creator's Content including in any of the
> following ways: (i) a Subscription, (ii) payments made by a Fan to
> view a Creator's pay-per-view Content (pay-per-view media and
> pay-per-view live stream), and (iii) use by the Fan of the fan
> interaction function on a Creator's account.

---

[45] *Id.* § 13.

83. The TOS further requires that Creators "perform your part of [paid] Fan/Creator Transaction[s]," including "providing the customized Content paid for by the Fan and/or allowing the Fan to use the fan interaction function paid for (as applicable)."[46]

84. The TOS requires that Creators warrant that content provided is "as described by you."[47]

85. Further, the TOS contains provisions that allow OnlyFans to withhold and even forfeit Creator earning if OnlyFans suspects and/or finds violations of the Terms of Service.[48]

86. Specifically, the TOS contains a section titled "Circumstances in which we may withhold Creator Earnings" and allows OnlyFans to withhold and even forfeit creator earnings, and return those earnings to the Fans, for violations such as:

> i. if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service....
>
> iii. if we suspect that all or any part of the Creator Earnings result from unlawful or fraudulent activity, either by you or by the Fan who made the Fan Payment resulting in the Creator Earnings.[49]

87. The TOS even states that "[i]f once we have finished our investigation we determine that Creator Earnings are forfeited, we will (unless prohibited by law) use our best efforts to ensure that any Fan Payments which resulted in forfeited Creator Earnings are returned to the relevant Fans who paid such Fan Payments."[50]

88. The TOS conveys a sense of security for Fans that OnlyFans will ensure that the Fan is getting what is advertised and what they are paying for.

---

[46] Terms of Service: Terms of Use for Creators § 8(c), available at https://onlyfans.com/terms and attached hereto as Ex. A.
[47] *Id.* § 9(b)(v)(iii).
[48] *Id.* § 13.
[49] *Id.* § 13(a).
[50] *Id.* § 13(e).

89.    Hence, OnlyFans's representation that it allows Fans and Content Creators to develop personal relationships through personal interactions, without the participation of unknown third parties, permeates OnlyFans's marketing, account creation, and every OnlyFans Fan's online experience.

90.    As a result, this representation of authenticity defines OnlyFans's brand. It is OnlyFans's primary, if not its only, allure – direct communication with a Creator creating very specific photographs and videos. In pursuit of it, Fans often fork over large sums of money, which directly and considerably benefits OnlyFans's bottom line.

***OnlyFans Ostensibly Provides Vehicles for Experiencing Genuine Connections***

91.    In furtherance of its representations that Fans and Content Creators can form genuine connections on its platform, OnlyFans provides features that are specifically and uniquely designed to induce Fans to believe that they are able to develop such connections, such as the ability to send and receive DMs (including paid DMs) and receive PPV content.

92.    Using these features, Fans may pay specifically for content that is purportedly created by the Content Creator specifically for them.

93.    These features work. OnlyFans states that its "platform is designed to optimize creator engagement. When a creator posts, over 60% of their fans see and interact with the content. Over 80% of direct messages sent by creators are seen and opened."[51]

94.    OnlyFans also provides a tipping feature through which Fans can tip Content Creators for the content they post, with a maximum tip amount of $100 for new Fans, and a maximum tip amount of $200 for Fans who have been on the platform for at least four months.

---

[51] OnlyFans, *Our Team and Goals: Content and Engagement*, n.1, *supra.*

95.     OnlyFans encourages tips as a mechanism for personalized communication by informing Fans, before they reply to a Creator message, that "[m]essages with tips appear at the top of [the Content Creator's] inbox."

96.     OnlyFans offers its Content Creators a feature on their account pages that purportedly indicates their availability. When a Fan visits a Creator's OnlyFans page who has enabled this feature, the Fan sees text indicating if the Creator is available or the last time the Creator was available. Like popular messaging platforms individuals use with their personal contacts, such as Facebook Messenger, when a Content Creator is purportedly available, a green dot appears in the Creator's profile. This is intended to signal to the Fan that the Creator themselves is available for direct communication.

97.     OnlyFans also allows Content Creators to enable a feature that indicates to Fans when their messages have been read. When this feature is enabled, a Fan will see two checkmarks below their sent message once it has purportedly been read by the Content Creator.

98.     Thus, OnlyFans has designed its platform to foster Fans' belief that Content Creators can and do exchange messages and customized content beyond what is already made available on the Content Creator's account to all subscribers. From a Fan's perspective, and based on OnlyFans's representations as described herein, these features should allow Fans to interact directly with Creators.

99.     OnlyFans also allows Content Creators to offer free subscriptions, meaning a fan does not pay a monthly subscription fee. Such accounts still allow for paid content such as PPVs and tipping, including sending DMs with tips, leading Fans to believe that, even with a free subscription, by paying for specific content or features, including sending tipped messages, they will be able to interact directly with the Creator.

19

100.    Unbeknownst to Fans, they are not getting what they pay for.

### In Reality, OnlyFans Aids Creators in Making Fraudulent Sales

101.    Despite OnlyFans's clear message to users that OnlyFans's primary offering is "authentic relationships," through "direct communications," many high-earning Content Creators do not operate their own OnlyFans accounts and do not actually communicate with Fans.

102.    In particular, despite charging for direct interaction with Content Creators, OnlyFans turns a blind eye to Creators outsourcing Fan interaction to third parties that run the Creator's account and send DMs and PPVs to paying Fans in breach of the Terms of Service.

103.    For example, third-party individuals who are trained to extract maximum revenue from Fans communicate with Fans through DMs (posing as the Content Creator), sell PPV content pre-supplied by the Creator (frequently representing it as having been created for the specific Fan), and extract tips from Fans by posing as the Creator. In these arrangements, the actual Content Creator has no direct communication with Fans at all, making these transactions both fraudulent and a breach of OnlyFans's TOS.

104.    OnlyFans knows, or reasonably should know, of this widespread practice.

105.    High-earning Content Creators can generate most of OnlyFans's revenue. The top 1% of Creators generate 33% of all earnings on the platform.[52] OnlyFans's top creator earns an estimated $20 million dollars per month,[53] and many others make six figures per month.

106.    To earn such large paychecks, these top Creators must churn out more messages and PPV content than an individual could possibly write or create.

---

[52] James Clark, *How Much OnlyFans Creators Really Make* (Dec. 22, 2022), YAHOO!FINANCE, https://au.finance.yahoo.com/news/how-much-only-fans-creators-really-make-001225631.html.
[53] Spangler, *supra* n.24.

107.    Because all of the content exchanged between the Creator account and Fans is exchanged through the OnlyFans platform, OnlyFans is or should be aware of the impossibly high volume of logins to, and DMs and PPV content sent through, the Creator account.

108.    OnlyFans is aware or should be aware that many of its top Creators who have the green-light availability feature (described above) enabled are seemingly always available or become available almost immediately after a fan visits the creator's OnlyFans page.  It would be physically impossible for an individual Content Creator to always be available to communicate with Fans.

109.    OnlyFans tracks and documents all transactions between Fans and Creators in order to collect revenue and pay Creators, so it knows the number of DMs, PPV, and tips that a Content Creator sends and receives in any given interval.

110.    OnlyFans also receives all of the revenue generated by high-earning Content Creators, which it distributes to Creators after taking its 20% cut.

111.    Therefore, OnlyFans knows that certain top-earning Creators cannot possibly have earned their revenue on their own. It would be physically impossible for a single Creator to transmit, in a single day, the number of interactions that OnlyFans knows those Creators are purporting to transmit.

112.    As the processor of all of the transactions generated by the content on the OnlyFans site, Defendant Fenix Internet also knows, or should reasonably know, that high-earning Content Creators do not operate their own accounts, and instead use third parties to conduct their messaging and provide the purportedly individualized content.

113.    OnlyFans also knows, or should know, that this conduct is ongoing because of third-party agencies' marketing directed at Creators (not Fans).[54] Some such agencies even promote their "chatter" services to handle all of a Creators' communications and upsell content.[55]

114.    In fact, some of these companies specifically market themselves as *OnlyFans* marketing and management agencies. For example, Adultcreator.co operates a website at www.ofagency.co that claims that it provides Creators with "chatters or Ghostwriters who help you make more money. 50 to 55% of the earnings of a creator coming from the chats sales."[56]

115.    Upon information and belief, OnlyFans generally monitors use of its trademark on the internet. For example, OnlyFans maintains an approval process for Creators to use domain names "that contain the OnlyFans trademark or a confusingly similar term."[57]

116.    However, OnlyFans takes no action to curtail the use by third party agencies of its own trademark.

117.    OnlyFans knowingly allows this conduct to occur despite its obligations to prevent deceptive conduct and its contractual obligation to enforce the Terms of Service. OnlyFans earns money each time one of these deceptive transactions occurs.

118.    All the while, Fans are unaware that they are not communicating with their subscribed-to Content Creator. OnlyFans does not provide any mechanism for Fans to verify

---

[54] *See, e.g.,* SEO BOUNTY, *OnlyFans Account Management,* https://seobounty.com/account-management-and-growth/ (last visited July 24, 2023); THE BUNNY AGENCY, *OnlyFans Marketing and Management at the Highest Level,* https://bunny-agency.com/ (last visited July 24, 2023). ;

[55] *See, e.g.,* GHOSTCHATTERS, *Why Have Chatters,* https://www.ghostchatters.com/why-have-chatters (last visited July 24, 2023); THE BUNNY AGENCY, *NSFW Chatter for Only Fans,* https://www.ghostchatters.com/why-have-chatters ; https://bunny-agency.com/job/nsfw-chatter-for-onlyfans/ (last visited July 24, 2023).

[56] https://www.ofagency.co/services (last visited June 23, 2023).

[57] Terms of Service: Terms of Use for Creators § 12(c), available at https://onlyfans.com/terms and attached hereto as Ex. A.

whether they are communicating with the Creator or with a third party posing as the Creator, or even inform them that the latter is possible.

### *OnlyFans Wants Creators to Maximize Sales at all Costs, Including Deception*

119.    Through its DM, PPV, and tipping features, along with monthly subscription fees that draw Fans through access to those features, OnlyFans amasses significant revenue for itself, all through the false promise that Fans are interacting with Creators in exchange for these payments.

120.    Pursuant to its TOS, OnlyFans retains 20% of the revenue generated by content on its site.[58] Approximately 40% of the revenue stems from monthly subscription fees, and approximately 60% stems from PPV, DM, and tipping.[59]

121.    Given OnlyFans's payment structure, the success of its Content Creators, particularly its highest-earning Creators, translates directly to substantial profit for OnlyFans.

122.    OnlyFans also provides instructions to Content Creators on how to promote their accounts and as result generate more revenue. The instructions include "[p]ost new content often," "[p]lace your OnlyFans link on your existing social media (Twitter, Instagram, etc.)," and "[p]romote your OnlyFans link anywhere you have followers."[60]

123.    OnlyFans also provides blog posts with such titles as "OnlyFans Campaigns: How to Market Like a Pro" and "How To Get Started With Video Editing." These blog posts are directed at Content Creators to try and help them with operating their accounts which in turn helps to drive earnings for OnlyFans.

---

[58] ONLYFANS, *Help: Payout Percentages, supra* n.3.
[59] Clark, *supra* n. 46.
[60] ONLYFANS, *Help: Tips for Creators,* https://onlyfans.com/help/3/21/86 (last visited July 24, 2023).

### *OnlyFans Offers No Controls Against Fraudulent Sales*

124.   OnlyFans does not maintain any security measures or safeguards to prevent the deceptive conduct described above.

125.   Despite the fact that the OnlyFans TOS includes provisions that allow OnlyFans to monitor and potentially withhold or forfeit Creator earnings for violations of the Terms of Service, OnlyFans fails to do so in regard to Creators using third parties to communicate and message through DMs and PPV with Fans.

126.   Despite verifying users' identities during the account creation process, OnlyFans does not require any authentication when an individual logs into the Creator account and, on information and belief, allows multiple individuals to be logged in to a single Content Creator's account at once.

127.   OnlyFans does not include any sort of disclaimer or warning language on its platform or in the TOS or other standardized account documents that would indicate to Fans that they might not be communicating directly with the Content Creator they are messaging, or that the Creator could use third parties to send messages.

128.   As a result, OnlyFans permits and facilitates the deceptive practice of Creators using third party agencies to pose as the Creator and interact with Fans.

### *OnlyFans Harms Fans Through its Deceptive Conduct*

129.   Based on OnlyFans's representations and omissions described herein, when a Fan pays money to engage with a Content Creator, there is an expectation that the money is being spent to interact with that specific Creator. When the interaction is in fact with an unknown third party, the Fan is harmed.

130.    OnlyFans induces Fans to spend money that they would not have spent, or spend more money than they would otherwise have spent, in order to use the features and access the content on its website.

131.    Not only does the Fan not receive what was paid for (an authentic interaction with a specific Content Creator), the Fan is being deceived and in some circumstances manipulated to pay for additional interactions.

132.    The harm that fans suffer is not only monetary but can also be emotional and mental harm upon discovery that the Fan has engaged in intimate exchanges with an impostor, or even multiple impostors.

**Plaintiff DeFranza's Experience with OnlyFans**

133.    Plaintiff DeFranza created an OnlyFans account in approximately May 2021.

134.    Plaintiff DeFranza chose to create an account in order to interact with Creator Yanet Garcia and other Content Creators he followed on other social media platforms.

135.    On or about May 10, 2021, Plaintiff DeFranza paid $20 to OnlyFans for a one-month subscription to Garcia's Creator account.

136.    On or about May 10, 2021, he sent a direct message to Garcia believing that he was interacting with her directly.

137.    That evening, he received a message from Garcia's account inviting him to pay in order to unlock additional messaging.

138.    In the following days, Plaintiff DeFranza received multiple messages from Garcia's account, including audio messages and images, requesting that he pay in order to "unlock" their content. He paid to unlock approximately one of these messages.

139.    He sent multiple messages to Garcia in response. However, Garcia did not respond to the content of his messages, instead only sending invitations to purchase additional pay-per-view content.

140.    Upon information and belief, a third-party agency, MN2S Management Ltd. or another agency acting on its behalf, ran Garcia's OnlyFans Creator account during the period during which DeFranza was attempting to communicate with her on the platform.

141.    Unbeknownst to Plaintiff DeFranza, Garcia did not send or receive messages on OnlyFans herself. Instead, personnel from MN2S Management Ltd., or another agency acting on its behalf, posed as Garcia and read the messages that DeFranza sent to Garcia, and sent the messages that DeFranza received from Garcia's OnlyFans account.

142.    On or about May 13, 2021, Plaintiff DeFranza paid $4.50 to OnlyFans for a one-month subscription to the account of Content Creator Gina Valentina.

143.    On or about May 14, 2021, Plaintiff DeFranza sent a message to Valentina asking if they could meet in person. Shortly after he sent the message, two checkmarks appeared below it, which he understood to mean that the message had been read by Valentina.

144.    Less than two hours later, he received a message from Valentina's account indicating that she "only play[ed] on [OnlyFans]," and inviting him to unlock a video for $3. He sent one more message to Valentina's account, to which he received a response, on or about May 16, 2021.

145.    On or about July 5, 2022, OnlyFans notified Plaintiff DeFranza that Valentina had subscribed to his profile.

146.    Upon information and belief, Valentina did not send or receive the messages sent to or from DeFranza from her OnlyFans account.

147.    Valentina's OnlyFans Creator account generates over $200,000 per month in revenue.

148.    Upon information and belief, a single individual could not send the number of DMs or PPVs that are required in order to generate the revenue that Valentina's account generates.

149.    Upon information and belief, the messages sent to and received from OnlyFans's Creator account are sent by a third party or third parties that impersonate her.

150.    DeFranza did not pay to renew or continue his one-month subscriptions to either Garcia's or Valentina's accounts.

