IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP MCFADDEN AND JOHN DEFRANZA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNET and FENIX INTERNATIONAL LIMITED,<br><br>Defendants. | Case No. 1:23-cv-06151 |

### DEFENDANTS' MOTION TO DISMISS UNDER *FORUM NON CONVENIENS* OR, IN THE ALTERNATIVE, UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Fenix International Limited and Fenix Internet respectfully move to dismiss Plaintiffs' Complaint under *forum nonconveniens*, or in the alternative, for lack of personal jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying Memorandum.[1]

Dated: December 18, 2023

Respectfully submitted,

By: */s/ Matthew L. Kutcher*

Matthew L. Kutcher (#6275320)
Jamie D. Robertson (#6345890)
Mariah A. Young (#6339861)
**COOLEY LLP**
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606

---

[1] On December 12, 2023 Defendants filed an Agreed Motion for Extension of Pages in Briefing on Defendants' Motion to Dismiss. ECF 19.

1

Tel.: (312) 881-6500
mkutcher@cooley.com
jdrobertson@cooley.com
mayoung@cooley.com

Michelle Doolin (*pro hac vice*) (CA 179445)
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA 92121
Tel.: (858) 550-6000
mdoolin@cooley.com

Kyle C. Wong (*pro hac vice*) (CA 224021)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
kwong@cooley.com
