IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP MCFADDEN AND JOHN DEFRANZA, *individually and on behalf of all others similarly situated,* | |
| Plaintiffs, | |
| v. | Case No. 1:23-cv-06151 |
| FENIX INTERNET and FENIX INTERNATIONAL LIMITED, | |
| Defendants. | |

**DECLARATION OF LEE TAYLOR IN SUPPORT OF
FENIX INTERNATIONAL LIMITED'S AND FENIX INTERNET'S MOTION TO
DISMISS**

I, Lee Taylor, hereby declare as follows:

1.      I am the Chief Financial Officer and Director of Fenix International Limited ("FIL"), the sole member of Fenix Internet LLC ("Fenix Internet"). I have been in this position since December 2021. In my role as Chief Financial Officer, I oversee the finances of FIL and its subsidiaries, including Fenix Internet. I have personal knowledge of the matters set forth below, and, if called as a witness, could and would testify competently to the matters stated herein.

2.      FIL is incorporated and registered in England and Wales, with its principal place of business in London.

3.      FIL operates the OnlyFans website ("OnlyFans"). FIL contracts and pays for the servers that host OnlyFans and owns all intellectual property and trademarks related to OnlyFans. Employees and independent contractors of FIL are responsible for the day-to-day operations of OnlyFans.

1

4.      The OnlyFans website is a subscription-based, content-sharing and social media platform. "Creators" are Users who set up their OnlyFans accounts to post Content on OnlyFans to be viewed by other Users and monetized. "Fans" are Users able to view the Creator's Content through subscriptions. Between its inception in 2016 and November 30, 2023, over 4 million Creator accounts and 300 million Fan accounts have been registered on OnlyFans. This includes over 2 million Creators accounts and over 80 million Fans accounts that were active in the past 6 months.

5.      Creators can share all types of content on the platform, allowing their Fans to subscribe to see their content.

6.      Fenix Internet is a Delaware limited liability company. Fenix Internet has its principal place of business at 501 Silverside Road, Suite 87AXK, Wilmington, Delaware, 19809.

7.      Fenix Internet is a wholly owned subsidiary of FIL. Fenix Internet does not have or pay for servers of its own, does not own any intellectual property or trademarks related to OnlyFans, and is not responsible for the day-to-day operations of OnlyFans.

8.      Fenix Internet provides payment processing services to FIL in the United States. In this role, Fenix Internet facilitates certain payments between Fans and Creators after purchases are made on OnlyFans, as instructed by FIL. Specifically, Fenix Internet collects from third-party processors payments made by Fans wherever they are and distributes the money it collects through other third-party providers to Creators, wherever they might be.

9.      Fenix Internet's sole purpose is to perform payment assistance for FIL.

10.     Neither FIL nor Fenix Internet are registered to do business in Illinois nor do they have any offices, own any real property or have any employees in Illinois.

11.     Neither FIL nor Fenix Internet engages in any marketing, sales, promotions, events, or commercial activity specifically directed at residents of Illinois.

12.     Neither FIL nor Fenix Internet engages in any marketing, sales or commercial activity in Illinois related to the alleged wrongdoing in the Complaint.

13.     I have reviewed a copy of the Complaint, in which Plaintiffs McFadden and DeFranza allege they were Users on the OnlyFans platform. Compl. ¶¶ 133, 156.

14.     I also reviewed the Terms of Service ("ToS") attached to Plaintiffs' Complaint as Exhibit A. Exhibit A to the Complaint is a correct and accurate copy of OnlyFans's current ToS, which went into effect in December 2021.

15.     In order to create an account with OnlyFans, each User must affirmatively agree to OnlyFans's ToS. The ToS consists of, among other terms and policies, the Terms of Use for All Users, Terms of Use for Fans, Terms of Use for Creators, Standard Contract Between Fan and Creator, Acceptable Use Policy, and Complaints Policy.

16.     When a User creates an OnlyFans Account, they are informed that "By signing up you agree to our Terms of Service and Privacy Policy, and confirm that you are at least 18 years old."

17.     At all times, the ToS have been posted in their entirety and are readily available on OnlyFans.

18.     The current version of the ToS, and all past versions of the ToS, provides that OnlyFans may modify its ToS over time. Modifications are binding, and if a User disagrees with any of the modifications, that User would have to discontinue their use of OnlyFans and its services. In this regard, the current version of the ToS provides: "We may also make other changes to any part of the Terms of Service, and we will give you reasonable notice of such changes by email or

through OnlyFans, and you may contact us to end your agreement with us before the changes take effect. Once any updated Terms of Service are in effect, you will be bound by them if you continue to use OnlyFans." Ex. A at § 4.

19.     According to FIL's records, Plaintiff McFadden joined OnlyFans on or about September 1, 2020 as User No. 66094212 and using the Username Jason.

20.     According to FIL's records, Plaintiff McFadden has been active on OnlyFans and messaging Creators as recently as December 13, 2023.

21.     According to FIL's records, Plaintiff DeFranza joined OnlyFans on or about May 11, 2021, as User No. 142302115 and using the Username RescueJ.

22.     According to FIL's records, Plaintiff DeFranza was last active on his account on August 25, 2023.

23.     Based on FIL's records, both Plaintiff DeFranza and Plaintiff McFadden agreed to the ToS as they appear in Exhibit A to the Complaint.

24.     The current ToS require that all disputes arising out of the Users' use of OnlyFans or the ToS be litigated solely in the Courts of England and Wales. Specifically, the ToS require that "If you are a consumer resident outside of the United Kingdom or the European Union, any claim which you have or which we have arising out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual disputes or claims) must be brought in the courts of England and Wales." Ex. A at § 16.

25.     The ToS also requires that any claims against or related to the use of OnlyFans be governed by English law. Specifically, the ToS requires that "[i]f you are a consumer, your agreement with us is governed by English law and English law will apply to (i) any claim that you have arising out of or in connection with your agreement with us or your use of OnlyFans,

and (ii) any claim that we have against you that arises out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual disputes or claims). You will also be able to rely on mandatory rules of the law of the country where you live." *Id.*

26.     Because millions of global Users access OnlyFans' each day, the forum-selection clause is necessary to manage the costs of litigation and reduce the inconvenience to OnlyFans' personnel of litigating claims all over the world.

27.     The ToS also authorizes any of FIL subsidiaries, such as Fenix Internet, to enforce the choice of law provision and Forum Clause. Ex. A at § 15.

28.     If Plaintiffs were to commence proceedings against FIL in the courts of England and Wales, arising out of the facts alleged in this proceeding, FIL would not object based on the forum selection clause.

29.     If Plaintiffs were to commence proceedings against Fenix Internet in the courts of England and Wales, arising out of the facts alleged in this proceeding. Fenix Internet would offer to stipulate to jurisdiction and service of process.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 18th day of December, 2023, in Essex, England.


Lee Taylor