**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: McFadden et. al., v. Fenix International Limited et. al

Case Number: 1:23-cv-6151

An appearance is hereby filed by the undersigned as attorney for:

Phillip McFadden, John P. DeFanza, and all others similarly situated.

Attorney name (type or print): Beth A. Frederick

Firm: Frederick Law Group, PLLC

Street address: 836 Philadelphia Street

City/State/Zip: Indiana, Pennsylvania 15701

Bar ID Number: 308628
(See item 3 in instructions)

Telephone Number: 724-717-3566

Email Address: baf@fredericklg.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you a member of the court's general bar? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| Are you appearing *pro hac vice*? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 7, 2024

Attorney signature: S Beth A. Frederick
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023