IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP MCFADDEN AND JOHN P. DEFRANZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNET, LLC AND FENIX INTERNATIONAL LIMITED,<br><br>Defendants. | Case No. 1:23-CV-06151<br><br>Honorable John F. Kness |

[PROVISIONALLY FILED UNDER SEAL PURSUANT TO L.R. 26.2 AND ECF NO. 39]

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' CLASS ACTION COMPLAINT**