**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PHILLIP MCFADDEN AND JOHN P. DEFRANZA, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No. 1:23-CV-06151 |
| v. | Honorable John F. Kness |
| FENIX INTERNET, LLC AND FENIX INTERNATIONAL LIMITED, | |
| Defendants. | |

## PLAINTIFFS' MOTION TO PRESENT CONFIDENTIAL INFORMATION AT HEARING

For the reasons set forth below, Plaintiffs respectfully move this Court pursuant to Paragraph 11 of the Agreed Confidentiality Order (Dkt. 38) to present documents and information that Defendants have designated as confidential and have been provisionally filed under seal at the hearing taking place on November 4, 2024. In support of this request, Plaintiffs state:

1. On November 4, 2024, this Honorable Court is scheduled to hear argument on two pending motions: Defendants' Motion to Dismiss (Dkt. 21) and Defendants' Motion to Seal (Dkt. 39). (*See* Dkt. 62.)

2. Pursuant to the Agreed Confidentiality Order entered in this matter (Dkt. 38), Defendants have asserted that certain documents and information referenced by Plaintiffs in opposition to Defendants' Motion to Dismiss are confidential and subject to the Agreed Confidentiality Order.

3. With this Court's leave (and in accordance with its procedures), Plaintiffs filed their Opposition to Defendants' Motion to Dismiss (Dkt. 42) and Opposition to Defendants' Motion to

Seal (Dkt. 50) provisionally under seal.

4. The Agreed Confidentiality Order does not "affect the use of any document, material, or information at any trial or hearing." (Dkt. 38 ¶ 11.) However, pursuant to the Order, "[a] party that intends to present . . . Confidential information at a hearing or trial shall bring that issue to the Court's and parties' attention by motion or in a pretrial memorandum." (*Id.*)

5. In accordance with this provision, Plaintiffs hereby notify the Court of their intent to present the documents and information that Defendants marked as confidential, and that have been provisionally sealed, at argument on November 4, 2024. Plaintiffs request that the Court "make such orders as are necessary" to govern the use of that information in accordance with the Agreed Confidentiality Order. (Dkt. 38 ¶ 11.)

6. As fully detailed in their Opposition to Defendants' Motion to Seal (Dkt. 50), Plaintiffs do not agree that the documents and information that Defendants have asserted confidentiality over should be shielded from the public view.

7. The Seventh Circuit has held: "[w]hat happens in the federal courts is presumptively open to public scrutiny. Judges deliberate in private but issue public decisions after public arguments based on public records." *Hicklin Eng'g LC v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006), *abrogated on other grounds* by *RTP LLC v. ORIX Real Estate Capital*, 827 F.3d 689, 691–92 (7th Cir. 2016).

8. Defendants have the burden to establish that the information they have asserted confidentiality over should in fact be sealed. *In re Bank One Sec. Litig.*, 222 F.R.D. 582, 586 (N.D. Ill. 2004) (citations omitted).

9. Plaintiffs respectfully request leave to reference the provisionally sealed documents and information at the November 4, 2024 argument. Limiting Plaintiffs' use of these highly relevant

materials would prejudice Plaintiffs' ability to present their arguments against dismissal and sealing. As no determination on sealing has been made, Plaintiffs should not be hindered in their use of these documents and information at argument.

10. Therefore, Plaintiffs request that this Honorable Court allow Plaintiffs full use of the documents and information that have been provisionally filed under seal at the November 4, 2024 argument, and will defer to the Court to "many such orders as are necessary" in light of the request.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to allow Plaintiffs to fully utilize the documents and information that has been provisionally filed under seal.

Dated: October 16, 2024              Respectfully submitted,

/s/Andrea R. Gold
Andrea R. Gold
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW
Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com

Keith T. Vernon*
**TIMONEY KNOX, LLP**
1717 K Street, Suite 900
Washington, DC 20006
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: kvernon@timoneyknox.com

*Counsel for Plaintiffs Philip McFadden and John P. DeFranza*

*Admitted *Pro Hac Vice*