# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **M. Brunner and J. Fry,** | : | |
| **individually and on behalf of all others** | : | |
| **similarly situated,** | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 1:25-cv-3244** |
| | : | |
| **vs.** | : | **CLASS ACTION COMPLAINT** |
| | : | |
| **Fenix Internet, LLC** | : | **JURY TRIAL DEMANDED** |
| 2598 E. Sunrise Blvd, Suite 2104 | : | |
| Fort Lauderdale, FL 33304 | : | |
| | : | |
| **and** | : | |
| | : | |
| **Fenix International Limited** | : | |
| Ninth Floor 107 Cheapside, | : | |
| London, United Kingdom, | : | |
| EC2V 6DN | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

Plaintiffs M. Brunner and J. Fry ("Plaintiffs"), on behalf of themselves and all others similarly situated, bring this Class Action Complaint against Fenix International Limited ("OnlyFans") and Fenix Internet, LLC (together "OnlyFans" or the "OnlyFans Defendants") and allege as follows upon personal knowledge as to themselves and their own acts and experiences and, as to all other matters, upon information and belief.

## I.  INTRODUCTION

1.  Founded in 2016, OnlyFans runs a subscription-based social media platform that has grown exponentially in recent years. OnlyFans claims that it is centered around "authentic connections," and sets itself apart from other social media platforms and content-based websites

on this basis. In stating its mission, for example, OnlyFans claims that it "empower[s] creators to own their full potential, monetize their content, and develop authentic connections with their fans."[1] Further, OnlyFans "giv[es] creators control to own and monetize their content and to grow their fanbase," and OnlyFans "take[s] responsibility for our words and actions and own [its] results."[2]

2.      To further this mission, OnlyFans invites users to create an OnlyFans account, subscribe to creators' accounts, and pay to access exclusive content through those subscriptions, including paying to direct message ("DM") creators and paying creators for bespoke personalized content.[3]

3.      OnlyFans, whose popularity has grown rapidly since 2020, disclosed in its 2023 Annual Report and Consolidated Financial Statements that is has over 300 million users (fan accounts) ("Fans") and had paid out over approximately $4.3 billion dollars to its content creators ("Creators").[4] While the site's growth and reputation has been fueled largely by its adult content, OnlyFans also hosts, and profits from, a variety of Creators and their content.

4.      Since launching, OnlyFans has earned a reputation as a reliable source of income—ranging from supplemental income to highly lucrative income—for many of the over 4 million

---

[1]  OnlyFans, *Who We Are*, Only Fans About Page, https://onlyfans.com/about (last visited March 25, 2025).

[2]  OnlyFans, *Our Mission, Vision and Values*, OnlyFans Mission, Vision, and Values Page, https://onlyfans.com/values (last visited March 25, 2025).

[3]  A direct message is a message exchanged between a Creator account and a Fan account through the OnlyFans platform. Direct messages include exchanging text-based messages, videos, pictures, and voice messages, among other content where a Fan account and Creator account are in direct communication with each other.

[4]  Fenix International Limited, *Fenix International Limited Annual Report and Financial Statements for the Year Ended 30 Nov. 2023*, 3 (Nov. 30, 2023), https://find-and-update.company-information.service.gov.uk/company/10354575/filing-history (last visited March 25, 2025).

Creators who choose OnlyFans as the venue to monetize their content.[5]

5.     OnlyFans retains 20% of the revenue that Fans pay to access Creators' content, including payments for subscriptions, exclusive content, and monetary tips sent by Fans to access direct messages or other content.[6] OnlyFans' revenue is thus directly proportional to the *volume* (not the quality) of Creator-specific subscriptions and exclusive content that Fans purchase.

6.     Perhaps unsurprisingly, then, despite the fact that OnlyFans' success is built on a promise of "direct" connections and "authentic" relationships, OnlyFans knowingly facilitates schemes in which Fans are duped into paying to have personal interactions with Creators that are not "authentic" at all. These schemes involve the deceptive outsourcing of the job of interacting with Fans, as well as other functions, to third-party "management" agencies.

7.     According to industry insiders, "OnlyFans-focused management companies" sometimes "hire account managers to pretend to be the models—including when sexting fans."[7] For instance, the Unruly Agency "has a hidden army of 'account managers' who spend much of their days ghostwriting responses to messages that fans pay to send some influencers."[8] Two "former Unruly staffers allege[d] that fans divulge their 'deepest and innermost personal secrets including sexual fantasies and fetishes' thinking they are chatting with the influencers."[9]

---

[5] As of year-end 2023, OnlyFans had approximately 4.1 million Creators. Social Rise, *OnlyFans Statistics: Users, Creators, Revenue, and More*, Social Rise (Dec. 15, 2024), https://social-rise.com/blog/onlyfans-statistics#:~:text=ask%20for%20tips.-,How%20many%20OnlyFans%20accounts%20are%20there%3F,official%20numbers%20on%20active%20accounts.

[6] OnlyFans, *Help: Payout Percentages*, OnlyFans Community Guidelines, https://onlyfans.com/help/196/197/287 (last visited March 25, 2025).

[7] Amanda Perelli, *The Secret Lives of OnlyFans Ghostwriters, Who Say Their Job Includes Catfishing Paying Fans*, Business Insider (Dec. 20, 2021), https://www.businessinsider.com/inside-secret-lives-onlyfans-ghostwriters-catfish-fans-2021-12.

[8] *Id.*

[9] *Id.*

8.      Thus, while OnlyFans encourages Creators to engage in direct messaging with their Fans, and even states in a blog with tips to build a Creator's fanbase that "[m]any successful creators carve out time just to interact with fans – writing and responding to DMs,"[10] many Fans who pay to receive personal messages from Creators in fact receive messages from third-party companies—strangers—*posing* as the Creators.

9.      Upon information and belief, OnlyFans knows about these arrangements between Creators and third-party companies. But instead of curtailing these practices, OnlyFans facilitates the continued deception of its Fans.

10.      Not only are Fans harmed by this deception, but Creators are, too. Since OnlyFans holds its platform out as a place for authentic relationships, those Creators that use the platform as promised face a potential harm as Fans may begin to shy away from the site as the practice becomes better known, uncertain as to whether they are actually engaging in the authentic communications they paid to receive.

11.      Meanwhile, OnlyFans knows or has reason to know that its highest-earning Creators engage third-party companies to interact with Fans, but deceptively continues to hold itself out to users as a platform for building "authentic relationships"—duping Fans into believing that they are interacting with the Creators themselves. As one Creator put it, "My fans aren't paying for porn. They're paying to have a personal experience, one-on-one[.]"[11]

12.      OnlyFans profits from these deceptive arrangements with third-party companies by promoting direct messages, pay-per-view messages, and the "tip" feature it makes available on its

---

[10] OnlyFans Editor, *How to Build Your Fanbase on OnlyFans*, OnlyFans Blog (May 13, 2024), https://blog.onlyfans.com/build-your-fanbase-on-onlyfans/.

[11] Sirin Kale, *OnlyFans: a day in the life of a top(less) creator*, The Economist: 1843 Magazine (Jan. 6, 2020), https://www.1843magazine.com/people/onlyfans-a-day-in-the-life-of-a-topless-creator (internal quotation marks omitted).

platform, and taking its 20% cut on every transaction. OnlyFans induces Fans to pay for Creators' exclusive content by selling the illusion of intimacy and the false promise that the actual Creator may become aware of and be interested in the actual Fan.

13.     As OnlyFans previously explained to Creators on its website, "[t]he more you interact with your fans on a personal level through messaging, the more likely they are to show their appreciation by tipping you."[12] Indeed, OnlyFans explained that "[y]ou may be surprised at how many fans will pay *just to interact with you*."[13]

14.     Similarly, as to pay-per-view ("PPV") content, OnlyFans has explained: "A paid message contains content hidden behind a paywall that your fans pay to unlock. This feature is one of the most popular ways to make money on OnlyFans and is available for all accounts on the platform—free or paid."[14]

15.     OnlyFans instructs Creators on how to sell the illusion of intimacy. For example, in an article on its website directed to Creators about how to maximize PPV earnings, OnlyFans has explained: "As long as your fans feel like you're offering a sincere invitation to connect with you and your most exclusive content over PPV, they'll feel your PPVs were money well spent."[15]

16.     OnlyFans further promotes the illusion of intimacy through the Creators it features

---

[12]     Alex, *Using Messages on OnlyFans*, OnlyFans Blog (Aug. 25, 2021), https://blog.onlyfans.com/using-messages-on-onlyfans/,
[https://web.archive.org/web/20220422181918/https://blog.onlyfans.com/using-messages-on-onlyfans/] (last visited March 25, 2025).
[13] *Id.* (emphasis added).
[14] *Id.* In addition to paid DMs, Fans can also pay to unlock content posted on a Creator's account feed. For purposes of this Complaint, "PPV" refers to any content other than content that is available to all subscribers to a Creator's page without additional fees.
[15]     Alex, *How to Use PPVs Like a Pro*, OnlyFans Blog (Apr. 22, 2022), https://blog.onlyfans.com/how-to-use-ppvs-like-a-pro
[https://web.archive.org/web/20221002061728/https://blog.onlyfans.com/how-to-use-ppvs-like-a-pro/] (last visited March 25, 2025).

on its website. For example, one Creator featured on the OnlyFans blog explained: "[t]he best part is connecting with people from all over the world on a more intimate level, rather than just commenting on an Instagram post."[16]

17.     Another Creator that OnlyFans featured similarly explained, "OnlyFans has given me the ability to really get to know my fans one on one. I chat with them every day, and it's something I truly enjoy."[17] As another Creator puts it "[t]he fans are what makes this platform go round and I love that I can engage and connect with my fans. We all crave human connection and I think it's important to interact with each other."[18] More recently, another Creator featured by OnlyFans stated that she loved the experience of being live with fans because of "[t]he personal feel it gives me between myself, my audience, my followers, the people who have grown to love me. Being able to exchange conversations with them, almost like it's real life, is something that I love."[19]

18.     OnlyFans promotes the idea of direct communication and relationships beyond the adult themed content. As one featured Creator put it: "the way that OnlyFans brings fans and athletes closer together is amazing too."[20] Another recently featured Creator in the sports world said, "I just want to say, thank you for all the messages! My fans are so receptive and so wonderful

---

[16]    AK, *There's More to Harry Jowsey*, OnlyFans Blog (Dec. 19, 2022), https://blog.onlyfans.com/theres-more-to-harry-jowsey/ (last visited March 25, 2025).
[17]    AK, *How Sophie Kasaei Approaches OnlyFans*, OnlyFans Blog (Mar. 20, 2023), https://blog.onlyfans.com/sophie-kasaei-approaches-onlyfans/.
[18]    AK, *Jamie Colleen Miller is Unstoppable*, OnlyFans Blog (Mar. 1, 2023), https://blog.onlyfans.com/jamie-colleen-miller/.
[19]    Features Editor, *Going Live with Lauren Alexis*, OnlyFans Blog (Oct. 25, 2024), https://blog.onlyfans.com/lauren-alexis/.
[20]    AK, *Stefan Garlicki Finds Freedom on OnlyFans*, OnlyFans Blog (Mar. 15, 2023), https://blog.onlyfans.com/stefan-garlicki-finds-freedom/.

to me. And I love how people know me now. It's crazy."[21]

19.     Despite this, OnlyFans does not honor its publicly stated mission of fostering "authentic relationships" in practice, especially when it comes to its highest-earning Creators. Instead, it continues to promote itself as a platform for direct relationships between Creators and Fans—while simultaneously facilitating and profiting from the deception of its Fans through third-party companies posing as Creators.

20.     In fact, while the OnlyFans Terms of Service require that Creators accurately describe their content,[22] OnlyFans does not enforce this requirement when it comes to the core feature of OnlyFans' site: that it purportedly allows Fans to interact directly with the Creators that they follow—not third parties posing as those Creators. Indeed, the Terms of Service contain provisions that would allow OnlyFans to withhold Creator earnings and return them to Fans based on serious or repeat breach of its terms,[23] but OnlyFans chooses not to employ this provision to protect its Fans from deceptive conduct.

21.     Though OnlyFans outwardly sells authenticity, and promises its Fans "very robust content moderation,"[24] behind the curtains it aids its highest-earning Creators in defrauding Fans, amasses significant profits in doing so, and fails to implement any controls against this misconduct. OnlyFans lines its pockets by allowing and encouraging the misconduct of its most successful Creators.

---

[21] Sports Editor, *Amanda Ribas: Outside the Cage*, OnlyFans Blog (January 25, 2024), https://blog.onlyfans.com/amanda-ribas/.
[22] OnlyFans, *Terms of Service Content – general terms*, § 8(c)(iv)(1-3), OnlyFans Terms of Service (August 2024), https://onlyfans.com/terms. Attached as **Exhibit A**.
[23] *Id.* § 14(b).
[24] Raisa Bruner, *OnlyFans CEO Ami Gan Wants to Dispel Misconceptions About the Company*, Time: The Leadership Brief (July 31, 2022), https://time.com/6202306/onlyfans-ceo-ami-gan-interview/.

## II.    **JURISDICTION**

22.    This Court has subject matter jurisdiction over this action based on the parties' diversity of citizenship under the Class Action Fairness Act, 28 U.S.C. § 1332(d), because this is a class action involving more than one hundred (100) putative Class Members, the amount in controversy exceeds $5 million dollars, exclusive of interests and costs, and at least one Class Member is a citizen of a different state than Defendants' state.

23.    This Court has personal jurisdiction over Plaintiffs because they are residents of Illinois.

24.    This Court has personal jurisdiction over Defendants because (i) Defendants regularly conduct business or solicit business, engage in other persistent courses of conduct and/or derive substantial revenue from products and/or services provided to individuals in the District and in this State; and (ii) Defendants have purposefully established substantial, systematic, and continuous contacts with this District and expect or reasonably should expect to be hauled into court here. Thus, Defendants have sufficient minimum contacts with this District, and this Court's exercise of jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice. Exercise of jurisdiction by this Court is just and proper because Defendants, through their business operations, intentionally availed themselves of the markets within this District.

## III.    **VENUE**

25.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendants regularly do business in this District and are subject to personal jurisdiction in this District.

26.    Venue is not proper in England or Wales, and English law should not apply, notwithstanding OnlyFans' Terms of Service ("TOS"), attached hereto as **Exhibit A**, which

contains a provision purporting to allow the Courts in those countries to exercise jurisdiction.[25]

27.     Plaintiffs' claims arise primarily out of Defendants' misleading, unlawful conduct, alleged herein, and are brought on behalf of U.S.-based individuals only.  Thus, Plaintiffs' claims and injuries arise from Defendants' conduct occurring primarily, if not entirely, in the United States.

28.     Moreover, Defendants conduct substantial business in the United States. As discussed below, all OnlyFans transactions are processed by U.S.-based payment processor Fenix Internet. Furthermore, approximately 66% of OnlyFans' revenue originated from U.S. markets in 2023.

29.     In addition, the TOS is an adhesive contract between Plaintiffs and OnlyFans. Plaintiffs had no opportunity to negotiate with OnlyFans regarding its terms; and any such negotiation would have entailed vastly unequal bargaining power, since OnlyFans is a wealthy corporate entity with no incentive to amend its terms at Plaintiffs' request.

30.     Finally, England would not provide an adequate substantive remedy or class action vehicle to vindicate Plaintiffs' claims on behalf of the putative class.

### IV.     PARTIES

**Plaintiffs**

31.     Plaintiff M. Brunner ("Brunner") is a natural person and a citizen of the State of Illinois and a resident of Will County.

---

[25] Prior to OnlyFans' August 2024 updates to its TOS, the forum-selection clause contained mandatory language providing that claims arising from the use of OnlyFans' platform "**must be brought** in the courts of England and Wales…" **Exhibit B** at § 16(a) (emphasis added). Among other changes, OnlyFans updated its forum selection clause to, in relevant part: "For all others, the courts of England and Wales **will have jurisdiction** over any claim which arises out of or in connection with your agreement with us or your use of OnlyFans (including non-contractual disputes or claims)." (emphasis added)

32.     Plaintiff J. Fry ("Fry") is a natural person and a citizen of the State of Illinois and a resident of Kane County.

**OnlyFans Defendants**

33.     Defendant Fenix International Limited is a Limited Company registered in England whose principal address is Ninth Floor, 107 Cheapside, London, United Kingdom, EC2V 6DN.

34.     Defendant Fenix International Limited owns and operates the OnlyFans website.

35.     Defendant Fenix Internet, LLC ("Fenix Internet") is a Delaware registered limited liability corporation whose principal address is 2598 E. Sunrise Blvd, Suite 2104, Fort Lauderdale, FL 33304.

36.     Defendant Fenix Internet has a registered office located at 501 Silverside Rd. Suite 87, Wilmington, DE 19809.[26]

37.     Defendant Fenix Internet is a wholly owned subsidiary of, and entirely controlled by, Defendant Fenix International Limited.

38.     Defendant Fenix International Limited is the sole member of Defendant Fenix Internet LLC.

39.     On information and belief, Fenix Internet conducts and transacts all monetary transactions on the website OnlyFans.com.

40.     Defendant Fenix Internet, at OnlyFans' direction, collects payments made by Fans from third-party processors and distributes money it collects through other third-party processors to Creators.

---

[26] Previously, certain Fenix Internet, LLC financial filings have reflected a registered office location at 345 North Canal Street, Chicago, IL 60606.

41.     As the primary conductor of monetary transactions for the OnlyFans website, Fenix Internet directs and sends payments to Creators directly to their bank accounts, including many United States-based financial institutions.

42.     For example, on information and belief, Fenix Internet LLC processes all payments by users on OnlyFans.com to Creators and processes all payments from OnlyFans to Creators on OnlyFans.com.

43.     All the transactions made involving Fans and Creators through the OnlyFans website are transacted in U.S. Dollars.

## V.     FACTS

**OnlyFans and Fenix Internet do Billions of Dollars' Worth of Business in the U.S.**

44.     Since its founding in 2016 by 33-year-old British tech entrepreneur and investor Timothy Stokley, OnlyFans has experienced exponential growth—fueled in large part by the societal impacts of the COVID-19 pandemic which began in 2020.

45.     OnlyFans disclosed in its 2023 Annual Report and Consolidated Financial Statements that it has over 300 million users, over 4.1 million creator accounts, and has paid out over $4.3 billion dollars to its Creators.[27]

46.     Approximately 66 percent of revenue generated by OnlyFans originated from United States markets.[28]

---

[27] Fenix International Limited, *Fenix International Limited Annual Report and Financial Statements for the Year Ended 30 Nov. 2023*, 3 (Nov. 30, 2023), https://find-and-update.company-information.service.gov.uk/company/10354575/filing-history (last visited March 25, 2025).

[28] *Id*. at 33.

**OnlyFans Claims to Offer Users Real, Human Connections**

*OnlyFans Invites Users to Create Accounts, Accept its Terms, and Upload a Payment Card to Access the Platform's Features*

47.    To use OnlyFans as a Creator or Fan (together, "Users"), an individual must register and create an account on www.onlyfans.com.

48.    Before Fans can make any payments or subscribe to Creators' accounts on OnlyFans, they must provide Defendants with their billing information, including the details of their credit card, debit card, or third-party payment account.

49.    As part of the account-creation process, Users must agree to OnlyFans' TOS.[29]

50.    The TOS, to which all Users must indicate their assent, includes the Terms of Use, Acceptable Use Policy, Contract between Fan and Creator, Complaints Policy, Appeals Policy, and Community Guidelines, among other policies.[30]

51.    The sections of the Terms of Use applicable to Fans state that Fans accept and agree to abide by the full TOS, acknowledge the potential for exposure to adult material, and agree to accept OnlyFans' subscription and purchasing policies.

52.    The sections of the Terms of Use applicable to Creators state that Creators accept and agree to terms set by OnlyFans including—how the Creator will receive payouts, determination of how to set a subscription price, restrictions on content, legal responsibility of the Creator, advertising rules, payout rules, and obligations to provide paid-for content.

53.    Before participating in any transaction or subscribing to a Creator, OnlyFans requires Fans to add a payment card to their account. Further, Creators must link their OnlyFans

---

[29] *See generally* OnlyFans, *Terms of Service Content – general terms*, § 8(c)(iv)(1-3), OnlyFans Terms of Service (August 2024), https://onlyfans.com/terms.
[30] *Id.*

accounts to a bank account or select another payment disbursement option to receive earnings payments.[31]

54.     Fans can then subscribe to (or follow) Creator accounts of their choosing.

55.     OnlyFans allows Creators to set the monthly subscription fee for their accounts at between $0 to $50 per month.[32] After subscribing to a Creator's account, OnlyFans allows Fans to access the content on that account.

56.     OnlyFans also tells Fans that they can interact with the Creator directly through direct messages and pay-per-view messages. OnlyFans tells Fans that by adding a monetary tip to a direct message, their message will appear at the top of the Creator's inbox, and Creators often invite Fans to send a tip with a message in order to get a faster reply from the Creator.[33]

57.     In addition, OnlyFans allows Creators to maintain both standard pages and "VIP" pages in order to drive Fan visits and encourage PPV purchases and tips. Standard pages usually entail free subscriptions and limited Creator content, but they often actively lead Fans to VIP pages that require paid monthly subscriptions, offer access to preexisting content, and generally promise faster replies to DMs and other Fan communications—usually for a tip.

58.     Like the other fees paid by Fans, tip transactions are processed by Fenix Internet, and OnlyFans collects 20% of the tips.

---

[31] OnlyFans, *Help: How do I start earning on OnlyFans?*, OnlyFans Community Guidelines, https://onlyfans.com/help/196/244/245 (last accessed March 25, 2025).
[32] OnlyFans, *What can my subscription price be on OnlyFans*, OnlyFans Community Guidelines, https://onlyfans.com/help/196/217/218 (last visited March 25, 2025).
[33] See Wen Hsiao, Rachel Steele, and Louis Weber, *Touched Through a Screen: Digital Intimacy on Twitter and OnlyFans*, University of New Amsterdam Masters of Media Blog (Oct. 19, 2021), https://mastersofmedia.hum.uva.nl/2021/10/touched-through-a-screen-digital-intimacy-on-twitter-and-onlyfans/ (last visited March 25, 2025) (containing screenshots of the pop-up that OnlyFans shows when a Fan is sending a Direct Message "[messages] with tips appear at the top of recipient inbox").

### *OnlyFans Sells Fans on Communicating Directly with Creators*

59.    To attract Fans to join OnlyFans and engage in these transactions, OnlyFans promotes itself as a social platform that allows Creators and Fans to develop personal, "authentic connections."[34] This promotion scheme pervades OnlyFans' general advertising, the account creation process, and its platform, which is exclusively accessible to OnlyFans users.

60.    OnlyFans has stated that its mission is: "OnlyFans is the 18+ subscription platform empowering creators to own their full potential, monetize their content, and develop *authentic connections with their fans*."[35]

61.    OnlyFans represents to Fans that it monitors and controls use of its website, including the identities of its users.

62.    Current CEO and former Chief Strategy and Operations Officer, Keily Blair has reinforced the importance of OnlyFans as a safe and trusted community where intimate communications are shared via authentic two-way communication between Fans and Creators.[36] In a May 2024 interview with the Wall Street Journal Blair said, "[Trust and safety] is fundamental to how we operate at OnlyFans."[37] Blair further confirmed that Fan-Creator contact is at the heart of the business model—a community where Fans are assured that OnlyFans is delivering on its promises—safe, direct, intimate, authentic communications between a Fan and a Creator.[38]

---

[34] OnlyFans, *Who We Are*, Only Fans About Page, https://onlyfans.com/about (last visited March 25, 2025). (OnlyFans describing itself as a platform through which "creators . . . monetize their content while developing authentic relationships with their fanbase").
[35] *Id.* (emphasis added).
[36] WSJ News, *OnlyFans CEO Keily Blair on Why the Company Doesn't Track Inbound Traffic*, WSJ News YouTube Page (May 25, 2024), https://www.youtube.com/watch?v=TZAzMDcsTfE.
[37] *Id*.
[38] *Id*.

63.    OnlyFans' former CEO Ami Gan promoted tight controls as a key to OnlyFans business model, stating "Safety is ultimately the foundation of our entire business . . .. For example, we have no anonymity on the platform; we know who everyone is."[39]

64.    OnlyFans touts its safety and control measures as a benefit to Fans and Creators, including multi-point Creator verification measures. OnlyFans promises that its trained monitors identify and take action to remove any Content which they believe violates OnlyFans' TOS and commits to remove bad actors from the site.

65.    OnlyFans' emphasis on the importance of user verification and "no anonymity" reassures Fans that they know who they are communicating with—a reassurance that is at the heart of the OnlyFans platform.[40]

66.    CEO Keily Blair has stated publicly on social media that OnlyFans' direct messaging capability is critical to its business.  Yet, OnlyFans' top Creators hire marketing agencies that tout the use of third-party chatters for Fan messaging.[41] OnlyFans is well aware of these agencies.[42]

---

[39] Bruner, *supra* n. 24.

[40] Keily Blair, *Owning It: Reimagining Social Media*, TEDx Talks YouTube Page (Jun. 21, 2023), https://www.youtube.com/watch?v=45bKq_deC-g; WSJ News, *OnlyFans CEO Keily Blair on Why the Company Doesn't Track Inbound Traffic*, WSJ News YouTube Page (May 25, 2024).

[41] *See*, *e.g.*, SEO Bounty, *OnlyFans Account Management*, SEO Bounty Blog (March 11, 2022), https://seobounty.com/account-management-and-growth/; The Bunny Agency Home Page, https://bunny-agency.com/ (last visited March 25, 2025). GhostChatters, *Why Have Chatters*, https://www.ghostchatters.com/why-have-chatters (last visited March 25, 2025); OF Agency, Service, https://www.ofagency.co/services (last visited March 25, 2025).

[42] Slush, *Navigating Public Opinion: Running an Edgy Business* – Amrapali Gan & Keily Balir (OnlyFans & Axios), Slush YouTube Page (Nov. 22, 2022), https://www.youtube.com/watch?v=fgOsTxLVpzM.

67. OnlyFans' TOS, to which all users must agree in order to create an account and use OnlyFans, also contains numerous provisions that indicate that interactions on OnlyFans are between Fans and Creators.

68. The TOS specifies that to open a Creator account, a Creator must provide valid forms of ID, pictures, age information, and other details indicating that Creators are always people, not business entities.[43]

69. The TOS prohibits fraudulent content, and further prohibits using OnlyFans to disseminate, "feature," or "facilitate . . . [i]naccurate information including misleading descriptions of media or account information."[44]

70. But the Contract Between Fan and Creator ("Fan-Creator Contract") contained in the TOS obfuscates the role that third parties may play in assisting Creators with their content.[45] The Fan-Creator Contract is nested within the TOS, requires an additional action on behalf of a Fan to view, and is only referenced within the Terms of Use by hyperlink requiring a Fan to visit that page separately to understand its import to the Terms of Use.

71. The Fan-Creator Contract defines a "Creator" as "a User (defined as any user of OnlyFans, whether a Creator or a Fan or both) who has set up their OnlyFans account to post Content for Fans to view."[46]

72. The Fan-Creator Contract defines a "Creator Interaction," as "an interaction on OnlyFans that grants access to a Creator's Content, including (i) a subscription; (ii) a payment for

---

[43] OnlyFans, *Terms of Service Registering with OnlyFans*, OnlyFans Terms of Service (Aug. 2024), § 6(b), https://onlyfans.com/terms.

[44] OnlyFans, *Terms of Service Acceptable Use Policy*, § 8, OnlyFans Terms of Service (Aug. 2024), https://onlyfans.com/terms.

[45] OnlyFans, *Terms of Service Contractor Between Fan and Creator*, OnlyFans Terms of Service (Aug. 2024) https://onlyfans.com/contract.

[46] *Id*. at § 4(c).

pay-per-view content; and (iii) any other interaction or payment between a User and a Creator's account or content, including direct messages."[47]

73.     The Fan-Creator Contract defines "Content" as "any material Uploaded to OnlyFans by any User, including any photos, videos, audio, livestream material, data, text, metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever."[48]

74.     The Fan-Creator Contract informs Fans that Creators are "solely responsible for creating and publishing Relevant Content."[49]

75.     The Fan-Creator Contract defines "Relevant Content" as "the applicable Content of a Creator to which a Creator Interaction relates."[50]

76.     Based on the definitions in the Fan-Creator Contract, a Fan can reasonably expect that any Content or Relevant Content received during a Creator Interaction is created and published by that particular Creator. However, the Fan-Creator Contract goes on to say that "third parties may *assist* Creators in operating their accounts and in Creator Interactions" (emphasis added).[51] By informing Fans that a third-party may be *assisting* a Creator with their account and Creator Interactions—but at the same time requiring that all Content and Relevant Content be created and published by the *Creator*—OnlyFans obfuscates the true role of any third party and does not disclose (or even suggest) that *assisting* Creators with Creator Interactions means performing them on a Creator's behalf. The Fan acknowledgement therefore does not put Fans on notice or inform them of the true nature of third-party involvement in the interaction between the Fan and Creator.

---

[47] *Id*. at § 4(e).
[48] *Id*. at § 4(b).
[49] *Id.* at § 12(b).
[50] *Id.* at § 4(o).
[51] *Id.* at § 12(e).

77.     Nowhere in the TOS (or anywhere else) does OnlyFans disclose to Fans that Creators may not be the ones actually creating and publishing direct messages or other content to Fans. Nor does it require Creators to disclose if they are using a third-party to interact with Fans.

78.     The TOS requires that Creators warrant that content provided is "of satisfactory quality, taking account of any description of the Content, the price, and all other relevant circumstances including any statement or representation which you make about the nature of the Content on your account or in any advertising" and is "as described by [the creator.]"[52]

79.     Further, the TOS contains provisions that allow OnlyFans to withhold and even forfeit Creator earnings if OnlyFans suspects and/or finds violations of the Terms of Service.[53]

80.     Specifically, the TOS contains a section titled "Circumstances in which we may suspend or delete your account and/or content, pause Fan Payments, and/or withhold Creator Earnings", which allows OnlyFans to withhold and even forfeit creator earnings, and return those earnings to the Fans, for violations such as:

> i. if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service....
>
> iii. we suspect that all or any part of the Creator Earnings result from unlawful or fraudulent activity, either by you or by the Fan who made the Fan Payment resulting in the Creator Earnings.[54]

81.     The TOS even states that "[i]f, based on our review of the relevant facts, we determine that any of the above is true, we may . . . refund or cancel Fan payments."[55]

---

[52] OnlyFans, *Terms of Service Terms of Use Content – general terms*, § 8(c)., OnlyFans Terms of Service (Aug. 2024), https://onlyfans.com/terms#terms-use.
[53] *Id.* § 14.
[54] *Id.* § 14(b).
[55] *Id.* § 14(c).

82.     Overall, the TOS conveys to Fans a sense of security that OnlyFans will ensure that the Fan is getting what is advertised and what they are paying for.

83.     OnlyFans' representation that it allows Fans and Creators to develop personal relationships through personal interactions permeates OnlyFans' marketing, account creation, and every Fan's OnlyFans experience.

84.     As a result, this representation of authenticity defines OnlyFans' brand. It is OnlyFans' primary allure—direct, authentic communication with a Creator. In pursuit of it, Fans often fork over large sums of money, which directly and considerably benefit OnlyFans' bottom line.

### OnlyFans Ostensibly Provides Vehicles for Experiencing Genuine Connections

85.     In furtherance of its representations that Fans and Creators can form genuine and "direct" connections on its platform, OnlyFans provides features that facilitate the deception of Fans and induce them to believe that they can develop such connections with specific Creators by exchanging DMs, paying for PPV content, sending tips, and requesting bespoke PPV content.

86.     Using these features, a Fan may request, and pay for, content and communications that are represented as having been created by a particular Creator *specifically for that individual Fan*.

87.     These features are popular—and profitable. They bring in more revenue for OnlyFans than traditional subscriptions. In a recent Wall Street Journal interview, CEO Keily Blair said "[t]he other really interesting thing that we've noticed in terms of trends in the creator economy and in the business in general is that actual revenue from subscriptions now makes up a

*smaller portion of our revenue than from microtransactions. So microtransactions are paid to unlock content, individual messaging, custom messages…*" (emphasis added).[56]

88.     OnlyFans also provides a tipping feature through which Fans can tip Creators for the content they post, with a maximum per tip/transaction amount of $100 for new Fans, and a maximum per tip amount of $200 for Fans who have been on the platform for at least four months.

