IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PHILLIP MCFADDEN and JOHN P. DEFRANZA**, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>**FENIX INTERNET, LLC AND FENIX INTERNATIONAL LIMITED**,<br><br>                  Defendants. | **Case No. 1:23-CV-06151**<br><br>**Honorable John F. Kness** |
| **M. BRUNNER and J. FRY**, **Individually and on Behalf of All Others Similarly Situated**,<br><br>                  Plaintiffs,<br><br>vs.<br><br>**Fenix Internet, LLC**<br>2598 E. Sunrise Blvd, Suite 2104<br>Fort Lauderdale, FL 33304<br><br>**and**<br><br>**Fenix International Limited**<br>Ninth Floor 107 Cheapside,<br>London, United Kingdom,<br>EC2V 6DN<br><br>                  Defendants. | **Case No. 1:25-cv-3244**<br><br>**Hon. Jeffrey I. Cummings** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED
## <u>MOTION FOR REASSIGNMENT</u>

For the reasons stated in Plaintiffs' motion, the Court grants an order reassigning *M. Brunner, et al. v. Fenix Internet, LLC, et al.*, 1:25-cv-3244 to Judge John F. Kness, who is presiding over the first-filed action, *McFadden, et al. v. Fenix Internet, LLC et al.*, 1:23-CV-06151.


DATED: _____                          _____
                                                                                        HON. JOHN F. KNESS