IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP MCFADDEN AND JOHN P. DEFRANZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNET, LLC AND FENIX INTERNATIONAL LIMITED,<br><br>Defendants. | Case No. 1:23-CV-06151<br><br>Honorable John F. Kness |

**JOINT STATUS REPORT**

Pursuant to the Court's May 23, 2025 Minute Order (ECF No. 95), the parties met and conferred, and spoke with the Courtroom Deputy regarding proposed logistics and dates for a continued Rule 44.1 Foreign Law hearing. The parties report as follows:

In consultation with the Courtroom Deputy, the parties and their respective English law experts are available for the continued hearing on Thursday, **July 17, 2025 at 9:30 am**.[1] Each side requests 1.5 hours for questioning which will include both cross and re-direct examination. Consistent with the May 21, 2025 hearing, counsel for the parties will appear in person and the English law experts will appear remotely.

Respectfully submitted,

*/s/ Matthew L. Kutcher*
Matthew L. Kutcher
Jamie D. Robertson

---

[1] It is the parties' understanding based on their discussion with the Courtroom Deputy that the Court is available at this time. If the Court's availability has changed, the parties are also available July 14 – 18, 2025 at the Court's convenience. The parties respectfully request that any hearing be scheduled in the morning due to the time difference in the United Kingdom where the English law experts will be located while testifying.

Mariah A. Young
**COOLEY LLP**
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606
Tel.: (312) 881-6500
mkutcher@cooley.com

Michelle Doolin
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121
Tel.: (858) 550-6000
mdoolin@cooley.com

Kyle C. Wong
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel.: (415) 693-2000
kwong@cooley.com

*On behalf of Defendants*

*/s/ Keith T. Vernon*
Andrea R. Gold
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com

Keith T. Vernon*
**TIMONEY KNOX, LLP**
1717 K Street, Suite 900
Washington, DC 20006
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: kvernon@timoneyknox.com

*Counsel for Plaintiffs Philip McFadden and John P. DeFranza*

*On Behalf of Plaintiffs*