# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

PHILLIP MCFADDEN AND JOHN P. DEFRANZA, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

FENIX INTERNET, LLC and FENIX INTERNATIONAL LIMITED,

Defendant.

No. 23-cv-06151
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant(s) and against Plaintiff(s),.

Defendant(s) shall recover costs from Plaintiff(s).

☒ other: Case dismissed without prejudice under the doctrine of *forum non conveniens*.

This action was *(check one)*:

☐ tried by a jury with Judge John F. Kness presiding, and the jury has rendered a verdict.
☐ tried by Judge John F. Kness without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on entry of an order granting Defendants' motion to dismiss (Dkt. 21) under the doctrine of *forum non conveniens*.

Date: September 29, 2025

JOHN F. KNESS
United States District Judge