151.    On or about March 22, 2023, Plaintiff DeFranza paid $20 to OnlyFans for another one-month subscription to Yanet Garcia's account.

152.    Upon information and belief, all of the payments that Plaintiff DeFranza made on the OnlyFans website were completed and processed by Fenix Internet.

153.    When Plaintiff DeFranza created his OnlyFans account, when he paid for subscriptions, when he sent and received messages to Content Creators, and when he paid to unlock content sent to him by Content Creators, Plaintiff DeFranza believed that he was interacting directly with Content Creators.

154.    If Plaintiff DeFranza had known that the messages sent to and from Garcia's and Valentina's Creator accounts were not read nor sent by Garcia or Valentina themselves, he would not have subscribed to their Creator accounts or would have paid less to subscribe to their Creator accounts.

155.    If Defendants were to curtail the unlawful practices alleged herein, Plaintiff DeFranza would consider spending money on the OnlyFans platform to subscribe to Creator accounts, message with Creators, and/or access Creator PPV content.

**Plaintiff McFadden's Experience with OnlyFans**

156.    Plaintiff McFadden created an OnlyFans account in approximately August 2020.

157.    Plaintiff McFadden chose to create an account in order to interact with a couple of women he knew from his gym that he learned were Content Creators on OnlyFans.

158.    Following his initial account creation, Plaintiff McFadden began to subscribe to the accounts of various Creators, including Riley Reid, Kimmy Granger, and others.

159.    Plaintiff McFadden paid to subscribe to Reid's Creator account in or about January 2022.

160.    Plaintiff McFadden paid additional fees to access content on Reid's Creator account. For example, he paid to send or receive messages from Reid on or about January 2022, and sent a monetary tip to Reid's account on or about April 12, 2022.

161.    Reid is the owner of All Star Hustle ("A.S.H."), a social media management agency focused on creators of adult content on OnlyFans.[61]

162.    Upon information and belief, Reid engaged A.S.H. or another agency on its behalf to run her OnlyFans Creator account, including sending and receiving messages from Fans, during the period in which Plaintiff McFadden was paying to access her content on the platform.

163.    Plaintiff McFadden also paid OnlyFans to access Granger's content. For example, he sent a tip to Granger on or about April 10, 2022 and paid to open a message purportedly from her on or about April 23, 2022.

164.    Upon information and belief, Granger also engaged A.S.H. or another agency acting on its behalf to run her OnlyFans Creator account, including sending and receiving messages

---

[61] Dan Miller, *Riley Reid Launches A.S.H. Agency; Firm to Specialize in Managing Creators' OnlyFans Accounts* (Apr. 27, 2021), AVN, https://avn.com/business/articles/technology/riley-reid-launches-a-s-h-agency-900535.html.

from Fans, during the period in which Plaintiff McFadden was paying to access her content on the platform.

165. Specifically, Reid links to Granger's OnlyFans Creator page on her own website.

166. Upon information and belief, the messages sent to and received from Reid and Granger were sent by individuals impersonating them.

167. Plaintiff McFadden spent additional money on the OnlyFans platform, including to subscribe to, message with, and access content on other Creators' accounts. Upon information and belief, some of those Creators engaged third parties to communicate with Fans during the period that Plaintiff McFadden was paying to interact with them.

168. When Plaintiff McFadden created his OnlyFans account, when he paid for subscriptions, when he sent and received messages to Content Creators, when he paid to unlock content sent to him by Content Creators, and when Plaintiff McFadden sent tips to Content Creators, Plaintiff McFadden believed that he was interacting directly with those Content Creators.

169. If Plaintiff McFadden had known that the messages sent to and from those Creator accounts were not read nor sent by those Creators themselves, he would not have subscribed to their Creator accounts or would have paid less to subscribe to their Creator accounts.

170. Over time, Plaintiff McFadden began to become suspicious of who he was actually communicating with when purportedly sending DMs with Creators, as messages he received contained typographical and syntax errors leading him to suspect that he was not communicating with the Creator he believed he was communicating with.

171. As a result of these suspicions he stopped paying for direct messages or PPVs with those Creators.

172. If Defendants were to curtail the unlawful practices alleged herein, Plaintiff McFadden would consider spending money on the OnlyFans platform to subscribe to message with Creators and/or access Creator PPV content.

173. Upon information and belief, all of the payments that Plaintiff McFadden made on the OnlyFans website were completed and processed by Fenix Internet.

## CLASS ACTION ALLEGATIONS

174. Plaintiffs bring this lawsuit as a class action, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(1)-(3), on behalf of themselves and all others similarly situated as members of the proposed Class. This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

175. The Fed. R. Civ. P. 23(b)(2) Class is defined as:

> All U.S registered OnlyFans account holders who, within the applicable statute of limitations preceding the filing of this action to the date of class certification, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

> Illinois subclass:

> All Illinois resident registered OnlyFans account holders who, within the applicable statute of limitations preceding the filing of this action to the date of class certification, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

New Jersey subclass:

All New Jersey resident registered OnlyFans account holders who, within the applicable statute of limitations preceding the filing of this action to the date of class certification, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

176.    The Fed. R.C.P. 23(b)(3) Class is defined as:

All U.S registered OnlyFans account holders who, within the applicable statute of limitations preceding the filing of this action to the date of class certification, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

Illinois subclass:

All Illinois resident registered OnlyFans account holders who, within the applicable statute of limitations preceding the filing of this action to the date of class certification, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

New Jersey subclass:

All New Jersey resident registered OnlyFans account holders who, within the applicable statute of limitations preceding the filing of this action to the date of class certification, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

177.     Subject to additional information obtained through further investigation and discovery, the foregoing Class may be expanded or narrowed by amendment or amended complaint.

178.     Specifically excluded from the Class are Defendants and any of their respective officers, directors, legal representatives, employees, successors, subsidiaries, and assigns. Also excluded from the Class are any judges, justices, or judicial officers presiding over this matter and the members of their immediate families and judicial staff, and persons who timely and properly exclude themselves from the Class. Any entity in which one or more Defendants had a controlling interest or which had a controlling interest in one or more Defendants is also excluded from the Class.

179.     **Numerosity:** The members of the Class are so numerous such that joinder is impracticable. Plaintiffs believe there are in excess of one million individuals in the United States fitting the Class definition. Plaintiffs believe that there are thousands of individuals fitting in each of the subclass definitions. The exact number is unknown to Plaintiffs at this time and can only be confirmed from information and records in the possession, custody, or control of Defendants.

180.     **Commonality and Predominance:** There are numerous questions of law and fact common to the putative Class Members that predominate over any questions affecting only individual members of the Classes. The common questions in this case are capable of having common answers. If Plaintiffs' claim that Defendants unlawfully and improperly deceived and defrauded its Fans by allowing third parties to send communications on behalf of Content Creators in violation of OnlyFans's TOS, Plaintiffs and putative Class Members will have identical claims capable of being efficiently adjudicated and administered in this case. Among the common questions of law and fact are:

A.   Whether Defendants misrepresented to Plaintiffs and Class Members that they were interacting directly with Content Creators on the OnlyFans website;

B.   Whether Defendants omitted or concealed from Plaintiffs and Class Members the fact that third parties send messages to Fans on the OnlyFans website, posing as Creators;

C.   Whether high-earning Creators engage third-party agencies to communicate with Fans as though they were the Creators; thereby creating a scheme in which the Fans are not communicating with the Creators they believe they are communicating with;

D.   Whether Defendants know or should reasonably know that its high-earning Creators use third-party agencies to interact with Fans on the OnlyFans website;

E.   Whether Defendant helps facilitate the practice of third-party agencies pretending to act as high-earning Creators as they conduct the direct communications with Fans;

F.   Whether Defendant has business controls/practices/devoted resources in place to monitor its Platform in order to mitigate/eliminate unlawful, deceptive, and untruthful communications;

G.   Whether Defendant has a system in place for detecting unlawful, deceptive and untruthful communications or practices of Creators; and corresponding process to enforce and provide relief to those fans harmed; and if so the history of enforcement;

H.   Whether the Defendants are liable for statutory, compensatory and/or consequential damages and/or restitution and the amount of such damages and/or restitution;

I.      Whether Defendant's top earning Creators are physically able/capable of personally creating the entirety of the purportedly direct communications with their Fans to account for the massive profits they are generating every month;

J.      Whether Defendant should disgorge the unlawful profits it has obtained through the misuse of its platform by Creators who have hired third-party agencies or individuals to deceptively communicate with their Fans;

K.      Whether Defendant is working in concert with third-party agencies or individuals to unlawfully increase its profits;

L.      Whether Defendant had knowledge that its Creators were deceptively engaging thrip-party agencies to unlawfully inflate profits; and

M.      Whether Defendant should have known that its Creators were deceptively engaging thrip-party agencies to unlawfully inflate profits.

181.    **Typicality**: Plaintiffs' claims are typical of the claims of putative Class Members, as they are all based on the same factual and legal theories. The claims of Plaintiffs and putative Class Members are all premised on Defendants' knowingly facilitating conduct that allowed Fans to be deceived and defrauded.

182.    **Adequacy**: Plaintiffs willfully and adequately assert and protect the interests of the putative Class, and have retained competent counsel. Plaintiffs have obtained counsel with substantial experience in prosecuting complex litigation and class actions. Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the other respective members of the Class and have the financial resources to do so. Plaintiffs have no interests antagonistic to those of the putative Class, and there are no defenses unique to Plaintiffs. Neither Plaintiffs nor their counsel have any interests adverse to those of the other putative Class Members.

183. **Superiority**: A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all putative Class Members is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the putative Class are in the millions of dollars, individual damages incurred by each putative Class Member resulting from Defendants' wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual putative Class Members prosecuting their own separate claims is remote, and even if every putative Class Member could afford individual litigation, the court system would be unduly burdened by individual litigation of such duplicative cases.

184. **Risks of Prosecuting Separate Actions**: The prosecution of separate actions by putative Class Members would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendants. For example, one court may determine damages should be calculated based on the number of messages received, while another may determine damages should be based on the cost to each Fan who was defrauded. Additionally, individual actions may be dispositive of the interests of the putative Class as a whole, although certain putative Class Members are not parties to such actions.

185. **Policies Generally Applicable to the Class**: This case is appropriate for certification because Defendants have acted or refused to act on grounds generally applicable to the Plaintiffs and the proposed Class as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward members of the Class. Defendants' practices challenged herein apply to and affect the members of the Class uniformly, and Plaintiffs' challenge to those practices hinges on Defendants' conduct with respect to the proposed Class as a whole, not on individual facts or law applicable only to Plaintiffs.

## CAUSES OF ACTION

### COUNT I
**Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing
(On behalf of the Nationwide Class against OnlyFans)**

186.     Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

187.     Plaintiffs and OnlyFans have contracted for services, as set forth above and as described in the Terms of Service and other related documentation.

188.     OnlyFans's Terms of Service explicitly state that a Creator must be an individual and that users, including Creators, cannot share accounts with others.

189.     OnlyFans's Terms of Service also state that, when Fans pay for services, the Creator must perform their part of the transaction, including providing the customized content paid for by the Fan.

190.     OnlyFans's Terms of Service prohibit misleading, deceptive, and fraudulent conduct.

191.     OnlyFans Terms of Service promise to Fans such as Plaintiffs and Class Members that paying to subscribe to a Content Creator's account would allow them to communicate directly with Content Creators. The Terms of Service further promise to Fans such as Plaintiffs and Class Members that, by sending a paid message to a Creator or by paying to view PPV messages, the Fan would be engaging in communications directly with the Content Creator.

192.     The OnlyFans Terms of Service create the reasonable expectation by Plaintiffs and Class Members that, by paying to subscribe to a Content Creator's account and by paying for messages or purportedly individualized content there, Plaintiffs and Class Members would be communicating directly with the Content Creator.

36

193.    Further, OnlyFans' Terms of Service authorize OnlyFans to withhold, forfeit, and return Creator earnings to Fans for serious or repeat breaches of the Terms of Service. This term promises to and/or creates a reasonable expectation by Plaintiffs and Class Members that OnlyFans will curtail serious or repeat breaches of the Terms of Service of which OnlyFans knows or has reason to know.

194.    Under the laws of the states where OnlyFans does business, parties to a contract are required not only to adhere to the express conditions in the contract, but also to act in good faith when they are invested with a discretionary power over the other party. In such circumstances, the party with discretion is required to exercise that power and discretion in good faith. This creates an implied promise to act in accordance with the parties' reasonable expectations.

195.    This means that OnlyFans is prohibited from exercising its discretion to enrich itself by allowing and facilitating rampant breach of the Terms of Service to the detriment of Fans. Indeed, OnlyFans has a duty to honor the Terms of Service in a manner that is fair to Plaintiffs and Class Members.

196.    OnlyFans does not comply with its promises to Plaintiffs and Class Members that, by paying for services on and through the OnlyFans website, they would be able to communicate directly with Creators.

197.    Further, instead of exercising its discretion in good faith and consistent with customers' reasonable expectations, OnlyFans abuses that discretion by facilitating deceit by Creators, taking no action to stop that deceptive conduct, processing deceptive transactions, and taking its 20% cut of all such transactions.

198.    By exercising its discretion to enrich itself while participating in the deception of its customers, OnlyFans consciously and deliberately frustrates the agreed common purposes of

37

the contract and disappoints the reasonable expectations of Plaintiffs and Class Members, thereby depriving them of the benefit of their bargain.

199.    Plaintiffs and Class Members have performed all, or substantially all, of the obligations imposed on them under the Terms of Service as set forth above.

200.    Plaintiffs and Class Members have sustained damages as a result of OnlyFans's breaches of the Terms of Service as set forth above.

**COUNT II**
**Unjust Enrichment**
**(In the Alternative to Count I)**
**(On behalf of the Nationwide Class against Both Defendants)**

201.    Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

202.    Plaintiffs bring this claim on behalf of themselves and the Nationwide Class.

203.    This claim asserts that it is inequitable, unfair, and unjust to allow Defendants to retain profits from their deceptive, misleading, and unlawful conduct alleged herein.

204.    Defendants misrepresented to Plaintiffs and the Nationwide Class that, by purchasing paid subscriptions to a Creator's page, by paying to send or receive messages to Creators (including by sending tips), or by paying for a Creator's PPV content, Plaintiffs and Class Members would be interacting directly with the Creators.

205.    Plaintiffs and the Nationwide Class conferred benefits upon Defendants in the form of payments they made in order to interact directly with Creators.

206.    As detailed above, Defendants are aware that, unbeknownst to Fans, many of the highest-earning Creators on OnlyFans engage third party companies to interact with Fans. Defendants have knowingly participated in and facilitated this deceptive conduct.

207.    Plaintiffs and the Nationwide Class would not have made payments to Defendants or would have paid less if they had been aware that OnlyFans allowed third parties to impersonate Creators or that they were interacting with third parties instead of Creators.

208.    Defendants thus collected profits for their misrepresentation from Plaintiffs and the Nationwide Class.

209.    Defendants have knowledge or an appreciation of the benefit conferred upon them by Plaintiffs and members of the Nationwide Class.

210.    As a result of these actions, Defendants received benefits under circumstances where it would be inequitable, unfair, and unjust to retain these benefits.

211.    Defendants have been unjustly enriched.

212.    Plaintiffs and the Nationwide Class Members are entitled to restitution and/or disgorgement of all profits, benefits, and other compensation obtained and retained by Defendants as a result of their deceptive, misleading, and unlawful conduct.

**COUNT III**
**Violation of Illinois Consumer Fraud and Deceptive Business Practices Act:**
**Deceptive Practices**
**(On Behalf of Plaintiff McFadden and the Illinois Subclass against Both Defendants)**

213.    Plaintiff McFadden re-alleges and incorporates by reference all preceding allegations as if fully set forth herein.

214.    Defendants' conduct described herein violates the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 Ill. Comp. Stat. Ann. §§ 505/1-505/12.