89.     OnlyFans encourages tips as a mechanism for personalized communication by informing Fans, before they reply to a Creator message through the use of a pop-up in a Fan's message, that "[m]essages with tips appear at the top of [the Creator's] inbox."[57]

90.     OnlyFans also offers Creators a feature on their account pages that purports to indicate their availability. When a Creator has enabled this feature, the Fans visiting the Creator's profile see text indicating if the Creator is available or the last time the Creator was available. Like popular messaging platforms individuals use with their personal contacts, such as Facebook Messenger, when a particular Creator is purportedly available, a green dot appears in the Creator's profile. This is intended to signal to the Fan that the Creator is available for direct communication.

91.     OnlyFans also allows Creators to enable a feature that indicates to Fans when their messages have been read by the Creator. When this feature is enabled, a Fan will see two checkmarks below their sent message once it has been read by the Creator.

92.     Thus, OnlyFans has designed its platform to foster Fans' belief that Creators can and do exchange messages with and create customized content for individual Fans, beyond what is already made generally available on a Creator's account to all subscribers. Based on this design,

---

[56] *See* WSJ News, *OnlyFans CEO Keily Blair on Why the Company Doesn't Track Inbound Traffic*, WSJ News YouTube Page (May 25, 2024), https://www.youtube.com/watch?v=TZAzMDcsTfE.
[57] *See* Hsiao, Steele, and Weber, *supra* n. 33.

and OnlyFans' representations as described herein, it is reasonable for individual Fans to assume they are interacting directly with Creators.

93.     OnlyFans also allows Creators to offer free subscriptions, meaning a fan does not pay a monthly subscription fee. But such accounts still allow for paid content such as PPVs and tipping—including sending DMs with tips—leading Fans to believe that, even with a free subscription, by paying for specific content or features, including sending tipped messages, they will be able to interact directly with the Creator.

94.     Unbeknownst to Fans, they are not getting what they pay for.

### OnlyFans Wants Creators to Maximize Sales by Any Means—Including Deception

95.     Through its DM, PPV, and tipping features, along with monthly subscription fees that draw Fans through access to those features, OnlyFans amasses significant revenue for itself, all through the false promise that Fans are having authentic interactions with Creators in exchange for these payments.

96.     Pursuant to its TOS, OnlyFans retains 20% of all revenue generated on its site.[58] Approximately 40% of the revenue stems from monthly subscription fees, and approximately 60% stems from PPV purchases and tips.[59]

97.     High-earning Creators likely generate most of OnlyFans' revenue; just the top 1% of Creators generate 33% of all earnings on the platform.[60] OnlyFans' top Creator earns an

---

[58] Only Fans, *Terms of Service Terms of Use Creator Payouts*, §10(b), OnlyFans Terms of Service (Aug. 2024), https://onlyfans.com/terms.
[59] James Clark, *How Much OnlyFans Creators Really Make*, Yahoo!Finance (Dec. 22, 2022), https://au.finance.yahoo.com/news/how-much-only-fans-creators-really-make-001225631.html.
[60] *Id.*

estimated $20 million per month (as of 2021),[61] and many others make six figures per month.

98.     Given OnlyFans' payment structure, the success of its Creators (particularly its highest-earning Creators) translates directly to substantial profit for OnlyFans.

99.     To maximize profits, OnlyFans provides "How-to" articles to Creators on how to promote their accounts and as result generate more revenue. For example, in one such "How-to" article, "How to Promote Your OnlyFans Profile", OnlyFans tells Creators that "cross-promoting your OnlyFans profile on your social media accounts is the perfect first step. For example, you can start by including your OnlyFans or landing page URL in your bio . . . . In addition to your personal social media accounts, consider promoting your OnlyFans profile on forums like Reddit or relevant blogs."[62]

100.     OnlyFans also provides blog posts with such titles as "OnlyFans Campaigns: How to Market Like a Pro" and "How To Get Started With Video Editing." These blog posts are directed at Creators to try and help them operate their accounts, which in turn helps to drive earnings for OnlyFans.

101.     Perhaps the most egregious activity implicitly encouraged and purposefully facilitated by OnlyFans is the use of professional "chatters" to impersonate Creators in order to manipulate Fans into paying as much as possible for PPV content and tips—turning a single Creator account into as many "personal" relationships as possible—24 hours a day, 7 days a week. This Complaint refers to this as the "Chatter Scams."

---

[61] Todd Spangler, *OnlyFans Creators Earned $3.9 Billion in 2021, Swelling 115% Year Over Year*, Variety (Sept. 1, 2022), https://variety.com/2022/digital/news/onlyfans-financials-earnings-creators-1235357264/.
[62] OnlyFans Editor, *How to Promote Your OnlyFans Profile*, OnlyFans Blog (July 29, 2024), https://blog.onlyfans.com/how-to-promote-your-onlyfans-profile/.

*How Chatter Scams Work and How they Effectively Deceive Fans*

102.     The Chatter Scams are primarily perpetrated by "management agencies" on behalf of Creators. As described in more detail below, these agencies sell their services to OnlyFans Creators with promises that the agencies can increase a Creator's revenue exponentially—without the Creator actually having to do what OnlyFans promises: "directly connect" with Fans. Agencies work to get as many Fans as possible to subscribe to their Creators' accounts, while ensuring the Creators have no real role in the communications with their Fans.

103.     Unlike simply posting content and charging for it, the Chatter Scams involve exceptional levels of coordination and data management to convince individual Fans that they are actually having a direct interaction with a given Creator.

104.     On information and belief, once a Creator engages an agency to operate his or her account, the agency takes over the Creator's account and operates all aspects of the account.

105.     Working in partnership with their Creators, agencies contract with chatters to conduct most, if not all, of the communications between the Creators and the Fans. Without the Fans knowledge, the chatters impersonate the Creators when direct messaging with Fans.

106.     Agencies often use chatters from countries like the Philippines or Venezuela, where they can find relatively well-educated, English-speaking (or even multilingual) workers—but pay them a fraction of what the required skillset would command in the U.S. labor market. Agencies hire chatters of all genders and ages, regardless of the gender or age of the Creator they are hired to impersonate.

107.     Chatter positions—sometimes referred to using deliberately oblique terms like "account manager" or "virtual assistant"—are openly advertised online, and entire online discussion forums have developed around the jobs. Some forums discuss how to get a chatter job,

23

how chatters can avoid scammers posing as "legitimate" agencies, what to expect in terms of pay, and even the difficulty of the working conditions.

108. For example, several chatters have posted on the *r/onlyfanschatter* subreddit, where posts have included chatters discussing the labor abuses they suffer at the hands of agencies, such as being forced to work 70-hour weeks or being fired for missing shifts for circumstances outside their control (*e.g.*, power outages). One chatter lamented the fact that chatters are treated like "robots," and felt the need to assert: "We're humans, we feel."

109. Agencies sometimes provide chatters with actual "scripts" similar to those used by telemarketers and call center employees, which give chatters a specific workflow to follow in order to maximize the amount of money extracted from any given Fan.

110. The interactions that often garner the most money are when Fans pay for "custom" PPV content created (ostensibly) specifically for an individual Fan. It is very common for Fans to request custom videos from Creators—often spending hundreds of dollars for a single video.

111. Agencies have sophisticated processes in place to facilitate the generation of custom content. The workflow for a given agency might vary slightly, but often looks something like the following:

   a.   The agency requires a Creator to create a certain amount of "stock" content, in the form of prerecorded videos and contemporaneous still photos, on a regular (usually weekly) basis. That content is uploaded to the cloud using a service like Dropbox or Google Drive, which can then be accessed by agency employees or contractors and used to populate a Creator's OnlyFans "Vault"—a specific online location provided by OnlyFans and designed to keep "exclusive" content accessible only to paying customers.

b. The agency provides chatters with direct access to the Creator's OnlyFans account—whether directly (by providing chatters with login information) or indirectly (via third-party CRM software such as SuperCreator (described below) so that the chatter can interact with a Creator's Fans in the place of the Creator.[63]

112. In addition to requesting custom content, it is common for Fans to send their own photos or videos ("Fan-Generated Content") to a Creator and ask for the Creator's reaction to the content—in which case the Chatter-Creator Communication may also contain Fan-Generated Content. Fan-Generated Content often contains extremely private or sensitive material.

113. These Chatter Scams have increasingly appeared as "exposes" in mainstream publications, including:

a. The New York Times ("The E-Pimps of OnlyFans: Clever marketers have figured out how easy it is to simulate online intimacy at scale, ventriloquizing alluring models with cheap, offshore labor.") (May 2022).[64]

b. Wired Magazine ("I Went Undercover as a Secret OnlyFans Chatter. It Wasn't Pretty.") (May 2024).[65]

---

[63] Agencies almost universally require Creators, as a condition of "representation" by the agency, to provide direct access to and control over their OnlyFans accounts. Thus, the Creator never has to log into or operate the account for the operation to run smoothly.

[64] Ezra Marcus, *The "E-Pimps" of OnlyFans*, New York Times (May 16, 2022), https://www.nytimes.com/2022/05/16/magazine/e-pimps-onlyfans.html.

[65] Brendan I. Koerner, *I Went Undercover as a Secret OnlyFans Chatter. It Wasn't Pretty*, Wired Magazine (May 15, 2024) https://www.wired.com/story/i-went-undercover-secret-onlyfans-chatter-wasnt-pretty/?source=Email_0_EDT_WIR_NEWSLETTER_0_BACKCHANNEL_ZZ&utm_source=nl&utm_brand=wired&utm_mailing=WIR_Backchannel_051724&utm_campaign=aud-dev&utm_medium=email&utm_content=WIR_Backchannel_051724&bxid=&cndid=&hasha=23463b99b62a72f26ed677cc556c44e8&hashb=914fec35ce8bfa1a067581032f26b053591ee38a&esrc=&utm_term=WIR_Backchannel.

     c.     El París ("$500 a day to pretend to be a model: The big business behind OnlyFans 'chatters'") (November 2023).[66]

     d.     Cosmopolitan Magazine ("Watch out for the OnlyFans pimps: can they really make you millions?") (June 2024).[67]

     e.     The Independent ("They thought they were chatting with OnlyFans models. The truth was much darker") (March 2025).[68]

114.    For the most part, the agencies engaged in Chatter Scams do not appear to have any qualms about defrauding Fans—often using terms like "farming" to refer to the process of fleecing or squeezing Fans for as much money as possible.

115.    Additionally, multiple companies in recent years have developed specialized tools designed to facilitate the use of a single OnlyFans account by multiple people—explicityly including teams of Chatters. These tools are essentially customer relationship management ("CRM") software designed to allow agency teams to access an individual Creator's OnlyFans account simultaneously.

116.    For example, an application called "SuperCreator" explicitly advertises to agencies and Creators their ability to facilitate the use of OnlyFans accounts by Chatters.[69]

---

[66] Marco Antonio Homes, *$500 a day to pretend to be a model: The big business behind OnlyFans 'chatters'*, El Pais, https://english.elpais.com/international/2023-11-23/500-a-day-to-pretend-to-be-a-model-the-big-business-behind-onlyfans-chatters.html.

[67] Sian Bradley, *Watch out for the OnlyFans pimps: can they really make you millions*, Cosmopolitan, https://www.cosmopolitan.com/uk/reports/a60637412/onlyfans-agencies/.

[68] Holly Baxter, *They thought they were chatting with OnlyFans models. The truth was much darker*, The Independent (March 5, 2025), https://www.independent.co.uk/news/world/americas/onlyfans-models-chatters-reddit-class-action-lawsuit-b2710675.html.

[69] Supercreator, *What is Supercreator*, https://www.supercreator.app/what-is-supercreator (last visited March 25, 2025).

117.    On information and belief, OnlyFans is aware of the use of the CRM software on its platform—as well as the fact that the use of such software violates OnlyFans' Terms of Service—but chooses to do nothing to prevent the use of such software in order to continue profiting from the increased revenues facilitated by the CRM software.

**_OnlyFans knows or should know that Chatter Scams are rampant on the platform._**

118.    Despite OnlyFans' clear message to Fans that OnlyFans' primary offering is "authentic relationships," through "direct communications," many high-earning Creators do not operate their own OnlyFans accounts and do not actually communicate with Fans.

119.    The prevalence of Chatter Scams has long been an open secret to industry insiders, and while OnlyFans publicly disavows any association with the management agencies, myriad evidence supports an inference that OnlyFans is aware of the Chatter Scams.

120.    Evidence of OnlyFans' actual knowledge of the Chatter Scams is bolstered by evidence that if nothing else, OnlyFans _should know_ about the scams from monitoring its platform—something it not only admits doing, but actively touts as part of its emphasis on "safety." In 2022, for example, OnlyFans' then-CEO Ami Gan told Time Magazine that "[s]afety is ultimately the foundation of our entire business," boasting that the company's verification protocols were so robust that "we have no anonymity on the platform; we know who everyone is." She went on to describe what she called the platform's "very robust content moderation," confirming that not only can OnlyFans monitor the activity happening on Creator accounts, but the company prides itself on doing so: "Everything on OnlyFans, we see it, we're able to view it, moderate it, and make

sure that everyone is following our terms of service. While we do use some automated technologies to help us prioritize content, ultimately everything on the site is reviewed by a human."[70]

121.    These statements are also consistent with OnlyFans' Privacy Policy (attached hereto as **Exhibit C**), which claims to be collecting customer data ***for the specific purpose of detecting deceptive activity***—explaining that one of the reasons the company collects and processes customer data is for the purpose of "[m]onitoring transactions and company network, systems, applications, and data" in order to, among other things, "detect malicious, deceptive, fraudulent, or illegal activity."[71]

122.    This not only (falsely) suggests to Fans that OnlyFans is actively trying to prevent fraud and deceptive conduct, but demonstrates that OnlyFans has the *ability* to do so given the type of data it collects.

123.    For example, data gathered about the use of the "company network" or "systems" includes information about how many different devices are logged into an account at a given time, as well as where those devices are located. The fact that OnlyFans routinely gathers this information is evidenced in the "security" emails it sends to users when an account is accessed from a new device or a new location, *see* **Figure 1**, *below*—and the fact that it even provides account holders (both Fans and Creators) with information on specific "login session" occurring on their accounts. *see* **Figure 2**, *below*.

---

[70] Raisa Bruner, *OnlyFans CEO Ami Gan Wants to Dispel Misconceptions About the Company*, TIME (July 31, 2022), https://time.com/6202306/onlyfans-ceo-ami-gan-interview/ (emphasis added).
[71] OnlyFans, *Privacy Policy*, ¶ 10, OnlyFans Privacy Policy (Aug. 2024), https://onlyfans.com/privacy.



***Figure 1.*** *Email sent from OnlyFans to a user after a new login attempt from an unusual location.*



***Figure 2.*** *Screenshot of OnlyFans User Account showing multiple active login sessions, including IP address from which each session originates.*

124.    Although this information is ostensibly provided in order to put account holders on notice of potentially unauthorized or malicious activity, the fact that OnlyFans sends such notices demonstrates that the platform routinely collects information sufficient to put the company itself on

notice that Creator accounts are using chatters, including: (1) the number of devices logged into an account simultaneously, (2) the location of every device that logs into an account, and (3) the frequency and duration of logins, including those from different locations.

125.    On information and belief, based on the foregoing, OnlyFans would also know that chatters are logging in for a Creator.

126.    Any suggestion that OnlyFans is ignorant of the fact that Creators hire agencies to manage their accounts is undermined by the fact that OnlyFans has specifically marketed directly to agencies themselves.

127.    The archives of the OnlyFans Blog show a post in February 2019 entitled "Unlocking the earning potential for agencies and talent managers," which explained that "as brands and manufacturers look to access influencers that synergise with their audience demographic, *agencies have become a key ally to help develop subliminal content marketing campaigns and connect brands with the right type of influencer."*[72]

128.    In a section entitled "HOW YOUR AGENCY BENEFITS," OnlyFans provided a graphic representation of an "example agency model" in which the agency's annual income from the platform totaled nearly half a million dollars, suggesting that engaging with the platform "and making OnlyFans a part of your agency proposition" could make a "significant impact on agency incomes" and that "*OnlyFans provides a lucrative opportunity for creators and agencies,*" so "[w]hy not give us a call or email us to discuss the potential of OnlyFans to your agency business and influencer communities?"[73]

---

[72] Alex, *Unlocking the Earning Potential for Agencies and Talent Managers*, OnlyFans Blog (Feb. 20, 2019), https://web.archive.org/web/20220811014012/https://blog.OnlyFans.com/unlocking-the-earning-potential-for-agencies-and-talent-managers/ (last visited March 25, 2025) (emphasis added).
[73] *Id.*

129.     Not only did the post generally refer to income-generating opportunities, though. It also specifically referred to the "***additional income opportunities***" an agency might gain from "***assist[ing] creators on their subscriber content*** and campaigns for brands"—and strongly suggested that such assistance by agencies would in fact be critical to the ability of Creators to monetize content:

> Ensuring subscriber numbers grow and are retained ***comes down to ensuring the content experience is enhanced for paying fans,*** who are really at the heart of this. It's not simply a matter of expecting fans to pay for what they already get on Instagram, or other social platforms, for free. ***Getting this right depends of*** [sic] ***the expertise of agents to manage their creator communities*** and, in doing so, it provides a long term income stream for creators and agency businesses.[74]

130.     The post was still on OnlyFans website as of August 2022.[75]

***OnlyFans Facilities Fraudulent Sales or Practices in part by Failing to Control Them***

131.     On information and belief, OnlyFans does not maintain any security measures or safeguards to prevent the deceptive conduct described above.

132.     Despite the fact that the OnlyFans TOS includes provisions allowing OnlyFans to monitor and potentially withhold or forfeit Creator earnings for violations of the Terms of Service, OnlyFans fails to do so for Creator accounts using third parties to masquerade as the Creator in interactions with Fans.

133.     Despite verifying users' identities during the account creation process, OnlyFans does not require any authentication when an individual logs into the Creator account, and allows multiple individuals to be logged in to a single Creator's account at once.

134.     Fans have complained to OnlyFans upon discovering they have been the victim of a Chatter Scam only to be ignored—or even retaliated against.

---

[74] *Id*. (emphasis added).
[75] *Id*.

135.    For example, one Fan wrote a post entitled "OnlyFans – Was not chatting to the Creator I subscribed to," in which the Fan detailed the process by which he learned he had been chatting not to a Creator but to a paid chatter.[76] The user detailed that he subscribed to a Creator that he was already familiar with through her work outside OnlyFans and that the responses he was receiving to his messages led him to believe that he was not communicating directly with the Creator.[77] When he reached out to OnlyFans tech support "They said that they [OnlyFans] do allow creators to hire a 3rd party to manage their accounts (but they didn't say anything about a 3rd party masquerading as the creator)."[78]

136.    Another Fan had similar complaints: "I have found multiple circumstances where the actual content creator (model) is NOT the actual person communicating with you… [t]hese 'hired' people then 'impersonate' the model and use the first person, 'Yes it's me', and 'I', falsely and fraudulently, to give the subscriber the impression that they are communicating with the model, but in these cases THEY ARE NOT!"[79] When the Fan contacted OnlyFans it "ADMITTED that 'content creators can use agents, management companies, and other 3rd parties to OPERATE their account for them." And, a couple of days later "OnlyFans spotted my review and rather than want to resolve a customer problem, they arrogantly sent me a message that instead, they TERMINATED my account!"[80]

---

[76] User Post, *Was not chatting to the creator I was subscribed to*, Pissed Consumer (May 12, 2023), https://onlyfans.pissedconsumer.com/46/RT-P.html?sort=latest#reviews (last visited March 25, 2025).
[77] *Id*.
[78] *Id*.
[79] User Post, *Hired staff impersonate models in chat. - FRAUD*, PISSED CONSUMER (Aug. 5, 2023), https://onlyfans.pissedconsumer.com/37/RT-P.html?sort=latest#reviews (last visited March 25, 2025).
[80] *Id*.

137. And OnlyFans includes only obfuscatory and conflicting disclaimer language in the TOS—never indicating to Fans that they might not be communicating directly with the Creator they are messaging, or that the Creator could use third parties to send messages, which is consistent with the experience of the aforementioned Fans.

### OnlyFans Harms Fans Through its Deceptive Conduct

138. Based on OnlyFans' representations and omissions described herein, when a Fan pays money to engage with a Creator, there is an expectation that the money is being spent to interact with that specific Creator.

139. Thus, OnlyFans induces Fans to spend money that they would not have spent, or spend more money than they would otherwise have spent, in order to use the features and access the content on its website.

140. When the interaction is in fact with an unknown third party as part of a Chatter Scam, the Fan is harmed. Not only does the Fan not receive what was paid for (an authentic interaction with a specific Creator), but the Fan is being deceived and in some circumstances manipulated to pay for additional interactions as well as having their data shared with third parties without their consent.

141. The harm that Fans suffer is not only monetary but can also be emotional and mental harm upon discovery that the Fan has engaged in intimate exchanges with an impostor, or even multiple impostors.

### Plaintiff Brunner's Experience with OnlyFans

142. Plaintiff Brunner created an OnlyFans account in approximately June 2021.

143. Plaintiff Brunner chose to create an account in order to interact with Creators, including MissKenzieAnne.

33

144.    Plaintiff Brunner paid for a monthly subscription ($10.99 per month) to MissKenzieAnne's OnlyFans account in October, November, and December 2023. In December 2023, MissKenzieAnne offered Plaintiff Brunner a free year-long subscription.

145.    From January 2024 through October 2024 Plaintiff Brunner exchanged direct messages, sometimes paid for, with MissKenzieAnne's account on a daily basis.

146.    In addition to the direct messages, Plaintiff Brunner paid for MissKenzieAnne's PPV content and paid to unlock audio messages and pictures on MissKenzieAnne's account on a daily basis—paying to unlock approximately 3-5 audio messages or pictures a day.

147.    Upon information and belief, a third-party agency ran MissKenzieAnne's OnlyFans Creator account during the period in which Plaintiff Brunner was attempting to communicate with her on the platform.

148.    Based on Plaintiff Brunner's experience interacting with MissKenzieAnne's account, MissKenzieAnne did not send or receive messages on OnlyFans herself. Instead, personnel from an agency, posed as MissKenzieAnne and read the messages that Brunner sent to MissKenzieAnne, and sent the messages that Brunner received from MissKenzieAnne's OnlyFans account.

149.    Upon information and belief, a single individual could not send the number of DMs or PPVs required to generate the revenue that MissKenzieAnne's account generates, as more than 700,000 Fans have liked or followed her OnlyFans account.

150.    Upon information and belief, the messages sent to and received from the MissKenzieAnne account are sent by one or more third parties who impersonate her.

151. Plaintiff Brunner did not pay to renew or continue his monthly subscription to MissKenzieAnne's account after December 2023, but continued to pay MissKenzieAnne for a variety of content thereafter until October 2024.

152. Upon information and belief, all the payments that Plaintiff Brunner made on the OnlyFans website were processed by Fenix Internet.

153. When Plaintiff Brunner created his OnlyFans account, when he paid for subscriptions, when he sent and received messages to specific Creators (including MissKenzieAnne), and when he paid to unlock content sent to him by those Creators, Plaintiff Brunner believed that he was interacting directly with the Creators.

154. If Plaintiff Brunner had known that the messages sent to and from MissKenzieAnne's Creator account were neither read nor sent by MissKenzieAnne herself, he would not have subscribed to her Creator account or would have paid less to subscribe to her Creator account.

155. If Defendants were to curtail the unlawful practices alleged herein, Plaintiff Brunner would consider resuming spending money on the OnlyFans platform to subscribe to Creator accounts, message with Creators, and/or access Creator PPV content.

**Plaintiff Fry's Experience with OnlyFans**

156. Plaintiff Fry created an OnlyFans account in approximately January 2023.

157. Plaintiff Fry created an account primarily in order to engage in friendly conversations with models and share photographs of his cooking creations.

158. Following his initial account creation, Plaintiff Fry began to subscribe to the accounts of various Creators, including Jia Lissa and Spicy Pie.

159.    Plaintiff Fry paid to subscribe to Jia Lissa's Creator account in or around January 2023.

160.    Plaintiff Fry paid to subscribe to Spicy Pie's Creator account in or around February of 2023.

161.    Plaintiff Fry also paid additional fees to access content on these Creator accounts. For example, on a monthly basis from January 2023 through October 2023, Plaintiff Fry paid to send or receive messages from Jia Lissa and Spicy Pie—as well as sending them tips and paying for other PPV content during that time period.

162.    Creators Jia Lissa and Spicy Pie are managed by social media management agency AS Talent Agency, a company focused on creators of adult content on OnlyFans. According to AS Talent Agency's website "AS Talent is the leading OnlyFans marketing and management agency. In over three years we have successfully helped many creators unlock their true potential of their OnlyFans careers and multiply their earnings."[81] AS Talent Agency advertises that they provide extensive support: "[o]ur professional team provides 24/7 support at every stage of our work, from OnlyFans account management to content creation."[82] And "w[e] provide all our clients with personalized 24/7 support, which includes optimizing your social media pages to attract more traffic. We also **help establish proper communication with new fans and convert them into loyal subscribers."** (emphasis added).[83]

163.    Upon information and belief, Creators Jia Lissa and Spicy Pie engaged AS Talent Agency or another agency on its behalf to run their OnlyFans Creator accounts, including sending

---

[81] *See* AS Talent Agency Home Page, https://astalentagency.com/ (last visited March 25, 2025).
[82] *Id.*
[83] *Id.*

and receiving messages from Fans, during the period in which Plaintiff Fry was paying to access their content on the platform.

164.  Upon information and belief, the messages sent to and received from Jia Lissa and Spicy Pie were sent by chatters paid to impersonate them, most likely individuals working with AS Talent Agency.

165.  Plaintiff Fry spent additional money on the OnlyFans platform, including to subscribe to, message with, and access content on other Creators' accounts. Upon information and belief, some of those Creators engaged third parties to communicate with Fans during the period that Plaintiff Fry was paying to interact with them.

166.  When Plaintiff Fry created his OnlyFans account, when he paid for subscriptions, when he sent and received messages to Creators, when he paid to unlock content sent to him by Creators, and when Plaintiff Fry sent tips to Creators, Plaintiff Fry believed that he was interacting directly with those Creators.

167.  If Plaintiff Fry had known that the messages sent to and from those Creator accounts were neither read nor sent by those Creators themselves, he would not have subscribed (or would have paid less to subscribe) to their accounts or would have paid less to subscribe to their accounts.

168.  Over time, Plaintiff Fry began to become suspicious of who he was actually communicating with when purportedly exchanging DMs with Creators, as messages he received contained contradicting information or errors leading him to suspect that he was not communicating with the Creator he believed he was communicating with.

169.  As a result of these suspicions, he stopped paying for direct messages or PPVs with those Creators.

170.     If Defendants were to curtail the unlawful practices alleged herein, Plaintiff Fry would consider spending money on the OnlyFans platform to subscribe to and/or message with Creators, and/or to access Creator PPV content.

171.     Upon information and belief, all of the payments that Plaintiff Fry made on the OnlyFans website were processed by Fenix Internet.

## VI.     CLASS ACTION ALLEGATIONS

172.     Plaintiffs bring this lawsuit as a class action, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(1)-(3), on behalf of themselves and all others similarly situated as members of the proposed Class. This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

173.     The **Class Period** is defined as the period of time within the applicable statute of limitations preceding the filing of this action and before the date of class certification.

174.     The **Fed. R. Civ. P. 23(b)(2) Class** is defined as:

> All U.S. registered OnlyFans account holders who maintained an OnlyFans account at any time during the Class Period while residing in the U.S.

> **Illinois subclass:**

> All Illinois registered OnlyFans account holders who maintained an OnlyFans account at any time during the Class Period while residing in Illinois.

175.     The **Fed. R. Civ. P. 23(b)(3) Class** is defined as:

> All U.S. registered OnlyFans account holders who, at any time during the Class Period, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

> **Illinois subclass:**
>
> All Illinois registered OnlyFans account holders who, at any time during the Class Period while a resident of Illinois, maintained an OnlyFans account and paid OnlyFans for one or more of the following, where the Creator engaged a third party to communicate with the account holder: (a) a subscription fee for the Creator-account, (b) a fee or payment to view the Creator's PPV content, (c) a fee or payment to send or receive a direct message (DM) to or from the Creator-account, or (d) a monetary tip to the Creator-account.

176. Subject to additional information obtained through further investigation and discovery, the foregoing Classes may be expanded or narrowed by amendment or amended complaint.

177. Specifically excluded from the Classes are Defendants and any of their respective officers, directors, legal representatives, employees, successors, subsidiaries, and assigns. Also excluded from the Classes are any judges, justices, or judicial officers presiding over this matter and the members of their immediate families and judicial staff, and persons who timely and properly exclude themselves from the Class. Any entity in which one or more Defendants had a controlling interest or which had a controlling interest in one or more Defendants is also excluded from the Classes.

178. **Numerosity:** The members of each Class and subclass are so numerous that joinder is impracticable. Plaintiffs believe there are in excess of one million individuals in the United States fitting in the Class definitions. Plaintiffs further believe that there are thousands of individuals fitting in the Illinois subclass definitions. The exact number is unknown to Plaintiffs at this time and can only be confirmed from information and records in the possession, custody, or control of Defendants.

179. **Commonality and Predominance**: There are numerous questions of law and fact common to the putative Class Members that predominate over any questions affecting only

individual members of the Classes. The common questions in this case are capable of having common answers. Plaintiffs claim that Defendants unlawfully and improperly deceived and defrauded its Fans by allowing third parties to send communications on behalf of Creators in violation of OnlyFans' TOS, such that Plaintiffs and putative Class Members will have identical claims capable of being efficiently adjudicated and administered in this case. Among the common questions of law and fact are:

A.     Whether Defendants misrepresented to Plaintiffs and Class Members that they were interacting directly with Creators on the OnlyFans website;

B.     Whether Defendants omitted or concealed from Plaintiffs and Class Members the fact that third parties send messages to Fans on the OnlyFans website, purporting to be specific Creators;

C.     Whether Creators and/or third-party agencies hire chatters to communicate with Fans as though they were those particular Creators; thereby creating a scheme in which the Fans are deceived into believing that they are communicating with those Creators;

D.     Whether Defendants know or should reasonably know that Creators (in particular high-earning Creators) use third-party agencies to interact with Fans on the OnlyFans website;

E.     Whether Defendants help facilitate the Chatter Scams;

F.     Whether Defendants have business controls/practices/devoted resources in place to monitor their Platform in order to mitigate/eliminate unlawful, deceptive, and untruthful communications—including Chatter Scams;

G.     Whether Defendants have a system in place for detecting unlawful, deceptive and untruthful communications or practices; a process to enforce and provide relief to those Fans harmed; and if so, the history of any such enforcement;

H.     Whether Defendants are liable for statutory, compensatory and/or consequential damages, and/or restitution; and the amount of such damages and/or restitution;

I.     Whether Defendants' top-earning Creators are physically able/capable of personally conducting the volume of purportedly direct communications with their Fans necessary to account for the massive profits they are generating every month;

J.     Whether Defendants should disgorge the unlawful profits they have obtained through the use of their platform for the purpose of deceptively communicating with their Fans;

K.     Whether Defendants had knowledge that Creator accounts were being used deceptively, including by third-party agencies, to unlawfully inflate profits; and

L.     Whether Defendants should have known that Creator accounts were being used deceptively, including by third-party agencies, to unlawfully inflate profits.

180.    **Typicality**: Plaintiffs' claims are typical of the claims of putative Class Members, as they are all based on the same factual and legal theories. The claims of Plaintiffs and putative Class Members are all premised on Defendants' knowing facilitation of conduct that deceived and defrauded Fans.

181.    **Adequacy**: Plaintiffs willfully and adequately assert and protect the interests of the putative Class and have retained competent counsel. Plaintiffs have obtained counsel with substantial experience in prosecuting complex litigation and class actions. Plaintiffs and their counsel are committed to vigorously prosecuting this action on behalf of the other respective

members of the Class and have the financial resources to do so. Plaintiffs have no interests antagonistic to those of the putative Class, and there are no defenses unique to Plaintiffs. Neither Plaintiffs nor their counsel have any interests adverse to those of the other putative Class Members.

182.    **Superiority**: A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all putative Class Members is economically infeasible and procedurally impracticable. While the aggregate damages sustained by the putative Class are in the millions of dollars, individual damages incurred by each putative Class Member resulting from Defendants' wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual putative Class Members prosecuting their own separate claims is remote, and even if every putative Class Member could afford individual litigation, the court system would be unduly burdened by individual litigation of such duplicative cases.

183.    **Risks of Prosecuting Separate Actions**: The prosecution of separate actions by putative Class Members would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendants. Additionally, individual actions may be dispositive of the interests of the putative Class as a whole, although certain putative Class Members are not parties to such actions.