215.    At all times relevant hereto, Plaintiff McFadden and the Illinois Subclass members were either natural persons or their legal representatives, partnerships, corporations, companies, trusts, business entities, or associations. 815 Ill. Comp. Stat. 505/1(c).

39

216.   At all times relevant hereto, Plaintiff McFadden and Illinois Subclass Members were also "consumers" as defined by the ICFA because they purchased services from Defendants for their own personal use. 815 Ill. Comp. Stat. Ann. § 505/1(e).

217.   The ICFA prohibits "unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact." 815 Ill. Comp. Stat. 505/2.

218.   Defendants' misrepresentations and omissions as described herein constitute "unfair or deceptive practices" within the meaning of the ICFA. For example:

a.      Defendants deceived Plaintiff McFadden and Illinois Subclass Members by misrepresenting to them that they were interacting with Content Creators directly on OnlyFans when in fact they were interacting with third parties impersonating Content Creators.

b.      Defendants deceived Plaintiff McFadden and Illinois Subclass Members by omitting or suppressing the material fact that they may be communicating with unknown third parties impersonating Content Creators rather than the Creators themselves.

219.   Defendants intended that Plaintiff McFadden and Illinois Subclass Members rely on these misrepresentations and omissions in creating accounts on the OnlyFans website and making purchases on the OnlyFans website.

220.   The misrepresentations and omissions described herein were material in that the identity of the individuals with whom they are interacting is the type of information upon which a reasonable consumer is expected to rely in making a decision to pay for communications or interactions on a social media website.

221.    Defendants' conduct described herein occurred in a course of conduct involving trade or commerce in Illinois, arose out of transactions that occurred in Illinois, and/or harmed individuals located in Illinois.

222.    Defendants engaged in such unlawful course of conduct with the intent to induce Plaintiff McFadden and Illinois Subclass members to purchase content on the OnlyFans website and pay more than they would have paid had they known that the Creators they were paying to interact with engaged third parties to interact with Fans.

223.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members were misled and/or deceived.

224.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members were damaged in that they did not receive the benefit of their bargain.

225.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors, rather than the Content Creators themselves.

226.    Plaintiff McFadden and the class members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, punitive damages, and attorneys' fees and costs.

**COUNT IV**
**Violation of Illinois Consumer Fraud and Deceptive Business Practices Act:**
**Unfair Practices**
**(On Behalf of Plaintiff McFadden and the Illinois Subclass against Both Defendants)**

227.    Plaintiff McFadden re-alleges and incorporates by reference all preceding allegations as if fully set forth herein.

228.    Defendants' conduct described herein violates the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 Ill. Comp. Stat. Ann. §§ 505/1-505/12.

229.    At all times relevant hereto, Plaintiff McFadden and the Illinois Subclass members were either natural persons or their legal representatives, partnerships, corporations, companies, trusts, business entities, or associations. 815 Ill. Comp. Stat. Ann. § 505/1(c).

230.    At all times relevant hereto, Plaintiff McFadden and Illinois Subclass Members were also "consumers" as defined by the ICFA because they purchased services from Defendants for their own personal use. 815 Ill. Comp. Stat. Ann. § 505/1(e).

231.    The ICFA prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices, including but not limited to . . . the use or employment of any practice described in Section 2 of the 'Uniform Deceptive Trade Practices Act', approved August 5, 1965." 815 Ill. Comp. Stat. Ann. § 505/2.

232.    Defendants' acts and omissions described herein constitute unfair methods of competition and/or unfair acts or practices with respect to the content that Plaintiff McFadden and Illinois Subclass Members purchased on the OnlyFans website in that Defendants unfairly represented that Plaintiff and Class Members could interact directly with Content Creators by spending money on the site when in fact those Creators engaged third parties to communicate with Fans.

233.   Defendants' acts or practices were "unfair" as they offend public policy, are immoral, unethical, oppressive, and unscrupulous.

234.   Defendants' acts or practices are immoral and unethical as they serve only to benefit Defendants to the detriment of the consuming public.

235.   Defendants intended that Plaintiff McFadden and Illinois Subclass Members spend money on the OnlyFans website in reliance on these unfair acts and/or practices.

236.   The unfair acts and/or practices described herein were material in that the identity of the individuals with whom they are interacting is the type of information upon which a reasonable consumer is expected to rely in making a decision to pay for so-called authentic communications or interactions on a social media website.

237.   Defendants' conduct described herein occurred in a course of conduct involving trade or commerce in Illinois, arose out of transactions that occurred in Illinois, and/or harmed individuals located in Illinois.

238.   Defendants' acts or practices are also "unfair" because they were likely to cause, and did cause, substantial injury to consumers as they resulted in Defendants receiving revenue to which they were not entitled.

239.   Defendants engaged in such unlawful course of conduct with the intent to induce Plaintiff McFadden and Illinois Subclass members to purchase content on the OnlyFans website and pay more than they would have paid had they known that the Creators they were paying to interact with engaged third parties to interact with Fans.

240.   As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members were damaged in that they did not receive the benefit of their bargain.

241.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors, rather than the Content Creators themselves.

242.    The injuries caused by Defendants' acts or practices, namely consumers' monetary losses, are not outweighed by any countervailing benefit to consumers or competition. Defendants' unfair acts served no purpose other than to increase their own profits.

243.    Because Defendants misrepresented and omitted material information, these injuries were not reasonably avoidable.

244.    Plaintiff McFadden and the class members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, punitive damages, and attorneys' fees and costs.

### COUNT V
### Illinois Common Law Fraud
**(On Behalf of Plaintiff McFadden and the Illinois Subclass against Both Defendants)**

245.    Plaintiff McFadden re-alleges and incorporates by reference all preceding allegations as if fully set forth herein.

246.    As described herein, Defendants made standardized false representations to Plaintiff McFadden and Illinois Subclass members that, by making payments on the OnlyFans platform, they would be able to interact directly with Content Creators. For example:

a.    OnlyFans' representation that "Subscribing to a Creator gives you exclusive access to private content being posted by that Creator and gives you access to be able to communicate with them directly via the direct messages interface (DM)."

b.      OnlyFans' statement of its mission as "allow[ing] [Creators] to monetize their content while developing authentic relationships with their fanbase."

c.      OnlyFans' representations throughout the Terms of Service that interactions are between Fans and Creators, including its prohibitions on sharing accounts and login information; its statement that "Only individuals can be Creators"; and its stated prohibitions against "inauthentic," "misleading," and "deceptive" conduct, including "conduct that is likely to mislead or deceive any user."

d.      OnlyFans' representation in its Terms of Service that Creator earnings will be returned to Fans when Creators violate the Terms of Service, when in fact OnlyFans knowingly facilitates the violations.

247.    As described herein, Defendants omitted, suppressed, and concealed the material fact in their standardized representations to Plaintiff McFadden and the Illinois Subclass members (including on the OnlyFans website, in the Terms of Service, and when soliciting and processing payments) that Content Creators with whom they paid to interact on the OnlyFans website engaged third parties to impersonate them and to interact with Fans such as Plaintiff and class members.

248.    Defendants made these representations and omissions knowingly or recklessly, as Defendants knew or should have known that Content Creators on OnlyFans, particularly the highest-earning Content Creators, regularly engage third parties to pose as the Creator and to communicate with Fans.

249.    Defendants intended that their misrepresentations and/or omissions as to the ability of Fans to interact with Creators on the OnlyFans platform would induce consumers including Plaintiff McFadden and the Illinois Subclass to spend money to make purchases on the OnlyFans website.

250. Defendants knew that their misrepresentations and/or omissions were likely to induce Plaintiff McFadden and the Illinois Subclass to spend money on the OnlyFans website that they would not otherwise have spent.

251. Defendants' misrepresentations and/or omissions were as to the type of information that a consumer would rely upon in deciding whether to spend money on a social media website: specifically, the identities of the individuals with whom they were paying to interact.

252. Plaintiff McFadden and the Illinois Subclass justifiably relied on Defendants' misrepresentations and/or omissions as to their ability to interact directly with Content Creators when they decided to spend money on the OnlyFans website to purchase subscriptions, send paid messages, and/or pay for PPV content on OnlyFans.

253. Plaintiff McFadden and the Illinois Subclass would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors.

254. As a direct and proximate result of Defendants' conduct described herein, Plaintiff McFadden and Illinois Subclass Members were damaged in that they did not receive the benefit of their bargain.

255. As a direct and proximate result of Defendants' conduct described herein, Plaintiff McFadden and Illinois Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors, rather than the Content Creators themselves.

256. Plaintiff McFadden and the class members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, and punitive damages.

**COUNT VI**
**Violation of New Jersey Consumer Fraud Act**
**(On Behalf of Plaintiff DeFranza and the New Jersey Subclass against Both Defendants)**

257.     Plaintiff DeFranza re-alleges and incorporates by reference all preceding allegations as if fully set forth herein.

258.     Defendants' conduct described herein violates the New Jersey Consumer Fraud Act ("NJCFA"), N.J. Stat. Ann. § 56:8-1 *et seq.*

259.     Under the NJCFA, the use by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing concealment, suppression, or omission of any material fact with the intent that others rely upon the concealment, suppression, or omission in connection with the sale or advertising of merchandise is unlawful.

260.     "The standard of conduct that the term 'unconscionable' implies is lack of 'good faith, honesty in fact and observance of fair dealing.'" *Cox v. Sears Roebuck & Co.*, 138 N.J. 2, 18 (1994) (quoting *Kugler v. Romain*, 58 N.J. 522, 544 (1971)). "In addition, '[i]ntent is not an essential element' for allegations related to unconscionable commercial practices to succeed." *Fenwick v. Kay Am. Jeep, Inc.,* 72 N.J. 372, 379 (1977).

261.     At all times relevant hereto, Defendant OnlyFans has been a "person" as defined by N.J. Stat. Ann. § 56:8-1(d).

262.     At all times relevant hereto, Defendant Fenix Internet has been a "person" as defined by N.J. Stat. Ann. § 56:8-1(d).

263.     At all times relevant hereto, Defendants have sold "merchandise" as defined by N.J. Stat. Ann. § 56:8-1(c)&(e).

264. Defendants' actions and omissions as described herein constitute consumer fraud within the meaning of the NJCFA. For example:

      a.      Defendants knowingly deceived Plaintiff DeFranza and New Jersey Class Members by misrepresenting to them that they were interacting with Content Creators directly on OnlyFans when in fact they were interacting with third parties impersonating Content Creators.

      b.      Defendants intentionally deceived Plaintiff DeFranza and New Jersey Class Members by knowingly omitting the material fact that Plaintiffs and Class Members may be communicating with unknown third parties impersonating Content Creators rather than the Creators themselves.

      c.      Defendants' misrepresentations and omissions described herein demonstrate a lack of good faith, honesty in fact, and observance of fair dealing.

265. Defendants' misrepresentations and omissions as described herein were regarding material facts as they concerned facts upon which a reasonable consumer would rely, including the identities of the individuals with whom OnlyFans induced Plaintiff McFadden and New Jersey Class Members to pay to interact with.

266. Defendants' misrepresentations and omissions were likely to deceive reasonable consumers about the nature of the content that they were paying to access.

267. Defendants intended that Plaintiff McFadden and New Jersey Class Members rely on the misrepresentations and/or omissions described herein in determining whether to spend money on the OnlyFans platform.

268. As an actual and proximate result of Defendants' conduct described herein, Plaintiff McFadden and the New Jersey Class Members suffered ascertainable loss of monies. Plaintiffs

and Class Members would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors, rather than the Content Creators themselves.

269.    Plaintiffs and Class Members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, treble damages, punitive damages, and attorneys' fees and costs.

### COUNT VII
### New Jersey Common Law Fraud
### (On Behalf of Plaintiff DeFranza and the New Jersey Subclass against Both Defendants)

270.    Plaintiff DeFranza re-alleges and incorporates by reference all preceding allegations as if fully set forth herein.

271.    As described herein, Defendants made standardized false representations to Plaintiff DeFranza and New Jersey Subclass members that, by making payments on the OnlyFans platform, they would be able to interact directly with Content Creators. For example:

      a.    OnlyFans' representation that "Subscribing to a Creator gives you exclusive access to private content being posted by that Creator and gives you access to be able to communicate with them directly via the direct messages interface (DM)."

      b.    OnlyFans' statement of its mission as "allow[ing] [Creators] to monetize their content while developing authentic relationships with their fanbase."

      c.    OnlyFans' representations throughout the Terms of Service that interactions are between Fans and Creators, including its prohibitions on sharing accounts and login information; its statement that "Only individuals can be Creators"; and its stated prohibitions against "inauthentic," "misleading," and "deceptive" conduct, including "conduct that is likely to mislead or deceive any user."

d.     OnlyFans' representation in its Terms of Service that Creator earnings will be returned to Fans when Creators violate the Terms of Service, when in fact OnlyFans knowingly facilitates the violations.

272.    As described herein, Defendants omitted, suppressed, and concealed the material fact in their standardized representations to Plaintiff DeFranza and the New Jersey Subclass members (including on the OnlyFans website, in the Terms of Service, and when soliciting and processing payments) that Content Creators with whom they paid to interact on the OnlyFans website engaged third parties to impersonate them and to interact with Fans such as Plaintiff and class members.

273.    Defendants made these representations and omissions knowingly, as Defendants knew that Content Creators on OnlyFans, particularly the highest-earning Content Creators, regularly engage third parties to pose as the Creator and to communicate with Fans.

274.    Defendants intended that Plaintiff DeFranza and the New Jersey Subclass rely on their misrepresentations and/or omissions as to the ability of Fans to interact with Creators on the OnlyFans platform and therefore to spend money to make purchases on the OnlyFans website.

275.    Defendants' misrepresentations and/or omissions were as to the type of information that a consumer would rely upon in deciding whether to spend money on a social media website: specifically, the identities of the individuals with whom they were paying to interact.

276.    Plaintiff DeFranza and the New Jersey Subclass reasonably relied on Defendants' misrepresentations and/or omissions as to their ability to interact directly with Content Creators when they decided to spend money on the OnlyFans website to purchase subscriptions, send paid messages, and/or pay for PPV content on OnlyFans.

277.   Plaintiff DeFranza and the New Jersey Subclass would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors.

278.   As a direct and proximate result of Defendants' conduct described herein, Plaintiff DeFranza and New Jersey Subclass Members were damaged in that they did not receive the benefit of their bargain.

279.   As a direct and proximate result of Defendants' conduct described herein, Plaintiff DeFranza and New Jersey Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors, rather than the Content Creators themselves.

280.   Plaintiff DeFranza and the class members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, and punitive damages.

## COUNT VIII
### (In the Alternative to Count VII)
### <u>New Jersey Negligent Misrepresentation</u>
### (On Behalf of Plaintiff DeFranza and the New Jersey Subclass against Both Defendants)

281.   Plaintiff DeFranza re-alleges and incorporates by reference all preceding allegations as if fully set forth herein.

282.   As described herein, Defendants made standardized false representations to Plaintiff DeFranza and New Jersey Subclass members that, by making payments on the OnlyFans platform, they would be able to interact directly with Content Creators. For example:

     a.   OnlyFans' representation that "Subscribing to a Creator gives you exclusive access to private content being posted by that Creator and gives you access to be able to communicate with them directly via the direct messages interface (DM)."

      b.      OnlyFans' statement of its mission as "allow[ing] [Creators] to monetize their content while developing authentic relationships with their fanbase."

      c.      OnlyFans' representations throughout the Terms of Service that interactions are between Fans and Creators, including its prohibitions on sharing accounts and login information; its statement that "Only individuals can be Creators"; and its stated prohibitions against "inauthentic," "misleading," and "deceptive" conduct, including "conduct that is likely to mislead or deceive any user."

      d.      OnlyFans' representation in its Terms of Service that Creator earnings will be returned to Fans when Creators violate the Terms of Service, when in fact OnlyFans does not enforce this provision as to Creators engaging third parties.