184.    **Policies Generally Applicable to the Class**: This case is appropriate for certification because Defendants have acted or refused to act on grounds generally applicable to the Plaintiffs and the proposed Class as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward members of the Class. Defendants' practices challenged herein apply to and affect the members of the Class uniformly,

and Plaintiffs' challenge to those practices hinges on Defendants' conduct with respect to the proposed Class as a whole, not on individual facts or law applicable only to Plaintiffs.

## TOLLING OF STATUTE OF LIMITATIONS

185.    The statutes of limitation applicable to Plaintiffs' claims are tolled as a result of Defendants' knowing and active concealment of the alleged conduct. Plaintiffs did not and could not have reasonably verified the true nature of the Chatter Scams because the OnlyFans Defendants falsely represented to Fans that they were talking directly with Creators.

186.    Those Creators that used agencies to communicate with Fans did not disclose that the accounts were being run or managed by agencies or that Plaintiffs and Class Members were communicating with chatters.

187.    Plaintiffs' claims are therefore tolled under the discovery rule.

188.    The causes of action alleged herein did not accrue until Plaintiffs discovered or should have discovered the Chatter Scams.

189.    To this day, Defendants do not disclose the use of chatters on the OnlyFans platform or the fact that users will often not be having authentic and direct communications with Creators, especially high-earning Creators, because most, if not all, of those communications will be with chatters impersonating the specific Creator interacting with the Fan.

190.    Plaintiffs and other Class Members could not have learned about the full extent of the Chatter Scams or Defendants' misconduct through the exercise of reasonable diligence, especially with Defendants working to conceal the Chatter Scams.

191.    For most users, the full extent of Chatter Scams is still unknown, making the discovery rule appropriate.

192.    For these reasons, all applicable statutes of limitations have been tolled by the operation of the discovery rule.

## VII.    CAUSES OF ACTION

### COUNT I
### VIOLATION OF THE FEDERAL VIDEO PRIVACY PROTECTION ACT (VPPA)
### (18 U.S.C. § 2710)
### (Against All Defendants)

193.    The Video Privacy Protection Act ("VPPA" or, in this claim, "the Act") was passed to protect the ability of Americans to obtain and watch video content in private spaces without risk that the businesses providing them those videos would disclose the nature of that content to anyone "without the watcher's consent."[84]

194.    To that end, the Act prohibits a "video tape service provider" from knowingly disclosing a customer's "personally identifiable information" without that customer's consent.

**OnlyFans collects personally identifying information about Fans.**

195.    In its Privacy Policy, OnlyFans admits to collecting the following categories of information: "User Data," including a Fan's "email address" and "telephone number;" "Account Data," which includes: "profile name"; "password"; "avatars and headers of your Fan account"; "your subscriptions"; "comments on posts made from your Fan account"; "chat messages between you and other users"; "customer support queries that you submit to us"; "text and content uploaded to OnlyFans[,] livestreaming on OnlyFans[,] content sent in chat messages on OnlyFans." [85]

---

[84] *Developments in the Law—More Data, More Problems*, 131 Harv. L. Rev. 1715, 1722 (2018).
[85] OnlyFans, *Privacy Policy*, §§ 8 (Categories of Personal Data), 10 (How/why your Personal Data is used and lawful bases for processing), OnlyFans Privacy Policy (Aug. 2024), https://onlyfans.com/privacy. Attached as **Exhibit C**.

196.    Each time a Fan interacts with a Creator's account via OnlyFans, the platform collects and transmits information sufficient to identify the specific Fan, including the Fan's username, which can be used by anyone to locate and view the Fan's profile on OnlyFans. Thus, any interaction related to a Fan's request for or viewing of any video content is considered personally identifying information ("PII") about that Fan,[86] since it would allow an ordinary person to connect an individual Fan with the specific content that they requested and/or viewed—including the titles or filenames of videos, as well as the subject matter of those videos—and thus to identify the video-watching behavior of individual Fans, including Plaintiffs and Class Members.

197.    Indeed, the Chatter Scams only function effectively through the nonconsensual disclosure of Fan PII: by creating a communication history viewable by chatters so that they can convincingly impersonate a specific Creator and maintain the deception that the Creator has an ongoing relationship with the Fan—including intimate knowledge of the Fan's history and preferences, specifically with respect to video content—in order to manipulate Fans into purchasing additional content on those false pretenses.

### Defendants are video tape service providers under the Act.[87]

198.    Defendants are engaged in the business of selling and/or delivering audiovisual materials. The entire purpose of the OnlyFans platform is to deliver content from Creators to Fans

---

[86] The Act defines PII as "information which identifies a person as having requested or obtained specific video materials or services from a video tape service provider," 18 U.S.C. § 2710(a)(3).

[87] 18 U.S.C.S. § 2710(a)(4) (defining video tape service provider as "any person, engaged in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio-visual materials, or any person or other entity to whom a disclosure is made under subparagraph (D) or (E) of subsection (b)(2)").

(and vice versa, with respect to Fan-Created Content).[88]

199.   On information and belief, a substantial portion of that content is made up of prerecorded videos,[89] which OnlyFans not only stores, but organizes, on behalf of Creator accounts. OnlyFans describes this feature of the platform as "the Vault," which "stores all of your previously-posted [sic] or scheduled photos, **videos**, and **live streams,**"[90] and emphasizes the Vault's ability to "set aside content already shared with subscribers over DM," so that if a Creator "forgot which content you've sent out over messages or PPV, the Vault will remember for you."[91] OnlyFans also provides a "Stories" feature, which it describes as "videos that display for only 24 hours."[92]

200.   Plaintiffs and Class Members purchased content directly from Defendants, and OnlyFans' fee structure effectively gives Defendants what amounts to a "commission" on every video sold via the platform—whether by subscription or PPV.

201.   Defendants knowingly disclosed Plaintiffs' and Class Members' PII without their consent.

202.   Defendants know that the PII being disclosed is intended to be private and confidential, yet OnlyFans never informed Plaintiffs or Class Members of the possibility that their

---

[88] Another feature that OnlyFans touts is automatically turning livestreams into pre-recorded video. OnlyFans, *Ultimate Guide to OnlyFans Features*, OnlyFans Blog (July 12, 2023), https://blog.onlyfans.com/ultimate-guide-to-onlyfans-features/ ("OnlyFans automatically adds your streamed videos to your Vault so fans can watch it later as a video-on-demand.").

[89] OnlyFans' TOU defines "content" as "any material uploaded to OnlyFans by any User (whether a Creator or a Fan), including any photos, videos, audio (for example music and other sounds), livestream material, data, text (such as comments and hashtags), metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever." OnlyFans, *Terms of Use*, § 2(c), OnlyFans Terms of Use (Aug. 2024), https://onlyfans.com/terms (emphasis added).

[90] *Supra* n. 89.

[91] *Id.*

[92] *Id.*

PII might be disclosed to anyone other than the Creator whose account they were interacting with ("Selected Creator"). While the Contract Between Fan and Creator discloses that third parties may assist Creators in operating their accounts and in Creator Interactions, it does not disclose that a Fan's PII will be disclosed to these third parties.

203. Defendants never obtained Plaintiffs' or Class Members' consent for their PII to be disclosed to anyone other than their selected Creators. Nor did Plaintiffs or Class Members give such consent to any other parties—including the Creators themselves.

204. Plaintiffs and Class Members did not consent to having any of their communications or personal information—including PII—shared with anyone other than their selected Creators.

205. Plaintiffs and Class Members were unaware of the fact that their PII (including names, usernames, messages, message content, and video viewing histories) were being disclosed to anyone other than their Selected Creators.

206. Through its platform, which facilitates the communication of information between Fan and Creator accounts, OnlyFans disclosed Plaintiffs' and Class Members' PII to other people, including third-party agencies and chatters, knowing that Plaintiffs and Class Members had not consented to disclosure of their PII to anyone other than their selected Creators.

207. None of the VPPA's exceptions to the consent requirement apply in this case. Specifically, Defendants' wrongful disclosures were not done in the "ordinary course of business" but were done for the purpose of illegal and fraudulent conduct.

208. Defendants' conduct is illegal, offensive, and contrary to Plaintiffs' and Class Members' expectations.

209.    As a result of these violations, Plaintiffs and the Class are entitled to statutory damages, punitive damages, attorney's fees, and any other relief deemed appropriate by the Court.

## COUNT II
### Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing
### (On behalf of the Nationwide Class against Defendants)

210.    Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

211.    Plaintiffs and OnlyFans have contracted for services, as set forth above and as described in the Terms of Service and other related documentation.

212.    OnlyFans' Fan-Creator Contract states that all Content or Relevant Content is created by and published by the Creator who opened a given Creator account.

213.    OnlyFans' Terms of Service state that, when Fans pay for services, the Creator must perform their part of the transaction, including providing the customized content paid for by the Fan.

214.    OnlyFans' Terms of Service prohibit misleading, deceptive, and fraudulent conduct.

215.    Through its TOS, OnlyFans promised Fans such as Plaintiffs and Class Members that paying to subscribe to a Creator's account would allow them to communicate directly with that Creator. The Terms of Service further promise to Fans such as Plaintiffs and Class Members is that, by sending a paid message to a Creator or by paying to view PPV messages, the Fan would be engaging in communications directly with the Creator.

216.    OnlyFans' Terms of Service create the reasonable expectation by Plaintiffs and Class Members that, by paying to subscribe to a Creator's account and by paying for messages or

purportedly individualized content there, Plaintiffs and Class Members were communicating directly with the Creator.

217.     OnlyFans' Terms of Service authorize OnlyFans to withhold, forfeit, and return Creator earnings to Fans for serious or repeated breaches of the Terms of Service. This term promises to—and/or creates a reasonable expectation by Plaintiffs and Class Members that— OnlyFans will curtail serious or repeated breaches of the Terms of Service that OnlyFans knows or has reason to know are occurring.

218.     Under the laws of the states where OnlyFans does business, parties to a contract are required not only to adhere to the express conditions in the contract, but also to act in good faith when they are invested with a discretionary power over the other party. In such circumstances, the party with discretion is required to exercise that power and discretion in good faith. This creates an implied promise to act in accordance with the parties' reasonable expectations.

219.     This means that OnlyFans is prohibited from exercising its discretion to enrich itself by allowing and facilitating rampant breaches of the Terms of Service to the detriment of Fans. Indeed, OnlyFans has a duty to honor the Terms of Service in a manner that is fair to Plaintiffs and Class Members and in accordance with their reasonable expectations.

220.     OnlyFans does not comply with its promises to Plaintiffs and Class Members that, by paying for services on and through the OnlyFans website, they will be able to communicate directly with Creators.

221.     Further, instead of exercising its discretion in good faith and consistent with customers' reasonable expectations, OnlyFans abuses that discretion by facilitating deceit, taking no action to stop that deceptive conduct, processing deceptive transactions, and taking its 20% cut of all such transactions.

222. By exercising its discretion to enrich itself while participating in the deception of its customers, OnlyFans consciously and deliberately frustrates the agreed common purposes of the contract and disappoints the reasonable expectations of Plaintiffs and Class Members, thereby depriving them of the benefit of their bargain.

223. Plaintiffs and Class Members have performed all, or substantially all, of the obligations imposed on them under the Terms of Service as set forth above.

224. Plaintiffs and Class Members have sustained damages as a result of OnlyFans' breaches of its promises as set forth above.

### COUNT III
**Unjust Enrichment**
**(In the Alternative to Count II)**
**(On behalf of the Nationwide Class against Defendants)**

225. Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

226. Plaintiffs bring this claim on behalf of themselves and the Nationwide Class.

227. This claim asserts that it is inequitable, unfair, and unjust to allow Defendants to retain profits from their deceptive, misleading, and unlawful conduct alleged herein.

228. Defendants misrepresented to Plaintiffs and the Nationwide Class that, by purchasing paid subscriptions to a Creator's page, paying to send or receive messages to Creators (including by sending tips), or paying for a Creator's PPV content, Plaintiffs and Class Members would be interacting directly with the Creators.

229. Plaintiffs and the Nationwide Class conferred benefits upon Defendants in the form of payments they made in order to interact directly with Creators.

230. As detailed above, Defendants are aware that, unbeknownst to Fans, many Creators (including the highest-earning Creators) on OnlyFans engage third-party companies to interact with Fans. Defendants have knowingly participated in and facilitated this deceptive conduct.

231. Plaintiffs and the Nationwide Class would not have made payments to Defendants or would have paid less if they had been aware that OnlyFans allowed third parties to impersonate Creators or that they were interacting with third parties instead of Creators.

232. Defendants thus collected profits for their misrepresentation from Plaintiffs and the Nationwide Class.

233. Defendants have knowledge or an appreciation of the benefit conferred upon them by Plaintiffs and members of the Nationwide Class.

234. As a result of these actions, Defendants received benefits under circumstances where it would be inequitable, unfair, and unjust to retain these benefits.

235. Defendants have been unjustly enriched.

236. Plaintiffs and the Nationwide Class Members are entitled to restitution and/or disgorgement of all profits, benefits, and other compensation obtained and retained by Defendants as a result of their deceptive, misleading, and unlawful conduct.

### COUNT IV
**Violation of Illinois Consumer Fraud and Deceptive Business Practices Act:**
**Deceptive Practices**
**(On Behalf of Plaintiffs and the Illinois Subclass against Defendants)**

237. Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

238. Defendants' conduct described herein violates the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 Ill. Comp. Stat. Ann. §§ 505/1-505/12.

239. At all times relevant hereto, Plaintiffs and the Illinois Subclass members were either natural persons or their legal representatives, partnerships, corporations, companies, trusts, business entities, or associations. 815 Ill. Comp. Stat. 505/1(c).

240. At all times relevant hereto, Plaintiffs and Illinois Subclass Members were also "consumers" as defined by the ICFA because they purchased services from Defendants for their own personal use. 815 Ill. Comp. Stat. Ann. § 505/1(e).

241. The ICFA prohibits "unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact." 815 Ill. Comp. Stat. 505/2.

242. Defendants' misrepresentations and omissions as described herein constitute "unfair or deceptive practices" within the meaning of the ICFA. For example:

a. Defendants deceived Plaintiffs and Illinois Subclass Members by misrepresenting to them that they were interacting with Creators directly on the OnlyFans website, when in fact they were interacting with third parties impersonating Creators.

b. Defendants deceived Plaintiffs and Illinois Subclass Members by misrepresenting to them that when purchasing content and paying to send and receive direct messages, it was the Creator creating and publishing this content—when in fact it was third parties impersonating the Creator.

c. Defendants deceived Plaintiffs and Illinois Subclass Members by omitting or suppressing the material fact that they might be communicating with unknown third parties impersonating Creators rather than the Creators themselves.

243.    Defendants intended that Plaintiffs and Illinois Subclass Members rely on these misrepresentations and omissions in creating accounts on the OnlyFans website and making purchases on the OnlyFans website.

244.    The misrepresentations and omissions described herein were material in that the identity of the individuals with whom they are interacting is the type of information upon which a reasonable consumer is expected to rely in making a decision to pay for communications or interactions on a social media website.

245.    Defendants' conduct described herein occurred in a course of conduct involving trade or commerce in Illinois, arose out of transactions that occurred in Illinois, and/or harmed individuals located in Illinois.

246.    Defendants engaged in such unlawful course of conduct with the intent to induce Plaintiffs and Illinois Subclass members to purchase content on the OnlyFans website and pay more than they would have paid had they known that the Creators they were paying to interact with engaged third parties to interact with Fans.

247.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members were misled and/or deceived.

248.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members were damaged in that they did not receive the benefit of their bargain.

249.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors, rather than the Creators themselves.

250.     Plaintiffs and the Illinois Subclass members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, punitive damages, and attorneys' fees and costs.

**COUNT V**
**Violation of Illinois Consumer Fraud and Deceptive Business Practices Act:**
**Unfair Practices**
**(On Behalf of Plaintiffs and the Illinois Subclass against Defendants)**

251.     Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

252.     Defendants' conduct described herein violates the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 Ill. Comp. Stat. Ann. §§ 505/1-505/12.

253.     At all times relevant hereto, Plaintiffs and the Illinois Subclass members were either natural persons or their legal representatives, partnerships, corporations, companies, trusts, business entities, or associations. 815 Ill. Comp. Stat. Ann. § 505/1(c).

254.     At all times relevant hereto, Plaintiffs and Illinois Subclass Members were also "consumers" as defined by the ICFA because they purchased services from Defendants for their own personal use. 815 Ill. Comp. Stat. Ann. § 505/1(e).

255.     The ICFA prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices, including but not limited to . . . the use or employment of any practice described in Section 2 of the 'Uniform Deceptive Trade Practices Act', approved August 5, 1965." 815 Ill. Comp. Stat. Ann. § 505/2.

256.     Defendants' acts and omissions described herein constitute unfair methods of competition and/or unfair acts or practices with respect to the content that Plaintiffs and Illinois Subclass Members purchased on the OnlyFans website in that Defendants unfairly represented that

Plaintiffs and Class Members could interact directly with Creators by spending money on the site when in fact those Creators engaged third parties to communicate with Fans.

257.    Defendants' acts or practices were "unfair" as they offend public policy, are immoral, unethical, oppressive, and unscrupulous.

258.    Defendants' acts or practices are immoral and unethical as they serve only to benefit Defendants to the detriment of the consuming public.

259.    Defendants intended that Plaintiffs and Illinois Subclass Members spend money on the OnlyFans website in reliance on these unfair acts and/or practices.

260.    The unfair acts and/or practices described herein were material in that the identity of the individuals with whom they are interacting is the type of information upon which a reasonable consumer is expected to rely in making a decision to pay for so-called authentic communications or interactions on a social media website.

261.    Defendants' conduct described herein occurred in a course of conduct involving trade or commerce in Illinois, arose out of transactions that occurred in Illinois, and/or harmed individuals located in Illinois.

262.    Defendants' acts or practices are also "unfair" because they were likely to cause, and did cause, substantial injury to consumers, as they resulted in Defendants receiving revenue to which they were not entitled.

263.    Defendants engaged in such unlawful course of conduct with the intent to induce Plaintiffs and Illinois Subclass members to purchase content on the OnlyFans website and pay more than they would have paid had they known that they were paying to interact not with specific Creators, but with third parties hired to interact with Fans.

264.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members were damaged in that they did not receive the benefit of their bargain.

265.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third-party impostors, rather than the Creators themselves.

266.    The injuries caused by Defendants' acts or practices, namely consumers' monetary losses, are not outweighed by any countervailing benefit to consumers or competition. Defendants' unfair acts served no purpose other than to increase their own profits.

267.    Because Defendants misrepresented and omitted material information, these injuries were not reasonably avoidable.

268.    Plaintiffs and the Illinois Subclass members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, punitive damages, and attorneys' fees and costs.

## <u>COUNT VI</u>
**Illinois Common Law Fraud**
**(On Behalf of Plaintiffs and the Illinois Subclass against Both Defendants)**

269.    Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

270.    As described herein, Defendants made standardized false representations to Plaintiffs and Illinois Subclass members that, by making payments on the OnlyFans platform, they would be able to interact directly with Creators. For example:

a.    OnlyFans' statement of its mission as "allow[ing] [Creators] to monetize their content while developing authentic relationships with their fanbase."

b.    OnlyFans' representations throughout the Terms of Service that interactions are between Fans and Creators, and its stated prohibitions against misleading or deceptive conduct.

c.    OnlyFans' representation in its Terms of Service that Creator earnings will be returned to Fans when Creators violate the Terms of Service, when in fact OnlyFans knowingly facilitates the violations.

271.    As described herein, Defendants omitted, suppressed, and concealed, in their standardized representations to Plaintiffs and the Illinois Subclass members (including on the OnlyFans website, in the Terms of Service, and when soliciting and processing payments), the material fact that Creators with whom they paid to interact on the OnlyFans website engaged third parties to impersonate them and to interact with Fans such as Plaintiffs and class members.

272.    Defendants made these representations and omissions knowingly or recklessly, as Defendants knew or should have known that Creators on OnlyFans, particularly the highest-earning Creators, regularly engage third parties to pose as the Creator for the purpose of deceptively communicating with Fans.

273.    Defendants intended that their misrepresentations and/or omissions as to the ability of Fans to interact with Creators on the OnlyFans platform would induce consumers, including Plaintiffs and the Illinois Subclass, to spend money on the OnlyFans website.

274.    Defendants knew that their misrepresentations and/or omissions were likely to induce Plaintiffs and Illinois Subclass Members to spend money on the OnlyFans website that they would not otherwise have spent.

275.    Defendants' misrepresentations and/or omissions were as to the type of information that a consumer would rely upon in deciding whether to spend money on a social media website: specifically, the identities of the individuals with whom they are paying to interact.

276.    Plaintiffs and Illinois Subclass Members justifiably relied on Defendants' misrepresentations and/or omissions as to Fans' ability to interact directly with Creators when they decided to spend money on the OnlyFans website to purchase subscriptions, send paid messages, and/or pay for PPV content on OnlyFans.

277.    Plaintiffs and Illinois Subclass Members would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third party impostors.

278.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members were damaged in that they did not receive the benefit of their bargain.

279.    As a direct and proximate result of Defendants' conduct described herein, Plaintiffs and Illinois Subclass Members suffered damage in the form of economic loss in that they would not have paid for, or would have paid less for, Defendants' services had they been aware that they were or might be interacting with third-party impostors, rather than the Creators themselves.

280.    Plaintiffs and the Illinois Subclass members seek all monetary and nonmonetary relief allowed by law, including injunctive relief, actual damages, and punitive damages.

## COUNT VII
### Declaratory Judgment
### (On Behalf of Plaintiffs and Nationwide Class Against Defendants)

281.    Plaintiffs re-allege and incorporate by reference all preceding allegations as if fully set forth herein.

282.     The Declaratory Judgment Act, 28 U.S.C. § 2201, provides that "any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."

283.     As alleged above, Plaintiffs and Class Members seek a declaration that Defendants breached the contract and covenant of good faith and fair dealing between Plaintiffs and Class Members and Defendants by making representations to Plaintiffs and Class Members regarding the types of interactions that Plaintiffs and Class Members would be having with individual Creators while failing to enforce the Terms of Service and related documentation despite repeated and rampant violations of the Terms of Service and related documentation.

284.     An actual, present, and justiciable controversy has arisen between Plaintiffs, Class Members, and Defendants concerning whether Defendants breached the contracts between Plaintiffs and Class Members and Defendants.

285.     Plaintiffs and the Classes seek declaratory judgment from this Court that Defendants breached the contracts between Plaintiffs and the Classes and Defendants.

## VIII.   RELIEF REQUESTED

WHEREFORE, Plaintiffs, individually and on behalf of all other Class Members proposed in this Complaint, request that the Court enter judgment in their favor against Defendants and:

A.     Determine that this matter may proceed as a class action and certify the Classes/Subclasses as alleged herein;

B.     Appoint Plaintiffs as representatives of the Class/Subclasses alleged herein, and appoint Plaintiffs' counsel as Class counsel;

C.   Award Plaintiffs and the Class Members compensatory and consequential damages, as set forth above;

D.   Award Plaintiffs and the Class Members punitive damages, as set forth above;

E.   Award full restitution of all funds acquired from Defendants' unlawful conduct;

F.   Award injunctive relief as permitted by law or equity, including enjoining Defendants from continuing the unlawful practices as set forth herein;

G.   For a declaration that Defendants were committing unfair and deceptive practices by engaging in the conduct alleged herein.

H.   Award Plaintiffs reasonable costs and attorneys' fees incurred in the prosecution of this action, as set forth above;

I.   Award pre-judgement and post-judgment interest, as provided by law or equity; and

J.   Grant such other relief as the Court may deem just and proper.

## IX.    JURY TRIAL DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

Dated: March 26, 2025                     Respectfully submitted,

*/s/ Andrea R. Gold*
Andrea R. Gold (#6282969)
Shana Khader (#5015995)
David A. McGee*
**TYCKO & ZAVAREEI, LLP**
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com
Email: skhader@tzlegal.com
Email: dmcgee@tzlegal.com

Keith T. Vernon*
**TIMONEY KNOX, LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: kvernon@timoneyknox.com

Andrew W. Knox*
**TIMONEY KNOX, LLP**
400 Maryland Drive
Fort Washington, PA  19034
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: aknox@timoneyknox.com

Troy M. Frederick*
Beth A. Frederick*
**FREDERICK LAW GROUP PLLC**
836 Philadelphia Street
Indiana, Pennsylvania 15701
Phone: (724) 801-8555
Fax: (724) 801-8358
Email: TMF@FrederickLG.com
Email: BAF@FrederickLG.com

David M. Ferris*
Brian R. Charville*
**FERRIS & CHARVILLE, LLC**
118 Turnpike Road, Suite 300
Southborough, MA 01772
Phone: (508) 281-5600
Facsimile: (508) 229-0356
Email: david@ferrisdevelopment.com
Email: bcharville@ferrisdevelopment.com

Jonathan Shub*
**SHUB JOHNS & HOLBROOK ,LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA  19428
Phone: (610) 477-8380

Email: jshub@shublawyers.com

Robert B. Carey*
Leonard W. Aragon*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Email: rob@hbsslaw.com
      leonarda@hbsslaw.com

*Counsel for Plaintiffs M. Brunner, J. Fry, and the Putative Class*

    * *Pro Hac Vice Admission*
     *Applications Forthcoming*

# EXHIBIT A

# TERMS OF SERVICE

1. Terms of Use

2. Acceptable Use Policy

3. Contract between Fan and Creator

4. Platform to Business Regulation Terms

5. Referral Program Terms

6. Complaints Policy

7. Appeals Policy

8. UK VAT Policy

9. Community Guidelines

## TERMS OF USE

**BY USING OUR WEBSITE YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY**

1. **Introduction:** These Terms of Use govern your use of OnlyFans and your agreement with us. Here are a few key things to note:

   **We can modify these Terms of Service at any time.**

   **If you purchase a Subscription, it will automatically renew for additional periods of the same duration unless you cancel it.**

   **Your rights may vary depending on where you are resident when you access OnlyFans.**

   **If a dispute arises between you and us, you agree to notify us and agree to mediation before bringing any claim against us.**

2. **Interpretation:** In the Terms of Service:

   a. We refer to our website as "**OnlyFans**", including when accessed via the URL www.onlyfans.com;

b. References to "**we**", "**our**", "**us**" are references to Fenix International Limited, the operator of OnlyFans;

c. "**Business User**": a User who uses OnlyFans for commercial reasons, whether acting on their own behalf or through someone else, including Referring Users;

d. "**Consumer**": all Users who are not Business Users;

e. "**Content**": any material Uploaded to OnlyFans by any User, including any photos, videos, audio, livestream material, data, text, metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever;

f. "**Contract between Fan and Creator**": the terms which govern each Creator Interaction;

g. "**Creator**": a User who has set up their OnlyFans account to post Content for Fans to view;

h. "**Creator Earnings**": the portion of a Fan Payment payable to a Creator pursuant to these Terms of Service after deducting all fees and applying all relevant tax laws;

i. "**Creator Interaction**": an interaction on OnlyFans that grants access to a Creator's Content, including: (i) a Subscription; (ii) a payment for pay-per-view Content; and (iii) any other interaction or payment between a User and a Creator's account or Content, including direct messages;

j. "**Fan**": a User who has registered for an account and who can access a Creators' Content via a Creator Interaction;

k. "**Fan Payment**": any payment related to a Creator Interaction;

l. "**Include**", "**Includes**", and "**Including**" also mean "**without limitation**";

m. "**Indirect Sales Taxes**": any Tax that is statutorily applied to Fan Payments in any relevant jurisdiction;

n. "**Notice**", "**Notify**", and "**Notification**": our attempt to share information with you by: sending a message to your OnlyFans account, or sending an email to an address you provide, or posting a letter to the physical address you provide, or sending a text message to or calling a phone number you provide;

o. "**Referring User**": a User who participates in the OnlyFans Referral Program;

p. "**Subscription**": a Fan's binding agreement to obtain access for a specific period of time to all content that a Creator makes available to Fans in exchange for authorised automatic renewal payments. This excludes individually priced content;

q. "**Subsidiary**": a legal entity of which Fenix or a Fenix Subsidiary, alone or with other Fenix Subsidiaries, owns, or has the power to vote or control;

r. "**Tax**": all forms of tax and statutory, governmental charges, duties, imposts, contributions, levies, withholdings, or liabilities wherever chargeable in any applicable jurisdiction;

s. "**Terms of Service**" (also called "**your agreement with us**"): the legally binding agreement between you and us which consists of: (i) these Terms of Use; (ii) Acceptable Use Policy; (iii) Referral Program Terms; (iv) Platform to Business Regulation Terms; (v) Complaints Policy; (vi) Appeals Policy; (vii) UK VAT Policy; and (viii) Community Guidelines;

t. "**United Kingdom**" and "**UK**": the United Kingdom of Great Britain and Northern Ireland;

u. "**Upload**": publish, display, post, type, input, or otherwise share any photos, videos, audio, livestream material, data, text, metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever;

v. "**User**": any user of OnlyFans, whether a Creator or a Fan or both (also referred to as "**you**" or "**your**").

3. **Who we are and how to contact us:** OnlyFans is operated by Fenix International Limited. We are a limited company registered in England and Wales, with company registration number 10354575 and we have our registered office address at 9th Floor, 107 Cheapside, London, EC2V 6DN. Our VAT number is 268196365.

To contact us with questions, please email support@onlyfans.com or use our Contact Form. You may also write to us at 9th Floor, 107 Cheapside, London, EC2V 6DN.

4. **We may change the Terms of Service:** Where permitted we may change any part of the Terms of Service without Notice:

a. To reflect changes in applicable laws and regulations; and/or

b. To address a risk to OnlyFans, to us, to Users, or to relevant third parties.

We may also make other changes and will Notify you so you may delete your account before the changes take effect. Once updated you will be bound by the effective Terms of Service if you continue to use OnlyFans.

5. **We may change, suspend, or deactivate OnlyFans:** We may change OnlyFans from time to time for any reason. We do not guarantee that OnlyFans, or its Content, will always be available or accessible without interruption. We may suspend, withdraw, or restrict the availability of any part of OnlyFans.

6. **Registering with OnlyFans:** By registering with and using OnlyFans, you agree to the Terms of Service. If you do not agree, your sole remedy is to not register or stop being an OnlyFans User. We may reject an account application for any reason. To use OnlyFans you must register and open an account on OnlyFans. You must provide a valid email address, a username, and a password or authenticate using an approved third-party. Your password must comply with the OnlyFans password requirements.

   a. To register as a User and open a Fan account:

      i. You must be at least 18 years old;

      ii. You must be able to be legally bound by a contract with us;

      iii. You must be legally permitted to join, view Content, and to use any functionality provided by OnlyFans;

      iv. You must not be convicted of committing a serious crime; and

      v. You agree to pay (where required) for Creator Interactions in accordance with the Terms of Service and the <span style="color:blue">Contract between Fan and Creator</span>.

   If you do not meet the above requirements, you must not access or use OnlyFans. You may also be asked to provide additional information prior to account approval.

   b. To open a Creator account, you must also:

      i. Upload a valid form of ID and two photos of you;

      ii. Add a bank account, payment details for your bank account, or a payment method;

      iii. Select a method ("**Payout Option**") for us to transfer Creator Earnings to you;

      iv. If you are registered for VAT in the UK, provide your UK VAT number;

      v. Submit additional age or identity verification information any time we ask for it;

      vi. Set a monthly subscription price, if any, for your Fans;

      vii. Add Content for Users to view when they subscribe to your account and become your Fans; and

      viii. Provide any additional information we request, which may vary depending on where you live or your nationality.

7. **Adult material:** Some Content on OnlyFans contains adult material, and you acknowledge and agree to this when you access OnlyFans. We are not responsible for any loss or damage you suffer as a result of how or where you view Content.