283.    As described herein, Defendants omitted the material fact in their standardized representations to Plaintiff DeFranza and the New Jersey Subclass members (including on the OnlyFans website, in the Terms of Service, and when soliciting and processing payments) that Content Creators with whom they paid to interact on the OnlyFans website engaged third parties to impersonate them and to interact with Fans such as Plaintiff and Class Members.

284.    Defendants made these representations and omissions negligently, as Defendants should have known that Content Creators on OnlyFans, particularly the highest-earning Content Creators, regularly engage third parties to pose as the Creator and to communicate with Fans.

285.    Defendants, through their partial statements regarding the ability of Fans to interact with Creators on the OnlyFans platform, owed a duty to Plaintiff DeFranza and New Jersey Class Members to disclose that OnlyFans Creators, particularly the highest-earning Creators, engage third parties to impersonate them and interact with Fans through the site.

286.    Defendants intended that Plaintiff DeFranza and the New Jersey Subclass rely on their misrepresentations and/or omissions as to the ability of Fans to interact with Creators on the OnlyFans platform and therefore to spend money to make purchases on the OnlyFans website.

287.    Defendants' misrepresentations and/or omissions were as to the type of information that a consumer would rely upon in deciding whether to spend money on a social media website: specifically, the identities of the individuals with whom they were paying to interact.

288.    Plaintiff DeFranza and the New Jersey Subclass reasonably relied on Defendants' misrepresentations and/or omissions as to their ability to interact directly with Content Creators when they decided to spend money on the OnlyFans website to purchase subscriptions, send paid messages, and/or pay for PPV content on OnlyFans.

289.    Plaintiff DeFranza and the New Jersey Subclass would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors.

290.    As a direct and proximate result of Defendants' conduct described herein, Plaintiff DeFranza and New Jersey Subclass Members were damaged in that they did not receive the benefit of their bargain.

291.    As a direct and proximate result of Defendants' conduct described herein, Plaintiff DeFranza and New Jersey Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors, rather than the Content Creators themselves.

292.    Plaintiff DeFranza and the class members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, and punitive damages.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs, individually and on behalf of all other Class Members proposed in this Complaint, request that the Court enter judgment in their favor against Defendants and:

A.     Determine that this matter may proceed as a class action and certifying the Classes/Subclasses as alleged herein;

B.     Appoint Plaintiffs as representatives of the Class/Subclasses alleged herein, and appoints Plaintiffs' counsel as Class counsel;

C.     Award Plaintiffs and the putative Class Members compensatory and consequential damages, as set forth above;

D.     Award Plaintiffs and the putative Class Members punitive damages, as set forth above;

E.     Award full restitution of all funds acquired from Defendants' unlawful conduct;

F.     Award injunctive relief as permitted by law or equity, including enjoining Defendants from continuing the unlawful practices as set forth herein;

G.     Award Plaintiffs reasonable costs and attorneys' fees incurred in the prosecution of this action , as set forth above;

H.     Award pre-judgement and post-judgment interest, as provided by law or equity; and

I.     Grant such other relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

Dated: August 25, 2023

Respectfully submitted,

*/s/ Andrea R. Gold*
Andrea R. Gold (#6282969)
Shana Khader (#5015995)
**TYCKO & ZAVAREEI, LLP**
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com
Email: skhader@tzlegal.com

Keith T. Vernon*
**TIMONEY KNOX, LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: kvernon@timoneyknox.com

Andrew W. Knox*
Chloe Mullen-Wilson*
**TIMONEY KNOX, LLP**
400 Maryland Drive
Fort Washington, PA  19034
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: aknox@timoneyknox.com
Email: cmullen-wilson@timoneyknox.com

Jonathan Shub
**SHUB LAW FIRM, LLC**
134 Kings Highway East, 2nd Floor
Haddonfield, NJ  08033
Tel: (610) 453-6551
Email: jshub@shublawyers.com

Troy M. Frederick*
Beth A. Frederick*
**FREDERICK LAW GROUP PLLC**
836 Philadelphia Street
Indiana, Pennsylvania 15701
Phone: (724) 801-8555
Fax: (724) 801-8358

Email: TMF@FrederickLG.com
Email: BAF@FrederickLG.com

David M. Ferris*
Brian R. Charville*
**FERRIS & CHARVILLE, LLC**
118 Turnpike Road, Suite 300
Southborough, MA 01772
Phone: (508) 281-5600
Facsimile: (508) 229-0356
Email: david@ferrisdevelopment.com
Email: bcharville@ferrisdevelopment.com

*Counsel for Plaintiffs Philip McFadden, John P. DeFranza, and the Putative Class*

*\* Pro Hac Vice Admission
Applications Forthcoming*

# EXHIBIT A

## TERMS OF SERVICE

## Contents

1.  Terms of Use for all Users

2.  Terms of Use for Fans

3.  Terms of Use for Creators

4.  Acceptable Use Policy

5.  Referral Program Terms

6.  Complaints Policy

7.  Platform to Business Regulation Terms

## TERMS OF USE FOR ALL USERS

**BY USING OUR WEBSITE YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY**

1.  **Introduction:** These Terms of Use for all Users govern your use of OnlyFans and your agreement with us.

2.  **Interpretation:** In the Terms of Service:

    a.  we refer to our website as "**OnlyFans**", including when accessed via the URL www.onlyfans.com;

    b.  references to "**we**", "**our**", "**us**" are references to Fenix International Limited, the operator of OnlyFans;

    c.  "**Content**" means any material uploaded to OnlyFans by any User (whether a Creator or a Fan), including any photos, videos, audio (for example music and other sounds), livestream material, data, text (such as comments and hashtags), metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever;

    d.  "**Creator**" means a User who has set up their OnlyFans account as a Creator account to post Content on OnlyFans to be viewed by other Users;

    e.  "**Fan**" means a User who follows a Creator and is able to view the Creator's Content;

f. **"Fan/Creator Transaction"** means any transaction between a Fan and a Creator on OnlyFans by which access is granted to the Creator's Content including in any of the following ways: (i) a Subscription, (ii) payments made by a Fan to view a Creator's pay-per-view Content (pay-per-view media and pay-per-view live stream), and (iii) use by the Fan of the fan interaction function on a Creator's account;

g. **"Fan Payment"** means any and all payments made by a Fan to a Creator (i) in connection with a Fan/Creator Transaction, or (ii) by way of a tip for a Creator;

h. **"Referring User"** means a User who participates in the OnlyFans Referral Program;

i. **"Standard Contract between Fan and Creator"** means the terms which govern each Fan/Creator Transaction, which can be found here;

j. **"Subscription"** means a Fan's subscription to a Creator's account (whether paid or unpaid, and whether for one month or as part of a bundle comprising a sub-scription for more than one month);

k. **"Terms of Service"** (also called "**your agreement with us**") means the legally bind-ing agreement between you and us which consists of: (i) these Terms of Use for all Users, (ii) Terms of Use for Fans, (iii) Terms of Use for Creators, (iv) Privacy Policy, (v) Acceptable Use Policy, (vi) Referral Program Terms, (vii) Complaints Policy, (viii) Platform to Business Regulation Terms; and (ix) Community Guidelines;

l. **"United Kingdom"** means the United Kingdom of Great Britain and Northern Ireland; and

m. **"User"** means any user of OnlyFans, whether a Creator or a Fan or both (also re-ferred to as "**you**" or "**your**").

3. **Who we are and how to contact us:** OnlyFans is operated by Fenix International Limited. We are a limited company registered in England and Wales, with company registration number 10354575 and we have our registered office address at 9th Floor, 107 Cheapside, London, EC2V 6DN. Our VAT number is 268196365.

   To contact us with any questions about OnlyFans, please email our support team at support@onlyfans.com. If you are unable to contact us by email, please write to us at the following address: 9th Floor, 107 Cheapside, London, EC2V 6DN.

4. **How we may change the Terms of Service:** We may change any part of the Terms of Service without telling you beforehand in the following circumstances:

   a. to reflect changes in laws and regulatory requirements which apply to OnlyFans and the services, features and programs of OnlyFans where such changes re-quire OnlyFans to change its terms and conditions in a manner which does not allow us to give reasonable notice to you; and

b.  to address an unforeseen and imminent danger related to defending OnlyFans, Fans or Creators from fraud, malware, spam, data breaches or other cybersecurity risks.

We may also make other changes to any part of the Terms of Service, and we will give you reasonable notice of such changes by email or through OnlyFans, and you may contact us to end your agreement with us before the changes take effect. Once any updated Terms of Service are in effect, you will be bound by them if you continue to use OnlyFans.

5.  **We may make changes to or suspend or withdraw OnlyFans:** We may update and change OnlyFans from time to time for any reason, including to reflect changes to our services, Users' needs and our business practices or to improve performance, enhance functionality or address security issues. We will try to give you reasonable notice of any major changes. We do not guarantee that OnlyFans, or any Content on it, will always be available or accessible without interruption. We may suspend or withdraw or restrict the availability of all or any part of OnlyFans for business or operational reasons. We will try to give you reasonable notice of any suspension or withdrawal if it affects you.

6.  **Registering with OnlyFans:** To use OnlyFans you must first register and create a User account on OnlyFans. You must provide a valid email address, a username, and a password or authenticate using a valid Twitter or Google account. Your password should be unique (meaning that it is different to those you use for other websites) and must comply with the technical requirements of the OnlyFans site for the composition of passwords. To register as a User:

a.  you must be at least 18 years old, and you will be required to confirm this;

b.  if the laws of the country or State/province where you live provide that you can only be legally bound by a contract with us at an age which is higher than 18 years old, then you must be old enough to be legally bound by a contract with us under the laws of the country or State/province where you live; and

c.  you must be permitted by the laws of the country or State/province where you are located to join OnlyFans and to view any Content available on it and to use any functionality provided by it.

d.  you must provide such other information or verification records as we require.

If you do not meet the above requirements, you must not access or use OnlyFans.

7.  **Your commitments to us:** When you register with and use OnlyFans, you make the following commitments to us:

a.  If you previously had an account with OnlyFans, you confirm that your old account was not terminated or suspended by us because you violated any of our terms or policies.

b.  You will make sure that all information which you submit to us is truthful, accurate and complete.

c.  You will update promptly any of your information you have submitted to us as and when it changes.

d.  You consent to receiving communications from us electronically, including by emails and messages posted to your OnlyFans account, and to the processing of your personal data as more fully detailed in our Privacy Policy.

e.  You will keep your account/login details confidential and secure, including your user details, passwords and any other piece of information that forms part of our security procedures, and you will not disclose these to anyone else. You will contact support@onlyfans.com promptly if you believe someone has used or is using your account without your permission or if your account has been subject to any other breach of security. You also agree to ensure that you log out of your account at the end of each session, and to be particularly careful when accessing your account from a public or shared computer so that others are not able to access, view or record your password or other personal information.

f.  You are responsible for all activity on your account even if, contrary to the Terms of Service, someone else uses your account.

g.  You will comply in full with these Terms of Use for all Users, our Acceptable Use Policy and all other parts of the Terms of Service which apply to your use of OnlyFans.

8.   **Rights we have, including to suspend or terminate your account:**

a.  We can but we are not obligated to moderate or review any of your Content to verify compliance with the Terms of Service (including, in particular, our Acceptable Use Policy) and/or any applicable law.

b.  It is our policy to suspend access to any Content you post on OnlyFans which we become aware may not comply with the Terms of Service (including, in particular, our Acceptable Use Policy) and/or any applicable law whilst we investigate the suspected non-compliance or unlawfulness of such Content. If we suspend access to any of your Content, you may request a review of our decision to suspend access to the relevant Content by contacting us at support@onlyfans.com. Following our investigation of the suspected non-compliance or unlawfulness of the relevant Content, we may take any action we consider appropriate, including to reinstate access to the Content or to permanently remove or disable access to the relevant Content without needing to obtain any consent from you and without giving you prior notice. You agree that you will at your own cost promptly provide to us all reasonable assistance (including by providing us with copies of any information which we request) in our investigation. We will not be responsible for any loss suffered by you arising from the suspension of access to your Content

or any other steps which we take in good faith to investigate any suspected non-compliance or unlawfulness of your Content under this section.

c.  If we suspend access to or delete any of your Content, we will notify you via email or electronic message to your OnlyFans account, but we are not obligated to give you prior notice of such removal or suspension.

d.  We reserve the right in our sole discretion to terminate your agreement with us and your access to OnlyFans for any reason by giving you 30 days' notice by email or electronic message to your OnlyFans account. We can also suspend access to your User account or terminate your agreement with us and your access to OnlyFans immediately and without prior notice:

- if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service (including in particular our Acceptable Use Policy), or if you attempt or threaten to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User; or

- if you take any action that in our opinion has caused or is reasonably likely to cause us to suffer a loss or that otherwise harms the reputation of OnlyFans.

If we suspend access to your User account or terminate your agreement with us and your access to OnlyFans we will let you know. During any period when access to your User account is suspended, any Fan Payments which would otherwise have fallen due during the period of suspension will be suspended, and we may withhold all or any part of the Creator Earnings due to you but not yet paid out in accordance with section 13 of the Terms of Use for Creators.

e.  Upon termination of your account, we may deal with your Content in any appropriate manner in accordance with our Privacy Policy (including by deleting it) and you will no longer be entitled to access your Content. There is no technical facility on OnlyFans for you to be able to access your Content following termination of your account.

f.  We can investigate any suspected or alleged misuse, abuse, or unlawful use of OnlyFans and cooperate with law enforcement agencies in such investigation.

g.  We can disclose any information or records in our possession or control about your use of OnlyFans to law enforcement agencies in connection with any law enforcement investigation of any suspected or alleged illegal activity, to protect our rights or legal interests, or in response to legal process.

h.  We can change the third-party payment providers used to process payments on OnlyFans and if we do so, we will notify you and store applicable details on your OnlyFans account.

i.    Other than Content (which is owned by or licensed to Creators), all rights in and to OnlyFans and its entire contents, features, databases, source code and functionality, are owned by us and/or our licensors. Such material is protected by copyright, and may be protected by trademark, trade secret, and other intellectual property laws.

j.    We are the sole and exclusive owners of any and all anonymised data relating to your use of OnlyFans and such anonymised data can be used by us for any purpose, including for commercial, development and research purposes.

9.   **What we are not responsible for:** We will use reasonable care and skill in providing OnlyFans to you, but there are certain things which we are not responsible for, as follows:

a.    We do not authorize or approve Content on OnlyFans, and views expressed by Creators or Fans on OnlyFans do not necessarily represent our views.

b.    We do not grant you any rights in relation to Content. Any such rights may only be granted to you by Creators.

c.    Your Content may be viewed by individuals that recognise your identity. We will not in any way be responsible to you if you are identified from your Content. While we may, from time to time and in our sole discretion, offer certain geofencing or geolocation technology on OnlyFans, you understand and agree that we do not guarantee the accuracy or effectiveness of such technology, and you will have no claim against us arising from your use of or reliance upon any geofencing or geolocation technology on OnlyFans.

d.    All Content is created, selected, and provided by Users and not by us. We are not responsible for reviewing or moderating Content, and we do not select or modify the Content that is stored or transmitted via OnlyFans. We are under no obligation to monitor Content or to detect breaches of the Terms of Service (including the Acceptable Use Policy).

e.    You agree that you have no obligation to follow any suggestions, comments, reviews, or instructions received from another User of OnlyFans and that if you choose to do so, you do so entirely at your own risk.

f.    We make no promises or guarantees of any kind that Creators or Referring Users will make a particular sum of money (or any money) from their use of OnlyFans (including the OnlyFans Referral Program).

g.    The materials which we make accessible on OnlyFans for Users are for general information only. We make no promises or guarantees about the accuracy or otherwise of such materials, or that Users will achieve any particular result or outcome from using such materials.

h.  We do not promise that OnlyFans is compatible with all devices and operating systems. You are responsible for configuring your information technology, device, and computer programs to access OnlyFans. You should use your own virus protection software.

i.  We are not responsible for the availability of the internet, or any errors in your connections, device or other equipment, or software that may occur in relation to your use of OnlyFans.

j.  While we try to make sure that OnlyFans is secure and free from bugs and viruses, we cannot promise that it will be and have no control over the Content that is supplied by Creators.

k.  We are not responsible for any lost, stolen, or compromised User accounts, passwords, email accounts, or any resulting unauthorized activities or resulting unauthorized payments or withdrawals of funds.

l.  You acknowledge that once your Content is posted on OnlyFans, we cannot control and will not be responsible to you for the use which other Users or third parties make of such Content. You can delete your account at any time, but you acknowledge that deleting your account will not of itself prevent the circulation of any of your Content which may have been recorded by other Users in breach of the Terms of Service or by third parties prior to the deletion of your account.