8. **Content – general terms:**

   a. Your Content is not confidential, and you authorise your Fans to access and view your Content on OnlyFans for their own lawful and personal use, and in accordance with any licenses that you grant to your Fans.

   b. You are legally responsible for all Content you Upload. If you are a Creator and someone else assists you with the operation of your Creator account, this does not affect your legal responsibility. Our relationship is with you, and not with any third-party, and you will be legally responsible for ensuring that all Content posted and all use of your account complies with the Terms of Service.

   c. You warrant that, for each item of Content you Upload to OnlyFans:

      i. it complies with the Terms of Service and all applicable laws;

      ii. you own your Content (and all intellectual property rights in it) or hold all rights necessary, including licenses, to post and monetise the Content on OnlyFans or the subsequent use of that Content by OnlyFans;

      iii. if your Content includes or uses any third-party material, you have secured all rights, licenses, written consents and releases that are necessary for the use of such third-party property in your Content and for the subsequent use of that Content on OnlyFans and by us; and

      iv. the Content is:

         1. of satisfactory quality, taking account of any description of the Content, the price, and all other relevant circumstances including any statement or representation which you make about the nature of the Content on your account or in any advertising;

         2. reasonably suitable for any purpose which the Fan has made known to you; and

         3. as described by you.

   d. You are liable to and will indemnify us if any warranty in this section of these Terms of Use is untrue. This means you will be responsible for any resulting loss or damage we suffer.

   e. We are not responsible for, do not control, and do not endorse any Content you or any other OnlyFans User posts. We have no direct control over what your Content may comprise and are not obligated to pre-screen Content. We reserve the right to pre-

screen, monitor, or reuse Content. We reserve the right to remove Content that violates our Terms of Service.

f. You agree to act as custodian of records for all Content you Upload to OnlyFans.

9. **Fan subscriptions and purchases:** This section applies to Creator Interactions including Subscription billing and renewals:

a. Creator Interactions are governed by the Contract between Fan and Creator. We may moderate Content and we facilitate Creator Interactions by providing the OnlyFans platform, but we are not a party to the Contract between Fan and Creator or any other contract between a User and a Creator, and we are not responsible for Creator Interactions.

b. Creators are solely responsible for determining any pricing applicable to Creator Interactions.

c. All prices appear, and are charged, in USD. Payment providers may charge currency conversion fees.

d. Fan Payments are exclusive of Indirect Sales Tax, which shall be added at the current rate as applicable to Fan Payments.

e. When a Creator receives Notice that the Creator Interaction has been confirmed, that Creator must perform their part of the Creator Interaction. Creators agree to indemnify us for any breach of this obligation and are responsible for any loss or damage we suffer as a result of such failure.

f. Before entering into a Creator Interaction with a particular Creator, Users must add payment information to their account and then click 'Subscribe' on the relevant Creator's account.

g. Users authorise us and each Subsidiary to supply payment information details to a third-party payment provider for the purpose of processing Fan Payments.

h. The payment provider will take: (i) periodic payments for Fan Payments which are Subscriptions; and (ii) immediate payments for Fan Payments other than Subscriptions. You authorise and consent to each of these payments being debited using your supplied payment information.

i. If you provide details of more than one payment method and a Fan Payment from the first method fails, we will use the other payment method for the Fan Payment.

j. **When you select "Subscribe," you agree to start a Subscription. A Subscription will automatically renew at the current rate (plus Indirect Sales Tax). You authorise us to**

**charge you again after each Subscription**, unless: (i) your payment is declined and you have not provided another payment; (ii) the Subscription price has increased; (iii) you switched off the "Auto-Renew" feature on the Creator's account; or (iv) you close your OnlyFans account before the new subscription period begins. **By selecting "Subscribe," you agree to these provisions, and acknowledge that you will not receive further Notice regarding the renewal of that Subscription.**

k. If you cancel a Subscription, you can view the relevant Creator's Content until the end of the subscription period in which you cancelled, after which no further payments will be taken from you in respect of subscriptions to that Creator's profile (unless you begin a new Subscription to that Creator's profile), and you will no longer be able to view the relevant Creator's Content.

l. You agree not to make: (i) unjustified requests for a refund; or (ii) unjustified chargeback requests of your payment card provider in relation to any Creator Interaction or tip to a Creator. If we determine that any refund or chargeback request was made by you in bad faith, we may suspend or delete your User account.

m. You can prepay an amount on OnlyFans ("**Wallet Credits**") which you can later use for Fan Payments. Purchases on OnlyFans cannot be divided - if you attempt a purchase that costs more than the total amount of your remaining Wallet Credits, your payment card will be charged the full amount for that purchase. Wallet Credits are subject to a maximum amount as indicated. Interest will not accrue on Wallet Credits. Wallet Credits are non-refundable, which means that you are not entitled to a refund of any unused Wallet Credits.

10. **Creator payouts:**

a. All Fan Payments will be received and processed by a third-party payment provider we approve.

b. Our Fee is calculated as 20% of the total Fan Payment and will be deducted from each Fan Payment.

c. Creator Earnings will only be available for withdrawal when reflected in your OnlyFans account.

d. To withdraw Creator Earnings from your OnlyFans account, your account balance must meet the minimum payout amount requirement.

e. All Fan Payments and Creator Earnings are transacted in USD. Your bank or e-wallet company may charge currency conversion or other fees. We do not control currency exchange rates, banking charges, or e-wallet provider charges. We and any Subsidiary are not responsible for paying such charges.

f. If a Fan successfully seeks a refund or chargeback from their credit card provider of a Fan Payment, we may deduct an amount equal to the Creator Earnings portion of the refunded or chargeback amount.

g. Except for Payout Options by direct bank transfer, we do not store the data you disclose when you register your Payout Options with a payment provider.

11. **Tax compliance:**

   a. **General:**

      i. Creators are responsible for their own Tax affairs and neither we nor any Subsidiary: (i) are responsible for advising you on your Tax affairs or liable for any general Tax information provided on OnlyFans or by support@onlyfans.com; or (ii) liable for any Creator's non-payment of Tax.

      ii. By using OnlyFans as a Creator, you warrant that you have reported, and will report in the future, all payments you receive in connection with your use of OnlyFans to the relevant Tax authority in your jurisdiction, as required by law.

      iii. If, while you have an OnlyFans account, you become Tax non-compliant in relation to your use of OnlyFans or if you are named in any litigation, inquiry, or investigation in connection with, or which may lead to, any Tax non- compliance in connection with your use of OnlyFans, we reserve the right to close, restrict payouts from, or restrict earnings from your account.

   b. **UK VAT and UK established Creators:** If you are a Creator registered for UK VAT, you must follow our UK VAT Policy.

   c. **EU VAT and EU established Creators:** If you are a Creator registered in an EU country, you must adhere to the EU VAT rules that apply.

   d. **Compliance responsibility:** You alone are responsible for ensuring that you make any necessary Tax fillings and pay any Tax due on your earnings on OnlyFans. Failure to comply with your Tax obligations may result in your OnlyFans account being closed or suspended.

12. **Our rights and obligations:**

   a. We reserve the right to suspend or remove Content that may breach our Terms of Service.

   b. We comply with applicable laws requiring us to use proportionate measures to quickly remove illegal Content when we become aware it is on OnlyFans.

c. When we review Content in accordance with our internal policies, we reserve the right to conduct these reviews with technology tools such as classifiers, and Artificial Intelligence and Machine Learning-enabled tools to detect and remove Content that violates our policies.

d. We may use recommender systems by, for example, displaying Creator accounts on your home page that other Users who share subscription preferences similar to yours have chosen to follow.

e. We are not responsible for any loss you claim to have suffered because of any action we take, in accordance with our Terms of Service, to suspend or remove Content.

f. We may suspend or delete Content and accounts according to our Terms of Service. If we do, we will try to Notify you.

g. If your account is terminated, we may deal with your Content in accordance with our Privacy Policy . You will not be able to access your Content after your account is terminated.

h. We may review any suspected or alleged misuse, abuse, or unlawful use of OnlyFans and cooperate with law enforcement agencies in such reviews.

i. We may disclose any information or records in our possession or control about your use of OnlyFans to third parties in keeping with our Privacy Policy.

j. We may change which third-party payment providers process Fan Payments.

k. Other than Content which is owned by or licensed to Creators, we and/or our licensors own all rights in and to OnlyFans and its entire contents.

l. We are the sole owners of any and all anonymised data relating to your use of OnlyFans and we can use that data for any purpose permitted by law.

m. We may choose how we communicate with you, including by emails and messages posted to your OnlyFans account.

13. **What we are not responsible for:** We will use reasonable care and skill in providing OnlyFans to you, but there are things we are not responsible for, including:

a. We do not control Content that Users post on OnlyFans. We do not choose, endorse, authorise, approve or guarantee the completeness, legitimacy, legality, accuracy, or reliability of any Content Users post on OnlyFans. We comply with applicable laws requiring us to use proportionate measures to quickly remove illegal Content when we become aware it is on OnlyFans. You may report Content you suspect may be illegal by following our Complaints Policy.

b. We do not grant you any rights in relation to Content.

c. Whether your Content is viewed by individuals that recognise your identity.

d. Any suggestions, comments, reviews, or requests that any User provides, accepts, or receives.

e. Any promise or guarantee that Creators or Referring Users will generate earnings from OnlyFans.

f. Whether OnlyFans is compatible with all devices and operating systems. You are responsible for configuring your information technology, device, and computer programs to access OnlyFans.

g. The availability of the internet, or any issues in your hardware, or software, that may impact your use of or access to OnlyFans.

h. Any lost, stolen, or compromised User accounts, passwords, email accounts, or any resulting unauthorised activities or resulting unauthorised payments or withdrawals of funds.

i. The circulation of Content recorded in breach of the Terms of Service.

14. **Circumstances in which we may suspend or delete your account and/or Content, pause Fan Payments, and/or withhold Creator Earnings:**

a. We may suspend or delete your account with 30 days' Notice, at any time, for any reason;

b. At any time, without warning or Notice and for as long as is necessary to review the relevant facts, we may: (i) suspend or delete your account and/or your Content; (ii) pause Fan Payments which would have been due during the suspension period; (iii) withhold any part of your Creator Earnings; and/or (iv) suspend, refund, or cancel Fan Payments if:

i. we think you have or may have seriously or repeatedly breached the Terms of Service;

ii. you attempt, or threaten, to breach the Terms of Service in a way which we think has or could have serious consequences for us or another User; and/or

iii. we suspect that all or any part of the Creator Earnings result from unlawful or fraudulent activity, either by you or by the Fan who made the Fan Payment resulting in the Creator Earnings.

c. If, based on our review of the relevant facts, we determine that any of the above is true, we may: (i) delete your account and/or your Content; (ii) treat any part of your Creator Earnings as forfeited; and/or (iii) refund or cancel Fan Payments. We will Notify you when we take any such action and will provide a statement of reasons why. If we terminate your Fan account for violating the Terms of Service, Fan Payments, including prepaid Subscription payments, will not be refunded.

d. If you do not dispute our decision within six months of Notification, you waive the right to dispute the decision. You may dispute a Creator Earnings forfeiture decision by following our Complaints Policy and dispute an account termination or Content deactivation decision by following our Appeals Policy. In certain jurisdictions, you may be entitled to bring a claim against us for breach of contract where we remove or restrict access to your Content or the OnlyFans platform in breach of our Terms of Service.

e. If a lien, levy, or other encumbrance is placed on your Creator Earnings, we may withhold any part of your Creator Earnings and may suspend or cancel Fan Payments. We have no duty to make ongoing payments to your creditor(s) and may withhold Creator Earnings until an encumbrance is removed.

f. We may use any part of your Creator Earnings to set off any harm or loss we suffer as a result of your breach(es) of the Terms of Service.

15. **Intellectual property rights – ownership and licenses:**

a. You confirm that your Content does not infringe or violate the intellectual property rights of any third-party and that you own or have obtained all rights necessary to distribute, copy, display, publicly perform or otherwise use the Content.

b. You agree to grant us a license to all your Content to perform any act related to the operation of OnlyFans and our related products and services, including reproducing, making available or displaying to the public, distributing, creating derivative works, and otherwise using your Content, including for the purpose of improving the features and functionalities of OnlyFans and our related products and services.

c. The license you grant us is perpetual, non-exclusive, worldwide, royalty-free, sublicensable, assignable, and transferable by us.

d. Except for mandatory provisions of law that apply to you, you waive any moral rights you may have under any applicable law to object to treatment of your Content.

e. We will never sell your Content to other platforms; however, in the event of a sale of our company or its assets, we may transfer any license you have granted us.

f.   While we do not own your Content, you grant us the right to submit notifications of infringement (including of copyright or trademark) on your behalf to any third-party that is infringing your Content. We are under no obligation to submit such notifications or to police infringements of your Content.

g.   Our DMCA Takedown Policy describes our procedures for responding to reports that infringing content was published on OnlyFans. Our Complaints Policy explains how to make a complaint about infringement of intellectual property rights on platforms other than OnlyFans.

16.  **Co-authored Content:**

a.   You are legally responsible for all Content you Upload. You may Upload Content that features someone other than you ("**Co-Authored Content**").

b.   You warrant that each individual in Co-Authored Content you Upload is:

i.   a Creator you have tagged using the tool available on OnlyFans; or

ii.  an individual at least 18 years of age whose proof of identity and whose written, informed consent you have obtained to share the Content on OnlyFans.

c.   You and each Co-Author will provide us with necessary documents to confirm you have satisfied the requirements of these Terms of Service.

d.   If you, or anyone appearing in Co-Authored Content, do not provide any information we request, we may restrict or delete the Co-Authored Content or your account, and/or withhold all or any portion of your Creator Earnings.

e.   We are not a party to any agreement that you have to create Co-Authored Content or any resulting dispute. All claims arising from Co-Authored Content shall be made against the Creator(s) who posted or who appear in the Co-Authored Content. You will not make any claims against us, and you release us from any claims against us, arising from Co-Authored Content.

f.   Any individual(s) who appear in the Co-Authored Content may, at any time, withdraw their consent to appear in that Co-Authored Content. Co-Authored Content may be deleted where a participant withdraws consent.

17.  **Sharing and linking to and from OnlyFans:**

a.   Other online platforms may allow Users to connect their OnlyFans account and share Content. You remain bound by the OnlyFans Terms of Service and that platform's terms of service when sharing content in this way.

b.   Links to OnlyFans:

Do not link to OnlyFans in a way that is deceptive or that suggests any form of association, approval, or endorsement on our part.

Any link promoting your Creator account must comply with our Terms of Service and the terms of service where you advertise.

Do not promote your OnlyFans account using Google Ads or any similar advertising platform or search engine advertising service.

c.  Links from OnlyFans: Links on OnlyFans to other web sites are provided for your convenience only. We are not liable for, do not control, approve of, or endorse those linked websites or the information they contain.

d.  Domain Names: You may register or use domain names that contain the OnlyFans trademark or a confusingly similar term only if:

The domain name is registered by the Creator;

The domain name redirects to the Creator's OnlyFans account; and

The Creator obtains written permission from OnlyFans by contacting support@onlyfans.com and signs a licensing agreement.

If you fail to comply with these provisions or the licensing agreement, we may file a domain dispute or seek other remedies.

18.  **Advertising on OnlyFans:** If you Upload Content to your Creator account which is designed to promote, directly or indirectly, third-party goods or services, in return for payment or other valuable consideration (together "**Advertising Content**"), then you must ensure that the Advertising Content:

a.  is not illegal, prejudicial, threatening, false, fraudulent, harmful, hateful or in violation of our Acceptable Use Policy or Community Guidelines;

b.  does not advertise cigarettes, other tobacco products, electronic cigarettes, illegal drugs, or any prescription-only medicine;

c.  does not advertise, promote, or facilitate illegal gambling;

d.  does not direct any Advertising Content for alcoholic drinks at minors or encourage excessive consumption of alcohol; and

e.  adheres to the requirements in Section 19 of these Terms of Use.

19.  **Transparency requirements:**

   a. **Advertising Content:** Clearly and conspicuously label Advertising Content you Upload to OnlyFans by including in the caption of the Advertising Content:

      i. a signifier such as #ad, #paidpromotion or #sponsored; and

      ii. the name of the brand advertised and who paid for the Advertising Content.

   b. **AI Generated Content:** AI Generated content must comply with our Terms of Service and must be clearly and conspicuously captioned as AI Generated Content with a signifier such as #ai, or #AIGenerated.

20. **Account deletion:** You may delete your OnlyFans account in the 'User Account' section of your OnlyFans account.

   a. If you are a Fan, we will delete your account within a reasonable time and will not charge any further Subscriptions. After we delete your account, you will not have access to your former account or any Content.

   b. If you are a Creator, your account will remain open until all active Fan Subscriptions expire. We will then pay all unpaid Creator Earnings and delete the account. All subscriptions will be deleted and cannot be renewed. After we delete your account, you will not have access to your former account or its Content. Deleting your OnlyFans account will not automatically delete Co-Authored Content posted by another Creator.

   c. After your account is deleted, we may deal with your data in accordance with our Privacy Policy.

21. **Responsibility for alleged loss or damage:**

   a. Whether you are a Consumer or Business User we do not limit our liability where it would be unlawful to do so. Consumers may rely on mandatory provisions of law that apply to them and nothing in our Terms of Service affect a Consumer's rights to rely on mandatory provisions of local law.

   b. If you are a Consumer, you agree that:

      We, each Subsidiary, and our employees, owners, representatives, and agents are not liable to you for any loss of profit, loss of business or revenue, business interruption, loss of business opportunity, or loss of anticipated savings arising from or in connection with your use of OnlyFans.

      If you are a Consumer User and reside in the United States of America, our total liability to you for claims arising out of or related to your agreement with us shall be limited to USD $250 per claim.

c.   If you are a Business User, you agree that:

We, each Subsidiary, and our employees, owners, representatives, and agents:

exclude (to the extent permitted by law) all implied conditions, warranties, representations, or other terms that may apply to OnlyFans or any Content. This means that if the Terms of Service do not expressly include a promise or commitment by us, then one cannot be implied by law;

are not responsible for any loss or damage that is not a foreseeable result of our breaching the Terms of Service or our failing to use reasonable care and skill. Loss or damage is foreseeable if either it is obvious that it will happen or if, at the time you agreed to the Terms of Service, both we and you knew it might happen;

are not liable to you for any loss or damage, whether in contract, tort (including negligence), breach of statutory duty, or otherwise, even if foreseeable, arising out of or in connection with:

your inability to use OnlyFans or any of its services, features or programs; or

your use of or reliance on any data or information (including Content) stored on OnlyFans;

are not liable to you for any loss of profits; loss of sales, business, or revenue; business interruption; loss of anticipated savings; loss of business opportunity, goodwill or reputation; loss of data or information (including Content); or indirect or consequential loss or damage;

are not liable to you if your Content is copied, distributed, reposted elsewhere or its copyright is infringed;

are not liable to you for any disclosure of your identity, or any disclosure or publication of your personal information by other Users or third parties without your consent (also known as "doxing");

are not liable to you for any failure or delay by us in complying with any part of the Terms of Service arising from events outside our reasonable control.

Our total liability to you for any and all claims arising out of or related to your agreement with us, whether in contract, tort (including negligence), breach of statutory duty, or otherwise shall be limited to the greater of:

100% of the total fees paid by you to us in connection with your use of OnlyFans; or

USD $5,000.

22. **General:** You agree that:

    a.  If any aspect of your agreement with us is unenforceable, the rest will remain in effect.

    b.  If we fail to enforce any aspect of your agreement with us, it will not be a waiver.

    c.  We, each Subsidiary, and our employees, owners, representatives, and agents reserve all rights not expressly granted to you.

    d.  No implied licenses or other rights are granted to you in relation to any part of OnlyFans, save as expressly set out in the Terms of Service.

    e.  Agreeing to our Terms of Service and using OnlyFans does not create an agency, partnership, joint venture, franchisor-franchisee, representative, fiduciary, or employee–employer relationship. You do not have authority to bind us or any Subsidiary in any manner.

    f.  Your agreement with us does not give rights to any third parties, except that each Subsidiary and our employees, owners, representatives and agents may enforce the exclusions and limitations of liability and the terms relating to disputes in our Terms of Service.

    g.  You cannot transfer, assign, or subcontract your rights or obligations under any agreement with us.

    h.  Our rights and obligations under your agreement with us can be assigned or transferred by us to others. We may delegate the performance of any of our obligations under your agreement with us to any third-party.

    i.  The Terms of Service form the entire agreement between us and you regarding your access to and use of OnlyFans, and supersede any and all prior oral or written understandings or agreements between us and you.

    j.  If you have a complaint about OnlyFans, refer to our Complaints Policy and our Appeals Policy. If you wish to communicate with us about OnlyFans or our Terms of Service, please email support@onlyfans.com.

23. **Choice of law and forum for disputes:**

    a.  For Consumers:

Choice of law: To the greatest extent permitted by the laws of the place where you live, your agreement with us is governed by the laws of England, which will apply to any claim arising out of or in connection with your agreements with us or your use of OnlyFans including non-contractual disputes or claims. You may also rely on mandatory rules of the law of the country where you live.

Forum selection: For United Kingdom and European Union residents, the courts of England and Wales or the courts of the country where you live will have jurisdiction over a claim which arises out of or in connection with your agreement with us or your use of OnlyFans (including non-contractual disputes or claims). For all others, the courts of England and Wales will have jurisdiction over any claim which arises out of or in connection with your agreement with us or your use of OnlyFans (including non-contractual disputes or claims).

For United States residents, a court in Wilmington, Delaware will have jurisdiction over any claim that is exclusively against Fenix Internet LLC, located at 1000 N. West Street, Suite 1200, Wilmington, Delaware, 19801, a wholly-owned subsidiary of Fenix International Limited.

b. For Business Users:

Choice of law: If you are a Business User, your agreement with us is governed by the laws of England and Wales, which will apply to any dispute arising out of or in connection with your agreement with us or your use of OnlyFans including non-contractual disputes or claims without regard to conflict of law provisions.

Forum selection: If you are a Business User, you and we agree that the courts of England and Wales will have jurisdiction over any claim which arises out of or in connection with your agreement with us or your use of OnlyFans (including non-contractual disputes or claims).

c. Limitation period for bringing claims: Except where prohibited by applicable law, any claim or cause of action against us or any Subsidiary must be filed within the earlier of one year after the date on which such claim or cause of action arose or the date on which you learned or should have learned of the facts giving rise to the cause of action, or that claim is expressly waived and cannot be brought.

d. You agree to notify us prior to bringing any cause of action and, if we request it, to submit any dispute to pre-suit mediation. This provision is a material inducement to allow you to use OnlyFans.

e. If you are a User and commence proceedings against us or any Subsidiary, we reserve the right to terminate your account to minimise the risk of potential harm to OnlyFans,

to us, and to our community.

f.  Documents which initiate Consumer disputes exclusively against Fenix Internet LLC must be served in accordance with US law. Fenix Internet LLC does not accept service in any other manner. All other documents initiating proceedings must be served in accordance with the laws of England and Wales. We do not accept service in any other manner.

g.  Failure to comply with the requirements of this section is a material breach of the Terms of Service.

Last updated: August 2024

©2025 OnlyFans

Contact

| Help | About |
|------|-------|
| Blog | Branding |
| Store | Terms of Service |
| Privacy | Complaints Policy |
| Cookie Notice | DMCA |
| USC 2257 | Contract between Fan and Creator |
| OnlyFans Safety & Transparency Center | Anti-Slavery and Anti-Trafficking Statement |
| Acceptable Use Policy | |

Case: 1:25-cv-00524 Document #: 36-1 Filed: 04/08/25 Page 83 of 172 PageID #:843

# ACCEPTABLE USE POLICY

BY USING OUR WEBSITE YOU AGREE TO THIS POLICY – PLEASE READ IT CAREFULLY

**This sets out what is and is not permitted on OnlyFans and forms part of your agreement with us. Any breach of this Acceptable Use Policy may result in deactivation of your Content and/or your account.**

Defined terms in this Policy have the same meanings as in our Terms of Use.

Do not use OnlyFans in any manner that features or facilitates:

1. **Anyone under the age of 18** or anyone in explicit content who is over the age of 18 and who has not completed our Creator onboarding process or provided us with a properly completed release form.

2. **Illegal activity** including actual, claimed, or role-played: exploitation, abuse, or harm of individuals under the age of 18; incest; bestiality; necrophilia; or rape or sexual assault.

3. **Prohibited items** including weapons or controlled substances used in a manner that threatens or may cause harm to yourself or to a third-party.

4. **Hateful conduct** including attacking other people on the basis of race, ethnicity, national origin, caste, sexual orientation, gender, gender identity, religious affiliation, age, disability, or disease.

5. **Abuse or harassment** including stalking, doxxing, defaming, or the sharing of non-consensual, fake or manipulated intimate images or otherwise unauthorised images.

6. **Violence or harm** including prohibited role play, use of objects in any way that is likely to cause physical or mental harm, lack of express consent, extreme impact, extreme bondage, or suicide.

7. **Prohibited bodily fluids** including urine or excrement.

8. **Inaccurate information** including misleading descriptions of media or account information.

9. **Any explicit image of another person without their consent** including an artificially generated image.

10. **Public nudity** including explicit conduct in a place where the general public is present or where other people are reasonably likely to see, including in an avatar or header image.

11. **Prohibited cyber activity** including spamming, sharing other people's personal data, linking to external media storage sites; referencing to an off-platform site that violates our Terms of Service; or behaves in any way interfering with OnlyFans' software, hardware, or network.

12. **Copying content** including scraping, downloading, sharing, or gathering information from OnlyFans or any Creator for any reason.

13. **In-person meetings** including to facilitate any transaction other than a Creator Interaction.

14. **Prohibited commercial activity** including selling controlled or regulated items, representing that OnlyFans has endorsed you or your content, or infringing a third-party intellectual property right.

**Last updated: August 2024**

---

©2025 OnlyFans

Contact

| | | |
|---|---|---|
| Help | About |
| Blog | Branding |
| Store | Terms of Service |
| Privacy | Complaints Policy |
| Cookie Notice | DMCA |
| USC 2257 | Contract between Fan and Creator |
| OnlyFans Safety & Transparency Center | Anti-Slavery and Anti-Trafficking Statement |
| Acceptable Use Policy | |

# CONTRACT BETWEEN FAN AND CREATOR

1. **Introduction:** This Contract between Fan and Creator ("**this Agreement**") governs each interaction between a Fan and a Creator on OnlyFans.

2. **Scope:** This Agreement is legally binding and applies each time a Creator Interaction is initiated on OnlyFans. This Agreement applies to the exclusion of any other terms which the Fan or Creator may propose.

3. **Parties:** The only parties to this Agreement are the Fan and Creator participating in the Creator Interaction. The Company and/or its Subsidiaries are not parties to this Agreement or any Creator Interaction except as set forth below.

4. **Interpretation:** In this Agreement, defined terms have the following meanings:

   a. "**Company**": Fenix International Limited

   b. "**Content**": any material Uploaded to OnlyFans by any User, including any photos, videos, audio, livestream material, data, text, metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever

   c. "**Creator**": a User who has set up their OnlyFans account to post Content for Fans to view

   d. "**Creator Earnings**": the portion of a Fan Payment payable to a Creator pursuant to the Terms of Use

   e. "**Creator Interaction**": an interaction on OnlyFans that grants access to a Creator's Content, including: (i) a Subscription; (ii) a payment for pay-per-view Content; and (iii) any other interaction or payment between a User and a Creator's account or Content, including direct messages

   f. "**Creator Interaction Licence**": the non-transferable, non-sublicensable, and non-exclusive rights each Creator grants to Relevant Content

   g. "**Fan**": a User who has registered for an account and who can access a Creators' Content via a Creator Interaction

   h. "**Fan Payment**": any payment related to a Creator Interaction

Case 3:25-cv-00524-ADC Document 36-11 Filed 06/06/25 Page 88 of 172 PageID #:846

i. "**FIL Fee**": the 20% of all Fan Payments charged to Creators in accordance with the Terms of Use

j. "**Include**", "**Includes**" and "**Including**" also mean "**without limitation**"

k. "**Indirect Sales Taxes**": any Tax that is statutorily applied to Fan Payments in any relevant jurisdiction

l. "**OnlyFans**": the website accessed via www.onlyfans.com or via any web browser, which is owned and operated by the Company

m. "**Paid Relevant Content**": any Content for which the Fan must make a Fan Payment

n. "**Referring User**": a User who participates in the OnlyFans Referral Program

o. "**Relevant Content**": the applicable Content of a Creator to which a Creator Interaction relates

p. "**Subscription**": a Fan's binding agreement to obtain access for a specific period of time to all Content that a Creator makes available to Fans in exchange for authorising automatic renewal payments. This excludes individually priced Content.

q. "**Subsidiary**": any legal entity which the Company or one of the Company's subsidiaries, alone or with other Company subsidiaries, owns, or has the power to vote or control

r. "**Tax**": all forms of tax and statutory or governmental charges, duties, imposts, contributions, levies, withholdings, or liabilities wherever chargeable in any applicable jurisdiction

s. "**Upload**": publish, display, post, type, input, or otherwise share any photos, videos, audio, livestream material, data, text, metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever

t. "**User**": any user of OnlyFans, whether a Creator or a Fan or both (also referred to as "**you**" or "**your**")

5. **Pricing and payment:** The Fan entering into a Creator Interaction agrees to pay the applicable Fan Payment plus any Indirect Sales Tax, which the Company and its Subsidiaries are authorised to collect. The Company is also authorised to deduct the FIL Fee, to pay out Creator Earnings, and to pay applicable referral payments.

6. **Subscriptions and Renewals: When you select "Subscribe," you agree to start a Subscription. A Subscription will automatically renew at the current rate (plus Indirect Sales Tax). You authorise the Company to charge you again after each Subscription, unless: (i) your payment is declined and you have not provided another payment; (ii) the**

Subscription price has increased; (iii) you switched off the "Auto-Renew" feature on the Creator's account; or (iv) you close your OnlyFans account before the new Subscription period begins. **By selecting "Subscribe," you agree to these provisions, and acknowledge that you will not receive further notice regarding the renewal of that Subscription.**

7. **Licence of Content:** As part of a Creator Interaction, the Creator grants a Creator Interaction Licence. The Creator Interaction Licence permits a Fan access to Relevant Content.

8. **Ownership of Content:** The Creator Interaction Licence does not grant any Fan ownership rights to the Relevant Content.

9. **Expiry of licence:** The Creator Interaction Licence expires automatically without notice:

   a. if the Fan Payment related to the Creator Interaction was unsuccessful, charged back, or reversed;

   b. if the Creator deletes either the Relevant Content or their Creator account;

   c. when an active Subscription period ends;

   d. if the Fan's account is suspended or terminated;

   e. if the Fan breaches the OnlyFans Terms of Service;

   f. if Relevant Content is removed from the Creator's account or the Creator's account is suspended or terminated; and

   g. if the Fan closes their account.

10. **Removal of Content:** The Company reserves the right to remove any Content from a Creator's account at any time. The Fan participating in the Creator Interaction acknowledges that Creators may remove Content, including pay-per-view Content at any time.

11. **Cancellation and refunds:** In respect of every Creator Interaction:

    a. The Fan will gain access to the Relevant Content within 14 days of the Creator Interaction. The Fan agrees that any statutory right to cancel the Creator Interaction under the Consumer Rights Act 2015, the UK Consumer Contracts Regulations 2013, EU Directive 2011/83, or any other equivalent applicable law is therefore not applicable regarding any Creator Interaction other than a Subscription.

    b. This Agreement does not affect any statutory right to a refund which a Fan may have under the Consumer Rights Act 2015, the UK Consumer Contracts Regulations 2013, UE Directive 2011/83 or any other applicable law.

c. Cancellations and refunds also are subject to the Company's Terms of Use.

12. **Obligations between Creator and Fan in Creator Interactions:**

   a. The Fan and the Creator agree to comply at all times with OnlyFans Terms of Service.

   b. The Creator is solely responsible for creating and publishing Relevant Content.

   c. The Creator warrants that it possesses all necessary rights to grant a Creator Interaction Licence.

   d. The Creator agrees to provide Paid Relevant Content once the Fan has made the Fan Payment.

   e. The Fan acknowledges that third parties may assist Creators in operating their accounts and in Creator Interactions.

   f. The Fan agrees to make the Fan Payment required to access Paid Relevant Content.

   g. The Fan agrees not to initiate a chargeback unless the Fan disputes the Creator Interaction in good faith.

   h. The Fan assumes all risk of accessing the Relevant Content unless the Creator engages in negligence or another breach of duty.

13. **No guarantees**: The Fan participating in the Creator Interaction acknowledges that circumstances may prevent access to Relevant Content, including if the availability of all or any part of OnlyFans is suspended or inaccessible.

14. **Applicable law and forum for disputes**:

   a. To the greatest extent permitted by the laws of the place where you live, this Agreement is governed by the laws of England and Wales, which will apply to any claim that arises out of or relates to this Agreement. The Fan will also be able to rely on mandatory rules of the law of the country where they live.

   b. Where claims can be brought:

      i. Any Fan resident in the United Kingdom or the European Union may bring a claim under this Agreement in the courts of England and Wales or the country where the Fan lives.

      ii. All other Fans must bring a claim under this Agreement in the courts of England and Wales.