10.    **Intellectual property rights – ownership and licenses:**

a.  You confirm that you own all intellectual property rights (examples of which are copyright and trademarks) in your Content or that you have obtained all necessary rights to your Content which are required to grant licenses in respect of your Content to us and to other Users. This includes any rights required to engage in the acts covered by sub-section **10(b)** below in any territory in which OnlyFans is accessible and, in particular, in the United States of America, the United Kingdom and the European Union.

b.  You agree to grant us a license under all your Content to perform any act restricted by any intellectual property right (including copyright) in such Content, for any purpose reasonably related to the provision and operation of OnlyFans. Such acts include to reproduce, make available and communicate to the public, display, perform, distribute, translate, and create adaptations or derivative works of your Content, and otherwise deal in your Content.

c.  The license which you grant to us under sub-section **10(b)** above is perpetual, non-exclusive, worldwide, royalty-free, sublicensable, assignable and transferable by us. This means that the license will continue even after your agreement with us ends and you stop using OnlyFans, that we do not have to pay you for the license, and that we can grant a sub-license of your Content to someone else or assign or transfer the license to someone else. This license will allow us, for example, to add stickers, text, and watermarks to your Content, to make your

Content available to other Users of OnlyFans, as well as to use your Content for other normal operations of OnlyFans. We will never sell your Content to other platforms, though we may sell or transfer any license you grant to us in the Terms of Service in the event of a sale of our company or its assets to a third party.

d.  Whilst we do not own your Content, you grant us the limited right to submit notifications of infringement (including of copyright or trademark) on your behalf to any third-party website or service that hosts or is otherwise dealing in infringing copies of your Content without your permission. Although we are not under any obligation to do so, we may at any time submit or withdraw any such notification to any third-party website or service where we consider it appropriate to do so. However, we do not and are under no obligation to police infringements of your Content. You agree that if we request, you will provide us with all consents and other information which we reasonably need to submit notifications of infringement on your behalf. Please see our Complaints Policy for how to make a complaint about infringement of intellectual property rights.

e.  You waive any moral rights which you may have under any applicable law to object to derogatory treatment of any Content posted by you on OnlyFans. This waiver does not affect in any way your ownership of any intellectual property rights in your Content or the rights which you have to prevent your Content from being copied without your permission. The waiver is intended to allow us when dealing with your Content (as permitted by the license which you give us in section **10(b)** above) to add watermarks, stickers or text to your Content.

11.  **Twitter:** Users have the facility to connect an active Twitter account to their OnlyFans account and to share certain Content in the form of OnlyFans posts to Twitter using the share feature. If you use this feature, you must fully comply with Twitter's terms of service from time to time in respect of any Content shared in this way.

12.  **Linking to and from OnlyFans:**

a.  Links to OnlyFans:

- You may link to the OnlyFans homepage, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval, or endorsement on our part.

- If you are a Creator, when promoting your Creator account you must comply with our Terms of Service and the terms of service of any other website where you place a link to or otherwise promote your Creator account. When promoting your Creator account, you must not impersonate OnlyFans or give the impression that your Creator account is being promoted by us if this is not the case. You must not promote your OnlyFans account by using Google Ads or any similar advertising platform or search engine advertising service.

b. Links from OnlyFans: If OnlyFans contains links to other sites and resources provided by third parties, these links are provided for your convenience only. Such links should not be interpreted as approval by us of those linked websites or information you may obtain from them. We have no control over the contents of those sites or resources and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third-party websites linked to OnlyFans, you do so entirely at your own risk and subject to the terms and conditions of use for such websites.

c. Domain Names: In some instances, OnlyFans may allow Creators to register or use domain names that contain the OnlyFans trademark or a confusingly similar term. However, you will not register such a domain name, unless:

- The domain name is registered by the Creator.

- The domain name redirects to the Creator's OnlyFans profile. Domain names containing the OnlyFans trademark or a confusingly similar term must not direct to any other website, including link aggregators.

- The Creator obtains prior written permission from OnlyFans and signs a licensing agreement.

If you would like to register a domain name containing the OnlyFans trademark or a confusingly similar term, please contact support@onlyfans.com. Failing to comply with these provisions or the licensing agreement will be considered a violation of the licensing agreement and may result in OnlyFans filing a domain dispute against the registrant.

13. **How do I delete my account?** If you want to delete your OnlyFans account then you may do so in the 'User Account' section of your OnlyFans account.

a. If you are a Fan, the deletion of your account will take place within a reasonable time following your request.

b. If you are a Creator, then once you initiate the "**delete account**" process your account will remain open until the last day of your Fans' paid Subscription period, following which you will receive your final payment and your account will be deleted.

c. If you are both a Fan and a Creator then your account will be deleted in two stages (Fan first and then Creator).

d. Once your account has been deleted you won't be charged any further amounts or have access to your former OnlyFans account or its Content, and any subscriptions will be deleted and cannot be subsequently renewed. You will receive an email confirmation upon the successful deletion of your account. Once your account has been deleted, we may deal with your Content in any appropriate manner in accordance with our Privacy Policy (including by deleting it) and you

8/23/23, 1:28 PM Case: 1:23-cv-06151 Document #: 1-1 Filed 08/25/23 Page 11 of 41 PageID #:67

will no longer be entitled to access your Content. There is no technical facility on OnlyFans for you to be able to access your Content following termination of your account.

14. **Who is responsible for any loss or damage suffered by you?**

   a. <u>Whether you are a consumer or business User:</u> We do not exclude or limit in any way our liability to you where it would be unlawful to do so. This includes (i) liability for death or personal injury caused by our negligence or the negligence of our employees, agents or subcontractors, and (ii) fraud or fraudulent misrepresentation.

   b. <u>If you are a consumer User:</u> If you are a consumer User, you agree that:

      - We and our subsidiary companies, employees, owners, representatives, and agents will not be liable to you for any loss of profit, loss of business or revenue, business interruption, loss of business opportunity, or loss of anticipated savings suffered by you arising from or in connection with your use of OnlyFans.

      - If you are a consumer User and reside in the United States of America, our total liability to you for claims arising out of or related to your agreement with us shall be limited to USD 250 per claim.

   c. <u>If you are a business User:</u> If you are a business User, you agree that:

      - We and our subsidiary companies, employees, owners, representatives, and agents:

         - exclude (to the extent permitted by law) all implied conditions, warranties, representations, or other terms that may apply to OnlyFans or any content on it. This means that if the Terms of Service do not expressly include a promise or commitment by us, then one cannot be implied by law;

         - are not responsible to you for any loss or damage suffered by you that is not a foreseeable result of our breaching the Terms of Service or our failing to use reasonable care and skill. Loss or damage is foreseeable if either it is obvious that it will happen or if, at the time you agreed to the Terms of Service, both we and you knew it might happen;

         - won't be liable to you for any loss or damage, whether in contract, tort (including negligence), breach of statutory duty, or otherwise, even if foreseeable, arising out of or in connection with:

            - your inability to use OnlyFans or any of its services, features or programs; or

  - your use of or reliance on any content (including Content) stored on OnlyFans;

- won't be liable to you for any:

  a. loss of profits;

  b. loss of sales, business, or revenue;

  c. business interruption;

  d. loss of anticipated savings;

  e. loss of business opportunity, goodwill or reputation;

  f. loss of data or information, including any Content; or

  g. indirect or consequential loss or damage;

- won't be liable to you for any loss or damage caused by a distributed denial-of-service attack, virus, malware, ransomware, or other technologically harmful material that may infect your computer equipment, computer programs, data, or other proprietary material due to your use of OnlyFans or any of its services, features or programs, or due to your downloading of any material posted on it, or on any website linked to it;

- won't be liable to you if your Content is copied, distributed, reposted elsewhere or its copyright is infringed by another User or any third party;

- won't be liable to you for any disclosure of your identity, or any disclosure or publication of your personal information by other Users or third parties without your consent (also known as "**doxing**");

- won't be liable to you for any failure or delay by us in complying with any part of the Terms of Service arising from events outside our reasonable control. If there is any failure or delay by us in complying with any part of the Terms of Service arising from an event outside our reasonable control then we will contact you as soon as possible to let you know and we will take steps to minimise the effect of the delay.

- Our total liability to you for any and all claims arising out of or related to your agreement with us, whether in contract, tort (including negligence), breach of statutory duty, or otherwise shall be limited to the greater of:

  - 100% of the total fees paid by you to us in connection with your use of OnlyFans; and

- USD 5,000.

15. **General:** You agree that:

   a. If any aspect of your agreement with us is unenforceable, the rest will remain in effect.

   b. If we fail to enforce any aspect of your agreement with us, it will not be a waiver;

   c. We reserve all rights not expressly granted to you.

   d. No implied licenses or other rights are granted to you in relation to any part of OnlyFans, save as expressly set out in the Terms of Service.

   e. Your agreement with us does not give rights to any third parties, except that the exclusions and limitations of liability in section **14** (Who is responsible for any loss or damage suffered by you?) and the terms in section **16** ( Terms relating to disputes) may be enforced by our subsidiary companies, employees, owners, representatives and agents.

   f. You cannot transfer your rights or obligations under your agreement with us without our prior written consent.

   g. Our rights and obligations under your agreement with us can be assigned or transferred by us to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law. In addition, we may choose to delegate the performance of any of our obligations under your agreement with us to any third party, but we will remain responsible to you for the performance of such obligations.

   h. The Terms of Service form the entire agreement between us and you regarding your access to and use of OnlyFans, and supersede any and all prior oral or written understandings or agreements between us and you.

16. **Terms relating to disputes – the law which applies to your agreement with us and where disputes and claims concerning your use of OnlyFans (including those arising from or relating to your agreement with us) can be brought:**

   a. <u>For consumers (Fans):</u>

      - <u>Consumers - Law:</u>

         - If you are a consumer, your agreement with us is governed by English law and English law will apply to (i) any claim that you have arising out of or in connection with your agreement with us or your use of OnlyFans, and (ii) any claim that we have against you that arises out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual disputes or claims). You will also be able to rely on mandatory rules of the law of the country where you live.

- **Consumers - where claims must be brought:**

  - If you are a consumer resident in the United Kingdom or the European Union, any claim which you have or which we have arising out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual disputes or claims) may be brought in the courts of England and Wales or the courts of the country where you live.

  - If you are a consumer resident **outside** of the United Kingdom or the European Union, any claim which you have or which we have arising out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual disputes or claims) must be brought in the courts of England and Wales.

b. <u>For business Users (Creators and Referring Users):</u>

- **Business Users – Law:**

  - If you are a business User, your agreement with us is governed by English law and English law will apply to (i) any claim that you have arising out of or in connection with your agreement with us or your use of OnlyFans, and (ii) any claim that we have arising out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases non-contractual disputes or claims), without regard to conflict of law provisions.

- **Business Users - where claims must be brought:**

  - If you are a business User, you and we agree that the courts of England and Wales shall have exclusive jurisdiction to resolve any dispute or claim (including non-contractual disputes or claims) which you have or which we have arising out of or in connection with your agreement with us (including its subject matter or formation) or your use of OnlyFans.

c. <u>Limitation period for bringing claims:</u> Except where prohibited by applicable law, any claim or cause of action which you have concerning OnlyFans (including those arising out of or related to your agreement with us) must be filed within one year after the date on which such claim or cause of action arose or the date on which you learned of the facts giving rise to the cause of action (whichever is the earlier), or be forever barred.

17. **Other terms which form part of your agreement with us:** These Terms of Use for all Users govern your agreement with us. Certain other terms or policies forming part of the Terms of Service will also apply to you and form part of your agreement with us, as follows:

a. Terms of Use for Fans – which contain additional terms which apply if you use OnlyFans as a Fan;

b. Terms of Use for Creators – which contain additional terms which apply if you use OnlyFans as a Creator;

c. Privacy Policy – which applies to all Users and tells you how we use your personal data and other information we collect about you;

d. Acceptable Use Policy – which applies to all Users and tells you what you can and can't do on OnlyFans;

e. Referral Program Terms – which outline the terms that apply if you participate in the OnlyFans Referral Program;

f. Complaints Policy - which sets out the procedure for making a complaint about any aspect of OnlyFans, and how we will deal with that complaint;

g. Platform to Business Regulation Terms – which contain additional terms which apply to Creators who are established or resident in the European Union or the United Kingdom; and

h. Our Community Guidelines – which provide additional terms and guidance regarding your interactions with OnlyFans.

If there is any conflict between these Terms of Use for all Users and any of the terms or policies listed at section **17(a)** to **(h)** above, the Terms of Use for all Users will apply to the extent of the conflict.

**Last updated: December 2021**

## TERMS OF USE FOR FANS

**BY USING OUR WEBSITE AS A FAN YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY**

1. **Introduction:** These Terms of Use for Fans are additional terms which apply if you use OnlyFans as a Fan (also referred to as "**you**" and "**your**" in these Terms of Use for Fans). These Terms of Use for Fans form part of your agreement with us.

2. **Interpretation:** In these Terms of Use for Fans, defined terms have the same meanings given to them in the Terms of Use for all Users. In addition:

   a. "**VAT**" means United Kingdom value added tax and any other tax imposed in addition to or in substitution for it at the rate from time to time imposed and any equivalent or similar governmental, state, federal, provincial, or municipal indirect tax, charge, duty, impost or levy in any other jurisdiction; and

b. "**Tax**" shall include all forms of tax and statutory, governmental, state, federal, provincial, local government or municipal charges, duties, imposts, contributions, levies, withholdings or liabilities wherever chargeable and whether of the UK or any other jurisdiction.

3. **Other terms which will apply to your use of OnlyFans:** The following terms will also apply to your use of OnlyFans and you agree to them:

   a. Our Terms of Use for all Users;

   b. Our Privacy Policy – which tells you how we use your personal data and other information we collect about you;

   c. Our Acceptable Use Policy – which tells you what you can and can't do on OnlyFans;

   d. Our Complaints Policy – which sets out the procedure for making a complaint about any aspect of OnlyFans, and how we will deal with that complaint;

   e. The Standard Contract between Fan and Creator – which does not form part of your agreement with us, but which governs and sets out the terms applicable to each Fan/Creator Transaction you enter into on OnlyFans; and

   f. Our Community Guidelines – which provide additional terms and guidance regarding your interactions with OnlyFans.

4. **Other terms which may apply to your use of OnlyFans:** The following additional terms may apply to your use of OnlyFans:

   a. If you are also a Creator, the Terms of Use for Creators will apply to your use of OnlyFans as a Creator;

   b. If you are a Creator who is established or resident in the European Union or the United Kingdom, then the Platform to Business Regulation Terms will also apply to you; and

   c. If you participate in the OnlyFans referral program, the Referral Program Terms will apply to your use of the OnlyFans Referral Program.