15. **Severability**: In the event any provision of this Agreement is found by a court of competent jurisdiction to be invalid or unenforceable, or is prohibited by law, the remaining provisions

Case 3:25-cv-00512-A Document 86-11 Filed 04/06/25 Page 396 of 72 PageID #: 8849

of the Agreement shall remain in full force and effect, and the remainder of this Agreement shall be valid and binding as though such invalid, unenforceable, or prohibited provision were not included herein.

**Last updated: August 2024**

©2025 OnlyFans

Contact

Help

Blog

Store

Privacy

Cookie Notice

USC 2257

OnlyFans Safety & Transparency Center

Acceptable Use Policy

About

Branding

Terms of Service

Complaints Policy

DMCA

Contract between Fan and Creator

Anti-Slavery and Anti-Trafficking Statement

Case: 2:25-cv-06052 Document #: 86-11 Filed: 02/26/25 Page 90 of 172 PageID #:8950

# PLATFORM TO BUSINESS REGULATION TERMS

BY USING OUR WEBSITE YOU AGREE TO THIS POLICY – PLEASE READ IT CAREFULLY

1. **Introduction:** We comply with the fairness and transparency requirements set out in EU Regulation 2019/1150 (the "**Platform to Business Regulation**"). **Here are a few key things to note:**

   **You must abide by our Terms of Service, obey all applicable laws, and comply with all applicable tax regulations.**

   **At our sole discretion, we may promote or recommend Creators.**

   **These Platform to Business Regulation Terms explain how Business Users may submit complaints and engage in mediation of disputes.**

2. **Interpretation:** Unless specifically defined in these Platform to Business Regulation Terms, terms have the same meanings given to them in the Terms of Use.

3. **Applicability:** These Platform to Business Regulation Terms only apply to Creators who are established or resident in the European Union or the United Kingdom.

4. **Promoting via social media:** We may promote Creators via our social media accounts.

5. **Suggesting Creators on OnlyFans:** We may suggest that Users follow Creator accounts.

6. **Complaints:** Submit a complaint to support@onlyfans.com if it is about:

   a. our alleged non-compliance with any obligations in the Platform to Business Regulation which affect you;

   b. technological issues relating directly to OnlyFans and which affect you; or

   c. measures taken by us or our conduct which relate directly to OnlyFans and which affect you.

7. **Complaint handling process:** Following receipt of a complaint submitted under these Platform to Business Regulation Terms, we will:

   a. consider your complaint and any needed follow-up from us (including asking you for further information or documents) in order to adequately address the issue raised;

b. process your complaint within a reasonable time, taking into account the importance and complexity of the issue raised; and

c. communicate to you in plain and intelligible language by email or by message to your OnlyFans account the outcome of the internal complaint handling process.

8. **Mediation service:** If your complaint under these Platform to Business Regulation Terms is not resolved to your satisfaction through our internal complaint-handling process as set out above, you may contact:

Centre for Effective Dispute Resolution
International Dispute Resolution Centre
P2B Panel of Mediators
70 Fleet Street
London
EC4Y 1EU
United Kingdom
https://www.cedr.com/p2bmediation/

or

International Centre for Dispute Resolution
150 East 42nd Street, Floor 17
New York, NY 10017
https://www.icdr.org/

You and we will act in good faith throughout any mediation. However, any attempt to reach agreement through mediation on the settlement of a dispute between us will not affect our or your rights to commence legal proceedings at any time before, during or after the mediation process, as such rights are set out in our Terms of Use.

**Last updated: August 2024**

---

©2025 OnlyFans

Contact

Help                    About

Blog                    Branding

Store                   Terms of Service

Privacy                 Complaints Policy

Cookie Notice           DMCA

USC 2257

Contract between Fan and Creator

OnlyFans Safety & Transparency Center

Anti-Slavery and Anti-Trafficking
Statement

Acceptable Use Policy

# REFERRAL PROGRAM TERMS

## WARNING!

In compliance with regulation 3 of the Trading Scheme Regulations 1997 (as amended) and section 120(1) of the Fair Trading Act 1973, please read the warning below in respect of the OnlyFans Referral Program:

It is illegal for us or for a participant in the OnlyFans Referral Program (including Referring Users and Referred Creators) to persuade anyone to make a payment by promising benefits from getting others to join the OnlyFans Referral Program.

Do not be misled by claims that high earnings are easily achieved from participation in the OnlyFans Referral Program.

Although we do not demand any payment from Referring Users for the purposes of participating in the OnlyFans Referral Program, we are legally required to inform you that if you sign this contract, you have 14 days in which to cancel and get your money back.

BY PARTICIPATING IN OUR REFERRAL PROGRAM YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY.

1. **Introduction:** These Referral Program Terms are additional terms which apply if you use the OnlyFans Referral Program. These Referral Program Terms form part of your agreement with us. **Here are a few key things to note:**

   At all times, you must abide by our Terms of Service, all applicable laws, and all applicable tax regulations.

   You must have a current User account to participate in the OnlyFans Referral Program.

   Referring Users will be paid a referral payment of 5% on Fan Payments generated by the Referred Creator in the 12 months after the Referred Creator becomes a registered User of OnlyFans, up to a maximum referral payment of US$50,000 per Referred Creator.

**We may withhold referral payments or terminate a Referred Creator's participation for breaches of OnlyFans Terms of Service.**

The OnlyFans Referral Program is operated by Fenix International Limited with a company registration number 10354575 and a registered address at 9th Floor, 107 Cheapside, London, EC2V 6DN.

2. **Interpretation:** In these Referral Program Terms defined terms have the same meanings given to them in the Terms of Use. In addition:

    a. "**Referring User**" is also referred to as "**you**" or "**your**" in these Referral Program Terms;

    b. "**Referred Creator**" means the person who joins OnlyFans as a new Creator via the Referring User's unique referral link.

3. **The OnlyFans Referral Program:** OnlyFans offers a program ("Referral Program") by which Users can introduce new Creators to OnlyFans and are eligible to receive payments according to these Referral Program Terms.

4. **Referral Program rules:**

    a. Users can participate in the Referral Program. If a User's account has been suspended or terminated by us for any reason or deleted by the User, that User is ineligible for the Referral Program.

    b. You must add bank account or payment method details to your account in order to receive referral payments under the OnlyFans Referral Program.

    c. Each User has a unique referral link which the User may share with others. When sharing a referral link, do not impersonate OnlyFans or give the impression that OnlyFans is sharing or promoting your referral link. Do not use Google Ads or any similar advertising platform or search engine advertising service to share or promote your referral link. Upon our request, you must disclose the methods by which you share your unique referral link.

    d. The Referred Creator must click on your unique referral link and then register with OnlyFans using the same browser that they used to click on your referral link. We also use certain cookies (as set out in our Cookies Notice) to allow us to recognise you and the Referred Creator. If someone registers with OnlyFans other than by using your referral link, or you or the Referred Creator does not accept these cookies, we will not link that account to your referral and will not make referral payments to you. Disabling, clearing, or blocking these cookies may also prevent our ability to recognise referrals and make referral payments made under this Referral Program.

e.  Referral payments will be made to you only on Referred Creator accounts. No referral payments will be earned or made on Fan accounts that register via a referral link unless that Fan later becomes a Creator.

f.  If a Referred Creator sets up more than one User account using a referral link, referral payments will only be made on the earnings in the Referred User's first-registered account. No referral payments will be made on any other of the Referred Creator's accounts.

g.  No referral payments will be made to you on earnings in any account which we determine is owned or is operated by you, or is owned or operated by a Referred Creator with whom you have a commercial relationship. You must provide any information which we request to enable us to determine whether any account is owned or is operated by you, or is owned or operated by a Referred Creator with whom you have a commercial relationship.

h.  You agree that when promoting OnlyFans in any way as a Referring User:

> you will not give a false impression of OnlyFans; and

> you will not make any statements which suggest that a Creator will make a particular sum of money (or any money) on OnlyFans.

i.  A Referred Creator can elect to withdraw from the Referral Program for any reason at any time. If a Referred Creator ceases to be part of the Referral Program, no further referral payments will be made to the Referring User.

5.  **Referral payments:**

a.  **Referral payment calculations:** Once a Referred Creator establishes an account, the Referring User will be paid a referral payment for each Referred Creator that is the lesser of: (i) five per cent (5%) of Fan Payments generated by the Referred Creator in the twelve months after the Referred Creator's registration date; or (ii) US$50,000.

This means that if a Referred Creator generates Fan Payments with a total value of US$1 million or more in the twelve months after the Referred Creator's registration date, then the Referring User's payments in relation to that Referred Creator will be US$50,000.

However, if the Referred Creator generates Fan Payments with a total value of less than US$1 million in the twelve months after the Referred Creator's registration date, then the Referring User will be paid five per cent (5%) of the Fan Payments the Referred Creator generated in the twelve months after the Referred Creator's registration date.

b.   **Indirect Sales Taxes:** All referral payments to each Referring User will be inclusive of any applicable Indirect Sales Tax (as defined in the Terms of Use) which is or becomes chargeable on any supplies made by you.

c.   **Warning:** In compliance with regulation 3 of the Trading Scheme Regulations 1997 (as amended) and section 120(1) of the Fair Trading Act 1973, please read the warning below in respect of the OnlyFans Referral Program:

>    It is illegal for us or for a participant in the OnlyFans Referral Program (including Referring Users and Referred Creators) to persuade anyone to make a payment by promising benefits from getting others to join the OnlyFans Referral Program.

>    Do not be misled by claims that high earnings are easily achieved from participation in the OnlyFans Referral Program.

d.   **Payout methods:** To receive referral payments you must first choose a payout method offered by OnlyFans in your country of residence.

e.   **Referral payment frequency:** The referral payments due to you that accrue in one calendar month will be transferred to you on or around the first day of the next calendar month.

f.   **Cost:** We bear the cost of the referral payment, not the Referred Creator.

6.   **Our rights relating to the referral program.**

a.   We may request you and/or Referred Creators to provide us with ID and other information reasonably required to verify any referral payment to be made and the person to whom any referral payment should be made. Failure to provide any information we request may forfeit your entitlement to referral payments in respect of the relevant Referred Creator.

b.   We may change any aspect of the OnlyFans Referral Program (including how referral payments are calculated) or discontinue the OnlyFans Referral Program at any time, but no change will deprive any Referring User of referral payments already earned based on Fan Payments made to Referred Creators before the changes came into effect.

7.   **Circumstances in which we may withhold referral payments:** The provisions in the Terms of Use that apply to withholding and/or treating as forfeited Creator Earnings applies to unpaid referral payments.

**Last updated: August 2024**

©2025 OnlyFans

**Contact**

𝕏   ⊡

| | | |
|---|---|---|
| Help | About |
| Blog | Branding |
| Store | Terms of Service |
| Privacy | Complaints Policy |
| Cookie Notice | DMCA |
| USC 2257 | Contract between Fan and Creator |
| OnlyFans Safety & Transparency Center | Anti-Slavery and Anti-Trafficking Statement |
| Acceptable Use Policy | |

Case: 1:25-cv-00524 Document #: 36-11 Filed: 03/26/25 Page 98 of 172 PageID #:9458

# Complaints Policy

## BY USING OUR WEBSITE YOU AGREE TO THIS POLICY - PLEASE READ IT CAREFULLY

1.  **Introduction:** This Policy forms part of your agreement with us. We will handle complaints in keeping with this Policy. Here are a few key things to note:

    By making a complaint, you confirm that you believe that the information you have provided is accurate and complete.

    This Policy explains how we handle complaints about:

    - how we enforce our Terms of Service;

    - Content on OnlyFans that may be illegal or in breach of our Terms of Service; and

    - compliance with applicable laws.

    This Policy does not apply to complaints regarding Content or account moderation decisions or copyright infringement.

2.  **Contact information:** OnlyFans is operated by Fenix International Limited, a limited company registered in England and Wales, with company registration number 10354575. Our registered office address is located at 9th Floor, 107 Cheapside, London, EC2V 6DN.

3. **Interpretation:** Unless specifically defined in this Policy, the meanings given to words defined in the Terms of Use have the same meanings in this Policy.

4. **Complaints about Content moderation decisions:** We moderate Content according to our Terms of Service. To complain about a decision to deactivate Content, to deactivate an account, or to issue a final warning, you must complete an OnlyFans Deactivation Appeal Form. Appeals against a Content moderation decision including any decision to remove Content, deactivate an account, or ban you from using OnlyFans because we believe you have engaged in an illegal act are subject to our Appeals Policy.

5. **Complaints about copyright infringement:** Complaints about suspected copyright infringement are subject to our DMCA Takedown Policy.

6. **How to make a complaint about anything else:**

    a. You can make a complaint in any of the following ways:

        i. using our Contact Form select the reason for your complaint from the drop down menu and use the 'Enter your message' field to explain the issue you are complaining about;

        ii. using the "Report" function on the Content page select the reason for your complaint from the drop down menu;

        iii. emailing support@onlyfans.com; and

        iv. writing to Fenix International Limited, 9th Floor, 107 Cheapside, London, EC2V 6DN.

    b. You must provide enough information so we can investigate your complaint (including any relevant URLs). If a complaint is missing important information, we may not be able to properly consider it.

7. **How we review complaints:** When reviewing a complaint:

    a. we will review the relevant information and the supporting documents that you have provided;

    b. we may request additional information or documents from you, or from third parties, to help us address your complaint;

    c. we will review your complaint in good faith and within any legally applicable time limit;

    d. if your complaint is regarding Content which appears on OnlyFans and we determine that the Content constitutes a material violation of our Terms of Service, we will remove it; and

    e. we will Notify you when our review of your complaint is complete and any action taken as a result of your complaint. If we determine that the Content complies with our Terms of

Service and do not remove it, you can appeal our decision as described in our Appeals Policy.

8. **Abuse of this complaints process:** We do not tolerate complaints made in bad faith or complaints that are abusive, harassing, or otherwise intended to harm anyone. If you are an OnlyFans User, and make an abusive or unfounded complaint we may terminate your account.

9. **EU/EEA Consumer Mediation Services:** If you are in the European Economic Area you may, but are not required to, seek resolution of any dispute with us through consumer mediation services using the European Online Dispute Resolution (ODR) platform. We are not obliged to participate in alternative dispute resolution proceedings (except in very limited circumstances).

10. **Regulatory complaints under the DSA (EU/EEA):** If you are in the European Economic Area and encounter an infringement of the EU's Digital Services Act while using OnlyFans, you have the right to complain to the Digital Services Coordinator of the country where you are located. You may also report or complain to us under this Complaints Policy and dispute our decision under our Appeals Policy.

11. **Regulatory complaints:** OnlyFans is regulated by Ofcom and the Information Commissioner's Office in the United Kingdom and the eSafety Commissioner in Australia. Users resident in Australia can contact eSafety to report concerns about the safe use of technology here.

12. **Breach of contract claims under the Online Safety Act:** Users in the United Kingdom are entitled to bring a breach of contract claim against us, including where we breach our Terms of Service in how we (i) take down or restrict access to your Content; or (ii) suspend or ban you from using OnlyFans.

13. **Your statutory rights:** These provisions do not affect your statutory rights.
**Last updated: August 2024**

---

©2025 OnlyFans

Contact

𝕏   ⓘ

Help

Blog

Store

Privacy

Cookie Notice

USC 2257

OnlyFans Safety & Transparency Center

Acceptable Use Policy

About

Branding

Terms of Service

Complaints Policy

DMCA

Contract between Fan and Creator

Anti-Slavery and Anti-Trafficking Statement

# Appeals Policy

## BY USING OUR WEBSITE YOU AGREE TO THIS POLICY - PLEASE READ IT CAREFULLY

1. **Introduction:** This Policy forms part of your agreement with us. **Here are a few key things to note:**

   you must follow the procedures below to appeal a Content or account moderation decision.

   OnlyFans will handle appeals in keeping with this Policy.

2. **Contact information:** OnlyFans is operated by Fenix International Limited, a limited company registered in England and Wales, with company registration number 10354575, and registered office at 9th Floor, 107 Cheapside, London, EC2V 6DN. If you have questions about this Policy please contact support@onlyfans.com.

3. **Interpretation:** Unless specifically defined in this Policy, the meanings given to words defined in the Terms of Use have the same meanings.

   "**Decision**": any action taken by OnlyFans to:

   i.  suspend or deactivate an account;

ii.  suspend or deactivate Content shared to or from an account;

iii.   impose a final warning for a violation on an account;

iv.   restrict account features (for example, the ability to livestream); or

v.  suspend, terminate, or restrict the ability to monetise Content, including by preventing subscriptions or limiting your ability to accept certain types of payments.

4. **Use:** This Policy can be used in two ways:

   i.  by OnlyFans Users who want us to review or reverse a Decision; or

   ii.   by non-OnlyFans-users in the EU/EEA who have complained about suspected illegal or non-consensual Content on OnlyFans and who disagree with OnlyFans' appeal response.

5. **Appeal procedure:** The only way to appeal a Decision is to complete and submit the Deactivation Appeal Form.

6. **Required information:** Only fully completed Deactivation Appeal Forms will be considered. Your Deactivation Appeal Form must include:

   a.  the URL or username of the account;

   b.  the URL of Content subject to the appeal;

   c.  detailed reasons why you believe your Content or account is in keeping with the OnlyFans Terms of Service and Acceptable Use Policy; and

   d.  for non-OnlyFans-users in the EU/EEA who disagree with our decision to permit Content to remain on OnlyFans why you believe the Content is illegal or non-consensual.

7. **Timing of appeals:** All appeals should be filed within six months of a Decision.

8. **Review process:** If we receive a completed Deactivation Appeal Form:

   a.  we will review the relevant OnlyFans account information;

   b.  we will consider the information and the supporting documents that you have provided;

   c.  we may request additional information or documents from you or from third parties to help us decide the appeal; and

   d.  based on the information, we will grant, grant in part, or deny your appeal, and we will notify you of our decision:

i. If we grant your appeal, we will reverse each relevant Decision and any actions taken as a result of each Decision.

ii. If we grant your appeal in part, we will notify you of each Decision that has been reversed and any actions taken as a result.

iii. If we deny your appeal, no Decision will change.

9. **No liability:** We are not liable for any interruption of access to your OnlyFans account, including any loss of earnings or subscribers, even where we grant some or all of your appeal.

10. **Appeals team:** Our Appeals Team will consider each properly filed appeal based on the information provided in a non-discriminatory, diligent, and non-arbitrary manner.

11. **Situations where a Decision cannot be appealed:** This Policy does not apply to any irreversible Decision (for example, a Decision to end a livestream).

12. **Additional procedures for users in the EU/EEA:**

i. You may also file a complaint with a regulatory authority and/or seek a remedy via a certified third-party out-of-court dispute settlement body or the relevant courts in your country of residence/establishment.

ii. In certain circumstances, out-of-court dispute settlements under the EU Digital Services Act ("**DSA**") may apply. Each EU member state must certify an out-of-court dispute settlement body to handle eligible disputes.

iii. You also have the option of judicial redress by pursuing your claim in a court which has jurisdiction.

iv. You may submit a report or complaint regarding Content which you believe is illegal or otherwise violates our Terms of Service. We will review all reports and complaints, and determine whether we agree that a violation of our Terms of Service has occurred.

v. If we conclude that no violation of our Terms of Service has occurred and elect not to make a Decision regarding the relevant Content, you may be able to refer the matter to an out-of-court dispute settlement body. If you do, we will engage with the out-of-court dispute settlement body in good faith and as required by law.

vi. We are not bound by any decisions made by an out-of-court dispute settlement body, and may refuse to engage with an out-of-court dispute settlement body if a dispute concerning the same Content, and the same grounds of alleged incompatibility with our Terms of Service has already been resolved.

vii. We have also appointed an EU Representative who may be reached as follows:

DAPR sp. z o.o.

Poland Company Number 0000688178

Zurawia 47 Street

00-680 Warsaw, Poland

fenix.eurep@dapr.pl

**Last updated: August 2024**

©2025 OnlyFans

**Contact**

Help

Blog

Store

Privacy

Cookie Notice

USC 2257

OnlyFans Safety & Transparency Center

Acceptable Use Policy

About

Branding

Terms of Service

Complaints Policy

DMCA

Contract between Fan and Creator

Anti-Slavery and Anti-Trafficking
Statement

# UK VAT POLICY

1. **UK VAT and UK established Creators:**

   i.  For the purposes of UK VAT only, Creators are treated as providing their services to OnlyFans, rather than to Fans directly.

   ii.  If you are a Creator registered for UK VAT:

      1. You will be treated, for VAT purposes, as charging OnlyFans your Creator Earnings (80% of all and any Fan Payments), together with UK VAT at the prevailing rate in force at the time of the Fan Payment.

      2. OnlyFans also agrees that, subject to the Terms of Service, any payments due to you under the Referral Program Terms (" **Referral Payments**") will be deemed VAT inclusive.

      3. The VAT element added to your Creator Earnings (and Referral Payments, if any) (the "VAT Amount") will be separately paid from your regular Creator Earnings, provided that you first provide:

         a. your VAT registration number, by completing this form: https://onlyfans.com/my/banking/vat;

         b. a VAT invoice, using the OnlyFans VAT invoice generator tool: https://onlyfans.com/my/banking/vat/create-document; and

         c. a completed VAT return made to HM Revenue & Customs for the relevant period. You can find monthly earning details at https://onlyfans.com/my/stats/earnings.

   iii.  You shall pay the VAT Amount which is paid to you directly to HM Revenue & Customs.

   iv.  If you need further information about how to receive the VAT Amount, email vat@onlyfans.com, consult our Community Guidelines, or visit the HM Revenue & Customs guidance at https://www.gov.uk/vat-registration/when-to-register.

   v.  You must provide us with copies of all VAT invoices and VAT returns in connection with your Creator Earnings (and Referral Payments, if any) upon request. It is your obligation alone to remain VAT compliant.

Case 2:25-cv-06053-CCC-AME    Document 8-11    Filed 09/06/25    Page 107 of 172 PageID #: 1067

Last updated: August 2024

©2025 OnlyFans

Contact

Help

About

Blog

Branding

Store

Terms of Service

Privacy

Complaints Policy

Cookie Notice

DMCA

USC 2257

Contract between Fan and Creator

OnlyFans Safety & Transparency Center

Anti-Slavery and Anti-Trafficking Statement

Acceptable Use Policy

# EXHIBIT B

# TERMS OF SERVICE

## Contents

1.    Terms of Use for all Users

2.    Terms of Use for Fans

3.    Terms of Use for Creators

4.    Acceptable Use Policy

5.    Referral Program Terms

6.    Complaints Policy

7.    Platform to Business Regulation Terms

## TERMS OF USE FOR ALL USERS

**BY USING OUR WEBSITE YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY**

1.  **Introduction:** These Terms of Use for all Users govern your use of OnlyFans and your agreement with us.

2.  **Interpretation:** In the Terms of Service:

    a.  we refer to our website as "**OnlyFans**", including when accessed via the URL www.onlyfans.com;

    b.  references to "**we**", "**our**", "**us**" are references to Fenix International Limited, the operator of OnlyFans;

    c.  "**Content**" means any material uploaded to OnlyFans by any User (whether a Creator or a Fan), including any photos, videos, audio (for example music and other sounds), livestream material, data, text (such as comments and hashtags), metadata, images, interactive features, emojis, GIFs, memes, and any other material whatsoever;

    d.  "**Creator**" means a User who has set up their OnlyFans account as a Creator account to post Content on OnlyFans to be viewed by other Users;

    e.  "**Fan**" means a User who follows a Creator and is able to view the Creator's Content;

f. "**Fan/Creator Transaction**" means any transaction between a Fan and a Creator on OnlyFans by which access is granted to the Creator's Content including in any of the following ways: (i) a Subscription, (ii) payments made by a Fan to view a Creator's pay-per-view Content (pay-per-view media and pay-per-view live stream), and (iii) use by the Fan of the fan interaction function on a Creator's account;

g. "**Fan Payment**" means any and all payments made by a Fan to a Creator (i) in connection with a Fan/Creator Transaction, or (ii) by way of a tip for a Creator;

h. "**Referring User**" means a User who participates in the OnlyFans Referral Program;

i. "**Standard Contract between Fan and Creator**" means the terms which govern each Fan/Creator Transaction, which can be found here;

j. "**Subscription**" means a Fan's subscription to a Creator's account (whether paid or unpaid, and whether for one month or as part of a bundle comprising a sub-scription for more than one month);

k. "**Terms of Service**" (also called "**your agreement with us**") means the legally bind-ing agreement between you and us which consists of: (i) these Terms of Use for all Users, (ii) Terms of Use for Fans, (iii) Terms of Use for Creators, (iv) Privacy Policy, (v) Acceptable Use Policy, (vi) Referral Program Terms, (vii) Complaints Policy, (viii) Platform to Business Regulation Terms; and (ix) Community Guidelines;

l. "**United Kingdom**" means the United Kingdom of Great Britain and Northern Ireland; and

m. "**User**" means any user of OnlyFans, whether a Creator or a Fan or both (also re-ferred to as "**you**" or "**your**").

3. **Who we are and how to contact us:** OnlyFans is operated by Fenix International Limited. We are a limited company registered in England and Wales, with company registration number 10354575 and we have our registered office address at 9th Floor, 107 Cheapside, London, EC2V 6DN. Our VAT number is 268196365.

To contact us with any questions about OnlyFans, please email our support team at support@onlyfans.com. If you are unable to contact us by email, please write to us at the following address: 9th Floor, 107 Cheapside, London, EC2V 6DN.

4. **How we may change the Terms of Service:** We may change any part of the Terms of Service without telling you beforehand in the following circumstances:

a. to reflect changes in laws and regulatory requirements which apply to OnlyFans and the services, features and programs of OnlyFans where such changes re-quire OnlyFans to change its terms and conditions in a manner which does not allow us to give reasonable notice to you; and

b. to address an unforeseen and imminent danger related to defending OnlyFans, Fans or Creators from fraud, malware, spam, data breaches or other cybersecurity risks.

We may also make other changes to any part of the Terms of Service, and we will give you reasonable notice of such changes by email or through OnlyFans, and you may contact us to end your agreement with us before the changes take effect. Once any updated Terms of Service are in effect, you will be bound by them if you continue to use OnlyFans.

5. **We may make changes to or suspend or withdraw OnlyFans:** We may update and change OnlyFans from time to time for any reason, including to reflect changes to our services, Users' needs and our business practices or to improve performance, enhance functionality or address security issues. We will try to give you reasonable notice of any major changes. We do not guarantee that OnlyFans, or any Content on it, will always be available or accessible without interruption. We may suspend or withdraw or restrict the availability of all or any part of OnlyFans for business or operational reasons. We will try to give you reasonable notice of any suspension or withdrawal if it affects you.

6. **Registering with OnlyFans:** To use OnlyFans you must first register and create a User account on OnlyFans. You must provide a valid email address, a username, and a password or authenticate using a valid Twitter or Google account. Your password should be unique (meaning that it is different to those you use for other websites) and must comply with the technical requirements of the OnlyFans site for the composition of passwords. To register as a User:

   a. you must be at least 18 years old, and you will be required to confirm this;

   b. if the laws of the country or State/province where you live provide that you can only be legally bound by a contract with us at an age which is higher than 18 years old, then you must be old enough to be legally bound by a contract with us under the laws of the country or State/province where you live; and

   c. you must be permitted by the laws of the country or State/province where you are located to join OnlyFans and to view any Content available on it and to use any functionality provided by it.

   d. you must provide such other information or verification records as we require.

   If you do not meet the above requirements, you must not access or use OnlyFans.

7. **Your commitments to us:** When you register with and use OnlyFans, you make the following commitments to us:

   a. If you previously had an account with OnlyFans, you confirm that your old account was not terminated or suspended by us because you violated any of our terms or policies.

b. You will make sure that all information which you submit to us is truthful, accurate and complete.

c. You will update promptly any of your information you have submitted to us as and when it changes.

d. You consent to receiving communications from us electronically, including by emails and messages posted to your OnlyFans account, and to the processing of your personal data as more fully detailed in our Privacy Policy.

e. You will keep your account/login details confidential and secure, including your user details, passwords and any other piece of information that forms part of our security procedures, and you will not disclose these to anyone else. You will contact support@onlyfans.com promptly if you believe someone has used or is using your account without your permission or if your account has been subject to any other breach of security. You also agree to ensure that you log out of your account at the end of each session, and to be particularly careful when accessing your account from a public or shared computer so that others are not able to access, view or record your password or other personal information.

f. You are responsible for all activity on your account even if, contrary to the Terms of Service, someone else uses your account.

g. You will comply in full with these Terms of Use for all Users, our Acceptable Use Policy and all other parts of the Terms of Service which apply to your use of OnlyFans.

8. **Rights we have, including to suspend or terminate your account:**

a. We can but we are not obligated to moderate or review any of your Content to verify compliance with the Terms of Service (including, in particular, our Acceptable Use Policy) and/or any applicable law.

b. It is our policy to suspend access to any Content you post on OnlyFans which we become aware may not comply with the Terms of Service (including, in particular, our Acceptable Use Policy) and/or any applicable law whilst we investigate the suspected non-compliance or unlawfulness of such Content. If we suspend access to any of your Content, you may request a review of our decision to suspend access to the relevant Content by contacting us at support@onlyfans.com. Following our investigation of the suspected non-compliance or unlawfulness of the relevant Content, we may take any action we consider appropriate, including to reinstate access to the Content or to permanently remove or disable access to the relevant Content without needing to obtain any consent from you and without giving you prior notice. You agree that you will at your own cost promptly provide to us all reasonable assistance (including by providing us with copies of any information which we request) in our investigation. We will not be responsible for any loss suffered by you arising from the suspension of access to your Content

or any other steps which we take in good faith to investigate any suspected non-compliance or unlawfulness of your Content under this section.

c.  If we suspend access to or delete any of your Content, we will notify you via email or electronic message to your OnlyFans account, but we are not obligated to give you prior notice of such removal or suspension.

d.  We reserve the right in our sole discretion to terminate your agreement with us and your access to OnlyFans for any reason by giving you 30 days' notice by email or electronic message to your OnlyFans account. We can also suspend access to your User account or terminate your agreement with us and your access to OnlyFans immediately and without prior notice:

  ▪  if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service (including in particular our Acceptable Use Policy), or if you attempt or threaten to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User; or

  ▪  if you take any action that in our opinion has caused or is reasonably likely to cause us to suffer a loss or that otherwise harms the reputation of OnlyFans.

  If we suspend access to your User account or terminate your agreement with us and your access to OnlyFans we will let you know. During any period when access to your User account is suspended, any Fan Payments which would otherwise have fallen due during the period of suspension will be suspended, and we may withhold all or any part of the Creator Earnings due to you but not yet paid out in accordance with section 13 of the Terms of Use for Creators.

e.  Upon termination of your account, we may deal with your Content in any appropriate manner in accordance with our Privacy Policy (including by deleting it) and you will no longer be entitled to access your Content. There is no technical facility on OnlyFans for you to be able to access your Content following termination of your account.

f.  We can investigate any suspected or alleged misuse, abuse, or unlawful use of OnlyFans and cooperate with law enforcement agencies in such investigation.

g.  We can disclose any information or records in our possession or control about your use of OnlyFans to law enforcement agencies in connection with any law enforcement investigation of any suspected or alleged illegal activity, to protect our rights or legal interests, or in response to legal process.

h.  We can change the third-party payment providers used to process payments on OnlyFans and if we do so, we will notify you and store applicable details on your OnlyFans account.

i. Other than Content (which is owned by or licensed to Creators), all rights in and to OnlyFans and its entire contents, features, databases, source code and functionality, are owned by us and/or our licensors. Such material is protected by copyright, and may be protected by trademark, trade secret, and other intellectual property laws.

j. We are the sole and exclusive owners of any and all anonymised data relating to your use of OnlyFans and such anonymised data can be used by us for any purpose, including for commercial, development and research purposes.