5. **Your commitments to us:** You warrant (which means you make a legally enforceable promise) that:

   a. you are at least 18 years old;

   b. if the laws of the country or State/province where you live provide that you can only be legally bound by a contract at an age which is higher than 18 years old, then you are old enough to be legally bound by a contract under the laws of the country or State/province where you live;

   c. you will provide such other information or verification records as we require.

    d.  you are permitted by the laws of the country or State/province where you are located to join OnlyFans and to view any Content available on it and to use any functionality provided by it; and

    e.  you are able and willing to make payment (where required) to view Content available on OnlyFans which you wish to view and to use any functionality provided by OnlyFans that you wish to use.

6.    **Content - general terms:** In addition to the terms set out elsewhere in the Terms of Service (in particular in our Acceptable Use Policy), the following terms apply to the Content posted, displayed, uploaded or published by you as a Fan on OnlyFans:

    a.  You warrant (which means that you make a legally enforceable promise to us) that for each item of Content which you post, display, upload or publish on OnlyFans:

        i.  the Content complies in full with the Terms of Service (and in particular our Acceptable Use Policy);

        ii.  you either own your Content (and all intellectual property rights in it) or have a valid license to your Content; and

        iii.  if your Content includes or uses any third-party material, you have secured all rights, licenses, written consents and releases that are necessary for the use of such third-party property in your Content and for the subsequent use and exploitation of that Content on OnlyFans.

    b.  You agree that you will be liable to us and indemnify us if any of the warranties at section **6(a)** is untrue. This means you will be responsible for any loss or damage we suffer as a result of any warranty being untrue.

    c.  We are not responsible for and do not endorse any aspect of any Content posted by you or any other User of OnlyFans. We do not have any obligation to monitor any Content and have no direct control over what your Content may comprise.

7.    **Adult material:** You acknowledge that you are aware that some of the Content on OnlyFans contains adult material, and you agree to take this into account when deciding where to access and view Content. We will not be responsible to you if you suffer any loss or damage as a result of your accessing or viewing Content containing adult material in a way which places you in breach of any contract you have with a third party (for example, your employment contract) or in breach of any applicable law.

8.    **Subscriptions and purchases by Fans:** This section describes the terms which apply to Fan/Creator Transactions:

    a.  All Fan/Creator Transactions are contracts between Fans and Creators on the terms of the Standard Contract between Fan and Creator. Although we facilitate Fan/Creator Transactions by providing the OnlyFans platform and storing

Content we are not a party to the Standard Contract between Fan and Creator or any other contract which may exist between a Fan and Creator, and are not responsible for any Fan/Creator Transactions.

b. Creators are solely responsible for determining (within the parameters for pricing on OnlyFans) the pricing applicable to Fan/Creator Transactions and the Content to which you may be given access. All prices appear in USD only.

c. Fan Payments are exclusive of VAT, which shall be added at the current rate as applicable to Fan Payments.

d. To be able to enter into a Fan/Creator Transaction with a particular Creator, you must first add a payment card to your account and then click the 'Subscribe' button on the relevant Creator's profile.

e. You authorize us and our subsidiary companies to supply your payment card details to a third-party payment provider for the purpose of processing your Fan Payment. All Fan Payments will be charged in USD. Your payment card provider may charge you currency conversion fees. We do not have control over currency exchange rates or charges imposed by your payment card provider or bank and we and our subsidiary companies will not be responsible for paying any charges or fees imposed by your payment card provider or bank.

f. If you choose to provide details of two or more payment cards, then if you try to make a Fan Payment from the first card and the card is rejected for any reason, then the other payment card will be used to collect the full Fan Payment.

g. The payment provider will take (i) periodic payments from your payment card for Fan Payments which are Subscriptions; and (ii) immediate payments from your payment card for Fan Payments other than Subscriptions (including any tips paid by you to a Creator). You authorize and consent to each of these payments being debited using your supplied payment card details.

h. Apart from free-trial Subscriptions, all Subscriptions to a Creator's profile will automatically renew at the end of the relevant subscription period, except if your payment card is declined, the subscription price for the Subscription has increased, or you have turned off the "Auto-Renew" switch located on the relevant Creator's profile. This means that if you want to stop subscribing to a Creator's profile and paying continuing monthly subscription charges, you will need to turn off the "Auto-Renew" switch located on the relevant Creator's profile.

i. If you cancel a Subscription you will continue to be permitted to view the relevant Creator's Content until the end of the subscription period in which you cancelled, after which no further payments will be taken from your payment card in respect of subscriptions to that Creator's profile (unless you choose to pay for a new Subscription to that Creator's profile), and you will no longer be able to view the relevant Creator's Content.

8/23/23, 1:28 PM
Case: 1:23-cv-06151 Document #: 1-1 Filed: 08/25/23 Page 19 of 41 PageID #:75

j. You agree that you will not make unjustified requests for a refund in respect of any Fan/Creator Transaction or tip to a Creator, or unjustified chargeback requests of your payment card provider in relation to any Fan/Creator Transaction or tip to a Creator. If we consider that any request for a refund or chargeback request was made by you in bad faith, we have the right to suspend or delete your User account.

k. Wallet credits: You can prepay an amount on OnlyFans (known as "Wallet Credits") which you can later use to make Fan Payments. Purchases on OnlyFans cannot be divided - if you attempt a purchase that costs more than the total amount of your remaining Wallet Credits, your payment card will be charged the full amount for that purchase. Wallet Credits are subject to a maximum amount as determined by us from time to time. Interest will not accrue on Wallet Credits. Wallet Credits are non-refundable, which means that you are not entitled to a refund of any unused Wallet Credits.

9. **Suspension of your User account:** If we suspend your User account in accordance with our rights under the Terms of Service, then any Fan Payments which would otherwise have fallen due during the period of suspension of your User account will be suspended during the period of the suspension of your User account.

**Last updated: December 2021**

## TERMS OF USE FOR CREATORS

**BY USING OUR WEBSITE AS A CREATOR YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY**

1. **Introduction:** These Terms of Use for Creators are additional terms which apply if you use OnlyFans as a Creator (also referred to as "you" and "your" in these Terms of Use for Creators). These Terms of Use for Creators form part of your agreement with us.

2. **Interpretation:** In these Terms of Use for Creators, defined terms have the same meanings given to them in the Terms of Use for all Users. In addition:

   a. **"VAT"** means United Kingdom value added tax and any other tax imposed in addition to or in substitution for it at the rate from time to time imposed and any equivalent or similar governmental, state, federal, provincial, or municipal indirect tax, charge, duty, impost or levy in any other jurisdiction; and

   b. **"Tax"** shall include all forms of tax and statutory, governmental, state, federal, provincial, local government or municipal charges, duties, imposts, contributions, levies, withholdings or liabilities wherever chargeable and whether of the UK or any other jurisdiction.

3. **Other terms which will apply to your use of OnlyFans:** The following terms will also apply to your use of OnlyFans and you agree to them:

    a.  Our Terms of Use for all Users;

    b.  Our Privacy Policy – which tells you how we use your personal data and other information we collect about you;

    c.  Our Acceptable Use Policy – which tells you what you can and can't do on OnlyFans;

    d.  Our Complaints Policy – which sets out the procedure for making a complaint about any aspect of OnlyFans, and how we will deal with that complaint;

    e.  The Standard Contract between Fan and Creator – which does not form part of your agreement with us, but which governs and sets out the terms applicable to each Fan/Creator Transaction you enter into on OnlyFans; and

    f.  Our Community Guidelines – which provide additional terms and guidance regarding your interactions with OnlyFans.

4.  **Other terms which may apply to your use of OnlyFans:** The following additional terms may apply to your use of OnlyFans:

    a.  If you are established or resident in the European Union or the United Kingdom, then the Platform to Business Regulation Terms will also apply to you;

    b.  If you are also a Fan, the Terms of Use for Fans will also apply to your use of OnlyFans as a Fan; and

    c.  If you participate in the OnlyFans Referral Program, the Referral Program Terms will apply to your use of the OnlyFans Referral Program.

5.  **What are the fees that we charge Creators for the use of OnlyFans?** We charge a fee to you of twenty per cent (20%) of all Fan Payments made to you (exclusive of any VAT element of the Fan Payment) (called **Our Fee**. The remaining eighty per cent (80%) of the Fan Payment (exclusive of any VAT element of the Fan Payment) is payable to you (called "**Creator Earnings**"). Our Fee includes the costs of providing, maintaining and operating OnlyFans and storing your Content. Our Fee is deducted from the Fan Payment, and Creator Earnings are paid to you in the way described in the Payouts to Creators section below.

6.  **How to set up your account as a Creator account:** To set up your account as a Creator account:

    a.  You will need on your User account page to upload a valid form of ID and two photos of you in accordance with the requirements set out here.

    b.  You will need on your User account page to add a bank account or payment details of your bank account or a payment method.

   c. You will need on your User account page to select one of the available methods provided by OnlyFans as to how your Creator Earnings will be transferred to you. These methods are called **Payout Options**.

   d. If you are registered for VAT in the UK, you will need to provide us with your valid UK VAT number. See the Promoting Tax compliance and VAT section of these Terms of Use for Creators in relation to UK VAT.

   e. You may also need to submit additional information depending on the country where you live.

   f. We may ask you for additional age or identity verification information at any time. We may reject your application to set up a Creator account for any reason, including the reasons stated here.

   g. Once you have set up your account as a Creator account, then if you want to charge your Fans a monthly subscription fee you will need to set your subscription price for your Fans within the range allowed by OnlyFans as set out here.

   h. You will then be able to start adding Content and Users will be able to subscribe to your account to become your Fans.

   i. If you lose access to your account, you can reset your password, but you will need to know the email address used to set up the account to do so. If you do not recall the email address used to set up the account, we may require you to provide identification documents and photos and any additional evidence we may reasonably require to prove your identity.

7. **Personal legal responsibility of Creators:** Only individuals can be Creators. Every Creator is bound personally by the Terms of Service. If you have an agent, agency, management company or other third party which assists you with the operation of your Creator account (or operates it on your behalf), this does not affect your personal legal responsibility. Our relationship is with you, and not with any third party, and you will be legally responsible for ensuring that all Content posted and all use of your account complies with the Terms of Service.

8. **Fan/Creator Transactions:** This section describes the terms which apply to Fan/Creator Transactions:

   a. All Fan/Creator Transactions are contracts between Fans and Creators on the terms of the Standard Contract between Fan and Creator. Although we facilitate Fan/Creator Transactions by providing the OnlyFans platform and storing Content, we are not a party to the Standard Contract between Fan and Creator or any other contract which may exist between a Fan and Creator, and are not responsible for any Fan/Creator Transaction.

   b. Fan Payments are exclusive of VAT, which shall be added at the current rate as applicable to Fan Payments.

c. When you receive confirmation from OnlyFans, either in the 'Statements' page of your User account or by email (or both), that the Fan/Creator Transaction has been confirmed, you must perform your part of such Fan/Creator Transaction (for example, by allowing the Fan to view the Content on your Creator account and/or providing the customised Content paid for by the Fan and/or allowing the Fan to use the fan interaction function paid for (as applicable)). You agree that you will indemnify us for any breach by you of this obligation (which means you will be responsible for any loss or damage (including loss of profit) we suffer as a result of you failing to comply with this obligation).

9. **Content – general terms:** In addition to the terms set out elsewhere in the Terms of Service (in particular in our Acceptable Use Policy), the following terms apply to the Content posted, displayed, uploaded or published by you as a Creator on OnlyFans:

a. Your Content is not confidential, and you authorize your Fans to access and view your Content on OnlyFans for their own lawful and personal use, and in accordance with any licenses that you grant to your Fans.

b. You warrant (which means that you make a legally enforceable promise to us) that for each item of Content which you post, display, upload or publish on OnlyFans:

i. the Content complies in full with the Terms of Service (and in particular our Acceptable Use Policy);

ii. you hold all rights necessary to license and deal in your Content on OnlyFans, including in each territory where you have Fans and in the United Kingdom;

iii. you either own your Content (and all intellectual property rights in it) or have a valid license to offer and supply your Content to your Fans;

iv. if your Content includes or uses any third-party material, you have secured all rights, licenses, written consents and releases that are necessary for the use of such third-party property in your Content and for the subsequent use and exploitation of that Content on OnlyFans; and

v. the Content is:

1. of satisfactory quality, taking account of any description of the Content, the price, and all other relevant circumstances including any statement or representation which you make about the nature of the Content on your account or in any advertising;

2. reasonably suitable for any purpose which the Fan has made known to you is the purpose for which the Fan is using the Content; and

3. as described by you.

c. You agree that you will be liable to us and indemnify us if any of the warranties at section **9(b)** is untrue. This means you will be responsible for any loss or damage (including loss of profit) we suffer as a result of any of the warranties being untrue.

d. We are not responsible for and do not endorse any aspect of any Content posted by you or any other User of OnlyFans. We do not have any obligation to monitor any Content and have no direct control over what your Content may comprise.

e. You also agree to act as custodian of records for the Content that you upload to OnlyFans.

10. **Advertising on OnlyFans:**

a. If you post or upload video Content to your Creator account which is designed to promote, directly or indirectly, a third-party goods, services or image in return for payment, other valuable consideration, or self-promotional purposes (including advertising, sponsorship, and product placement) (together "Advertising Content"), then you must comply with the requirements set out in sections **10(b)** and **(c)** of these Terms of Use for Creators.

b. Requirements – Advertising Content: You must ensure that any Advertising Content which you post to your Creator account:

   i. does not:

     1. prejudice respect for human dignity;

     2. include or promote discrimination based on sex, racial or ethnic origin, nationality, religion or belief, disability, age or sexual orientation;

     3. encourage behaviour prejudicial to health or safety;

     4. encourage behaviour grossly prejudicial to the protection of the environment;

     5. cause physical, mental or moral detriment to any person;

     6. directly urge persons to purchase or rent goods or services in a manner which exploits their inexperience or credulity;

     7. directly encourage persons to persuade others to purchase or rent goods or services;

     8. exploit the trust of persons in others; or

     9. unreasonably show persons in dangerous situations;

   ii. does not advertise cigarettes and other tobacco products, electronic cigarettes and electronic cigarette refill containers, illegal drugs, or any prescrip-

tion-only medicine;

    iii.  does not advertise, promote, or facilitate illegal gambling, and

    iv.  in respect of any Advertising Content for alcoholic drinks, is not aimed at minors and does not encourage immoderate consumption of alcohol.

  c.  **Transparency requirement - Advertising Content:** You must declare that any Advertising Content which you post or upload to OnlyFans contains advertising by including the signifier **#ad** in the caption to the Advertising Content before posting or uploading.

11.   **Co-authored Content:**

  a.  If you upload Content to your Creator account which shows anyone else other than or in addition to you (even if that person cannot be identified from the Content) ("Co-Authored Content"), you warrant (which means you make a legally enforceable promise to us) that each individual shown in any Co-Authored Content uploaded to your account is i) a Creator on OnlyFans; or ii) a consenting adult, and that you have verified the identity and age of each such individual and will provide supporting documents as we may request in our discretion.

  b.  You further warrant that you have obtained and keep on record written consent from each individual shown in your Co-Authored Content that such individual:

    i.  has given his or her express, prior and fully informed consent to his or her appearance in the Co-Authored Content; and

    ii.  has consented to the Co-Authored Content in which he or she appears being posted on OnlyFans.

  c.  In addition to the confirmations in sections **11(a)** and **(b)** above, you agree that if you upload Co-Authored Content where the other person or people appearing in the Content maintain a Creator account on OnlyFans, you will tag the OnlyFans account(s) of any person or people appearing in the Co-Authored Content who can be identified from it.

  d.  If any Co-Authored Content is a work of joint authorship, you are solely responsible for obtaining any required licenses or consents from any other joint authors of the Content which are sufficient to permit such Content to be uploaded to and made available on OnlyFans.

  e.  You agree that we will only arrange for Creator Earnings to be paid to the account of the Creator to which the Co-Authored Content is uploaded. The Creator who uploaded the Co-Authored Content is solely responsible for dividing and distributing any revenue generated from the Co-Authored Content between the individuals shown in such Co-Authored Content. Any such revenue-sharing agreement shall be an independent, private agreement between you and such individual(s), and we are not responsible for providing or enforcing any such

agreements. You understand and agree that you are not entitled to any Creator Earnings earned on any Co-Authored Content in which you appear but which is posted on another Creator's account. If you post Co-Authored Content on your account, we may require you to provide valid and complete legal information for all individuals which appear in the Co-Authored Content. If you fail to provide any information requested by us upon our request, we may delete the Co-Authored Content, restrict your rights and permissions to post as a Creator, terminate your account, and/or withhold all or any portion of Creator Earnings earned but not yet paid out to you.

f.  You agree to release us from and not to make any claims against us arising from Co-Authored Content. You agree that all claims arising from Co-Authored Content shall be made against the Creator(s) who posted Co-Authored Content or the individual(s) who appeared in the Co-Authored Content (as applicable).