9. **What we are not responsible for:** We will use reasonable care and skill in providing OnlyFans to you, but there are certain things which we are not responsible for, as follows:

a. We do not authorize or approve Content on OnlyFans, and views expressed by Creators or Fans on OnlyFans do not necessarily represent our views.

b. We do not grant you any rights in relation to Content. Any such rights may only be granted to you by Creators.

c. Your Content may be viewed by individuals that recognise your identity. We will not in any way be responsible to you if you are identified from your Content. While we may, from time to time and in our sole discretion, offer certain geofencing or geolocation technology on OnlyFans, you understand and agree that we do not guarantee the accuracy or effectiveness of such technology, and you will have no claim against us arising from your use of or reliance upon any geofencing or geolocation technology on OnlyFans.

d. All Content is created, selected, and provided by Users and not by us. We are not responsible for reviewing or moderating Content, and we do not select or modify the Content that is stored or transmitted via OnlyFans. We are under no obligation to monitor Content or to detect breaches of the Terms of Service (including the Acceptable Use Policy).

e. You agree that you have no obligation to follow any suggestions, comments, reviews, or instructions received from another User of OnlyFans and that if you choose to do so, you do so entirely at your own risk.

f. We make no promises or guarantees of any kind that Creators or Referring Users will make a particular sum of money (or any money) from their use of OnlyFans (including the OnlyFans Referral Program).

g. The materials which we make accessible on OnlyFans for Users are for general information only. We make no promises or guarantees about the accuracy or otherwise of such materials, or that Users will achieve any particular result or outcome from using such materials.

h. We do not promise that OnlyFans is compatible with all devices and operating systems. You are responsible for configuring your information technology, device, and computer programs to access OnlyFans. You should use your own virus protection software.

i. We are not responsible for the availability of the internet, or any errors in your connections, device or other equipment, or software that may occur in relation to your use of OnlyFans.

j. While we try to make sure that OnlyFans is secure and free from bugs and viruses, we cannot promise that it will be and have no control over the Content that is supplied by Creators.

k. We are not responsible for any lost, stolen, or compromised User accounts, passwords, email accounts, or any resulting unauthorized activities or resulting unauthorized payments or withdrawals of funds.

l. You acknowledge that once your Content is posted on OnlyFans, we cannot control and will not be responsible to you for the use which other Users or third parties make of such Content. You can delete your account at any time, but you acknowledge that deleting your account will not of itself prevent the circulation of any of your Content which may have been recorded by other Users in breach of the Terms of Service or by third parties prior to the deletion of your account.

10. **Intellectual property rights – ownership and licenses:**

a. You confirm that you own all intellectual property rights (examples of which are copyright and trademarks) in your Content or that you have obtained all necessary rights to your Content which are required to grant licenses in respect of your Content to us and to other Users. This includes any rights required to engage in the acts covered by sub-section **10(b)** below in any territory in which OnlyFans is accessible and, in particular, in the United States of America, the United Kingdom and the European Union.

b. You agree to grant us a license under all your Content to perform any act restricted by any intellectual property right (including copyright) in such Content, for any purpose reasonably related to the provision and operation of OnlyFans. Such acts include to reproduce, make available and communicate to the public, display, perform, distribute, translate, and create adaptations or derivative works of your Content, and otherwise deal in your Content.

c. The license which you grant to us under sub-section **10(b)** above is perpetual, non-exclusive, worldwide, royalty-free, sublicensable, assignable and transferable by us. This means that the license will continue even after your agreement with us ends and you stop using OnlyFans, that we do not have to pay you for the license, and that we can grant a sub-license of your Content to someone else or assign or transfer the license to someone else. This license will allow us, for example, to add stickers, text, and watermarks to your Content, to make your

Content available to other Users of OnlyFans, as well as to use your Content for other normal operations of OnlyFans. We will never sell your Content to other platforms, though we may sell or transfer any license you grant to us in the Terms of Service in the event of a sale of our company or its assets to a third party.

d. Whilst we do not own your Content, you grant us the limited right to submit notifications of infringement (including of copyright or trademark) on your behalf to any third-party website or service that hosts or is otherwise dealing in infringing copies of your Content without your permission. Although we are not under any obligation to do so, we may at any time submit or withdraw any such notification to any third-party website or service where we consider it appropriate to do so. However, we do not and are under no obligation to police infringements of your Content. You agree that if we request, you will provide us with all consents and other information which we reasonably need to submit notifications of infringement on your behalf. Please see our Complaints Policy for how to make a complaint about infringement of intellectual property rights.

e. You waive any moral rights which you may have under any applicable law to object to derogatory treatment of any Content posted by you on OnlyFans. This waiver does not affect in any way your ownership of any intellectual property rights in your Content or the rights which you have to prevent your Content from being copied without your permission. The waiver is intended to allow us when dealing with your Content (as permitted by the license which you give us in section **10(b)** above) to add watermarks, stickers or text to your Content.

11. **Twitter:** Users have the facility to connect an active Twitter account to their OnlyFans account and to share certain Content in the form of OnlyFans posts to Twitter using the share feature. If you use this feature, you must fully comply with Twitter's terms of service from time to time in respect of any Content shared in this way.

12. **Linking to and from OnlyFans:**

    a. Links to OnlyFans:

        ▪ You may link to the OnlyFans homepage, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval, or endorsement on our part.

        ▪ If you are a Creator, when promoting your Creator account you must comply with our Terms of Service and the terms of service of any other website where you place a link to or otherwise promote your Creator account. When promoting your Creator account, you must not impersonate OnlyFans or give the impression that your Creator account is being promoted by us if this is not the case. You must not promote your OnlyFans account by using Google Ads or any similar advertising platform or search engine advertising service.

b. Links from OnlyFans: If OnlyFans contains links to other sites and resources provided by third parties, these links are provided for your convenience only. Such links should not be interpreted as approval by us of those linked websites or information you may obtain from them. We have no control over the contents of those sites or resources and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third-party websites linked to OnlyFans, you do so entirely at your own risk and subject to the terms and conditions of use for such websites.

c. Domain Names: In some instances, OnlyFans may allow Creators to register or use domain names that contain the OnlyFans trademark or a confusingly similar term. However, you will not register such a domain name, unless:

- The domain name is registered by the Creator.

- The domain name redirects to the Creator's OnlyFans profile. Domain names containing the OnlyFans trademark or a confusingly similar term must not direct to any other website, including link aggregators.

- The Creator obtains prior written permission from OnlyFans and signs a licensing agreement.

If you would like to register a domain name containing the OnlyFans trademark or a confusingly similar term, please contact support@onlyfans.com. Failing to comply with these provisions or the licensing agreement will be considered a violation of the licensing agreement and may result in OnlyFans filing a domain dispute against the registrant.

13. **How do I delete my account?** If you want to delete your OnlyFans account then you may do so in the 'User Account' section of your OnlyFans account.

a. If you are a Fan, the deletion of your account will take place within a reasonable time following your request.

b. If you are a Creator, then once you initiate the "**delete account**" process your account will remain open until the last day of your Fans' paid Subscription period, following which you will receive your final payment and your account will be deleted.

c. If you are both a Fan and a Creator then your account will be deleted in two stages (Fan first and then Creator).

d. Once your account has been deleted you won't be charged any further amounts or have access to your former OnlyFans account or its Content, and any subscriptions will be deleted and cannot be subsequently renewed. You will receive an email confirmation upon the successful deletion of your account. Once your account has been deleted, we may deal with your Content in any appropriate manner in accordance with our Privacy Policy (including by deleting it) and you

will no longer be entitled to access your Content. There is no technical facility on OnlyFans for you to be able to access your Content following termination of your account.

14. **Who is responsible for any loss or damage suffered by you?**

   a. <u>Whether you are a consumer or business User:</u> We do not exclude or limit in any way our liability to you where it would be unlawful to do so. This includes (i) liability for death or personal injury caused by our negligence or the negligence of our employees, agents or subcontractors, and (ii) fraud or fraudulent misrepresentation.

   b. <u>If you are a consumer User:</u> If you are a consumer User, you agree that:

      ▪ We and our subsidiary companies, employees, owners, representatives, and agents will not be liable to you for any loss of profit, loss of business or revenue, business interruption, loss of business opportunity, or loss of anticipated savings suffered by you arising from or in connection with your use of OnlyFans.

      ▪ If you are a consumer User and reside in the United States of America, our total liability to you for claims arising out of or related to your agreement with us shall be limited to USD 250 per claim.

   c. <u>If you are a business User:</u> If you are a business User, you agree that:

      ▪ We and our subsidiary companies, employees, owners, representatives, and agents:

         ▪ exclude (to the extent permitted by law) all implied conditions, warranties, representations, or other terms that may apply to OnlyFans or any content on it. This means that if the Terms of Service do not expressly include a promise or commitment by us, then one cannot be implied by law;

         ▪ are not responsible to you for any loss or damage suffered by you that is not a foreseeable result of our breaching the Terms of Service or our failing to use reasonable care and skill. Loss or damage is foreseeable if either it is obvious that it will happen or if, at the time you agreed to the Terms of Service, both we and you knew it might happen;

         ▪ won't be liable to you for any loss or damage, whether in contract, tort (including negligence), breach of statutory duty, or otherwise, even if foreseeable, arising out of or in connection with:

            ▪ your inability to use OnlyFans or any of its services, features or programs; or

> ■ your use of or reliance on any content (including Content) stored on OnlyFans;

■ won't be liable to you for any:

    a.  loss of profits;

    b.  loss of sales, business, or revenue;

    c.  business interruption;

    d.  loss of anticipated savings;

    e.  loss of business opportunity, goodwill or reputation;

    f.  loss of data or information, including any Content; or

    g.  indirect or consequential loss or damage;

■ won't be liable to you for any loss or damage caused by a distributed denial-of-service attack, virus, malware, ransomware, or other technologically harmful material that may infect your computer equipment, computer programs, data, or other proprietary material due to your use of OnlyFans or any of its services, features or programs, or due to your downloading of any material posted on it, or on any website linked to it;

■ won't be liable to you if your Content is copied, distributed, reposted elsewhere or its copyright is infringed by another User or any third party;

■ won't be liable to you for any disclosure of your identity, or any disclosure or publication of your personal information by other Users or third parties without your consent (also known as "**doxing**");

■ won't be liable to you for any failure or delay by us in complying with any part of the Terms of Service arising from events outside our reasonable control. If there is any failure or delay by us in complying with any part of the Terms of Service arising from an event outside our reasonable control then we will contact you as soon as possible to let you know and we will take steps to minimise the effect of the delay.

■ Our total liability to you for any and all claims arising out of or related to your agreement with us, whether in contract, tort (including negligence), breach of statutory duty, or otherwise shall be limited to the greater of:

    ■ 100% of the total fees paid by you to us in connection with your use of OnlyFans; and

■  USD 5,000.

15.    **General:** You agree that:

a.  If any aspect of your agreement with us is unenforceable, the rest will remain in effect.

b.  If we fail to enforce any aspect of your agreement with us, it will not be a waiver;

c.  We reserve all rights not expressly granted to you.

d.  No implied licenses or other rights are granted to you in relation to any part of OnlyFans, save as expressly set out in the Terms of Service.

e.  Your agreement with us does not give rights to any third parties, except that the exclusions and limitations of liability in section **14** (Who is responsible for any loss or damage suffered by you?) and the terms in section **16** ( Terms relating to disputes) may be enforced by our subsidiary companies, employees, owners, representatives and agents.

f.  You cannot transfer your rights or obligations under your agreement with us without our prior written consent.

g.  Our rights and obligations under your agreement with us can be assigned or transferred by us to others. For example, this could occur if our ownership changes (as in a merger, acquisition, or sale of assets) or by law. In addition, we may choose to delegate the performance of any of our obligations under your agreement with us to any third party, but we will remain responsible to you for the performance of such obligations.

h.  The Terms of Service form the entire agreement between us and you regarding your access to and use of OnlyFans, and supersede any and all prior oral or written understandings or agreements between us and you.

16.    **Terms relating to disputes – the law which applies to your agreement with us and where disputes and claims concerning your use of OnlyFans (including those arising from or relating to your agreement with us) can be brought:**

a.  <u>For consumers (Fans):</u>

■  <u>Consumers - Law:</u>

■  If you are a consumer, your agreement with us is governed by English law and English law will apply to (i) any claim that you have arising out of or in connection with your agreement with us or your use of OnlyFans, and (ii) any claim that we have against you that arises out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual disputes or claims). You will also be able to rely on mandatory rules of the law of the country where you live.

- ▪ <u>Consumers - where claims must be brought:</u>

  - ▪ If you are a consumer resident in the United Kingdom or the European Union, any claim which you have or which we have aris-ing out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual dis-putes or claims) may be brought in the courts of England and Wales or the courts of the country where you live.

  - ▪ If you are a consumer resident <u>outside</u> of the United Kingdom or the European Union, any claim which you have or which we have arising out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases, non-contractual disputes or claims) must be brought in the courts of England and Wales.

b. <u>For business Users (Creators and Referring Users):</u>

- ▪ <u>Business Users – Law:</u>

  - ▪ If you are a business User, your agreement with us is governed by English law and English law will apply to (i) any claim that you have arising out of or in connection with your agreement with us or your use of OnlyFans, and (ii) any claim that we have arising out of or in connection with your agreement with us or your use of OnlyFans (including, in both cases non-contractual disputes or claims), without regard to conflict of law provisions.

- ▪ <u>Business Users - where claims must be brought:</u>

  - ▪ If you are a business User, you and we agree that the courts of England and Wales shall have exclusive jurisdiction to resolve any dispute or claim (including non-contractual disputes or claims) which you have or which we have arising out of or in con-nection with your agreement with us (including its subject matter or formation) or your use of OnlyFans.

c. <u>Limitation period for bringing claims:</u> Except where prohibited by applicable law, any claim or cause of action which you have concerning OnlyFans (including those arising out of or related to your agreement with us) must be filed within one year after the date on which such claim or cause of action arose or the date on which you learned of the facts giving rise to the cause of action (whichever is the earlier), or be forever barred.

17. **Other terms which form part of your agreement with us:** These Terms of Use for all Users govern your agreement with us. Certain other terms or policies forming part of the Terms of Service will also apply to you and form part of your agreement with us, as follows:

a. Terms of Use for Fans – which contain additional terms which apply if you use OnlyFans as a Fan;

b. Terms of Use for Creators – which contain additional terms which apply if you use OnlyFans as a Creator;

c. Privacy Policy – which applies to all Users and tells you how we use your personal data and other information we collect about you;

d. Acceptable Use Policy – which applies to all Users and tells you what you can and can't do on OnlyFans;

e. Referral Program Terms – which outline the terms that apply if you participate in the OnlyFans Referral Program;

f. Complaints Policy - which sets out the procedure for making a complaint about any aspect of OnlyFans, and how we will deal with that complaint;

g. Platform to Business Regulation Terms – which contain additional terms which apply to Creators who are established or resident in the European Union or the United Kingdom; and

h. Our Community Guidelines – which provide additional terms and guidance regarding your interactions with OnlyFans.

If there is any conflict between these Terms of Use for all Users and any of the terms or policies listed at section **17(a)** to (**h**) above, the Terms of Use for all Users will apply to the extent of the conflict.

Last updated: December 2021

## TERMS OF USE FOR FANS

**BY USING OUR WEBSITE AS A FAN YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY**

1. **Introduction:** These Terms of Use for Fans are additional terms which apply if you use OnlyFans as a Fan (also referred to as "**you**" and "**your**" in these Terms of Use for Fans). These Terms of Use for Fans form part of your agreement with us.

2. **Interpretation:** In these Terms of Use for Fans, defined terms have the same meanings given to them in the Terms of Use for all Users. In addition:

a. "**VAT**" means United Kingdom value added tax and any other tax imposed in addition to or in substitution for it at the rate from time to time imposed and any equivalent or similar governmental, state, federal, provincial, or municipal indirect tax, charge, duty, impost or levy in any other jurisdiction; and

  b. "**Tax**" shall include all forms of tax and statutory, governmental, state, federal, provincial, local government or municipal charges, duties, imposts, contributions, levies, withholdings or liabilities wherever chargeable and whether of the UK or any other jurisdiction.

3. **Other terms which will apply to your use of OnlyFans:** The following terms will also apply to your use of OnlyFans and you agree to them:

  a. Our Terms of Use for all Users;

  b. Our Privacy Policy – which tells you how we use your personal data and other information we collect about you;

  c. Our Acceptable Use Policy – which tells you what you can and can't do on OnlyFans;

  d. Our Complaints Policy – which sets out the procedure for making a complaint about any aspect of OnlyFans, and how we will deal with that complaint;

  e. The Standard Contract between Fan and Creator – which does not form part of your agreement with us, but which governs and sets out the terms applicable to each Fan/Creator Transaction you enter into on OnlyFans; and

  f. Our Community Guidelines – which provide additional terms and guidance regarding your interactions with OnlyFans.

4. **Other terms which may apply to your use of OnlyFans:** The following additional terms may apply to your use of OnlyFans:

  a. If you are also a Creator, the Terms of Use for Creators will apply to your use of OnlyFans as a Creator;

  b. If you are a Creator who is established or resident in the European Union or the United Kingdom, then the Platform to Business Regulation Terms will also apply to you; and

  c. If you participate in the OnlyFans referral program, the Referral Program Terms will apply to your use of the OnlyFans Referral Program.

5. **Your commitments to us:** You warrant (which means you make a legally enforceable promise) that:

  a. you are at least 18 years old;

  b. if the laws of the country or State/province where you live provide that you can only be legally bound by a contract at an age which is higher than 18 years old, then you are old enough to be legally bound by a contract under the laws of the country or State/province where you live;

  c. you will provide such other information or verification records as we require.

    d.  you are permitted by the laws of the country or State/province where you are located to join OnlyFans and to view any Content available on it and to use any functionality provided by it; and

    e.  you are able and willing to make payment (where required) to view Content available on OnlyFans which you wish to view and to use any functionality provided by OnlyFans that you wish to use.

6.   **Content - general terms:** In addition to the terms set out elsewhere in the Terms of Service (in particular in our Acceptable Use Policy), the following terms apply to the Content posted, displayed, uploaded or published by you as a Fan on OnlyFans:

    a.  You warrant (which means that you make a legally enforceable promise to us) that for each item of Content which you post, display, upload or publish on OnlyFans:

        i.  the Content complies in full with the Terms of Service (and in particular our Acceptable Use Policy);

        ii.  you either own your Content (and all intellectual property rights in it) or have a valid license to your Content; and

        iii.  if your Content includes or uses any third-party material, you have secured all rights, licenses, written consents and releases that are necessary for the use of such third-party property in your Content and for the subsequent use and exploitation of that Content on OnlyFans.

    b.  You agree that you will be liable to us and indemnify us if any of the warranties at section **6(a)** is untrue. This means you will be responsible for any loss or damage we suffer as a result of any warranty being untrue.

    c.  We are not responsible for and do not endorse any aspect of any Content posted by you or any other User of OnlyFans. We do not have any obligation to monitor any Content and have no direct control over what your Content may comprise.

7.   **Adult material:** You acknowledge that you are aware that some of the Content on OnlyFans contains adult material, and you agree to take this into account when deciding where to access and view Content. We will not be responsible to you if you suffer any loss or damage as a result of your accessing or viewing Content containing adult material in a way which places you in breach of any contract you have with a third party (for example, your employment contract) or in breach of any applicable law.

8.   **Subscriptions and purchases by Fans:** This section describes the terms which apply to Fan/Creator Transactions:

    a.  All Fan/Creator Transactions are contracts between Fans and Creators on the terms of the Standard Contract between Fan and Creator. Although we facilitate Fan/Creator Transactions by providing the OnlyFans platform and storing

Content we are not a party to the Standard Contract between Fan and Creator or any other contract which may exist between a Fan and Creator, and are not responsible for any Fan/Creator Transactions.

b.  Creators are solely responsible for determining (within the parameters for pricing on OnlyFans) the pricing applicable to Fan/Creator Transactions and the Content to which you may be given access. All prices appear in USD only.

c.  Fan Payments are exclusive of VAT, which shall be added at the current rate as applicable to Fan Payments.

d.  To be able to enter into a Fan/Creator Transaction with a particular Creator, you must first add a payment card to your account and then click the 'Subscribe' button on the relevant Creator's profile.

e.  You authorize us and our subsidiary companies to supply your payment card details to a third-party payment provider for the purpose of processing your Fan Payment. All Fan Payments will be charged in USD. Your payment card provider may charge you currency conversion fees. We do not have control over currency exchange rates or charges imposed by your payment card provider or bank and we and our subsidiary companies will not be responsible for paying any charges or fees imposed by your payment card provider or bank.

f.  If you choose to provide details of two or more payment cards, then if you try to make a Fan Payment from the first card and the card is rejected for any reason, then the other payment card will be used to collect the full Fan Payment.

g.  The payment provider will take (i) periodic payments from your payment card for Fan Payments which are Subscriptions; and (ii) immediate payments from your payment card for Fan Payments other than Subscriptions (including any tips paid by you to a Creator). You authorize and consent to each of these payments being debited using your supplied payment card details.

h.  Apart from free-trial Subscriptions, all Subscriptions to a Creator's profile will automatically renew at the end of the relevant subscription period, except if your payment card is declined, the subscription price for the Subscription has increased, or you have turned off the "Auto-Renew" switch located on the relevant Creator's profile. This means that if you want to stop subscribing to a Creator's profile and paying continuing monthly subscription charges, you will need to turn off the "Auto-Renew" switch located on the relevant Creator's profile.

i.  If you cancel a Subscription you will continue to be permitted to view the relevant Creator's Content until the end of the subscription period in which you cancelled, after which no further payments will be taken from your payment card in respect of subscriptions to that Creator's profile (unless you choose to pay for a new Subscription to that Creator's profile), and you will no longer be able to view the relevant Creator's Content.

j. You agree that you will not make unjustified requests for a refund in respect of any Fan/Creator Transaction or tip to a Creator, or unjustified chargeback requests of your payment card provider in relation to any Fan/Creator Transaction or tip to a Creator. If we consider that any request for a refund or chargeback request was made by you in bad faith, we have the right to suspend or delete your User account.

k. Wallet credits: You can prepay an amount on OnlyFans (known as "Wallet Credits") which you can later use to make Fan Payments. Purchases on OnlyFans cannot be divided - if you attempt a purchase that costs more than the total amount of your remaining Wallet Credits, your payment card will be charged the full amount for that purchase. Wallet Credits are subject to a maximum amount as determined by us from time to time. Interest will not accrue on Wallet Credits. Wallet Credits are non-refundable, which means that you are not entitled to a refund of any unused Wallet Credits.

9. **Suspension of your User account:** If we suspend your User account in accordance with our rights under the Terms of Service, then any Fan Payments which would otherwise have fallen due during the period of suspension of your User account will be suspended during the period of the suspension of your User account.

Last updated: December 2021

## TERMS OF USE FOR CREATORS

**BY USING OUR WEBSITE AS A CREATOR YOU AGREE TO THESE TERMS – PLEASE READ THEM CAREFULLY**

1. **Introduction:** These Terms of Use for Creators are additional terms which apply if you use OnlyFans as a Creator (also referred to as "you" and "your" in these Terms of Use for Creators). These Terms of Use for Creators form part of your agreement with us.

2. **Interpretation:** In these Terms of Use for Creators, defined terms have the same meanings given to them in the Terms of Use for all Users. In addition:

   a. "**VAT**" means United Kingdom value added tax and any other tax imposed in addition to or in substitution for it at the rate from time to time imposed and any equivalent or similar governmental, state, federal, provincial, or municipal indirect tax, charge, duty, impost or levy in any other jurisdiction; and

   b. "**Tax**" shall include all forms of tax and statutory, governmental, state, federal, provincial, local government or municipal charges, duties, imposts, contributions, levies, withholdings or liabilities wherever chargeable and whether of the UK or any other jurisdiction.

3. **Other terms which will apply to your use of OnlyFans:** The following terms will also apply to your use of OnlyFans and you agree to them:

a. Our Terms of Use for all Users;

b. Our Privacy Policy – which tells you how we use your personal data and other information we collect about you;

c. Our Acceptable Use Policy – which tells you what you can and can't do on OnlyFans;

d. Our Complaints Policy – which sets out the procedure for making a complaint about any aspect of OnlyFans, and how we will deal with that complaint;

e. The Standard Contract between Fan and Creator – which does not form part of your agreement with us, but which governs and sets out the terms applicable to each Fan/Creator Transaction you enter into on OnlyFans; and

f. Our Community Guidelines – which provide additional terms and guidance regarding your interactions with OnlyFans.

4. **Other terms which may apply to your use of OnlyFans:** The following additional terms may apply to your use of OnlyFans:

a. If you are established or resident in the European Union or the United Kingdom, then the Platform to Business Regulation Terms will also apply to you;

b. If you are also a Fan, the Terms of Use for Fans will also apply to your use of OnlyFans as a Fan; and

c. If you participate in the OnlyFans Referral Program, the Referral Program Terms will apply to your use of the OnlyFans Referral Program.

5. **What are the fees that we charge Creators for the use of OnlyFans?** We charge a fee to you of twenty per cent (20%) of all Fan Payments made to you (exclusive of any VAT element of the Fan Payment) (called **Our Fee**. The remaining eighty per cent (80%) of the Fan Payment (exclusive of any VAT element of the Fan Payment) is payable to you (called "**Creator Earnings**"). Our Fee includes the costs of providing, maintaining and operating OnlyFans and storing your Content. Our Fee is deducted from the Fan Payment, and Creator Earnings are paid to you in the way described in the Payouts to Creators section below.

6. **How to set up your account as a Creator account:** To set up your account as a Creator account:

a. You will need on your User account page to upload a valid form of ID and two photos of you in accordance with the requirements set out here.

b. You will need on your User account page to add a bank account or payment details of your bank account or a payment method.

c. You will need on your User account page to select one of the available methods provided by OnlyFans as to how your Creator Earnings will be transferred to you. These methods are called **Payout Options**.

d. If you are registered for VAT in the UK, you will need to provide us with your valid UK VAT number. See the Promoting Tax compliance and VAT section of these Terms of Use for Creators in relation to UK VAT.

e. You may also need to submit additional information depending on the country where you live.

f. We may ask you for additional age or identity verification information at any time. We may reject your application to set up a Creator account for any reason, including the reasons stated here.

g. Once you have set up your account as a Creator account, then if you want to charge your Fans a monthly subscription fee you will need to set your subscription price for your Fans within the range allowed by OnlyFans as set out here.

h. You will then be able to start adding Content and Users will be able to subscribe to your account to become your Fans.

i. If you lose access to your account, you can reset your password, but you will need to know the email address used to set up the account to do so. If you do not recall the email address used to set up the account, we may require you to provide identification documents and photos and any additional evidence we may reasonably require to prove your identity.

7. **Personal legal responsibility of Creators:** Only individuals can be Creators. Every Creator is bound personally by the Terms of Service. If you have an agent, agency, management company or other third party which assists you with the operation of your Creator account (or operates it on your behalf), this does not affect your personal legal responsibility. Our relationship is with you, and not with any third party, and you will be legally responsible for ensuring that all Content posted and all use of your account complies with the Terms of Service.

8. **Fan/Creator Transactions:** This section describes the terms which apply to Fan/Creator Transactions:

a. All Fan/Creator Transactions are contracts between Fans and Creators on the terms of the Standard Contract between Fan and Creator. Although we facilitate Fan/Creator Transactions by providing the OnlyFans platform and storing Content, we are not a party to the Standard Contract between Fan and Creator or any other contract which may exist between a Fan and Creator, and are not responsible for any Fan/Creator Transaction.

b. Fan Payments are exclusive of VAT, which shall be added at the current rate as applicable to Fan Payments.

c. When you receive confirmation from OnlyFans, either in the 'Statements' page of your User account or by email (or both), that the Fan/Creator Transaction has been confirmed, you must perform your part of such Fan/Creator Transaction (for example, by allowing the Fan to view the Content on your Creator account and/or providing the customised Content paid for by the Fan and/or allowing the Fan to use the fan interaction function paid for (as applicable)). You agree that you will indemnify us for any breach by you of this obligation (which means you will be responsible for any loss or damage (including loss of profit) we suffer as a result of you failing to comply with this obligation).

9. **Content – general terms:** In addition to the terms set out elsewhere in the Terms of Service (in particular in our Acceptable Use Policy), the following terms apply to the Content posted, displayed, uploaded or published by you as a Creator on OnlyFans:

a. Your Content is not confidential, and you authorize your Fans to access and view your Content on OnlyFans for their own lawful and personal use, and in accordance with any licenses that you grant to your Fans.

b. You warrant (which means that you make a legally enforceable promise to us) that for each item of Content which you post, display, upload or publish on OnlyFans:

   i. the Content complies in full with the Terms of Service (and in particular our Acceptable Use Policy);

   ii. you hold all rights necessary to license and deal in your Content on OnlyFans, including in each territory where you have Fans and in the United Kingdom;

   iii. you either own your Content (and all intellectual property rights in it) or have a valid license to offer and supply your Content to your Fans;

   iv. if your Content includes or uses any third-party material, you have secured all rights, licenses, written consents and releases that are necessary for the use of such third-party property in your Content and for the subsequent use and exploitation of that Content on OnlyFans; and

   v. the Content is:

      1. of satisfactory quality, taking account of any description of the Content, the price, and all other relevant circumstances including any statement or representation which you make about the nature of the Content on your account or in any advertising;

      2. reasonably suitable for any purpose which the Fan has made known to you is the purpose for which the Fan is using the Content; and

      3. as described by you.

c. You agree that you will be liable to us and indemnify us if any of the warranties at section 9(b) is untrue. This means you will be responsible for any loss or damage (including loss of profit) we suffer as a result of any of the warranties being untrue.

d. We are not responsible for and do not endorse any aspect of any Content posted by you or any other User of OnlyFans. We do not have any obligation to monitor any Content and have no direct control over what your Content may comprise.

e. You also agree to act as custodian of records for the Content that you upload to OnlyFans.

10. **Advertising on OnlyFans:**

a. If you post or upload video Content to your Creator account which is designed to promote, directly or indirectly, a third-party goods, services or image in return for payment, other valuable consideration, or self-promotional purposes (including advertising, sponsorship, and product placement) (together "Advertising Content"), then you must comply with the requirements set out in sections 10(b) and (c) of these Terms of Use for Creators.

b. Requirements – Advertising Content: You must ensure that any Advertising Content which you post to your Creator account:

   i. does not:

      1. prejudice respect for human dignity;

      2. include or promote discrimination based on sex, racial or ethnic origin, nationality, religion or belief, disability, age or sexual orientation;

      3. encourage behaviour prejudicial to health or safety;

      4. encourage behaviour grossly prejudicial to the protection of the environment;

      5. cause physical, mental or moral detriment to any person;

      6. directly urge persons to purchase or rent goods or services in a manner which exploits their inexperience or credulity;

      7. directly encourage persons to persuade others to purchase or rent goods or services;

      8. exploit the trust of persons in others; or

      9. unreasonably show persons in dangerous situations;

   ii. does not advertise cigarettes and other tobacco products, electronic cigarettes and electronic cigarette refill containers, illegal drugs, or any prescrip-

tion-only medicine;

    iii.   does not advertise, promote, or facilitate illegal gambling, and

    iv.   in respect of any Advertising Content for alcoholic drinks, is not aimed at minors and does not encourage immoderate consumption of alcohol.

c.   Transparency requirement - Advertising Content: You must declare that any Advertising Content which you post or upload to OnlyFans contains advertising by including the signifier **#ad** in the caption to the Advertising Content before posting or uploading.

## 11.   Co-authored Content:

a.   If you upload Content to your Creator account which shows anyone else other than or in addition to you (even if that person cannot be identified from the Content) ("Co-Authored Content"), you warrant (which means you make a legally enforceable promise to us) that each individual shown in any Co-Authored Content uploaded to your account is i) a Creator on OnlyFans; or ii) a consenting adult, and that you have verified the identity and age of each such individual and will provide supporting documents as we may request in our discretion.

b.   You further warrant that you have obtained and keep on record written consent from each individual shown in your Co-Authored Content that such individual:

    i.   has given his or her express, prior and fully informed consent to his or her appearance in the Co-Authored Content; and

    ii.   has consented to the Co-Authored Content in which he or she appears being posted on OnlyFans.

c.   In addition to the confirmations in sections **11(a)** and **(b)** above, you agree that if you upload Co-Authored Content where the other person or people appearing in the Content maintain a Creator account on OnlyFans, you will tag the OnlyFans account(s) of any person or people appearing in the Co-Authored Content who can be identified from it.

d.   If any Co-Authored Content is a work of joint authorship, you are solely responsible for obtaining any required licenses or consents from any other joint authors of the Content which are sufficient to permit such Content to be uploaded to and made available on OnlyFans.

e.   You agree that we will only arrange for Creator Earnings to be paid to the account of the Creator to which the Co-Authored Content is uploaded. The Creator who uploaded the Co-Authored Content is solely responsible for dividing and distributing any revenue generated from the Co-Authored Content between the individuals shown in such Co-Authored Content. Any such revenue-sharing agreement shall be an independent, private agreement between you and such individual(s), and we are not responsible for providing or enforcing any such

agreements. You understand and agree that you are not entitled to any Creator Earnings earned on any Co-Authored Content in which you appear but which is posted on another Creator's account. If you post Co-Authored Content on your account, we may require you to provide valid and complete legal information for all individuals which appear in the Co-Authored Content. If you fail to provide any information requested by us upon our request, we may delete the Co-Authored Content, restrict your rights and permissions to post as a Creator, terminate your account, and/or withhold all or any portion of Creator Earnings earned but not yet paid out to you.

f.  You agree to release us from and not to make any claims against us arising from Co-Authored Content. You agree that all claims arising from Co-Authored Content shall be made against the Creator(s) who posted Co-Authored Content or the individual(s) who appeared in the Co-Authored Content (as applicable).