12. **Payouts to Creators:**

a.  All Fan Payments will be received by a third-party payment provider approved by us.

b.  If you have chosen the Stripe Payout Option, Stripe will collect the Fan Payment and pay the Creator Earnings to your bank account.

c.  Where Stripe is not the Payout Option chosen by you, Our Fee will be deducted from the Fan Payment received and your Creator Earnings will be held by us or one of our subsidiary companies on your behalf.

d.  Your OnlyFans account will be updated within a reasonable time with your Creator Earnings. Your Creator Earnings will become available for withdrawal by you from your OnlyFans account once such Creator Earnings appear in your OnlyFans account.

e.  To make a withdrawal of Creator Earnings from your OnlyFans account, you must have at least the minimum payout amount in your OnlyFans account. Please click on the Banking page on your account to see what the minimum payout amount is for your country of residence and Payout Option.

f.  The amount that you see in your 'current balance' in your OnlyFans account is your Creator Earnings at the relevant time. All Fan Payments and Creator Earnings are transacted in USD only. If you have chosen the "Stripe" Payout Option then the Fan Payments and Creator Earnings figures will be reflected in your local currency, at an exchange rate controlled by Stripe. Your bank may charge you currency conversion or transfer fees to receive the money. Additionally, your e-wallet company may charge you a fee for accessing the money. We do not have control over currency exchange rates or charges imposed by your bank or your e-wallet company, and we and our subsidiary companies will not be responsible for paying any charges imposed by your bank or your e-wallet company.

g. If a Fan successfully seeks a refund or chargeback from their credit card provider in respect of a Fan Payment made to you, we may investigate and may decide to deduct from your account an amount equal to the Creator Earnings earned by you on the charged-back or refunded amount.

h. Except for Payout Options involving payment by direct bank transfer, we do not store any data disclosed by you when you register your Payout Options with a third-party payment provider.

13. **Circumstances in which we may withhold Creator Earnings:**

a. We may withhold all or any part of the Creator Earnings due to you but not yet paid out:

   i. if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service;

   ii. if you attempt or threaten to breach any part of the Terms of Service in a way which we think has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User); or

   iii. if we suspect that all or any part of the Creator Earnings result from unlawful or fraudulent activity, either by you or by the Fan who made the Fan Payment resulting in the Creator Earnings,

   for as long as is necessary to investigate the actual, threatened or suspected breach by you or the suspected unlawful activity (as applicable). If following our investigation, we conclude that (i) you have seriously or repeatedly breached any part of the Terms of Service; (ii) you have attempted or threatened to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User), and/or (iii) the Creator Earnings result from unlawful or fraudulent activity, we may notify you that you have forfeited your Creator Earnings.

b. We may also withhold all or any part of the Creator Earnings due to you but not yet paid out if we receive notice that you have secured, encumbered, pledged, assigned, or otherwise allowed a lien to be placed on Creator Earnings. We undertake no duty to pay Creator Earnings to third-party lienholders and may withhold payment of Creator Earnings until the lien has been removed.

c. We shall not have any responsibility to you if we withhold or forfeit any of your Creator Earnings where we have a right to do so under these Terms of Use for Creators.

d. If we are withholding all or any part of the Creator Earnings due to you and we determine that part of the Creator Earnings withheld by us is unrelated to breaches by you of the Terms of Service or suspected unlawful or fraudulent activity, then

we may arrange for you to be paid the part of the Creator Earnings which we determine to be unrelated to breaches by you of the Terms of Service or suspected unlawful or fraudulent activity. However, you agree that if we consider that your breach(es) of the Terms of Service has or may cause us loss, we may withhold all Creator Earnings due to you but not yet paid and we may set off such amounts against any losses suffered by us.

e. If once we have finished our investigation we determine that Creator Earnings are forfeited, we will (unless prohibited by law) use our best efforts to ensure that any Fan Payments which resulted in forfeited Creator Earnings are returned to the relevant Fans who paid such Fan Payments.

14. **Promoting Tax compliance and VAT:**

a. **General:**

i. We recommend that all Creators seek professional advice to ensure you are compliant with your local Tax and VAT rules, based on your individual circumstances.

ii. By using OnlyFans as a Creator, you warrant (which means you make a legally enforceable promise) that you have reported and will report in the future the receipt of all payments made to you in connection with your use of OnlyFans to the relevant Tax authority in your jurisdiction, as required by law.

iii. By using OnlyFans as a Creator you warrant (which means you make a legally enforceable promise) that you will at all times comply with all laws and regulations relating to Tax which apply to you. If, at any point whilst you have an OnlyFans account, any Tax non-compliance occurs in relation to you (including a failure by you to report earnings or the imposition on you of any penalty or interest relating to Tax) or if any litigation, enquiry, or investigation is commenced against you that is in connection with, or which may lead to, any occurrence of Tax non-compliance, you agree that you will:

1. notify us by email to vat@onlyfans.com in writing within 7 days of the occurrence of the Tax non-compliance or the commencement of the litigation, enquiry or investigation (as applicable); and

2. promptly provide us by email to vat@onlyfans.com with:

a. details of the steps which you are taking to address the occurrence of the Tax non-compliance and to prevent the same from happening again, together with any mitigating factors that you consider relevant; and

b. such other information in relation to the occurrence of the Tax non-compliance as we may reasonably require.

    iv.  For the avoidance of doubt, you are responsible for your own Tax affairs and we and our subsidiary companies (i) are not responsible for advising you on your Tax affairs and will not be liable in respect of any general information provided on OnlyFans or by support@onlyfans.com in respect of Tax, and (ii) will not be liable for any non-payment of Tax by Creators.

    v.  We reserve the right to close your OnlyFans account if we are notified of or become aware of any Tax non-compliance by you.

  **b.**  **UK VAT and UK established Creators:**

    i.  For the purposes of UK VAT only, Creators are treated as providing their services to OnlyFans, rather than to Fans directly.

    ii.  If you are a Creator registered for UK VAT:

      1.  You will be treated, for VAT purposes, as charging OnlyFans your Creator Earnings (80% of all and any Fan Payments), together with UK VAT at the prevailing rate in force at the time of the Fan Payment;

      2.  OnlyFans also agrees that, subject to the terms set out in this section of these Terms of Use for Creators, you can add UK VAT at the prevailing rate in force at the time of the referral payment to the amount of any referral payments payable to you under the Referral Program Terms (" **Referral Payments**");

      3.  You agree to use the OnlyFans VAT invoice generator tool which can be found at: https://onlyfans.com/my/banking/vat/create-document to generate monthly VAT invoices, addressed to Fenix International Limited, in respect of your Creator Earnings (and Referral Payments, if any) for the relevant period together with the VAT on such Creator Earnings (and Referral Payments, if any);

      4.  The VAT element added to your Creator Earnings (and Referral Payments, if any) (the "VAT Amount") will be paid to you by way of a separate payment outside of your regular Creator Earnings, provided that you must have submitted to us copies of the following before payment of the VAT Amount will be made to you:

        a.  your VAT registration number by completing this form https://onlyfans.com/my/banking/vat;

        b.  a valid VAT invoice generated and submitted using the OnlyFans VAT invoice generator tool and uploaded using https://onlyfans.com/my/banking/vat/add-documents; and

        c.  a VAT return made to HM Revenue & Customs, including a value of taxable supplies equal to or greater than the aggregate value of your Creator Earnings (and Referral Payments, if any) for the rele-

vant period. You can find the monthly earning details at
https://onlyfans.com/my/stats/earnings;

iii. You shall pay the VAT Amount which is paid to you directly to HM Revenue & Customs.

iv. If you need any further information or assistance on what is needed in order to receive the VAT Amount you can email vat@onlyfans.com.

v. More information on who is required to register for VAT in the UK, and the VAT position for Creators whose earnings are not above the earnings threshold or who are not VAT registered can be found at https://onlyfans.com/help/3/120 and in the following guidance from HM Revenue & Customs in the UK at https://www.gov.uk/vat-registration/when-to-register.

vi. You agree that you will keep copies of all VAT invoices and VAT returns in connection with your earnings from OnlyFans and you will provide us with copies of such documents within 14 days of our written request that you do so. For the avoidance of doubt, it is your obligation to comply with all provisions of VAT legislation and make, give, obtain, maintain and keep accurate, complete and up-to-date records, invoices, accounts and other documents required for the purposes of the VAT legislation.

vii. If you are a Creator in the UK who is not required to register for UK VAT, then you should monitor the level of taxable sales that you make in the UK (including any Referral Payments) to ensure you have not exceeded the VAT registration threshold in the UK. It is your obligation, as a taxable person, to monitor whether you have exceeded the VAT registration threshold.

viii. We do not monitor earnings that Creators receive from other income sources. However, we will monitor the annual earnings of UK Creators on our platform, and if you are not already VAT registered and your earnings exceed the VAT registration threshold, you will receive a notification from us asking you to register for VAT. If you receive such a VAT registration notification, you agree to register for VAT as soon as possible and to send your VAT registration number to us at vat@onlyfans.com, within 6 weeks of such notification. Failure to do so may result in your OnlyFans account being closed.

**Last updated: December 2021**

## ACCEPTABLE USE POLICY

**BY USING OUR WEBSITE YOU AGREE TO THIS POLICY – PLEASE READ IT CAREFULLY**

This Policy applies to your use of OnlyFans and all Content on OnlyFans and forms part of your agreement with us. This Policy sets out what is and is not permitted on OnlyFans.
In this Policy, defined terms have the same meanings as in our Terms of Use for all Users.

1.  **Do not** use OnlyFans except for your own personal use and do not sell, rent, transfer, or share your account or any Content obtained from your use of OnlyFans to or with anyone else.

2.  **Only** use OnlyFans in a manner and for a purpose that is lawful.

3.  **Do not** upload, post, display, or publish Content on OnlyFans that is illegal, fraudulent, defamatory, hateful, discriminatory, threatening or harassing, or which encourages or promotes violence or any illegal activity.

4.  **Do not** use OnlyFans in any way which may exploit, harm, or attempt to exploit or harm any individual under 18 years old, for example by exposing them to inappropriate Content.

5.  **Do not** upload, post, display, or publish Content on OnlyFans that:

    a.  shows, includes or refers to:

        i.  any individual under 18 years old (or which refers to individuals under 18 years old generally); or

        ii.  any other individual unless you have written documentation which confirms that all individuals shown or included or referred to in your Content are at least 18 years old, and you have a written consent from each individual to use their name or images (or both) in the Content;

    b.  shows, promotes, advertises or refers to:

        i.  firearms, weapons, or any goods whose sale, possession or use is subject to prohibitions or restrictions;

        ii.  drugs or drug paraphernalia;

        iii.  self-harm or suicide;

        iv.  incest;

        v.  bestiality;

        vi.  violence, rape, lack of consent, hypnosis, intoxication, sexual assault, torture, sadomasochistic abuse or hardcore bondage, extreme fisting, or genital mutilation;

        vii.  necrophilia;

        viii.  urine, scatological, or excrement-related material;

        ix.  "revenge porn" (being any sexually explicit material featuring any individual who has not given prior, express and fully informed consent to that material

(a) being taken, captured, or otherwise memorialized, or (b) being posted and shared on OnlyFans);

    x.   escort services, sex trafficking, or prostitution;

c.   contains unsolicited sexual content or unsolicited language that sexually objectifies another User or anyone else in a non-consensual way, or contains fake or manipulated sexual content in relation to another User or anyone else (including "deepfakes");

d.   contains, promotes, advertises or refers to hate speech (being Content intended to vilify, humiliate, dehumanize, exclude, attack, threaten, or incite hatred, fear of, or violence against, a group or individual based on race, ethnicity, national origin, immigration status, caste, religion, sex, gender identity or expression, sexual orientation, age, disability, serious disease, veteran status, or any other protected characteristic);

e.   contains or refers to anyone else's personal data or private or confidential information (for example, telephone numbers, location information (including street addresses and GPS coordinates), names, identity documents, email addresses, log-in credentials for OnlyFans including passwords and security questions, financial information including bank account and credit card details, biometric data, and medical records) without that person's express written consent;

f.   either:

    i.   in the case of Content featuring public nudity, was recorded in or is being broadcast from a country, State or province where public nudity is illegal; or

    ii.   in the case of Content featuring sexual activities, was recorded in or is being broadcast from a public place where members of the public are reasonably likely to see the activities being performed (this does not include outdoor places where members of the public are not present, for example private property such as a private backyard, or secluded areas in nature where members of the public are not present).

g.   gives the impression that it comes from or is approved, licensed or endorsed by us or any other person or company;

h.   causes or is calculated to cause inconvenience, or anxiety to anyone else or which is likely to upset, embarrass, or cause serious offence to anyone else;

i.   is used or is intended to be used to extract money or another benefit from anyone else in exchange for removal of the Content; and/or

j.   involves or promotes third-party commercial activities or sales, such as contests, sweepstakes and other sales promotions, product placements, advertising, or job posting or employment ads without our prior express consent.

6.      You must comply with any requirements set out in our Community Guidelines. Our Community Guidelines can be found here.

7.      **Do not** use OnlyFans to stalk, bully, abuse, harass, threaten or intimidate anyone else.

8.      **Do not** use OnlyFans to engage in misleading or deceptive conduct, or conduct that is likely to mislead or deceive any other User.

9.      Respect the intellectual property rights of Creators, including by not recording, reproducing, sharing, communicating to the public or otherwise distributing their Content without authorization.

10.     **Do not** do anything that violates our or someone else's rights, including intellectual property rights (examples of which are copyright, trademarks, confidential information, and goodwill), personality rights, unfair competition, privacy, and data protection rights.

11.     **Do not** impersonate us, one of our employees, another User, or any other person or company or falsely state or suggest any affiliation, endorsement, sponsorship between you and us or any other person or company.

12.     **Do not** provide false account registration information or make unauthorized use of anyone else's information or Content.

13.     **Do not** post or cause to be posted any Content which is spam, which has the intention or effect of artificially increasing any Creator's views or interactions, or which is otherwise inauthentic, repetitive, misleading or low quality.

14.     **Do not** transmit, stream, or otherwise send any pre-recorded audio or video material during a live stream or otherwise attempt to pass off recorded material as a live stream.

15.     **Do not** use other media or methods (for example the use of codewords or signals) to communicate anything which violates this Policy.

16.     **Do not** reproduce, print, distribute, attempt to download, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any Content, except as permitted under the Terms of Service.

17.     **Do not** knowingly introduce any viruses, trojans, worms, logic bombs or other material into Content which is or may be malicious or technologically harmful.

18.     **Do not** decompile, disassemble, reverse engineer, or otherwise attempt to discover or derive the source code of OnlyFans.

19.     **Do not** use OnlyFans in a way that could adversely affect our systems or security or interfere with any other User's use of OnlyFans, including their ability to engage in real-time activities through OnlyFans.