12.  **Payouts to Creators:**

a.  All Fan Payments will be received by a third-party payment provider approved by us.

b.  If you have chosen the Stripe Payout Option, Stripe will collect the Fan Payment and pay the Creator Earnings to your bank account.

c.  Where Stripe is not the Payout Option chosen by you, Our Fee will be deducted from the Fan Payment received and your Creator Earnings will be held by us or one of our subsidiary companies on your behalf.

d.  Your OnlyFans account will be updated within a reasonable time with your Creator Earnings. Your Creator Earnings will become available for withdrawal by you from your OnlyFans account once such Creator Earnings appear in your OnlyFans account.

e.  To make a withdrawal of Creator Earnings from your OnlyFans account, you must have at least the minimum payout amount in your OnlyFans account. Please click on the Banking page on your account to see what the minimum payout amount is for your country of residence and Payout Option.

f.  The amount that you see in your 'current balance' in your OnlyFans account is your Creator Earnings at the relevant time. All Fan Payments and Creator Earnings are transacted in USD only. If you have chosen the "Stripe" Payout Option then the Fan Payments and Creator Earnings figures will be reflected in your local currency, at an exchange rate controlled by Stripe. Your bank may charge you currency conversion or transfer fees to receive the money. Additionally, your e-wallet company may charge you a fee for accessing the money. We do not have control over currency exchange rates or charges imposed by your bank or your e-wallet company, and we and our subsidiary companies will not be responsible for paying any charges imposed by your bank or your e-wallet company.

g. If a Fan successfully seeks a refund or chargeback from their credit card provider in respect of a Fan Payment made to you, we may investigate and may decide to deduct from your account an amount equal to the Creator Earnings earned by you on the charged-back or refunded amount.

h. Except for Payout Options involving payment by direct bank transfer, we do not store any data disclosed by you when you register your Payout Options with a third-party payment provider.

13. **Circumstances in which we may withhold Creator Earnings:**

a. We may withhold all or any part of the Creator Earnings due to you but not yet paid out:

   i. if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service;

   ii. if you attempt or threaten to breach any part of the Terms of Service in a way which we think has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User); or

   iii. if we suspect that all or any part of the Creator Earnings result from unlawful or fraudulent activity, either by you or by the Fan who made the Fan Payment resulting in the Creator Earnings,

   for as long as is necessary to investigate the actual, threatened or suspected breach by you or the suspected unlawful activity (as applicable). If following our investigation, we conclude that (i) you have seriously or repeatedly breached any part of the Terms of Service; (ii) you have attempted or threatened to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User), and/or (iii) the Creator Earnings result from unlawful or fraudulent activity, we may notify you that you have forfeited your Creator Earnings.

b. We may also withhold all or any part of the Creator Earnings due to you but not yet paid out if we receive notice that you have secured, encumbered, pledged, assigned, or otherwise allowed a lien to be placed on Creator Earnings. We undertake no duty to pay Creator Earnings to third-party lienholders and may withhold payment of Creator Earnings until the lien has been removed.

c. We shall not have any responsibility to you if we withhold or forfeit any of your Creator Earnings where we have a right to do so under these Terms of Use for Creators.

d. If we are withholding all or any part of the Creator Earnings due to you and we determine that part of the Creator Earnings withheld by us is unrelated to breaches by you of the Terms of Service or suspected unlawful or fraudulent activity, then

we may arrange for you to be paid the part of the Creator Earnings which we de-
termine to be unrelated to breaches by you of the Terms of Service or suspected
unlawful or fraudulent activity. However, you agree that if we consider that your
breach(es) of the Terms of Service has or may cause us loss, we may withhold
all Creator Earnings due to you but not yet paid and we may set off such
amounts against any losses suffered by us.

e.  If once we have finished our investigation we determine that Creator Earnings are
forfeited, we will (unless prohibited by law) use our best efforts to ensure that
any Fan Payments which resulted in forfeited Creator Earnings are returned to
the relevant Fans who paid such Fan Payments.

14.  **Promoting Tax compliance and VAT:**

a.  **General:**

i.  We recommend that all Creators seek professional advice to ensure you are
compliant with your local Tax and VAT rules, based on your individual
circumstances.

ii.  By using OnlyFans as a Creator, you warrant (which means you make a
legally enforceable promise) that you have reported and will report in the fu-
ture the receipt of all payments made to you in connection with your use of
OnlyFans to the relevant Tax authority in your jurisdiction, as required by law.

iii.  By using OnlyFans as a Creator you warrant (which means you make a
legally enforceable promise) that you will at all times comply with all laws
and regulations relating to Tax which apply to you. If, at any point whilst you
have an OnlyFans account, any Tax non-compliance occurs in relation to you
(including a failure by you to report earnings or the imposition on you of any
penalty or interest relating to Tax) or if any litigation, enquiry, or investigation
is commenced against you that is in connection with, or which may lead to,
any occurrence of Tax non-compliance, you agree that you will:

1.  notify us by email to vat@onlyfans.com in writing within 7 days of the
occurrence of the Tax non-compliance or the commencement of the lit-
igation, enquiry or investigation (as applicable); and

2.  promptly provide us by email to vat@onlyfans.com with:

a.  details of the steps which you are taking to address the occur-
rence of the Tax non-compliance and to prevent the same from
happening again, together with any mitigating factors that you
consider relevant; and

b.  such other information in relation to the occurrence of the Tax
non-compliance as we may reasonably require.

iv. For the avoidance of doubt, you are responsible for your own Tax affairs and we and our subsidiary companies (i) are not responsible for advising you on your Tax affairs and will not be liable in respect of any general information provided on OnlyFans or by support@onlyfans.com in respect of Tax, and (ii) will not be liable for any non-payment of Tax by Creators.

v. We reserve the right to close your OnlyFans account if we are notified of or become aware of any Tax non-compliance by you.

b. **UK VAT and UK established Creators:**

i. For the purposes of UK VAT only, Creators are treated as providing their services to OnlyFans, rather than to Fans directly.

ii. If you are a Creator registered for UK VAT:

1. You will be treated, for VAT purposes, as charging OnlyFans your Creator Earnings (80% of all and any Fan Payments), together with UK VAT at the prevailing rate in force at the time of the Fan Payment;

2. OnlyFans also agrees that, subject to the terms set out in this section of these Terms of Use for Creators, you can add UK VAT at the prevailing rate in force at the time of the referral payment to the amount of any referral payments payable to you under the Referral Program Terms (" **Referral Payments**").

3. You agree to use the OnlyFans VAT invoice generator tool which can be found at: https://onlyfans.com/my/banking/vat/create-document to generate monthly VAT invoices, addressed to Fenix International Limited, in respect of your Creator Earnings (and Referral Payments, if any) for the relevant period together with the VAT on such Creator Earnings (and Referral Payments, if any);

4. The VAT element added to your Creator Earnings (and Referral Payments, if any) (the "VAT Amount") will be paid to you by way of a separate payment outside of your regular Creator Earnings, provided that you must have submitted to us copies of the following before payment of the VAT Amount will be made to you:

   a. your VAT registration number by completing this form https://onlyfans.com/my/banking/vat;

   b. a valid VAT invoice generated and submitted using the OnlyFans VAT invoice generator tool and uploaded using https://onlyfans.com/my/banking/vat/add-documents; and

   c. a VAT return made to HM Revenue & Customs, including a value of taxable supplies equal to or greater than the aggregate value of your Creator Earnings (and Referral Payments, if any) for the rele-

vant period. You can find the monthly earning details at https://onlyfans.com/my/stats/earnings;

iii. You shall pay the VAT Amount which is paid to you directly to HM Revenue & Customs.

iv. If you need any further information or assistance on what is needed in order to receive the VAT Amount you can email vat@onlyfans.com.

v. More information on who is required to register for VAT in the UK, and the VAT position for Creators whose earnings are not above the earnings threshold or who are not VAT registered can be found at https://onlyfans.com/help/3/120 and in the following guidance from HM Revenue & Customs in the UK at https://www.gov.uk/vat-registration/when-to-register.

vi. You agree that you will keep copies of all VAT invoices and VAT returns in connection with your earnings from OnlyFans and you will provide us with copies of such documents within 14 days of our written request that you do so. For the avoidance of doubt, it is your obligation to comply with all provisions of VAT legislation and make, give, obtain, maintain and keep accurate, complete and up-to-date records, invoices, accounts and other documents required for the purposes of the VAT legislation.

vii. If you are a Creator in the UK who is not required to register for UK VAT, then you should monitor the level of taxable sales that you make in the UK (including any Referral Payments) to ensure you have not exceeded the VAT registration threshold in the UK. It is your obligation, as a taxable person, to monitor whether you have exceeded the VAT registration threshold.

viii. We do not monitor earnings that Creators receive from other income sources. However, we will monitor the annual earnings of UK Creators on our platform, and if you are not already VAT registered and your earnings exceed the VAT registration threshold, you will receive a notification from us asking you to register for VAT. If you receive such a VAT registration notification, you agree to register for VAT as soon as possible and to send your VAT registration number to us at vat@onlyfans.com, within 6 weeks of such notification. Failure to do so may result in your OnlyFans account being closed.

Last updated: December 2021

## ACCEPTABLE USE POLICY

**BY USING OUR WEBSITE YOU AGREE TO THIS POLICY – PLEASE READ IT CAREFULLY**

This Policy applies to your use of OnlyFans and all Content on OnlyFans and forms part of your agreement with us. This Policy sets out what is and is not permitted on OnlyFans.
In this Policy, defined terms have the same meanings as in our Terms of Use for all Users.

1.   **Do not** use OnlyFans except for your own personal use and do not sell, rent, transfer, or share your account or any Content obtained from your use of OnlyFans to or with anyone else.

2.   **Only** use OnlyFans in a manner and for a purpose that is lawful.

3.   **Do not** upload, post, display, or publish Content on OnlyFans that is illegal, fraudulent, defamatory, hateful, discriminatory, threatening or harassing, or which encourages or promotes violence or any illegal activity.

4.   **Do not** use OnlyFans in any way which may exploit, harm, or attempt to exploit or harm any individual under 18 years old, for example by exposing them to inappropriate Content.

5.   **Do not** upload, post, display, or publish Content on OnlyFans that:

   a.   shows, includes or refers to:

      i.   any individual under 18 years old (or which refers to individuals under 18 years old generally); or

      ii.   any other individual unless you have written documentation which confirms that all individuals shown or included or referred to in your Content are at least 18 years old, and you have a written consent from each individual to use their name or images (or both) in the Content;

   b.   shows, promotes, advertises or refers to:

      i.   firearms, weapons, or any goods whose sale, possession or use is subject to prohibitions or restrictions;

      ii.   drugs or drug paraphernalia;

      iii.   self-harm or suicide;

      iv.   incest;

      v.   bestiality;

      vi.   violence, rape, lack of consent, hypnosis, intoxication, sexual assault, torture, sadomasochistic abuse or hardcore bondage, extreme fisting, or genital mutilation;

      vii.   necrophilia;

      viii.   urine, scatological, or excrement-related material;

      ix.   "revenge porn" (being any sexually explicit material featuring any individual who has not given prior, express and fully informed consent to that material

(a) being taken, captured, or otherwise memorialized, or (b) being posted and shared on OnlyFans);

    x.  escort services, sex trafficking, or prostitution;

c.  contains unsolicited sexual content or unsolicited language that sexually objectifies another User or anyone else in a non-consensual way, or contains fake or manipulated sexual content in relation to another User or anyone else (including "deepfakes");

d.  contains, promotes, advertises or refers to hate speech (being Content intended to vilify, humiliate, dehumanize, exclude, attack, threaten, or incite hatred, fear of, or violence against, a group or individual based on race, ethnicity, national origin, immigration status, caste, religion, sex, gender identity or expression, sexual orientation, age, disability, serious disease, veteran status, or any other protected characteristic);

e.  contains or refers to anyone else's personal data or private or confidential information (for example, telephone numbers, location information (including street addresses and GPS coordinates), names, identity documents, email addresses, log-in credentials for OnlyFans including passwords and security questions, financial information including bank account and credit card details, biometric data, and medical records) without that person's express written consent;

f.  either:

    i.  in the case of Content featuring public nudity, was recorded in or is being broadcast from a country, State or province where public nudity is illegal; or

    ii.  in the case of Content featuring sexual activities, was recorded in or is being broadcast from a public place where members of the public are reasonably likely to see the activities being performed (this does not include outdoor places where members of the public are not present, for example private property such as a private backyard, or secluded areas in nature where members of the public are not present).

g.  gives the impression that it comes from or is approved, licensed or endorsed by us or any other person or company;

h.  causes or is calculated to cause inconvenience, or anxiety to anyone else or which is likely to upset, embarrass, or cause serious offence to anyone else;

i.  is used or is intended to be used to extract money or another benefit from anyone else in exchange for removal of the Content; and/or

j.  involves or promotes third-party commercial activities or sales, such as contests, sweepstakes and other sales promotions, product placements, advertising, or job posting or employment ads without our prior express consent.

6. You must comply with any requirements set out in our Community Guidelines. Our Community Guidelines can be found here.

7. **Do not** use OnlyFans to stalk, bully, abuse, harass, threaten or intimidate anyone else.

8. **Do not** use OnlyFans to engage in misleading or deceptive conduct, or conduct that is likely to mislead or deceive any other User.

9. Respect the intellectual property rights of Creators, including by not recording, reproducing, sharing, communicating to the public or otherwise distributing their Content without authorization.

10. **Do not** do anything that violates our or someone else's rights, including intellectual property rights (examples of which are copyright, trademarks, confidential information, and goodwill), personality rights, unfair competition, privacy, and data protection rights.

11. **Do not** impersonate us, one of our employees, another User, or any other person or company or falsely state or suggest any affiliation, endorsement, sponsorship between you and us or any other person or company.

12. **Do not** provide false account registration information or make unauthorized use of anyone else's information or Content.

13. **Do not** post or cause to be posted any Content which is spam, which has the intention or effect of artificially increasing any Creator's views or interactions, or which is otherwise inauthentic, repetitive, misleading or low quality.

14. **Do not** transmit, stream, or otherwise send any pre-recorded audio or video material during a live stream or otherwise attempt to pass off recorded material as a live stream.

15. **Do not** use other media or methods (for example the use of codewords or signals) to communicate anything which violates this Policy.

16. **Do not** reproduce, print, distribute, attempt to download, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any Content, except as permitted under the Terms of Service.

17. **Do not** knowingly introduce any viruses, trojans, worms, logic bombs or other material into Content which is or may be malicious or technologically harmful.

18. **Do not** decompile, disassemble, reverse engineer, or otherwise attempt to discover or derive the source code of OnlyFans.

19. **Do not** use OnlyFans in a way that could adversely affect our systems or security or interfere with any other User's use of OnlyFans, including their ability to engage in real-time activities through OnlyFans.

20. **Do not** use any automated program, tool or process (such as web crawlers, robots, bots, spiders, and automated scripts) to access OnlyFans or any server, network or system associated with OnlyFans, or to extract, scrape, collect, harvest or gather Content or information from OnlyFans.

21. **Do not** use OnlyFans' name, logo or any related or similar names, logos, product and service names, designs, or slogans other than in the limited ways which are expressly permitted in the Terms of Service or with our prior written agreement.

Breaches of this Policy may lead to your account being suspended or terminated, and access to your earnings being revoked, as set out in the Terms of Service.

**Last updated: December 2021**

## REFERRAL PROGRAM TERMS

WARNING!

**In compliance with regulation 3 of the Trading Scheme Regulations 1997 (as amended) and section 120(1) of the Fair Trading Act 1973, please read the warning below in respect of the OnlyFans Referral Program:**

- **It is illegal for us or for a participant in the OnlyFans Referral Program (including Referring Users and Referred Creators) to persuade anyone to make a payment by promising benefits from getting others to join the OnlyFans Referral Program.**

- **Do not be misled by claims that high earnings are easily achieved from participation in the OnlyFans Referral Program.**

- **Although we do not demand any payment from Referring Users for the purposes of participating in the OnlyFans Referral Program, we are legally required to inform you that if you sign this contract, you have 14 days in which to cancel and get your money back.**

1. **Introduction:** These Referral Program Terms are additional terms which apply if you use the OnlyFans Referral Program. These Referral Program Terms form part of your agreement with us.

2. **Interpretation:** In these Referral Program Terms defined terms have the same meanings given to them in the Terms of Use for all Users. In addition:

   a. "**Referring User**" is also referred to as "**you**" or "**your**" in these Referral Program Terms;

   b. "**Referred Creator**" means the person who joins OnlyFans as a Creator via the Referring User's unique referral link.

3. **What is the OnlyFans Referral Program?** OnlyFans offers a referral program by which existing Users can introduce people who are interested in becoming Creators to OnlyFans and receive referral payments from OnlyFans which are calculated and limited as described in these Referral Program Terms.

   The OnlyFans Referral Program is operated by Fenix International Limited. We are a limited company registered in England and Wales, with company registration number 10354575 and we have our registered office address at 9th Floor, 107 Cheapside, London, EC2V 6DN.

4. **The rules of the OnlyFans Referral Program:**

   a. Only Users of OnlyFans with a current User account can participate in the OnlyFans Referral Program. If a User's account has been suspended or terminated by us for any reason or deleted by the User, that User will not be eligible to participate in the OnlyFans Referral Program.

   b. You will need on your User account page to add a bank account or a payment method details of your bank account or a payment method in order to receive referral payments under the OnlyFans Referral Program.

   c. Each User has a unique referral link (which can be accessed via the User's User account) which the User may share with others. When sharing your unique referral link you must not impersonate OnlyFans or give the impression that your referral link is being shared or promoted by us. You must not use Google Ads or any similar advertising platform or search engine advertising service to share or promote your unique referral link. Upon our request, you must disclose the methods by which you share your unique referral link in the Bio/Website field of your OnlyFans account.

   d. The Referred Creator must click on your unique referral link and then register with OnlyFans using the same browser that they used to click on your unique referral link. If someone registers with OnlyFans other than by using your unique referral link, we will not link that account to your referral and no referral payments will be made to you.

   e. The Referred Creator must not have opened a User account with OnlyFans (whether under the same name or another name) before clicking on your unique referral link. If the Referred Creator is currently or has previously been a User of OnlyFans no referral payments will be made to you for the referral.

   f. If the Referred Creator sets up more than one User account referral payments will be made to you on the earnings made by the Referred Creator from their first User account only. No referral payments will be made to you on any further User accounts set up by the Referred Creator.

   g. No referral payments will be made to you on any referral of a Referred Creator which we determine is owned or operated by you, or is in a commercial relation-

ship with you. You will provide any information which we request to enable us to determine whether the Referred Creator is owned or operated by you or if there is a commercial relationship between you and the Referred Creator.

h. You agree that when promoting OnlyFans in any way as a Referring User:

- you will not give a false impression of OnlyFans, the services, programs, and content (including Content) made available through OnlyFans, its Users or the Terms of Service; and

- you will not make any statements which suggest to a potential Creator that the potential Creator will make a particular sum of money (or any money) from their use of OnlyFans, or any statements regarding the likely number of Fans.

5. **Referral payments:**

a. **How are referral payments calculated?** Once a Referred Creator has become a registered User of OnlyFans in accordance with the rules of the OnlyFans Referral Program described above, the Referring User will be paid a referral payment equal to five per cent (5%) of Fan Payments generated by the Referred Creator in the twelve months after the date on which the Referred Creator becomes a registered User of OnlyFans, up to a maximum referral payment by OnlyFans to the Referring User of US$50,000 per Referred Creator.

This means that if a Referred Creator generates Fan Payments with a total value of US$1 million or more in the twelve months after the date on which that Referred Creator becomes a registered User of OnlyFans, then the Referring User's referral payments in relation to that Referred Creator will be capped at US$50,000 in total. However, if the Referred Creator generates Fan Payments with a total value of less than US$1 million in the twelve months after the date on which that Referred Creator becomes a registered User of OnlyFans, then the Referring User will be paid five per cent (5%) of the Fan Payments generated by that Referred Creator in the twelve months after the date on which the Referred Creator becomes a registered User of OnlyFans, following which no further referral payments will be made to the Referring User in respect of that Referred Creator.

For all referrals made prior to 1 May 2020, referral payments will be made to the relevant Referring Users until 1 May 2021 or until US$50,000 has been paid out to the Referring User on the referral, whichever occurs first.

b. **VAT:** If you are a Referring User you should know that all referral payments payable to you by us will be inclusive of any VAT (as defined in the Terms of Use for Creators) which is or becomes chargeable on any supplies made by you, except as provided for in the " Promoting Tax compliance and VAT" section of the Terms of Use for Creators.

   c. **Warning:** In compliance with regulation 3 of the Trading Scheme Regulations 1997 (as amended) and section 120(1) of the Fair Trading Act 1973, please read the warning below in respect of the OnlyFans Referral Program:

      ▪ It is illegal for us or for a participant in the OnlyFans Referral Program (including Referring Users and Referred Creators) to persuade anyone to make a payment by promising benefits from getting others to join the OnlyFans Referral Program.

      ▪ Do not be misled by claims that high earnings are easily achieved from participation in the OnlyFans Referral Program.

   d. **Choosing a payout method to receive referral payments:** In order to be able to receive referral payments you must first choose one of the payout methods provided by OnlyFans in your country of residence. These methods are called "Payout Options".

   e. **How frequently are referral payments made?** The referral payment due to you on Fan Payments made to the Referred Creator in a calendar month will be transferred to you on or around the first day of the next calendar month (which means, for example, that referral payments due to you in respect of Fan Payments made to the Referred Creator in February shall be paid to you on or around 1 March).

   f. **Who bears the cost of the referral payment?** The cost of the referral payment is borne by us, not the Referred Creator.

6. **Our rights relating to the referral program.**

   a. If referral payments have been made incorrectly then we have the right to recover the wrongly paid sums from the User to whom the wrongly paid sums have been paid.

   b. We may request you or Referred Creators (or both) to provide us with ID and other information reasonably required by us to verify any referral payment to be made and the person to whom any referral payment should be made. Failure to provide any information requested by us may lead to you losing your entitlement to referral payments in respect of the relevant Referred Creator.

   c. We may change any aspect of the OnlyFans Referral Program (including how referral payments are calculated) or discontinue the OnlyFans Referral Program at any time, but no change will deprive any Referring User of referral payments already earned based on Fan Payments made to Referred Creators before the changes came into effect.

7. **Circumstances in which we may withhold referral payments:**

   a. We may withhold all or any part of the referral payments due to you but not yet paid out:

- if we think that you have or may have seriously or repeatedly breached any part of the Terms of Service;

- if you attempt or threaten to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User); or

- if we suspect that all or any part of the referral payments due to you result from unlawful or fraudulent activity, either by you, by the Fan who made the Fan Payment to the Referred Creator which resulted in the referral payment, or by the Referred Creator to whom the Fan Payment was made which resulted in the referral payment,

for as long as is necessary to investigate the actual, threatened or suspected breach(es) by you or the suspected unlawful or fraudulent activity (as applicable). If following our investigation, we conclude that (i) you have seriously or repeatedly breached any part of the Terms of Service; (ii) you have attempted or threatened to breach any part of the Terms of Service in a way which has or could have serious consequences for us or another User (including actual or possible loss caused to us or another User), and/or (iii) all or any part of referral payments due to you result from unlawful or fraudulent activity, we may notify you that you have forfeited all or any part of your referral payments.

b. We may also withhold all or any part of the referral payments due to you but not yet paid out if we receive notice that you have secured, encumbered, pledged, assigned, or otherwise allowed a lien to be placed on, referral payments. We undertake no duty to pay referral payments to third-party lienholders and may withhold payment of Creator Earnings until the lien has been removed.

c. We shall not have any responsibility to you if we withhold or forfeit any payment due to you under the OnlyFans Referral Program where we have a right to do so under these Referral Program Terms.

d. If we are withholding all or any part of the referral payments due to you and we determine that part of the referral payments withheld by us is unrelated to breaches by you of the Terms of Service or suspected unlawful or fraudulent activity, then we may arrange for you to be paid the part of the referral payments which is unrelated to breaches by you of the Terms of Service or suspected unlawful or fraudulent activity. However, you agree that if we consider that your breach(es) of the Terms of Service has or may cause us loss, we may withhold all referral payments due to you but not yet paid and we may set off such amounts against any losses suffered by us.

**Last updated: December 2021**

# COMPLAINTS POLICY

1. **Introduction:** This document set out our complaints policy. If you are a User of OnlyFans, this Complaints Policy forms part of your agreement with us.

2. **Who we are and how to contact us:** OnlyFans is operated by Fenix International Limited. We are a limited company registered in England and Wales, with company registration number 10354575 and we have our registered office address at 9th Floor, 107 Cheapside, London, EC2V 6DN.

3. **Interpretation:** In this Complaints Policy, defined terms have the same meanings given to them in the Terms of Use for all Users. In addition, the term "**business days**" means any day which is not a Saturday, Sunday or public holiday in England.

4. **Who can use this Complaints Policy?** Whether or not you are a User of OnlyFans, you can use this Complaints Policy to alert us to any complaint which you have relating to OnlyFans.

5. **How to make a complaint:** If you have a complaint about OnlyFans (including any complaint about Content appearing on OnlyFans or the conduct of a User), please send your complaint to support@onlyfans.com including your name, address, contact details, a description of your complaint and, if your complaint relates to Content, the URL for the Content to which your complaint relates.

   If you are unable to contact us by email, please write to us at the following address: 9th Floor, 107 Cheapside, London, EC2V 6DN.

6. **How we will deal with complaints of illegal or non-consensual Content:** Following receipt of your complaint of illegal or non-consensual Content under section 5 above:

   a. we will take such steps as we consider to be appropriate to investigate your complaint within a timescale which is appropriate to the nature of your complaint;

   b. if we require further information or documents from you, we will contact you to let you know;

   c. we will in good faith investigate your complaint within seven (7) business days;

   d. if we are satisfied that the Content is unlawful or non-consensual, we will immediately remove such Content, and we will notify you of our decision by email or other electronic message;

   e. if we are satisfied that the Content is not unlawful or non-consensual, we will notify you of our decision by email or other electronic message.

   Any dispute regarding our determination that Content is non-consensual will be submitted by us to a neutral arbitration association at our expense.

7. **How we will deal with complaints related to copyright infringement:** Complaints related to copyright infringement must be submitted in accordance with our DMCA

Policy, and we will respond to copyright infringement complaints as set out in such policy.

8. **How we will deal with other complaints**: Following receipt of other complaints (including complaints related to other breaches of our Acceptable Use Policy) under section **5** above:

    a. we will take such steps as we consider to be appropriate to investigate your complaint within a timescale which is appropriate to the nature of your complaint;

    b. if we require further information or documents from you, we will contact you to let you know;

    c. we will in good faith take such actions as we consider appropriate to deal with the issue which your complaint has raised. If you have complained about Content which appears on OnlyFans and we are satisfied that the Content otherwise breaches our Acceptable Use Policy, we will act quickly to remove such Content;

    d. we are not obligated to inform you of the outcome of your complaint.

9. **Unjustified or abusive complaints**: If you are a User of OnlyFans, you warrant (which means you make a legally enforceable promise) that you will not make any complaint under this Complaints Policy which is wholly unjustified, abusive, or made in bad faith. If we determine that you have breached this warranty, we may suspend or terminate your User account.

**Last updated: December 2021**

## PLATFORM TO BUSINESS REGULATION TERMS

1. **Introduction:** These Platform to Business Regulation Terms form part of the Terms of Service.

2. **Interpretation:** In these Platform to Business Regulation Terms, unless otherwise stated, defined terms have the same meanings given to them in the Terms of Use for all Users.

3. **Do these Platform to Business Regulation Terms apply to me?** These Platform to Business Regulation Terms only apply to Creators who are established or resident in the European Union or the United Kingdom (also referred to as "**you**" and "**your**"). If these Platform to Business Regulation Terms apply to you, they form part of your agreement with us.

4. **What do these Platform to Business Regulation Terms include?** These Platform to Business Regulation Terms provide information about our practices to comply with the fairness and transparency requirements set out in EU Regulation 2019/1150 (the "**Platform to Business Regulation**").

5.  **Promoting Creators via other distribution channels:** We may choose to promote you via our Instagram ([www.instagram.com/onlyfans](www.instagram.com/onlyfans)) and Twitter ([www.twitter.com/onlyfans](www.twitter.com/onlyfans)) social media accounts.

6.  **Ranking on OnlyFans:** We randomly suggest potential Creators for a User to follow based on the Creators that have earned money on OnlyFans in the previous 30 days. We have no ranking system. There is no search/discovery feature on OnlyFans.

7.  **Complaints:** If you have a complaint about:

    a.  any alleged non-compliance by us with any obligations laid down in the Platform to Business Regulation which affect you; or

    b.  technological issues relating directly to OnlyFans and which affect you; or

    c.  measures taken by us or our conduct which relate directly to OnlyFans and which affect you,

    then please submit your complaint to [support@onlyfans.com](support@onlyfans.com).

8.  **Complaint-handling process:** Following receipt of your complaint under section 7 above, we will:

    a.  consider your complaint and the follow-up which we may need to give to your complaint (including asking you for further information or documents) in order to adequately address the issue raised;

    b.  process your complaints within a reasonable time, taking into account the importance and complexity of the issue raised; and

    c.  communicate to you in plain and intelligible language by email or by message to your OnlyFans account the outcome of the internal complaint-handling process.

9.  **Mediation service:** If your complaint under section 7 above is not resolved to your satisfaction through our internal complaint-handling process as set out in section 8 above, then you may access the mediation service by contacting:

    Centre for Effective Dispute Resolution
    International Dispute Resolution Centre
    P2B Panel of Mediators
    70 Fleet Street
    London
    EC4Y 1EU
    United Kingdom
    [https://www.cedr.com/p2bmediation/](https://www.cedr.com/p2bmediation/)

    You and we will act in good faith throughout any mediation. However, any attempt to reach agreement through mediation on the settlement of a dispute between us will not affect our or your rights to commence legal proceedings at any time before, dur-

Contact

ing or after the mediation process, as such rights are set out in our Terms of Use for all Users.

**Last updated: November 2021**

Blog

Store

Privacy

Cookie Notice

USC 2257

OnlyFans Safety & Transparency Center

Acceptable Use Policy

Branding

Terms of Service

Complaints Policy

DMCA

Standard Contract between Fan and Creator

Anti-Slavery and Anti-Trafficking Statement

# Exhibit C

# Privacy Policy

## By using OnlyFans, you acknowledge that you have read and understand the information in this Policy.

1. Introduction

2. What is Personal Data?

3. Informing us of changes

4. Applicability of this Policy (18+)

5. Third-party links

6. If you do not wish to provide Personal Data

7. Updates to this Policy

8. Categories of Personal Data

9. Our onboarding processes

10. How / why your Personal Data is used and lawful bases for processing

11. Obtaining your Personal Data

12. Sharing your Personal Data

13. International data transfers

14. Your rights regarding Personal Data

15. Exercising your rights

16. Choices and control over your Personal Data

17. Retention of Personal Data

18. Additional U.S. State Privacy Disclosures

19. Assistance and contact information

## 1. Introduction

Fenix International Limited ("**we**", "**us**", "**our**") respects your privacy and we are committed to protecting the Personal Data we process about you. Fenix International Limited is the owner and operator of www.onlyfans.com ("**OnlyFans**"), a social network and content sharing platform which enables: (i) "**Creators**" to share and monetise their own content (as well as subscribe to, and view, the content of other Creators); and (ii) "**Fans**" to subscribe to, and view, the content of Creators.

This privacy policy ("**Policy**") explains our practices with respect to the Personal Data processed about our Creators and Fans. It also explains our practices with respect to the Personal Data processed about individuals that feature in content uploaded by a Creator ("**Content Collaborators**"), and where we process Personal Data in the context of our business relationships.

We process your Personal Data when you use OnlyFans and for the provision of the services that we offer from time to time via OnlyFans (the "**Services**"). We are a "data controller" of the Personal Data that we process in connection with the Services. This means that we decide the reasons why we process Personal Data about you and how we do so.