8/23/23, 1:28 PM Case: 1:23-cv-06151 Document #: 1-1 Filed: 08/25/23 Page 33 of 41 PageID #:89

20.  **Do not** use any automated program, tool or process (such as web crawlers, robots, bots, spiders, and automated scripts) to access OnlyFans or any server, network or system associated with OnlyFans, or to extract, scrape, collect, harvest or gather Content or information from OnlyFans.

21.  **Do not** use OnlyFans' name, logo or any related or similar names, logos, product and service names, designs, or slogans other than in the limited ways which are expressly permitted in the Terms of Service or with our prior written agreement.

Breaches of this Policy may lead to your account being suspended or terminated, and access to your earnings being revoked, as set out in the Terms of Service.

**Last updated: December 2021**

## REFERRAL PROGRAM TERMS

### WARNING!

In compliance with regulation 3 of the Trading Scheme Regulations 1997 (as amended) and section 120(1) of the Fair Trading Act 1973, please read the warning below in respect of the OnlyFans Referral Program:

- It is illegal for us or for a participant in the OnlyFans Referral Program (including Referring Users and Referred Creators) to persuade anyone to make a payment by promising benefits from getting others to join the OnlyFans Referral Program.

- Do not be misled by claims that high earnings are easily achieved from participation in the OnlyFans Referral Program.

- Although we do not demand any payment from Referring Users for the purposes of participating in the OnlyFans Referral Program, we are legally required to inform you that if you sign this contract, you have 14 days in which to cancel and get your money back.

1.  **Introduction:** These Referral Program Terms are additional terms which apply if you use the OnlyFans Referral Program. These Referral Program Terms form part of your agreement with us.

2.  **Interpretation:** In these Referral Program Terms defined terms have the same meanings given to them in the Terms of Use for all Users. In addition:

    a.  "**Referring User**" is also referred to as "**you**" or "**your**" in these Referral Program Terms;

    b.  "**Referred Creator**" means the person who joins OnlyFans as a Creator via the Referring User's unique referral link.

3. **What is the OnlyFans Referral Program?** OnlyFans offers a referral program by which existing Users can introduce people who are interested in becoming Creators to OnlyFans and receive referral payments from OnlyFans which are calculated and limited as described in these Referral Program Terms.

The OnlyFans Referral Program is operated by Fenix International Limited. We are a limited company registered in England and Wales, with company registration number 10354575 and we have our registered office address at 9th Floor, 107 Cheapside, London, EC2V 6DN.

4. **The rules of the OnlyFans Referral Program:**

   a. Only Users of OnlyFans with a current User account can participate in the OnlyFans Referral Program. If a User's account has been suspended or terminated by us for any reason or deleted by the User, that User will not be eligible to participate in the OnlyFans Referral Program.

   b. You will need on your User account page to add a bank account or a payment method details of your bank account or a payment method in order to receive referral payments under the OnlyFans Referral Program.

   c. Each User has a unique referral link (which can be accessed via the User's User account) which the User may share with others. When sharing your unique referral link you must not impersonate OnlyFans or give the impression that your referral link is being shared or promoted by us. You must not use Google Ads or any similar advertising platform or search engine advertising service to share or promote your unique referral link. Upon our request, you must disclose the methods by which you share your unique referral link in the Bio/Website field of your OnlyFans account.

   d. The Referred Creator must click on your unique referral link and then register with OnlyFans using the same browser that they used to click on your unique referral link. If someone registers with OnlyFans other than by using your unique referral link, we will not link that account to your referral and no referral payments will be made to you.

   e. The Referred Creator must not have opened a User account with OnlyFans (whether under the same name or another name) before clicking on your unique referral link. If the Referred Creator is currently or has previously been a User of OnlyFans no referral payments will be made to you for the referral.

   f. If the Referred Creator sets up more than one User account referral payments will be made to you on the earnings made by the Referred Creator from their first User account only. No referral payments will be made to you on any further User accounts set up by the Referred Creator.

   g. No referral payments will be made to you on any referral of a Referred Creator which we determine is owned or operated by you, or is in a commercial relation-

8/23/23, 1:28 PM

ship with you. You will provide any information which we request to enable us to determine whether the Referred Creator is owned or operated by you or if there is a commercial relationship between you and the Referred Creator.

h. You agree that when promoting OnlyFans in any way as a Referring User:

- you will not give a false impression of OnlyFans, the services, programs, and content (including Content) made available through OnlyFans, its Users or the Terms of Service; and

- you will not make any statements which suggest to a potential Creator that the potential Creator will make a particular sum of money (or any money) from their use of OnlyFans, or any statements regarding the likely number of Fans.

5. **Referral payments:**

a. **How are referral payments calculated?** Once a Referred Creator has become a registered User of OnlyFans in accordance with the rules of the OnlyFans Referral Program described above, the Referring User will be paid a referral payment equal to five per cent (5%) of Fan Payments generated by the Referred Creator in the twelve months after the date on which the Referred Creator becomes a registered User of OnlyFans, up to a maximum referral payment by OnlyFans to the Referring User of US$50,000 per Referred Creator.

This means that if a Referred Creator generates Fan Payments with a total value of US$1 million or more in the twelve months after the date on which that Referred Creator becomes a registered User of OnlyFans, then the Referring User's referral payments in relation to that Referred Creator will be capped at US$50,000 in total. However, if the Referred Creator generates Fan Payments with a total value of less than US$1 million in the twelve months after the date on which that Referred Creator becomes a registered User of OnlyFans, then the Referring User will be paid five per cent (5%) of the Fan Payments generated by that Referred Creator in the twelve months after the date on which the Referred Creator becomes a registered User of OnlyFans, following which no further referral payments will be made to the Referring User in respect of that Referred Creator.

For all referrals made prior to 1 May 2020, referral payments will be made to the relevant Referring Users until 1 May 2021 or until US$50,000 has been paid out to the Referring User on the referral, whichever occurs first.

b. **VAT:** If you are a Referring User you should know that all referral payments payable to you by us will be inclusive of any VAT (as defined in the Terms of Use for Creators) which is or becomes chargeable on any supplies made by you, except as provided for in the " Promoting Tax compliance and VAT" section of the Terms of Use for Creators.

    c. **Warning:** In compliance with regulation 3 of the Trading Scheme Regulations 1997 (as amended) and section 120(1) of the Fair Trading Act 1973, please read the warning below in respect of the OnlyFans Referral Program:

- It is illegal for us or for a participant in the OnlyFans Referral Program (including Referring Users and Referred Creators) to persuade anyone to make a payment by promising benefits from getting others to join the OnlyFans Referral Program.

- Do not be misled by claims that high earnings are easily achieved from participation in the OnlyFans Referral Program.

    d. **Choosing a payout method to receive referral payments:** In order to be able to receive referral payments you must first choose one of the payout methods provided by OnlyFans in your country of residence. These methods are called "Payout Options".

    e. **How frequently are referral payments made?** The referral payment due to you on Fan Payments made to the Referred Creator in a calendar month will be transferred to you on or around the first day of the next calendar month (which means, for example, that referral payments due to you in respect of Fan Payments made to the Referred Creator in February shall be paid to you on or around 1 March).

    f. **Who bears the cost of the referral payment?** The cost of the referral payment is borne by us, not the Referred Creator.

6. **Our rights relating to the referral program.**

    a. If referral payments have been made incorrectly then we have the right to recover the wrongly paid sums from the User to whom the wrongly paid sums have been paid.

    b. We may request you or Referred Creators (or both) to provide us with ID and other information reasonably required by us to verify any referral payment to be made and the person to whom any referral payment should be made. Failure to provide any information requested by us may lead to you losing your entitlement to referral payments in respect of the relevant Referred Creator.

    c. We may change any aspect of the OnlyFans Referral Program (including how referral payments are calculated) or discontinue the OnlyFans Referral Program at any time, but no change will deprive any Referring User of referral payments already earned based on Fan Payments made to Referred Creators before the changes came into effect.

7. **Circumstances in which we may withhold referral payments:**

    a. We may withhold all or any part of the referral payments due to you but not yet paid out:

- if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service;

- if you attempt or threaten to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User); or

- if we suspect that all or any part of the referral payments due to you result from unlawful or fraudulent activity, either by you, by the Fan who made the Fan Payment to the Referred Creator which resulted in the referral payment, or by the Referred Creator to whom the Fan Payment was made which resulted in the referral payment,

for as long as is necessary to investigate the actual, threatened or suspected breach(es) by you or the suspected unlawful or fraudulent activity (as applicable). If following our investigation, we conclude that (i) you have seriously or repeatedly breached any part of the Terms of Service; (ii) you have attempted or threatened to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User), and/or (iii) all or any part of referral payments due to you result from unlawful or fraudulent activity, we may notify you that you have forfeited all or any part of your referral payments.

b.  We may also withhold all or any part of the referral payments due to you but not yet paid out if we receive notice that you have secured, encumbered, pledged, assigned, or otherwise allowed a lien to be placed on, referral payments. We undertake no duty to pay referral payments to third-party lienholders and may withhold payment of Creator Earnings until the lien has been removed.

c.  We shall not have any responsibility to you if we withhold or forfeit any payment due to you under the OnlyFans Referral Program where we have a right to do so under these Referral Program Terms.

d.  If we are withholding all or any part of the referral payments due to you and we determine that part of the referral payments withheld by us is unrelated to breaches by you of the Terms of Service or suspected unlawful or fraudulent activity, then we may arrange for you to be paid the part of the referral payments which is unrelated to breaches by you of the Terms of Service or suspected unlawful or fraudulent activity. However, you agree that if we consider that your breach(es) of the Terms of Service has or may cause us loss, we may withhold all referral payments due to you but not yet paid and we may set off such amounts against any losses suffered by us.

**Last updated: December 2021**

## COMPLAINTS POLICY

1. **Introduction:** This document set out our complaints policy. If you are a User of OnlyFans, this Complaints Policy forms part of your agreement with us.

2. **Who we are and how to contact us:** OnlyFans is operated by Fenix International Limited. We are a limited company registered in England and Wales, with company registration number 10354575 and we have our registered office address at 9th Floor, 107 Cheapside, London, EC2V 6DN.

3. **Interpretation:** In this Complaints Policy, defined terms have the same meanings given to them in the Terms of Use for all Users. In addition, the term "**business days**" means any day which is not a Saturday, Sunday or public holiday in England.

4. **Who can use this Complaints Policy?** Whether or not you are a User of OnlyFans, you can use this Complaints Policy to alert us to any complaint which you have relating to OnlyFans.

5. **How to make a complaint:** If you have a complaint about OnlyFans (including any complaint about Content appearing on OnlyFans or the conduct of a User), please send your complaint to support@onlyfans.com including your name, address, contact details, a description of your complaint and, if your complaint relates to Content, the URL for the Content to which your complaint relates.

   If you are unable to contact us by email, please write to us at the following address: 9th Floor, 107 Cheapside, London, EC2V 6DN.

6. **How we will deal with complaints of illegal or non-consensual Content:** Following receipt of your complaint of illegal or non-consensual Content under section 5 above:

   a. we will take such steps as we consider to be appropriate to investigate your complaint within a timescale which is appropriate to the nature of your complaint;

   b. if we require further information or documents from you, we will contact you to let you know;

   c. we will in good faith investigate your complaint within seven (7) business days;

   d. if we are satisfied that the Content is unlawful or non-consensual, we will immediately remove such Content, and we will notify you of our decision by email or other electronic message;

   e. if we are satisfied that the Content is not unlawful or non-consensual, we will notify you of our decision by email or other electronic message.

   Any dispute regarding our determination that Content is non-consensual will be submitted by us to a neutral arbitration association at our expense.

7. How we will deal with complaints related to copyright infringement: Complaints related to copyright infringement must be submitted in accordance with our DMCA

Policy, and we will respond to copyright infringement complaints as set out in such policy.

8. **How we will deal with other complaints**: Following receipt of other complaints (including complaints related to other breaches of our Acceptable Use Policy) under section **5** above:

   a. we will take such steps as we consider to be appropriate to investigate your complaint within a timescale which is appropriate to the nature of your complaint;

   b. if we require further information or documents from you, we will contact you to let you know;

   c. we will in good faith take such actions as we consider appropriate to deal with the issue which your complaint has raised. If you have complained about Content which appears on OnlyFans and we are satisfied that the Content otherwise breaches our Acceptable Use Policy, we will act quickly to remove such Content;

   d. we are not obligated to inform you of the outcome of your complaint.

9. **Unjustified or abusive complaints**: If you are a User of OnlyFans, you warrant (which means you make a legally enforceable promise) that you will not make any complaint under this Complaints Policy which is wholly unjustified, abusive, or made in bad faith. If we determine that you have breached this warranty, we may suspend or terminate your User account.

**Last updated: December 2021**

## PLATFORM TO BUSINESS REGULATION TERMS

1. **Introduction**: These Platform to Business Regulation Terms form part of the Terms of Service.

2. **Interpretation**: In these Platform to Business Regulation Terms, unless otherwise stated, defined terms have the same meanings given to them in the Terms of Use for all Users.

3. **Do these Platform to Business Regulation Terms apply to me?** These Platform to Business Regulation Terms only apply to Creators who are established or resident in the European Union or the United Kingdom (also referred to as "**you**" and "**your**"). If these Platform to Business Regulation Terms apply to you, they form part of your agreement with us.

4. **What do these Platform to Business Regulation Terms include?** These Platform to Business Regulation Terms provide information about our practices to comply with the fairness and transparency requirements set out in EU Regulation 2019/1150 (the "**Platform to Business Regulation**").

5.   **Promoting Creators via other distribution channels:** We may choose to promote you via our Instagram (www.instagram.com/onlyfans) and Twitter (www.twitter.com/onlyfans) social media accounts.

6.   **Ranking on OnlyFans:** We randomly suggest potential Creators for a User to follow based on the Creators that have earned money on OnlyFans in the previous 30 days. We have no ranking system. There is no search/discovery feature on OnlyFans.

7.   **Complaints:** If you have a complaint about:

   a.   any alleged non-compliance by us with any obligations laid down in the Platform to Business Regulation which affect you; or

   b.   technological issues relating directly to OnlyFans and which affect you; or

   c.   measures taken by us or our conduct which relate directly to OnlyFans and which affect you,

   then please submit your complaint to support@onlyfans.com.

8.   **Complaint-handling process:** Following receipt of your complaint under section 7 above, we will:

   a.   consider your complaint and the follow-up which we may need to give to your complaint (including asking you for further information or documents) in order to adequately address the issue raised;

   b.   process your complaints within a reasonable time, taking into account the importance and complexity of the issue raised; and

   c.   communicate to you in plain and intelligible language by email or by message to your OnlyFans account the outcome of the internal complaint-handling process.

9.   **Mediation service:** If your complaint under section 7 above is not resolved to your satisfaction through our internal complaint-handling process as set out in section 8 above, then you may access the mediation service by contacting:

   Centre for Effective Dispute Resolution
   International Dispute Resolution Centre
   P2B Panel of Mediators
   70 Fleet Street
   London
   EC4Y 1EU
   United Kingdom
   https://www.cedr.com/p2bmediation/

   You and we will act in good faith throughout any mediation. However, any attempt to reach agreement through mediation on the settlement of a dispute between us will not affect our or your rights to commence legal proceedings at any time before, dur-

©2023 OnlyFans

**Contact**

ing or after the mediation process, as such rights are set out in our Terms of Use for all Users.

**Last updated: November 2021**

| | |
|---|---|
| Store | Terms of Service |
| Privacy | Complaints Policy |
| Cookie Notice | DMCA |
| USC 2257 | Standard Contract between Fan and Creator |
| OnlyFans Safety & Transparency Center | Anti-Slavery and Anti-Trafficking Statement |
| Acceptable Use Policy | |