If you have any questions about this Policy or our processing of your Personal Data, please see **Section 19** (*assistance and contact information*) for information about how to contact us.

## 2. What is Personal Data?

"**Personal Data**" means information that identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular person or household.

In addition, we may collect data that is not capable of identifying you or is otherwise not associated or linked with you, such as deidentified, aggregated or anonymised information.

This type of data is not Personal Data and our use of such data is not subject to this Policy.

## 3. Informing us of changes

It is important that the Personal Data we hold about you is accurate and current. Please keep us informed if your Personal Data changes at any point during your relationship with us. Updates or corrections can be made through your account settings on OnlyFans.

## 4. Applicability of this Policy (18+)

This Policy is provided in addition to, but does not form part of, our Terms of Service (which includes our Acceptable Use Policy) that govern your use of OnlyFans and the Services.

**Our Services are strictly intended for individuals 18 years of age or older. Anyone under 18 years of age is not permitted to use the Services. By using the Services, you represent that you are 18 years of age or older.**

## 5. Third-party links

OnlyFans may include links to third-party websites, plug-ins and applications. Clicking on those links or enabling those connections may allow third parties to collect or share Personal Data about you.

We are not responsible for, and this Policy does not apply to, the content, security or privacy practices of those other websites, plug-ins or applications. We encourage you to view the privacy and cookie policies / notices of those third parties to find out how your Personal Data may be used.

## 6. If you do not wish to provide Personal Data

We need to collect certain Personal Data from you to provide you with access to the Services, or specific features and functionalities of the Services, in accordance with our contract with you (i.e. our Terms of Service). We are also required to process certain Personal Data in accordance with applicable laws. Please note that if you do not wish to provide Personal Data where requested, we may not be able to provide you with access to the Services or specific features and functionalities of the Services.

## 7. Updates to this Policy

We may update this Policy from time to time, and any updates will be effective upon our posting of the revised Policy on OnlyFans. We will use reasonable efforts to notify you in the event that material updates are made to this Policy, such as sending you a feed notification or a chat message via your account on OnlyFans.

## 8.  Categories of Personal Data

We process, or our third-party providers process on our behalf, different kinds of Personal Data about Creators, Content Collaborators and Fans, which we have grouped together as follows:

| Category of Personal Data | Description |
|---|---|
| User Data | Creators and Content Collaborators <br><br> full name* <br> alias, if applicable <br> residential address <br> city of birth <br> country of birth <br> country of residence* <br> email address <br> telephone number <br> a copy of the government identity document that you provide to us* <br> a "selfie" of you holding your government identity document* <br> third-party social media handle / personal website address (used to further verify your age and identity and to help us better understand the content which you are likely to share on OnlyFans) <br> signature on release forms if you feature in a Creator's content* <br><br> **Please note: Items marked with \* will be requested for Content Collaborators where you are required to provide a release form.** <br><br> Fans <br><br> email address <br> telephone number |
| Third-Party Onboarding Data | The following types of Personal Data are collected directly by our third-party providers during onboarding: |

| Category of Personal Data | Description |
|---|---|
| | Creators and Content Collaborators |
| |     a copy of the government identity document that you provide to our third-party providers<br><br>    a short .gif, taken from a "selfie" that you provide to our third-party providers<br><br>    the results of the third-party age and identity verification process (pass / fail and reason for failing)<br><br>    metadata associated with the third-party age and identity verification process (e.g. start and finish time)<br><br>Fans<br><br>    where we conduct third-party age and identity verification of Fans, a copy of the government identity document that you provide to our third-party providers<br><br>    where we carry out third-party age estimation, or third-party age and identity verification of Fans, a short .gif, taken from a "selfie" that you provide to our third-party providers<br><br>    the results of the third-party age estimation process or third-party age and identity verification process (pass / fail and reason for failing)<br><br>    metadata associated with the third-party age estimation process or third-party age and identity verification process (e.g. user start and finish time)<br><br>Please see **Section 9** (*our onboarding processes*) for further information. Third-Party Onboarding Data and Technical Data **does not** include Face Recognition Data, as set out below. |
| Account Data | Creators |
| |     profile name<br>    password<br>    avatars and headers of your Creator account<br>    your subscriptions, subscribers and referrals<br>    posts that you have made to your Creator account<br>    comments on posts made from your Creator account<br>    chat messages between you and other users<br>    customer support queries that you submit to us<br><br>Fans |

| Category of Personal Data | Description |
|---|---|
| | profile name |
| | password |
| | avatars and headers of your Fan account |
| | your subscriptions |
| | comments on posts made from your Fan account |
| | chat messages between you and other users |
| | customer support queries that you submit to us |
| **Financial Data** | Creators<br><br>payment card details*<br>billing address<br>funds added to your wallet<br>bank account information<br>pay-out country<br>corporate or business entity name, country, identification number and identification type<br>VAT number<br>tax identification number and issuing country<br>W-9 form (for US Creators only)<br>1099-MISC form (for US Creators only)<br>1099-NEC form (for US Creators only)<br><br>Fans<br><br>payment card details*<br>billing address<br>funds added to your wallet<br><br>**\* Please note: Any payments made to view the content of Creators are processed by our third-party payment providers. We do not receive your full payment card number, payment card expiration date, or the security code. Instead, the payment provider provides us with a "token" that represents your account, your payment card's expiration date, payment card type and the first six and last four digits of your payment card number.** |
| **Transaction Data** | Creators<br><br>earnings<br>pay-out requests<br>payments made to your Creator account |

| Category of Personal Data | Description |
|---|---|
| | payments made from your Creator account to other Creators<br>any failed payments<br><br>Fans<br><br>payments made from your Fan account to Creators<br>any failed payments |
| Technical Data | Creators and Fans<br><br>Internet or other electronic network activity information, including:<br><br>internet protocol (IP) address (and country code)<br>user agent |
| Usage Data | Creators and Fans<br><br>We use cookies where necessary to allow you to browse the Services and access certain pages of OnlyFans. With your consent, we use non-essential cookies to enable us to recognise Referring Users, and Referred Creators, under the Referral Program in our Terms of Service.<br><br>More information on our use of cookies can be found in our Cookie Notice.<br><br>**We currently do not use any cross-site tracking technologies and we do not sell Personal Data collected about you, or share Personal Data collected about you for cross-context behavioural advertising.** |
| Face Recognition Data | Creators, Content Collaborators and Fans where applicable<br><br>As described in more detail in **Section 9** (*our onboarding processes*), during onboarding, our third-party providers may use face recognition technology, so they can digitally verify you.<br>**Face Recognition Data is collected by and remains with our third-party provider. We do not ourselves collect, receive, possess, or have access to Face Recognition Data at any time.** |

# 9.  Our onboarding processes

## CREATORS

We have processes in place that are intended to ensure that Creators on OnlyFans: (i) are at least 18 years of age; and (ii) verify their identity. Before you can start a Creator account, we will:

> Ask you to provide Creator User Data, as set out at **Section 8 (*categories of Personal Data*)**.

> Check your country of residence. This check is intended to ensure lawful access to OnlyFans and the Services.

> Ask you to provide Financial Data, as set out at **Section 8 (*categories of Personal Data*)**. This is necessary so that payments can be made to Creators for content, and so that Creators can access their earnings via OnlyFans. Financial Data is also collected as a verification and anti-fraud measure.

> Ask you to go through a third-party age and identity verification process, as described below.

> Check that you have not previously been banned from using OnlyFans and our Services (e.g. for violating our Terms of Service).

## CONTENT COLLABORATORS

We have processes in place that are intended to ensure that Content Collaborators on OnlyFans: (i) are at least 18 years of age; and (ii) verify their identity. Before you can feature in content uploaded by a Creator we will ask you to go through a third-party age and identity verification process, as described below. You may also be required to provide a release form.

## FANS

We have processes in place that are intended to ensure that: (i) all Fans on OnlyFans are at least 18 years of age; and (ii) Fans in certain circumstances or locations verify their identity. Before you can start a Fan account, we will:

> Ask you to provide Fan User Data, as set out at **Section 8 (*categories of Personal Data*)**.

> Check your country of residence. This check is intended to ensure lawful access to OnlyFans and the Services.

> Ask you to provide Financial Data, as set out at **Section 8 (*categories of Personal Data*)**. This is necessary so that Fans can make payments to Creators. Financial Data is also collected as a verification and anti-fraud measure.

Ask you to go through a third-party process to gain further assurances of your age. This may include a third-party age and identity verification process, or third-party age estimation process, as described below. The specific process will depend upon your location, or other circumstances (e.g. if we detect suspicious activity on your account).

## THIRD-PARTY AGE AND IDENTITY VERIFICATION

We use third-party providers to conduct age and identity verification.

This process involves our third-party provider collecting a short .gif, taken from a "selfie" and photo from a government identity document (in both cases, that you provide to the third-party provider). The third-party provider then uses Face Recognition Data to match the two images so they can digitally verify your age and identity.

As described at **Section 8 (*categories of Personal Data*)**, we do not collect, receive, possess, or have access to any Face Recognition Data collected or processed by our third-party providers through this process.

Where permitted by applicable law, we receive from our third-party providers Third-Party Onboarding Data, as set out at **Section 8 (*categories of Personal Data*)**, to maintain a record of the age and identity verification process.

## THIRD-PARTY AGE ESTIMATION

For certain locations, we use third-party providers to conduct age estimation.

This process involves our third-party provider collecting a short .gif "selfie" (that you provide to the third-party provider) and using digital technology to estimate your age, which may involve the use of Face Recognition Data.

As described at **Section 8 (*categories of Personal Data*)**, we do not collect, receive, possess, or have access to any Face Recognition Data collected or processed by our third-party providers through this process.

If you go through the third-party age estimation process, we will only receive the results of the process (pass / fail and reason for failing), to maintain a record of the age estimation process.

If you fail the third-party age estimation process (e.g. if you are over 18 years of age, but the technology has predicted that you look under a set threshold), you may have the option to go through the third-party age and identity verification process set out above.

## MORE INFORMATION ON OUR ONBOARDING PROCESSES

**Why does OnlyFans use third-party face recognition technology?**

- The use of face recognition technology by our third-party providers is an important technological measure used in our wider onboarding processes for Creators and Fans. It is intended to ensure safety and security on OnlyFans and our compliance with applicable laws.

- We use third-party service providers to carry out age and identity verification, who carry out these services on our behalf, as data processors.

**How does Face Recognition Data help to prevent fraud?**

- Face recognition technology reduces the possibility of fraudulent face image spoofing and the uploading of fraudulent government identity documents when individuals go through the onboarding process.

- Where our third-party providers have identified possible fraud attempts (such as the use of fake or otherwise manipulated documents) our third-party providers may maintain a record of such attempts, including Face Recognition Data, for the purposes of detecting and preventing unlawful activity, and preventing fraudulent access to OnlyFans.

**Periodic authentication of your age and identity**

- During the time that you hold an account with us, we may require you to periodically authenticate your identity. If you have gone through the third-party age identity verification process, where permitted by applicable law our third-party providers may retain Face Recognition Data to enable you to authenticate your identity. Where this is retained, you do not need to provide the third-party provider with your government identity document again when authenticating your identity.

- **Withdrawing your consent:** You may request the withdrawal of your consent to the retention of your Face Recognition Data for the purposes of subsequent authentication (and delete this) by contacting privacy@onlyfans.com. While withdrawing your consent to the retention of your Face Recognition Data will not affect your ability to complete a subsequent authentication process, it may require you to provide the third-party provider with your government identity document again during the authentication process.

## 10. How / why your Personal Data is used and lawful bases for processing

We process Personal Data for, or based on, one or more of the following legal bases:

**Consent:** Your consent is requested only in specific circumstances which includes, for example, the processing of: (i) Face Recognition Data by our third-party providers as part of the age and identity verification process for all Creators (and for Fans in certain circumstances or locations); and (ii) age estimation captures (which may involve the use of Face Recognition Data) by our third-party providers for Fans in certain locations. Please see **Section 9 (*our onboarding processes*)** for further information.

**Performance of a contract:** By using the Services, you have contracted with us through our Terms of Service, and we will process Personal Data to perform that contract (e.g. to fulfil transactions between Fans and Creators and process Creator earnings) and to enforce the terms of that contract.

**Legitimate interests:** We may process Personal Data if it is in our, or a third-party's, legitimate interests (as detailed in the table below). This may include, for example, investigating and responding to a report made through our DMCA takedown procedure, to protect a Creator's intellectual property rights.

**Compliance with legal obligations:** We may process Personal Data to comply with applicable law, rules and regulations in the locations where we operate (e.g. complying with financial / tax reporting requirements).

**Task carried out in the public interest:** We may process Personal Data as necessary for a task carried out in the public interest. This may include, for example, reporting illegal activity to relevant law enforcement authorities, other governmental authorities and non-governmental organisations.

We will only use your Personal Data for the purposes for which we collected it, unless we reasonably consider that we need to use it for another reason and that reason is compatible with the original purpose.

The table below indicates the purposes for which your Personal Data is processed and the legal justification for the processing. Some of the above grounds for processing will overlap and there may be several grounds which justify the processing:

| Purpose / activity | Lawful basis for processing |
| --- | --- |
| Account creation (both Creators and Fans). | **Performance of a contract** |
| Creator and Content Collaborator age and identity verification and where applicable, subsequent authentication (specifically in relation to the processing of Face Recognition Data). | **Consent** |

| Purpose / activity | Lawful basis for processing |
|---|---|
| Please see **Section 9** (*our onboarding processes*) for further information. | |
| Fan age and identity verification and where applicable, subsequent authentication, in certain circumstances or locations (specifically in relation to the processing of Face Recognition Data). <br><br> Please see **Section 9** (*our onboarding processes*) for further information. | **Consent** |
| Fan age estimation, in certain locations (specifically in relation to the processing of the age estimation capture, which may involve the use of Face Recognition Data). <br><br> Please see **Section 9** (*our onboarding processes*) for further information. | **Consent** |
| Fan age verification (without third-party age and identity verification or third-party age estimation). | **Performance of a contract** |
| Government identity document validity check and maintaining a record of the age and identity verification process. | **Performance of a contract** |
| Maintaining a record of the age estimation process (for Fans in certain locations). | **Performance of a contract** |
| Providing the Services, including the hosting of Creator content, the fulfilment of transactions between Fans and Creators and processing Creator earnings. | **Performance of a contract** |
| Identifying Referring Users and Referred Creators under the Referral Program set out in our Terms of Service. | **Consent** <br> More information can be found in our Cookie Notice. |
| Providing technical support to Fans and Creators. | **Performance of a contract** |
| Communicating with you about the Services, responding to support requests or, sharing information about the Services (e.g. providing you with updates to our Terms of Service and / or this Policy). | **Performance of a contract** |
| Ensuring compliance with, and enforcing, our Terms of Service and other usage policies (e.g. our Acceptable Use Policy). | **Performance of a contract** |
| Moderation and filtration: <br><br>    text and content uploaded to OnlyFans | **Performance of a contract** |

| Purpose / activity | Lawful basis for processing |
|---|---|
| livestreaming on OnlyFans<br><br>content sent in chat messages on OnlyFans<br><br>to monitor and investigate violations of our Terms of Service. | |
| Filtration of text sent in direct messages on OnlyFans to investigate violations of our Terms of Service. | **Performance of a contract** |
| Removal from the Services of text and content uploaded by users that is identified as illegal, and suspending or deactivating those user accounts. | **Compliance with legal obligations**<br>**Performance of a contract** |
| Removal from the Services of text and content uploaded by users that is identified as violating our Terms of Service and where appropriate, suspending or deactivating user accounts. | **Performance of a contract** |
| Maintaining a record of banned users, to prevent further access to OnlyFans. | **Legitimate interests** |
| Reporting illegal activity to relevant law enforcement authorities, other governmental authorities and non-governmental organisations. | **Compliance with legal obligations**<br>**Legitimate interests**<br>**Task carried out in the public interest** |
| Providing relevant information to, or responding to requests from / investigations by, relevant law enforcement authorities, other governmental authorities and non-governmental organisations. | **Compliance with legal obligations**<br>**Legitimate interests**<br>**Task carried out in the public interest** |
| Preservation and sharing of Personal Data in the context of legal proceedings (e.g. litigation). | **Legitimate interests** |
| Complying with applicable laws, rules and regulations. | **Compliance with legal obligations**<br>**Legitimate interests** |
| Monitoring transactions and company network, systems, applications, and data, to: (i) detect malicious, deceptive, fraudulent, or illegal activity to protect information security and integrity, and user safety; and (ii) respond to / investigate incidents where appropriate. | **Legitimate interests**<br>**Substantial public interest** |
| As necessary or appropriate to protect the rights and property of our users, us, and other third parties. | **Legitimate Interests** |
| System maintenance and testing, reporting and hosting of data, to maintain, develop and improve the provision of the Services (e.g. safety, performance and functionality). | **Legitimate Interests** |

| Purpose / activity | Lawful basis for processing |
|---|---|
| As necessary in the context of a possible sale, merger, acquisition, business reorganisation or group restructuring exercise. | Legitimate Interests |
| Processing of Personal Data in connection with sponsorships, and our relationship with service providers, professional advisers and other third parties for business purposes (e.g. business contact information and correspondence). | Performance of a contract<br>Legitimate Interests |

## 11.  Obtaining your Personal Data

We collect your Personal Data from the following categories of sources:

**Directly from you:** When you provide it to us directly to open an account and use the Services, when you update your Personal Data in your account, or by corresponding with us (e.g. User Data, Account Data). We may also process your Personal Data when you interact with us through our social media pages on third-party websites.

**Automatically or indirectly from you:** For example, through and as a result of your use of the Services (e.g. Transaction Data, Technical Data, Usage Data), if you sign-in to OnlyFans via third-party single sign-in, or if you connect a third-party account to your OnlyFans account.

**From our service providers:** For example, where permitted by applicable law, we receive Third-Party Onboarding Data and certain Technical Data from our third-party age and identity verification providers.

## 12.  Sharing your Personal Data

We share Personal Data with the following categories of third parties:

**Our third-party service providers:** Such as our IT, payment processing, customer support, content and text moderation, tax automation, and age and identity verification / age estimation service providers. The lawful basis we rely on for sharing Personal Data with these recipients is that it is necessary for our legitimate interests (namely the receipt of services to support business functionality).

**Our professional advisers:** Such as our legal advisors, bankers, auditors, accountants, consultants, and insurers. Our professional advisers will process Personal Data as necessary to provide their services to us. The lawful basis we rely on for sharing

Personal Data with these recipients is that it is necessary for our legitimate interests (namely the receipt of professional services).

**Corporate:** Relevant third parties in the event of a possible sale, merger, acquisition, business reorganisation or group restructuring exercise. The lawful basis we rely on for sharing Personal Data with these recipients is that it is necessary for our and the relevant third parties' legitimate interests (namely assessing and putting into effect potential transactions).

**Our group companies:** For the centralised coordination and management of our business, in accordance with the purposes set out at **Section 8 (***categories of Personal Data***)**. These recipients will process Personal Data in the same way as set out in this Policy. The lawful basis we rely on for sharing Personal Data with these recipients is that it is necessary for our legitimate interests (namely coordinating the global operations of our business).

**Relevant authorities, regulators and organisations:** Relevant governmental authorities (including law enforcement and tax authorities), regulators, and certain non-governmental organisations (such as the National Center for Missing & Exploited Children (NCMEC)). These recipients will use your Personal Data in the performance of their regulatory, legal or otherwise charitable or not-for-profit role. Depending on the context, the lawful basis we rely on for sharing Personal Data with these recipients may vary. The processing may be necessary to comply with a legal obligation to which we are subject, necessary for our, or a third-party's, legitimate interests, or may be in the interest of the wider public to do so. This may include, for example, reporting illegal content to / assisting with requests from, authorities, regulators and organisations, to protect the safety of our users and third parties, and complying with our financial / tax reporting requirements (e.g. DAC7, in the European Union).

## 13.  International data transfers

We share your Personal Data within our group companies and to our third parties, as set out at **Section 12 (***sharing your Personal Data***)**.

In some circumstances, this will involve transferring your data outside the UK, the EEA and Switzerland. We make those transfers: (i) to countries that have been deemed to provide an adequate level of protection for Personal Data; (ii) using appropriate safeguards; or (iii) where otherwise authorised by applicable law.

Please contact us using the contact details set out at **Section 19 (***assistance and contact information***)** if you would like further information on the specific mechanism used by us when transferring your Personal Data outside the UK, the EEA and Switzerland.

## 14. Your rights regarding Personal Data

You have certain rights regarding the collection and processing of Personal Data. You may exercise these rights by contacting us using the contact details set out at **Section 19** (*assistance and contact information*).

Under certain circumstances and subject to certain exemptions, you have the right to:

**Withdraw your consent to the processing of your Personal Data:** Please note that withdrawing your consent will not affect the lawfulness of any processing carried out before you withdraw your consent.

**Request to know or access to your Personal Data:** You may receive a copy of the Personal Data we hold about you and to check that we are lawfully processing it.

**Request correction of the Personal Data that we hold about you:** You may correct any incomplete or inaccurate Personal Data we hold about you.

**Request deletion / erasure of your Personal Data:** You may ask us to delete or remove Personal Data where there is no legitimate reason for us continuing to process it. You also may ask us to delete or remove your Personal Data where you have exercised your right to object to processing (see below). Please note that we may not always be able to comply with your request of deletion / erasure for specific legal reasons, for example if your account has been deactivated for violations of our Terms of Service. Please see **Section 17** (*retention of Personal Data*) for further information.

**Request the restriction of processing of your Personal Data:** You may ask us to suspend the processing of Personal Data about you, for example if you want us to establish its accuracy or the reason for processing it.

**Request the transfer** of some sections of your Personal Data to another party.

**You also have the right to object to processing of your Personal Data** where we are relying on a legitimate interest for the processing and there is something about your particular situation which makes you want to object to processing on this ground.

We do not process Personal Data that is subject to **solely automated decision-making**, where that decision-making is likely to have a legal or similarly significant effect on you.

You also have the right:

**To lodge a complaint** with a data protection regulator. For example, in the UK, this is the Information Commissioner's Office (ICO) and in Switzerland, this is the Federal

Data Protection and Information Commissioner (FDPIC). If you are resident in the EEA, you may wish to contact your local country or state-specific data protection regulator.

Depending on your location in the United States, **to not receive retaliatory or discriminatory treatment** in connection with a request to exercise the above rights, or **to appeal a decision** we have made in connection with your privacy rights request. Further information on appeals is set out at **Section 18** (*additional U.S. State Privacy Disclosures*).

## 15. Exercising your rights

If you would like to exercise your rights set out at **Section 14** (*your rights regarding Personal Data*), you may do so by contacting us using the contact details set out at **Section 19** (*assistance and contact information*).

If you submit the request yourself, please ensure that your request contains sufficient information to allow us to confirm your identity and properly understand, evaluate, and respond to it.

In order to verify your identity, we may at times need to request additional Personal Data from you, taking into consideration our relationship with you and the sensitivity of your request. In certain circumstances, we may decline a privacy rights request, particularly where we are unable to verify your identity.

If your request is made by a third-party authorised by you, we will also require proof that the third-party has permission to submit the request on your behalf (such as a signed document or a valid power of attorney evidencing that the third-party has authority to make the request).

## 16. Choices and control over your Personal Data

**Modifying and deleting your Personal Data:** If you have an account with us, you may update your account settings on OnlyFans. Please note that changes to your settings may require some time to take effect.

**Access to device information:** You may control the Services' access to your Technical Data through your "Settings" app on your device. For instance, you can withdraw permission for the Services to access your network devices and geolocation.

**Email notification opt-out:** We currently do not send emails for direct marketing purposes. However, we do send email notifications which are related to your account (e.g. for Creators, where you have a new subscriber, you have received a new tip, or somebody has renewed their subscription with you). You may opt-out of receiving certain types of email communications from us by changing your notification preferences on OnlyFans. You may also email us using

the contact details set out at **Section 19 (*assistance and contact information*)**. Please include "E-mail notification opt-out" in the email's subject line and include your name and your account email address in the body of the email.

Please note that you cannot opt-out of certain automated email notifications that are necessary to provide the Services or are otherwise required in accordance with applicable law (e.g. account verification, transactional communications, changes / updates to features of the service, technical and security notices).

## 17. Retention of Personal Data

We will only retain your Personal Data for as long as reasonably necessary to fulfil the purposes for which it was collected, as set out in this Policy. The Personal Data that we retain and the length of time for which it is retained will be determined on a case-by-case basis, depending on the particular circumstances.

We determine the periods for which we normally retain Personal Data as follows:

**Providing our Services**: Where we need to use Personal Data to provide you with our Services, or specific parts of our Services, we will retain your Personal Data for the lifetime of your account or as long as necessary to provide you with the relevant feature or functionality of our Services.

**Trust and safety**: If you have (or we reasonably suspect that you have) violated our Terms of Service, or where we otherwise need to retain information to identify and report illegal activity or protect the safety of our users and third parties, we will retain certain Personal Data for as long as necessary to conduct our investigations, assist with any investigations by law enforcement or non-governmental authorities (e.g. NCMEC), and enforce any removal of offending users or content.

**Compliance with applicable laws and regulatory obligations**: For example: (i) identity record keeping / maintenance requirements in certain locations and financial / tax reporting requirements, which in some cases is up to 7 years; (ii) if we receive a valid legal request (such as a preservation order or search warrant, related to your account); (iii) complying with regulatory investigations or proceedings. We will delete your Personal Data sooner where a shorter retention period is required by applicable law.

**Legal claims**: Personal Data will be retained in accordance with applicable statutory limitation periods. In certain circumstances we may need to retain this longer, for example, to defend ourselves in litigation about a claim or complaint related to you.

## 18. Additional U.S. State Privacy Disclosures

Where required by law, these additional U.S. State Privacy Disclosures ("**U.S. Disclosures**") supplement the information contained in the Policy by providing additional information about our Personal Data processing practices relating to individual residents of certain U.S. States. Unless otherwise expressly stated, all terms defined in this Policy retain the same meaning in these U.S. Disclosures.

For the purposes of these U.S. Disclosures, Personal Data does not include publicly available information or deidentified, aggregated or anonymised information that is maintained in a form that is not capable of being associated with or linked to you.

**No sales for targeted advertising**

We do not sell or share Personal Data for the purpose of displaying advertisements that are selected based on Personal Data obtained or inferred over time from an individual's activities across businesses or distinctly-branded websites, applications, or other services (otherwise known as "**targeted advertising**").

**Sensitive information**

Although sensitive information may be disclosed for a business purpose as described below, we do not sell or share sensitive information for the purpose of targeted advertising.

The following Personal Data elements we, or our service providers, collect may be classified as "sensitive" under certain privacy laws ("**sensitive information**") including:

> username and password;
>
> social security number, driver's licence number, and passport number;
>
> government identifiers (such as driver's licence numbers);
>
> partial payment card number and the name registered with your payment card; and
>
> Face Recognition Data (biometric information which is collected and processed by our third-party providers).

We use this sensitive information for the purposes set out at Section 10 (*how / why your Personal Data is used and lawful bases for processing*), to the extent necessary for the operation of our Services, to enter into and perform a contract with you, to comply with legal and regulatory requirements, to protect the safety of our users and third parties or as otherwise permissible for our own internal purposes consistent with applicable laws.

**Deidentified information**

We may at times receive, or process Personal Data, to create deidentified information that can no longer reasonably be used to infer information about, or otherwise be linked to, a particular individual or household. Where we maintain deidentified information, we will maintain and use

the information in deidentified form and not attempt to reidentify the information except as required or permitted by applicable law.

## Appeals

If you are a resident of certain U.S. States, you have the right to appeal decisions regarding your privacy requests. All appeal requests should be submitted using the contact details set out at **Section 19** (*assistance and contact information*). If your appeal is denied, you may contact your local Attorney General.

## Minors

**Our Services are strictly intended for individuals 18 years of age or older. anyone under 18 years of age is not permitted to use the Services. By using the Services, you represent that you are 18 years of age or older.**

## CALIFORNIA SPECIFIC DISCLOSURES

The following disclosures only apply to residents of the State of California:

## Personal Data collection

California law requires that we provide disclosures to you about what Personal Data we collect by reference to the categories of Personal Data set forth within California law. To address this obligation, we have identified the relevant California Personal Data category for the Personal Data set out in more detail at **Section 8** (*categories of Personal Data*):

**Identifiers:** such as your name, address, phone number, email address, passport or other government identity information including driver's licence information, account information, or other similar identifiers.

**Customer Records:** Such as your driver's licence number, passport number, partial debit card information, partial credit card information, bank account information or other payment or financial information.

**Protected Classification Characteristics:** Such as age, date of birth, and gender.

**Commercial Information:** Such as information about products or services purchased and your use of our Services.

**Biometric Information:** which is limited to Face Recognition Data, used by our third-party providers for age and identity verification purposes. Face Recognition Data remains with our third-party providers and we **do not** ourselves collect, receive, possess, or have access to this data.

**Internet / Network Information:** Such as device information, and log data.

**Sensory Information:** Such as pictures and videos (content) you upload to OnlyFans.

**Professional / Employment Information:** Such as the business or organisation you are associated with and, where applicable, your title with that business or organisation and information relating to your role with the business or organisation.

**Other Personal Data:** Such as communication preferences, customer service and communication history, personal data an individual permits us to see when interacting with us through social media, Personal Data an individual provides us in relation to a question or request, and messages you send us through our Services or make available to us on social media.

**Inferences:** Such as information generated from your use of our Services.

We may disclose all of these categories of Personal Data for a business purpose to service providers or other third parties, as outlined in this Policy.

## Disclosure of Personal Data

As set out at **Section 12 (*sharing your Personal Data*)**, we may disclose the categories of Personal Data identified above to the following categories of third parties for various business purposes: our group and affiliated companies, service providers, our professional advisers, business partners, other businesses as needed to provide our Services, and certain third parties where you have provided consent, where it is in connection with a corporate transaction, or where we are required by law or in connection with other legal process.

## Sources of Personal Data

We collect Personal Data directly from you, from your browser or device when you interact with our Services, and from our business partners and affiliates, third parties you direct to share information with us, and other third-party providers. For more information, please see **Section 11 (*obtaining your Personal Data*)**.

## Purpose for collection

We collect Personal Data about you for the purposes set out at **Section 10 (*how / why your Personal Data is used and lawful bases for processing*)**.

## Notice of financial incentives

As discussed above, we currently do not use any cross-site tracking technologies and we do not sell Personal Data collected about you, or share Personal Data collected about you for cross-context behavioural advertising. We do not currently send emails for direct marketing purposes.

We currently offer a Referral Program, whereby existing Creators of OnlyFans can use their unique referral code to introduce people who are interested in becoming Creators on OnlyFans, and the referring Creator will receive referral payments, based on the referred Creator's earnings. The Referral Program is subject to our Terms of Service and any such referral payments are calculated, and limited, as described in the Referral Program Terms in our Terms of Service.

Any Personal Data associated with the referring Creator, or the referred Creator, is processed in accordance with this Policy.

We have determined that the value of the Referral Program is reasonably related to the value of the Personal Data we process in connection with the Referral Program (based on our reasonable but sole determination). We estimate the value of the Personal Data we receive and otherwise process in connection with the Referral Program by considering the expense we incur in collecting and processing the Personal Data, as well as the expenses related to facilitating the Referral Program.

You may exercise your rights in relation to your Personal Data as outlined in this Policy, and as applicable, by submitting a ticket through your account or by emailing privacy@onlyfans.com.

NEVADA SPECIFIC DISCLOSURES

Nevada law requires operators of online services to provide a way for Nevada residents to request to opt-out of the sale of Personal Data. Although we do not sell Personal Data, Nevada residents can still submit this type of opt-out request by contacting us using the details set out at **Section 19 (*assistance and contact information*)**.

## 19. Assistance and contact information

We have appointed a Data Protection Officer ("**DPO**") whose responsibilities include, together with our team of privacy specialists, responding to questions, requests, and concerns in relation to this Policy and our use of Personal Data.

If you have questions about this Policy, or how we process your Personal Data, please submit a ticket through your account or email us at privacy@onlyfans.com.

We have also appointed an EU Representative who may be reached as follows:

DAPR sp. z o.o.
Poland Company Number 0000688178
Zurawia 47 Street
00-680 Warsaw, Poland
fenix.eurep@dapr.pl

©2025 Fenix

Contact

Blog
Store
Privacy
Cookie Notice
USC 2257
OnlyFans Safety & Transparency Center
Acceptable Use Policy

About
Branding
Terms of Service
Complaints Policy
DMCA
Contract between Fan and Creator
Anti-Slavery and Anti-Trafficking Statement

Last updated: August 2024